APPEAL,CLOSED,CONSOL,TYPE–A

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: <u>1:20–cv–03010–APM</u>

UNITED STATES OF AMERICA et al v. GOOGLE LLC
Assigned to: Judge Amit P. Mehta
Case in other court:  USCA, 24–05006
                                    USCA, 25–05016
Cause: 15:1 Antitrust Litigation

Date Filed: 10/20/2020
Date Terminated: 12/09/2025
Jury Demand: None
Nature of Suit: 410 Anti–Trust
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**UNITED STATES OF AMERICA**    represented by    **Jake Marvin Shields**
DOJ–CIV
Civil Division, Fraud Section
175 N Street, NE
Washington, DC 20002
202–514–9401
Email: jake.m.shields@usdoj.gov
*TERMINATED: 07/15/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Michael Dintzer**
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Washington
202–307–0340
Email: kenneth.dintzer2@usdoj.gov
*TERMINATED: 05/28/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C. Hammond**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
450 Fifth Street, NW
Washington, DC 20530
(202) 305–8541
Fax: (202) 616–8544
Email: matthew.hammond@usdoj.gov
*TERMINATED: 03/29/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Glenn McLellan**
U.S. DEPARTMENT OF JUSTICE
450 5th Street NW
Suite 7616
Washington

1

Washington, DC 20530
202–271–8638
Fax: 202–271–8638
Email: michael.mclellan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Cameron Gower**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
450 Fifth Street, NW
Suite 7100
Washington, DC 20530
(202) 286–0159
Fax: (202) 616–8544
Email: richard.gower@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P. DeMatteo**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
950 Pennsylvania Ave., NW
Washington, DC 20530
202–705–8392
Email: thomas.dematteo@usdoj.gov
*TERMINATED: 08/10/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron D. Hoag**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
450 5th Street, NW
Ste 7100
Washington, DC 20530
202–476–0541
Email: aaron.hoag@usdoj.gov
*TERMINATED: 03/06/2025*
*ATTORNEY TO BE NOTICED*

**Adam T. Severt**
DOJ–ATR
Antitrust Division
450 Fifth Street, NW
Suite 7100
Washington, DC 20530
202–307–6158
Email: adam.severt@usdoj.gov
*TERMINATED: 08/12/2025*
*ATTORNEY TO BE NOTICED*

**Andrew Tisinger**
DOJ–ATR
450 5th Street NW
Washington, DC 20530
202–213–2361
Email: andrew.tisinger@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Brendan Ballou**
LICHTEN & LISS–RIORDAN, P.C.
729 Boylston Street
Suite 2000
Boston, MA 02116
917–684–3900
Email: brendan@publicintegrityproject.com
*ATTORNEY TO BE NOTICED*

**Catharine Sydnie Wright**
DOJ–ATR
333 Constitution Avenue NW
Washington, DC 20001
202–216–7334
Email: catharine.wright@usdoj.gov
*TERMINATED: 08/21/2025*
*ATTORNEY TO BE NOTICED*

**Chaim Alexander Cohen**
U.S. DEPARTMENT OF JUSTICE
450 Fifth Street NW
Washington, DC 20530
347–244–2502
Email: alex.cohen@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Christine Sommer**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
450 Fifth Street, NW
Washington, DC 20530
202–316–2096
Email: christine.sommer@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Christopher VanDeusen**
DOJ–CIV
450 5th Street NW
Washington, DC 20001
202–549–6120
Email: christopher.k.vandeusen@usdoj.gov
*TERMINATED: 11/10/2022*
*ATTORNEY TO BE NOTICED*

**Claire Molle Maddox**
ANTITRUST DIVISION, U.S.
DEPARTMENT OF JUSTICE
Technology and Digital Platforms Section
450 5th Street NW
Washington, DC 20530
202–549–7155
Email: claire.maddox@usdoj.gov
*ATTORNEY TO BE NOTICED*

**David E. Dahlquist**
UNITED STATES DEPARTMENT OF
JUSTICE
Antitrust Division
209 South LaSalle Street
Suite 600
Chicago, IL 60604
(202) 805–8563
Email: david.dahlquist@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Diana Arlen Aguilar Aldape**
U.S. DEPARTMENT OF JUSTICE
450 Golden Gate Avenue
Room 10–101
San Francisco, CA 94102
415–934–5300
Fax: 415–934–5399
Email: diana.aguilar@usdoj.gov
*TERMINATED: 06/06/2025*
*ATTORNEY TO BE NOTICED*

**Elizabeth Skjelborg Jensen**
U.S. DEPARTMENT OF JUSTICE
450 Golden Gate Ave
Suite 10–0101
San Francisco, CA 94102
415–583–9211
Email: Elizabeth.Jensen@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Emma Waitzman**
DOJ–ATR
Antitrust Division
450 Fifth Street NW
Suite 7038
Washington, DC 20530
202–538–4066
Email: emma.waitzman@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Eric Schleef**

U.S. DEPARTMENT OF JUSTICE
Antitrust Division
209 S. LaSalle Street
Suite 600
Chicago, IL 60604
312–984–7236
Email: eric.schleef@usdoj.gov
*TERMINATED: 09/08/2025*
*ATTORNEY TO BE NOTICED*

**Erin Murdock–Park**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
450 5th Street NW
Washington, DC 20530
(202) 445–8082
Fax: (202) 514–9033
Email: erin.murdock–park@usdoj.gov
*TERMINATED: 02/25/2025*
*ATTORNEY TO BE NOTICED*

**George Charles Nierlich**
DOJ–ATR
450 Fifth Street NW
Suite 7100
Washington, DC 20530
202–368–2217
Email: george.nierlich@usdoj.gov
*TERMINATED: 08/29/2025*
*ATTORNEY TO BE NOTICED*

**Grant Mitchell Fergusson**
U.S. DEPARTMENT OF JUSTICE
450 Fifth Street NW
Washington, DC 20530
202–894–4236
Email: grant.fergusson@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Ian David Hoffman**
U.S. DEPARTMENT OF JUSTICE
450 5th Street, NW
Suite 7664
Washington, DC 20001
202–763–0867
Email: ian.hoffman@usdoj.gov
*ATTORNEY TO BE NOTICED*

**James Thomas Greene**
U.S. DEPARTMENT OF JUSTICE
450 Golden Gate Avenue
Room 10–101

San Francisco, CA 94102
415–229–2914
Fax: 415–934–5399
Email: thomas.greene@atr.usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jeremy Michael Purkey Goldstein**
U.S. DEPARTMENT OF JUSTICE
450 Golden Gate Avenue
Room 10–101
San Francisco, CA 94102
415–934–5300
Fax: 415–934–5399
Email: Jeremy.Goldstein@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jesus Manuel Alvarado–Rivera**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
450 5th St NW
Washington, DC 20530
202–598–8325
Email: jesus.alv@gmail.com
*TERMINATED: 08/20/2021*

**John Paul Foley**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
450 5th Street NW
Washington, DC 20530
202–476–0491
Email: john.foley@occ.treas.gov
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**John J. Hogan**
DOJ–Atr
450 5th Street, NW
Suite 7632
Washington, DC 20530
202–288–2195
Email: john.hogan2@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Joshua Hafenbrack**
DOJ–ATR
455 5th Street NW
Washington, DC 20530
202–603–0857
Email: jhafenbrack@winston.com
*TERMINATED: 01/10/2024*
*ATTORNEY TO BE NOTICED*

**Karl Edward Herrmann**
U.S. DEPARTMENT OF JUSTICE
Technology & Financial Services Section
450 Fifth Street, NW
Washington, DC 20001
202–476–0316
Email: karl.herrmann@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Keane McKennan Nowlan**
DEPARTMENT OF JUSTICE
450 5th St NW
Washington, DC 20001
202–746–7308
Email: keane.nowlan@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Kerrie J. Freeborn**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
450 Fifth Street, NW
Suite 8700
Washington, DC 20530
(202) 476–9160
Fax: (202) 514–9033
Email: kerrie.freeborn@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Lara E.V. Trager**
DOJ–ATR
950 Pennsylvania Ave., NW
Washington, DC 20530
202–598–2685
Email: lara.trager@usdoj.gov
*TERMINATED: 11/04/2025*
*ATTORNEY TO BE NOTICED*

**Lillian Okamuro**
DOJ–ATR
Technology & Digital Platforms (TDP)
450 Fifth Street, NW
Washington, DC 20530
202–803–3944
Email: lillian.okamuro@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Matthew Robert Jones**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
450 Fifth Street, NW
Washington, DC 20530

(202) 598–8369
Fax: (202) 514–6381
Email: matthew.jones3@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Meagan Kara Bellshaw**
WEIL, GOTSHAL & MANGES
2001 M Street NW
Ste 600
Washington, DC 20036
202–682–7140
Fax: 202–857–0940
Email: Meagan.Bellshaw@weil.com
*TERMINATED: 08/26/2024*
*ATTORNEY TO BE NOTICED*

**Meagan Glynn**
DOJ–ATR
450 5th Street NW
Washington, DC 20530
202–577–2690
Email: meagan.glynn@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Michael Rosengart**
UNITED STATES DEPARTMENT OF
JUSTICE
450 5th Street N.W.
Suite 7100
Washington, DC 20001
202–538–1705
Email: michael.rosengart@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Ryan Thomas Karr**
DOJ–ATR
Technology and Digital Platforms Section
450 5th Street NW
Suite 7100
Washington, DC 20001
202–598–2240
Email: ryan.karr@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Ryan M. Sandrock**
SHOOK HARDY
Antitrust Division
555 Mission
San Francisco, CA 94102
415–852–2594
Email: rsandrock@shb.com
*TERMINATED: 12/17/2021*

*ATTORNEY TO BE NOTICED*

**Ryan Scott Struve**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
450 Fifth Street, NW
Washington, DC 20530
202–514–4890
Email: ryan.struve@usdoj.gov
*TERMINATED: 03/06/2025*
*ATTORNEY TO BE NOTICED*

**Sara Trent**
DOJ–ATR
Liberty Square Building
450 Fifth Street, NW
Suite 7106
Washington, DC 20530
907–230–1734
Email: sara.gray2@usdoj.gov
*TERMINATED: 10/15/2025*
*ATTORNEY TO BE NOTICED*

**Sarah Bartels**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
450 Fifth Street, NW
Washington, DC 20530
202–710–0047
Email: sarah.bartels@usdoj.gov
*TERMINATED: 06/05/2025*
*ATTORNEY TO BE NOTICED*

**Travis Richard Chapman**
DOJ–ATR
450 5th Street NW
Suite 7100
Washington, DC 20530
202–353–9006
Email: travis.chapman@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Veronica N. Onyema**
DOJ–CIV
450 E Street NW
Suite 8714
Washington, DC 20530
202–307–0302
Email: veronica.n.onyema@usdoj.gov
*TERMINATED: 07/11/2025*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF ARKANSAS**                    represented by    **Amanda J. Wentz**
ARKANSAS ATTORNEY GENERAL
101 West Capitol Avenue
Little Rock, AR 72201
501–682–1178
Email: amanda.wentz@arkansasag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A.F. McCoy**
MCCOY LAW OFFICE
PO Box 242831
Little Rock, AR 72223
501–249–1812
Email: david@dafmccoy.com
*TERMINATED: 01/03/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnathan R Carter**
LEGAL AID OF ARKANSAS
200 Tower Building
2725 Cantrell, Suite 104
Suite 200
72202
Little Rock, AR 72202
870–972–9224
Email: jcarter@arlegalaid.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keaton Lynn Barnes**
ARKANSAS ATTORNEY GENERAL'S
OFFICE
323 Center Street
Suite 200
Little Rock, AR 72201
501–682–5310
Email: keaton.barnes@arkansasag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Michael Ford**
ARKANSAS DEPARTMENT OF
AGRICULTURE
1 Natural Resources Drive
Little Rock, AR 72205
501–902–7733
Email: matthew.ford@agriculture.arkansas.gov
*TERMINATED: 09/03/2025*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF FLORIDA**                    represented by  **R. S. Palmer**
FL ATTORNEY GENERAL
Pl–01 The Capitol
Tallahassee, FL 32399–1050
850–414–3847
Fax: 850–488–9134
Email: scott.palmer@myfloridalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A. Knight**
OFFICE OF ATTORNEY GENERAL/FL
PL–01, The Capitol
Tallahassee, FL 32399–1050
850–414–3300
Email: christopher.knight@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

**Lee Istrail**
OFFICE OF THE ATTORNEY
GENERAL/FL
The Capitol
Pl–01
Tallahassee, FL 32399–1050
703–244–6978
Email: lee.istrail@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF GEORGIA**                    represented by  **Charles K. Thimmesch**
GEORGIA OFFICE OF THE
ATTORNEY GENERAL
40 Capitol Square SW
Atlanta, GA 30334
404–458–3626
Email: cthimmesch@law.ga.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF INDIANA**                    represented by  **Christi Foust**
OFFICE OF THE INDIANA ATTORNEY
GENERAL
Complex Litigation Section
302 W. Washington Street
IGCS–5th Floor
Indianapolis, IN 46204
317–233–9923

Fax: 317–232–7979
Email: christi.foust@atg.in.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica S Sullivan**
OFFICE OF THE ATTORNEY
GENERAL/IN
Consumer Litigation
302 W. Washington Street
IGCS 5th Floor
Indianapolis, IN 46202
317–232–5931
Email: erica@yasminstumplaw.com
*TERMINATED: 06/24/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Alan Michaloski**
UTAH OFFICE OF THE ATTORNEY
GENERAL
160 E 300 S, 5th Floor
P.O. Box 140830
Salt Lake City, UT 84114–0830
801–440–9825
Email: mmichaloski@agutah.gov
*TERMINATED: 09/24/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Leroy Barnhart**
OFFICE OF THE INDIANA ATTORNEY
GENERAL
Indiana
302 West Washington Street
IGCS 5th Floor
Indianapolis, Ste IGCS 5th Floor
Indianapolis, IN 46204
317–232–6309
Email: Scott.Barnhart@atg.in.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jesse Josef Moore , I.**
OFFICE OF INDIANA ATTORNEY
GENERAL
302 W. Washington St.
Suite 5th Floor
Indianapolis, IN 46204
317–504–2783
Email: jesse.moore@atg.in.gov
*ATTORNEY TO BE NOTICED*

**Ryan R. Frasher**
COZMYK LAW OFFICES, LLC
450 East Street
Suite 500
Indianapolis, IN 46240
463–345–3745
Fax: 463–345–3859
Email: rfrasher@cozmyklaw.com
*TERMINATED: 04/19/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**COMMONWEALTH OF KENTUCKY**

represented by **Justin Clark**
OFFICE OF THE ATTORNEY GENERAL/KY
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502–696–5300
Email: justind.clark@ky.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip Heleringer**
OFFICE OF THE ATTORNEY GENERAL/KY
Consumer Protection Division
1024 Capital Center Drive
Frankfort, KY 40601
502–696–5300
Email: philip.heleringer@ky.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Edward Farmer**
OFFICE OF THE ATTORNEY GENERAL/KY
1024 Capital Center Drive
Frankfort, KY 40601
502–696–5448
Email: jonathan.farmer@ky.gov
*ATTORNEY TO BE NOTICED*

**Lyndsey M. Antos**
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601
502–696–5641
Email: lyndsey.antos@ky.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF LOUISIANA**                   represented by   **Asyl Nachabe**
LOUISIANA DEPARTMENT OF
JUSTICE
Consumer Protection
1885 N. Third St.
Baton Rouge, LA 70802
225–326–6435
Email: nachabea@ag.louisiana.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Voelker**
LOUISIANA DEPARTMENT OF
JUSTICE
1885 N. Third Street
Suite Fourth Floor
Baton Rouge, LA 70802
225–326–6400
Email: voelkerp@ag.louisiana.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacie L. Deblieux**
SALIM–BEASLEY, LLP
Public Protection Division
1901 Texas Street
Natchitoches, LA 71457
225–287–0017
Fax: 318–354–1227
Email: sdeblieux@salim–beasley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF MISSISSIPPI**                   represented by   **Crystal Utley Secoy**
MISSISSIPPI ATTORNEY GENERAL'S
OFFICE
––
550 High St (P.O. Box 220)
Jackson, MS 39201
601–359–4213
Email: crystal.utley@ago.ms.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisabeth Hart Pepper Martin**
OFFICE OF THE ATTORNEY
GENERAL/MS
Consumer Protection
550 High Street

Jackson, MS 39201
601–359–4223
Email: hart.martin@ago.ms.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Norman Lee Morris , III**
PO Box 220
Jackson, MS 39205
601–672–1391
Email: lee.morris@ago.ms.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF MISSOURI**                    represented by    **Kimberley G. Biagioli**
OFFICE OF THE ATTORNEY
GENERAL/MO
Consumer Protection Division
615 E 13th Street
Suite 401
Kansas City, MO 64106
816–889–3090
Email: kimberley.biagioli@ago.mo.gov
*TERMINATED: 09/23/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Hoeplinger**
CAPES, SOKOL, GOODMAN &
SARACHAN, P.C.
Consumer Protection Division
8182 Maryland Avenue
Suite 15th Floor
St. Louis, MO 63105
314–721–7701
Email: hoeplinger@capessokol.com
*TERMINATED: 09/04/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF MONTANA**                    represented by    **Anna Schneider**
OFFICE OF CONSUMER PROTECTION
Department of Justice
P.O. Box 200151
Helena, MT 59620–0151
406–594–9936
Email: anna.schneider@mt.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christian Brian Corrigan**
MONTANA ATTORNEY GENERAL'S
OFFICE
Office of the Attorney General
215 North Sanders
Helena, MT 59601
406–444–2707
Email: Christian.Corrigan@mt.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark W Mattioli**
MONTANA DEPARTMENT OF
JUSTICE
Office of Consumer Protection
P.O. Box 200151
Helena, MT 59620–0151
406–444–2026
Fax: 406–442–1894
Email: mmattioli@mt.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF SOUTH CAROLINA**        represented by  **Mary Frances Jowers**
OFFICE OF THE SOUTH CAROLINA
ATTORNEY GENERAL
PO Box 11549
Columbia, SC 29211–1549
803–734–3996
Email: mfjowers@scag.gov
*ATTORNEY TO BE NOTICED*

**Rebecca McCormack Hartner**
OFFICE OF THE ATTORNEY
GENERAL/SC
1000 Assembly Street
P.O. Box 11549
Columbia, SC 29211–1549
803–734–5855
Email: rhartner@columbia13.com
*TERMINATED: 09/26/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF TEXAS**        represented by  **Bret Fulkerson**
TEXAS ATTORNEY GENERAL
300 W. 15th St.
Austin, TX 78701
512–517–5184

Email: bret.fulkerson@oag.texas.gov
*TERMINATED: 06/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Diamante A. Smith**
OFFICE OF THE ATTORNEY
GENERAL OF TEXAS
300 W 15th St.
Austin, TX 78701
661–917–4482
Email: diamante.smith@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kim Van Winkle**
OFFICE OF THE ATTORNEY
GENERAL/TX
300 W. 15th St.
Austin, TX 78701
512–463–1266
Email: kim.vanwinkle@oag.texas.gov
*TERMINATED: 04/28/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Paine**
BAKER BOTTS LLP
700 K St NE
Washington, DC 20002
202–639–7700
Email: kelsey.paine@bakerbotts.com
*TERMINATED: 12/19/2022*
*ATTORNEY TO BE NOTICED*

**Margaret Sharp**
TEXAS ATTORNEY GENERAL
300 W 15th Street
Austin, TX 78753
512–463–1265
Email: margaret.sharp@oag.texas.gov
*TERMINATED: 01/31/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF CALIFORNIA**          represented by  **Adam Miller**
CALIFORNIA DEPARTMENT OF
JUSTICE
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
415–510–3883

Fax: 415–703–5480
Email: adam.miller@doj.ca.gov
*TERMINATED: 06/24/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carolyn Danielle Jeffries**
OFFICE OF THE ATTORNEY
GENERAL OF CALIFORNIA
Office of the Attorney General of
California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
415–510–3511
Email: cari.jeffries@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula L. Blizzard**
OFFICE OF THE ATTORNEY
GENERAL/CA
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
415–510–3765
Email: paula.blizzard@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan McCauley**
CALIFORNIA DEPARTMENT OF
JUSTICE
Public Rights Division, Natural Resources
Law Section
455 Golden Gate Ave.
Suite 11000
San Francisco, CA 94102
415–229–0102
Email: ryan.mccauley@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Wang**
OFFICE OF THE ATTORNEY
GENERAL OF CALIFORNIA
455 Golden Gate Ave
Suite 11000
San Francisco, CA 94102
415–510–3487
Fax: 415–703–5480
Email: brian.wang@doj.ca.gov

*ATTORNEY TO BE NOTICED*

**Henry Cornillie**
OFFICE OF THE ATTORNEY
GENERAL
455 Golden Gate Avenue
Suite 11000
San Francisco
San Francisco, CA 94102
415–510–3526
Email: henry.cornillie@doj.ca.gov
*TERMINATED: 05/24/2023*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF WISCONSIN**          represented by    **Caitlin Marie Madden**
WISCONSIN DEPARTMENT OF
JUSTICE
17 W. Main Street
Madison, WI 53703
608–267–1311
Email: caitlin.madden@wisdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gwendolyn Jean Cooley**
WISCONSIN DEPARTMENT OF
JUSTICE
17 W. Main St
Madison, WI 53701
608–261–5810
Fax: 608–294–2907
Email: cooleygj@doj.state.wi.us
*TERMINATED: 05/21/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. McFarlane**
WISCONSIN DEPARTMENT OF
JUSTICE
17 W. Main St.
Madison, WI 53703
608–266–8911
Email: Laura.mcfarlane@wisdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF MICHIGAN**          represented by    **Scott Allen Mertens**
MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL

Corporate Oversight Division
525 W. Ottawa Street
P.O. Box 30736
Lansing, MI 48909
517–335–7632
Email: mertenss@michigan.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wisam Naoum**
MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL
525 W. Ottawa St.
Lansing, MI 48909
248–863–7699
Email: naoumw1@michigan.gov
*TERMINATED: 10/12/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF COLORADO**             represented by   **Conor J. May**
*20–3715*                                          COLORADO ATTORNEY GENERAL'S
                                                   OFFICE
                                                   1300 Broadway
                                                   7th Floor
                                                   Denver, CO 80203
                                                   720–508–6199
                                                   Email: conor.may@coag.gov
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Diane Rebecca Hazel**
                                                   FOLEY & LARDNER LLP
                                                   1144 15th Street
                                                   Suite 2200
                                                   Denver, CO 80202
                                                   720–437–2034
                                                   Email: dhazel@foley.com
                                                   *TERMINATED: 07/20/2022*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Jonathan Bruce Sallet**
                                                   COLORADO DEPARTMENT OF LAW
                                                   Consumer Protection Section, Antitrust
                                                   Unit
                                                   Ralph L. Carr Colorado Judicial Center
                                                   1300 Broadway
                                                   Suite 7th Floor
                                                   Denver, CO 80203
                                                   720–508–6000

Fax: 720–508–6040
Email: jon.sallet@coag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Kaufmann**
STATE OF COLORADO DEPARTMENT
OF LAW
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Ste 7th Floor
Denver, CO 80203
720–508–6204
Email: steve.kaufmann@coag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F. Cavanaugh , Jr.**
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
Suite 2200
New York, NY 10036–6710
212–335–2793
Email: wfcavanaugh@pbwt.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Abigail Leah Smith**
COLORADO DEPARTMENT OF LAW
Consumer Protection Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway
10th Floor
Denver, CO 80203
720–508–6233
Fax: 720–508–6040
Email: abigail.smith@coag.gov
*TERMINATED: 09/08/2022*

**Carla J. Baumel**
COLORADO DEPT OF LAW
1300 Broadway
10th Floor
Denver, CO 80203
720–508–6235
Email: carla.baumel@coag.gov
*TERMINATED: 07/12/2023*
*ATTORNEY TO BE NOTICED*

**Elizabeth Winsor Hereford**

COLORADO DEPARTMENT OF LAW
1300 Broadway
Suite 10th Floor
Denver, CO 80203
720–508–6000
Email: elizabeth.hereford@coag.gov
*ATTORNEY TO BE NOTICED*

**Erica Lee Fruiterman**
ORRICK, HERRINGTON & SUTCLIFFE
LLP
1152 15th Street, NW
Washington, DC 20005
202–339–8408
Fax: 202–339–8500
Email: efruiterman@orrick.com
*TERMINATED: 09/06/2022*
*ATTORNEY TO BE NOTICED*

**Erin L. Shencopp**
COLORADO OFFICE OF THE
ATTORNEY GENERAL
1300 Broadway
7th Floor
Denver, CO 80203
720–508–6000
Email: erin.shencopp@coag.gov
*TERMINATED: 06/10/2022*
*ATTORNEY TO BE NOTICED*

**Matt Schock**
COLORADO DEPT OF LAW
1300 Broadway
Suite 10th Floor
Denver, CO 80203
720–508–6236
Email: mschock@bakerlaw.com
*TERMINATED: 12/30/2022*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF NEBRASKA**                    represented by  **Joseph Conrad**
*20–3715*                                                OFFICE OF THE ATTORNEY
                                                         GENERAL/NE
                                                         Consumer Protection Division
                                                         2115 State Capitol Building
                                                         Lincoln, NE 68509
                                                         402–471–3840
                                                         Email: joseph.conrad@nebraska.gov
                                                         *TERMINATED: 04/24/2024*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Justin Clifford McCully**
Nebraska Attorney General's Office
2115 State Capital
Lincoln, NE 68509
402–741–9305
Email: justin.mccully@nebraska.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin P. Snider**
DOJ–Atr
Antitrust Division
100 Centennial Mall N
Suite 487
Lincoln, NE 68508
202–739–1871
Email: colin.snider@usdoj.gov
*TERMINATED: 12/05/2024*
*ATTORNEY TO BE NOTICED*

**Matthew Keith McKinley**
NEBRASKA DEPARTMENT OF
JUSTICE, OFFICE OF ATTORNEY
GENERAL
Consumer Protection Bureau
2115 State Capitol Building
Lincoln, NE 68509
402–471–2683
Email: matt.mckinley@nebraska.gov
*TERMINATED: 08/14/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF ARIZONA**          represented by   **Christopher M. Sloot**
*20–3715*                                      SLOOT LAW, PLLC
                                               4742 North 24th Street
                                               Suite 300
                                               Phoenix, AZ 85016
                                               480–744–8475
                                               Email: cms@slootlaw.com
                                               *TERMINATED: 07/29/2022*
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Dana Vogel**
                                               MCCUNE LAW GROUP
                                               2415 East Camelback Road
                                               Suite 850
                                               Phoenix, AZ 85016
                                               909–495–1166
                                               Email: dana.vogel@azag.gov

*TERMINATED: 12/23/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jayme L. Weber**
ARIZONA ATTORNEY GENERAL
400 W. Congress Street
Suite 215
Tucson, AZ 85701
520–628–6609
Email: jayme.weber@azag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S. Catlett**
ARIZONA ATTORNEY GENERAL'S
OFFICE
2005 N Central Ave
Phoenix, AZ 85004
602–542–7751
Fax: 602–542–8308
Email: michael.catlett@azag.gov
*TERMINATED: 01/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Bernheim**
OFFICE OF THE ATTORNEY
GENERAL
Consumer Protection & Advocacy Section
400 W. Congress
Suite S–215
Tucson, AZ 85701
520–628–6507
Fax: 520–628–6532
Email: robert.bernheim@azag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF IOWA**                    represented by **Max Merrick Miller**
*20–3715*                            ATTORNEY GENERAL'S OFFICE FOR
                                     THE STATE OF IOWA
                                     1305 East Walnut Street
                                     2nd Floor
                                     Des Moines, IA 50319
                                     (515) 281–5926
                                     Fax: (515) 281–6771
                                     Email: Max.Miller@ag.Iowa.gov
                                     *TERMINATED: 05/18/2022*
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

**Noah Goerlitz**
IOWA ATTORNEY GENERAL
1350 E. Walnut Street
Des Moines, IA 50319
925–386–6244
Email: noah.goerlitz@ag.iowa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

STATE OF NEW YORK            represented by   **Elinor R. Hoffmann**
*20–3715*                                    ATTORNEY GENERAL'S OFFICE/NY
                                             28 Liberty Street
                                             New York, NY 10005
                                             212–416–8269
                                             Fax: 212–416–6015
                                             Email: elinor.hoffmann@ag.ny.gov
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **John D. Castiglione**
                                             OFFICE OF THE ATTORNEY
                                             GENERAL/NY
                                             28 Liberty Street
                                             21st Floor
                                             New York, NY 10005
                                             212–416–8513
                                             Email: john.castiglione@ag.ny.gov
                                             *TERMINATED: 04/21/2022*
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Morgan J. Feder**
                                             ATTORNEY GENERAL'S OFFICE FOR
                                             THE STATE OF NEW YORK
                                             28 Liberty Street
                                             23rd Floor
                                             New York, NY 10005
                                             212–416–8288
                                             Email: morgan.feder@ag.ny.gov
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Christopher Michael D'Angelo**
                                             OFFICE OF THE ATTORNEY
                                             GENERAL/NY
                                             28 Liberty Street
                                             Ste 23rd Floor
                                             New York, NY 10005
                                             917–617–8272
                                             Email: christopher.d'angelo@ag.ny.gov

*ATTORNEY TO BE NOTICED*

**Jennifer Levy**
OFFICE OF THE ATTORNEY
GENERAL/NY
28 Liberty St.
New York, NY 10005
212–416–8450
Email: Jennifer.Levy@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Letitia James**
NYS OFFICE OF THE ATTORNEY
GENERAL
The Capitol
Albany, NY 12224
212–416–8050
Email: letitia.james@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Michael Schwartz**
OFFICE OF THE NEW YORK STATE
ATTORNEY GENERAL
Antitrust Bureau
28 Liberty Street
20th Floor
New York, NY 10005
212–416–8096
Email: michael.schwartz@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF NORTH CAROLINA**       represented by  **Jessica Vance Sutton**
*20–3715*                                          NORTH CAROLINA DEPARTMENT OF
                                                   JUSTICE
                                                   114 West Edenton Street
                                                   Raleigh, NC 27603
                                                   919–716–0998
                                                   Email: jsutton2@ncdoj.gov
                                                   *TERMINATED: 01/31/2025*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Jonathan R. Marx**
                                                   NC DEPARTMENT OF JUSTICE
                                                   114 W. Edenton St.
                                                   Raleigh, NC 27603
                                                   919–716–6000
                                                   Email: jmarx@chalmersadams.com
                                                   *TERMINATED: 06/27/2024*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Kunal Janak Choksi**
NC DEPARTMENT OF JUSTICE
Consumer Protection
114 W. Edenton St.
Raleigh, NC 27603
919−716−6032
Email: kchoksi@ncdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Daniel Abram**
NORTH CAROLINA DEPARTMENT OF
JUSTICE
114 W. Edenton Street
Raleigh, NC 27603
919−716−6015
Email: jabram@ncdoj.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF TENNESSEE**                    represented by    **Christopher Dunbar**
*20−3715*                                                   OFFICE OF THE ATTORNEY
                                                            GENERAL & REPORTER− TN
                                                            P.O. Box 20207
                                                            Nashville, TN 37202
                                                            615−741−3519
                                                            Fax: 615−532−2910
                                                            Email: chris.dunbar@ag.tn.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **J. David McDowell**
                                                            OFFICE OF THE ATTORNEY
                                                            GENERAL & REPORTER− TN
                                                            P.O. Box 20207
                                                            Nashville, TN 37202
                                                            (615) 741−7663
                                                            Fax: (615) 532−2910
                                                            Email: david.mcdowell@ag.tn.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jeanette Pascale**
                                                            OFFICE OF THE ATTORNEY
                                                            GENERAL/TN
                                                            P.O. Box 20207
                                                            Nashville, TN 37202
                                                            615−253−5203
                                                            Email: jenna.pascale@ag.tn.gov
                                                            *TERMINATED: 01/28/2022*
                                                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Austin Ostiguy**
TENNESSEE ATTORNEY GENERAL'S
OFFICE
Consumer Protection Division
P.O. Box 20207
Nashville, TN 37202
615–532–7271
Email: austin.ostiguy@ag.tn.gov
*ATTORNEY TO BE NOTICED*

**Tyler Corcoran**
TENNESSEE ATTORNEY GENERAL'S
OFFICE
315 Deaderick Street
Office of Tennessee Attorney General,
UBS Building 19th Fl.
Nashville, TN 37243
615–770–1714
Email: tyler.corcoran@ag.tn.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF UTAH**
*20–3715*

represented by **Marie W. L. Martin**
ATTORNEY GENERAL
Bureau of Consumer Protection
350 N. State Street
Salt Lake City, UT 84114
385–270–2164
Email: mwmartin@agutah.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Alan Michaloski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott R Ryther**
UTAH ATTORNEY GENERAL'S
OFFICE
160 East 300 South
Ste 5th Floor
Salt Lake City, UT 84114
385–881–3742
Email: sryther@agutah.gov
*TERMINATED: 05/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tara Pincock**

ATTORNEY GENERAL'S OFFICE
Utah
160 E 300 S
PO Box 140874
84114, Ste 5th Floor
Salt Lake City, UT 84114
801−366−0305
Email: tpincock@agutah.gov
*TERMINATED: 02/22/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF ALASKA**
*20−3715*

**Plaintiff**

**STATE OF CONNECTICUT**                 represented by  **Nicole Demers**
*20−3715*                                                STATE OF CONNECTICUT OFFICE OF
                                                         THE ATTORNEY GENERAL
                                                         165 Capitol Avenue
                                                         Ste 5000
                                                         Hartford, CT 06106
                                                         860−808−5202
                                                         Fax: 860−808−5391
                                                         Email: nicole.demers@ct.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF DELAWARE**                    represented by  **Michael Andrew Undorf**
*20−3715*                                                DELAWARE DEPARTMENT OF
                                                         JUSTICE
                                                         Fraud and Consumer Protection Division
                                                         820 N. French St., 5th Floor
                                                         Wilmington, DE 19801
                                                         302−577−8924
                                                         Email: michael.undorf@delaware.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**DISTRICT OF COLUMBIA**                 represented by  **Adam Gitlin**
*20−3715*                                                DC OAG
                                                         400 6th Street NW
                                                         10th Floor
                                                         Washington, DC 20001
                                                         415−956−1000
                                                         Email: adam.gitlin@dc.gov
                                                         *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**David Brunfeld**
FEDERAL TRADE COMMISSION
Public Advocacy Division
400 7th Street, S.W.
Suite 6412
Washington, DC 20580
202–326–2938
Email: dbrunfeld@ftc.gov
*TERMINATED: 09/09/2022*
*LEAD ATTORNEY*

**Elizabeth Gentry Arthur**
OFFICE OF THE ATTORNEY
GENERAL FOR THE DISTRICT OF
COLUMBIA
400 6th Street NW
Washington, DC 20001
202–724–6514
Email: elizabeth.arthur@dc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TERRITORY OF GUAM**
*20–3715*

**Plaintiff**

**STATE OF HAWAII**                    represented by  **Rodney I. Kimura**
*20–3715*                                              OFFICE OF THE ATTORNEY
                                                       GENERAL/HI
                                                       Commerce & Economic Development
                                                       425 Queen Street
                                                       Honolulu, HI 96813
                                                       808–586–1180
                                                       Fax: 808–586–1205
                                                       Email: rodney.i.kimura@hawaii.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF IDAHO**                     represented by  **Brett Talmage DeLange**
*20–3715*                                              OFFICE OF THE IDAHO ATTORNEY
                                                       GENERAL
                                                       Consumer Protection Division
                                                       954 W. State St., 2nd Fl.
                                                       PO Box 83720
                                                       Boise, ID 83720–0010
                                                       208–334–4114
                                                       Fax: 208–334–4151

Email: brett.delange@ag.idaho.gov
*TERMINATED: 01/12/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John K. Olson**
IDAHO ATTORNEY GENERAL'S
OFFICE
Consumer Protection Division
954 W. Jefferson Street, 2nd Floor
PO Box 83720
Boise, ID 83720–0010
208–332–3549
Fax: 208–334–4151
Email: john.olson@ag.idaho.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATES OF ILLINOIS,**
**CALIFORNIA, COLORADO,**
**CONNECTICUT, DELAWARE,**
**HAWAII, MARYLAND,**
**MASSACHUSETTS, MINNESOTA,**
**NEW JERSEY, NEW YORK,**
**NORTH CAROLINA, OREGON,**
**RHODE ISLAND, AND**
**WASHINGTON**
*20–3715*

represented by  **Brian Matthew Yost**
OFFICE OF THE ILLINOIS ATTORNEY
GENERAL
Antitrust Bureau
100 W. Randolph Street
Chicago, IL 60601
872–276–3598
Email: brian.yost@ilag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Louise Maxeiner**
ILLINOIS ATTORNEY GENERAL'S
OFFICE
Antitrust Bureau
115 S. LaSalle St.
35th Floor
Chicago, IL 60603
773–590–7935
Email: elizabeth.maxeiner@ilag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin L. Shencopp**
(See above for address)
*TERMINATED: 09/21/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**STATE OF KANSAS**
*20−3715*

**Christopher Teters**
KANSAS ATTORNEY GENERAL'S
OFFICE
120 SW 10th Ave
Ste 2d Fl
Topeka, KS 66612
785−368−8429
Email: chris.teters@ag.ks.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynette R. Bakker**
OFFICE OF THE ATTORNEY
GENERAL/KS
Consumer Protection & Antitrust
120 S.W. 10th Avenue
Ste 2nd Floor
Topeka, KS 66612−1597
785−368−8451
Email: lynette.bakker@ks.gov
*TERMINATED: 01/17/2025*
*LEAD ATTORNEY*

**Plaintiff**

**STATE OF MAINE**
*20−3715*

represented by **Christina M. Moylan**
OFFICE OF THE ATTORNEY
GENERAL/ME
6 State House Station
Augusta, ME 04333−0006
207−626−8838
Email: christina.moylan@maine.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF MARYLAND**
*20−3715*

represented by **Gary Honick**
OFFICE OF THE MARYLAND
ATTORNEY GENERAL
Antitrust
200 St. Paul Place
200 St. Paul Place
Baltimore, MD 21202
410−576−6480
Email: ghonick@oag.state.md.us
*TERMINATED: 12/02/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa L. English**
OFFICE OF ATTORNEY GENERAL/MD
200 St. Paul Place

19th Floor
Baltimore, MD 21202
410–576–6513
Email: menglish@oag.state.md.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Schonette Walker**
OFFICE OF THE ATTORNEY
GENERAL/MD
200 St Paul Place
Baltimore, MD 21202
410–576–6470
Email: swalker@oag.state.md.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**COMMONWEALTH OF**
**MASSACHUSETTS**
*20–3715*

represented by **Jennifer Ellen Greaney**
OFFICE OF THE MASSACHUSETTS
ATTORNEY GENERAL
100 Cambridge Street
Ste 11th Floor
Boston, MA 02114
617–963–2981
Email: jennifer.greaney@mass.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Thorn Matlack**
OFFICE OF THE ATTORNEY
GENERAL/MA
One Ashburton Place
18th Floor
Boston, MA 02108
617–727–2200
Email: william.matlack@mass.gov
*TERMINATED: 01/28/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew B Frank**
MASSACHUSETTS ATTORNEY
GENERAL'S OFFICE
One Ashburton Place, 18th Floor
Boston, MA 02108
617–963–2669
Email: matthew.frank@mass.gov
*ATTORNEY TO BE NOTICED*

**Michael Bruce MacKenzie**
ATTORNEY GENERAL,

MASSACHUSEETTS
One Ashburton Place
Boston, MA 02108
617–963–2369
Email: michael.mackenzie@mass.gov
*TERMINATED: 09/13/2024*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF MINNESOTA**                represented by  **Zach Biesanz**
*20–3715*                                              MINNESOTA ATTORNEY GENERAL'S
                                                       OFFICE
                                                       Antitrust Division
                                                       445 Minnesota Street
                                                       Suite 600
                                                       St. Paul, MN 55101–5125
                                                       651–757–1257
                                                       Fax: 651–296–7438
                                                       Email: zach.biesanz@ag.state.mn.us
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF NEVADA**                  represented by  **Lucas J Tucker**
*20–3715*                                              NEVADA ATTORNEY GENERAL'S
                                                       OFFICE
                                                       Bureau of Consumer Protection
                                                       8945 W. Russell Road
                                                       Suite 204
                                                       Las Vegas, NV 89148
                                                       702–486–3256
                                                       Email: ltucker@ag.nv.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Marie W. L. Martin**
                                                       (See above for address)
                                                       *TERMINATED: 09/15/2022*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Michelle Christine Badorine**
                                                       OFFICE OF THE ATTORNEY
                                                       GENERAL, NV
                                                       100 North Carson Street
                                                       Carson City, NV 89701
                                                       775–684–1164
                                                       Email: mbadorine@ag.nv.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

| STATE OF NEW HAMPSHIRE | represented by | **Brandon Garod** |
|---|---|---|

*20−3715*

OFFICE OF ATTORNEY GENERAL/NH
33 Capitol Street
Concord, NH 03301
603−271−1217
Email: brandon.h.garod@doj.nh.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| STATE OF NEW JERSEY | represented by | **Robert Holup** |
|---|---|---|

*20−3715*

RIKER DANZIG LLP
7 Giralda Farms, Suite 250
Madison, NJ 07940−1051
973−538−0800
Email: rholup@riker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abiola Miles**
NEW JERSEY ATTORNEY GENERAL
25 Market St
PO Box 106
Trenton, NJ 08625
609−376−2383
Email: abiola.miles@law.njoag.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

STATE OF NEW MEXICO
*20−3715*

**Plaintiff**

| STATE OF NORTH DAKOTA | represented by | **Elin S. Alm** |
|---|---|---|

*20−3715*

OFFICE OF ATTORNEY GENERAL OF
NORTH DAKOTA
Consumer Protection & Antitrust Division
1720 Burlington Drive
Suite C
Bismarck, ND 58504
701−328−5570
Email: ealm@nd.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Parrell D. Grossman**
OFFICE OF ATTORNEY GENERAL OF
NORTH DAKOTA
Consumer Protection and Antitrust

Division
1720 Burlington Drive
Suite C
Bismarck, ND 58504−7736
701−328−5570
Fax: 701−328−5568
Email: pgrossman@nd.gov
*TERMINATED: 01/31/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Grossman**
NORTH DAKOTA OFFICE OF
ATTORNEY GENERAL
1720 Burlington Drive, Ste. C
Bismarck, ND 58504
Bismarck, ND 58504
701−328−5570
Email: tgrossman@nd.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF OHIO**                    represented by  **Beth Ann Finnerty**
*20−3715*                                            OFFICE OF THE ATTORNEY
                                                     GENERAL/OH
                                                     Antitrust
                                                     30 E. Broad Street
                                                     26th Floor
                                                     Columbus, OH 43215
                                                     614−466−4328
                                                     Email: beth.finnerty@ohioattorneygeneral.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jennifer L. Pratt**
                                                     OHIO ATTORNEY GENERAL
                                                     30 East Broad Street
                                                     26th Floor
                                                     Columbus, OH 43215
                                                     614−466−4328
                                                     Email: jennifer.pratt@ohioattorneygeneral.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Mark N. Kittel**
                                                     OFFICE OF THE ATTORNEY
                                                     GENERAL/OHIO
                                                     150 East Gay Street
                                                     22nd Floor
                                                     Columbus, OH 43215
                                                     614−466−4328
                                                     Email: mark.kittel@ohioattorneygeneral.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF OKLAHOMA**          represented by    **Caleb J. Smith**
*20−3715*                                       OFFICE OF THE OKLAHOMA
                                                ATTORNEY GENERAL
                                                313 NE 21st St
                                                Oklahoma City, OK 73105
                                                405−522−1014
                                                Fax: 405−522−0085
                                                Email: caleb.smith@oag.ok.gov
                                                *TERMINATED: 10/14/2024*
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Cameron Ross Capps**
                                                OKLAHOMA ATTORNEY GENERAL
                                                313 NE 21st St.
                                                Oklahoma City, OK 73105
                                                405−522−0858
                                                Email: cameron.capps@oag.ok.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Malisa Dawn McPherson**
                                                OKLAHOMA ATTORNEY GENERAL
                                                313 NE 21st St.
                                                Oklahoma City, OK 73105
                                                405−522−2297
                                                Email: malisa.mcpherson@oag.ok.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Robert J. Carlson**
                                                OFFICE OF THE OKLAHOMA
                                                ATTORNEY GENERAL
                                                15 W. 6th Street
                                                Suite 1000
                                                Tulsa, OK 74119
                                                918−581−2342
                                                Email: robert.carlson@oag.ok.gov
                                                *TERMINATED: 05/23/2025*
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF OREGON**            represented by    **Cheryl Hiemstra**
*20−3715*                                       OREGON DEPARTMENT OF JUSTICE
                                                Civil Recovery Section
                                                1162 Court St NE

Salem, OR 97301
503–934–4400
Email: cheryl.hiemstra@doj.oregon.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gina Ko**
OREGON DEPARTMENT OF JUSTICE
100 SW Market Street
Portland, OR 97201
971–673–1880
Email: gina.ko@doj.oregon.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**COMMONWEALTH OF
PENNSYLVANIA**
*20–3715*

represented by    **Joseph S. Betsko**
PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL
Strawberry Square
14th Floor
Harrisburg, PA 17120
(717) 787–4530
Fax: (202) 705–7110
Email: jbetsko@attorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracy Wright Wertz**
PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL
Antitrust Section
Strawberry Square
14th Floor
Harrisburg, PA 17120
(717) 787–4530
Fax: (717) 787–1190
Email: twertz@attorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Norman Wesley Marden**
COMMONWEALTH OF
PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL
Strawberry Square
14th Floor
Harrisburg, PA 17120
(717) 787–4530
Email: nmarden@attorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**COMMONWEALTH OF PUERTO RICO**
*20–3715*

represented by **Pablo Tufino**
PUERTO RICO DEPARTMENT OF JUSTICE
Office of Monopolistic Affairs
PO Box 9020192
San Juan
Puerto Rico
787–725–6655
Email: ptufino@justicia.pr.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF RHODE ISLAND**
*20–3715*

**Plaintiff**

**STATE OF SOUTH DAKOTA**
*20–3715*

represented by **Yvette K. Lafrentz**
OFFICE OF THE ATTORNEY GENERAL/SD
1302 E. Hwy 14
Suite1
Pierre, SD 57501
605–773–3215
Email: yvette.lafrentz@state.sd.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF VERMONT**
*20–3715*

represented by **Ryan G. Kriger**
OFFICE OF THE ATTORNEY GENERAL/VT
109 State St.
Montpelier, VT 05609
802–828–3170
Email: ryan.kriger@vermont.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**COMMONWEALTH OF VIRGINIA**
*20–3715*

represented by **Sarah Oxenham Allen**
OFFICE OF THE ATTORNEY GENERAL/VA
Antitrust Unit/Consumer Protection Section
202 N. 9th Street
Richmond, VA 23219
804–786–6557

Fax: 804−786−0122
Email: soallen@oag.state.va.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tyler Timothy Henry**
OFFICE OF THE ATTORNEY
GENERAL/VA
202 North 9th Street
Richmond, VA 23219
804−692−0485
Fax: 804−786−0122
Email: thenry@oag.state.va.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF WASHINGTON**                 represented by   **Amy Hanson**
*20−3715*                                                WASHINGTON STATE ATTORNEY
                                                         GENERAL
                                                         800 Fifth Avenue
                                                         Suite 2000
                                                         Seattle, WA 98104
                                                         206−464−5419
                                                         Email: amy.hanson@atg.wa.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF WEST VIRGINIA**              represented by   **Douglas Lee Davis**
*20−3715*                                                WV ATTORNEY GENERAL'S OFFICE
                                                         STATE OF WEST VIRGINIA
                                                         P.O. Box 1789
                                                         State Capitol, Building 6
                                                         1900 Kanawha Blvd. East, Suite 401
                                                         Charleston, WV 25326
                                                         304−558−8986
                                                         Fax: 304−558−0184
                                                         Email: doug.davis@wvago.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Tanya Lynn Godfrey**
                                                         WV ATTORNEY GENERAL'S OFFICE
                                                         P.O. Box 1789
                                                         Charleston, WV 25326
                                                         304−558−8986
                                                         Email: tanya.l.godfrey@wvago.gov
                                                         *TERMINATED: 09/13/2023*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF WYOMING**                    represented by   **Amy Pauli**
*20–3715*                                                WYOMING ATTORNEY GENERAL
                                                         109 State Capitol
                                                         200 West 24th Street
                                                         Cheyenne, WY 82002
                                                         307–777–8240
                                                         Email: amy.pauli@wyo.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**STATE OF ILLINOIS**                   represented by   **Jennifer Marie Coronel**
                                                         ILLINOIS ATTORNEY GENERAL'S
                                                         OFFICE
                                                         100 W. Randolph Street
                                                         Chicago, IL 60601
                                                         312–814–3722
                                                         Email: jennifer.coronel@ilag.gov
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GOOGLE LLC**                          represented by   **Benjamin Joseph Horwich**
                                                         MUNGER, TOLLES & OLSON LLP
                                                         560 Mission Street
                                                         27th Floor
                                                         San Francisco, CA 94105
                                                         415–512–4066
                                                         Fax: 415–512–4077
                                                         Email: ben.horwich@mto.com
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **John E. Schmidtlein**
                                                         WILLIAMS & CONNOLLY LLP
                                                         680 Maine Avenue, S.W.
                                                         Washington, DC 20024
                                                         202–434–5000
                                                         Email: jschmidtlein@wc.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Justin Paul Raphael**
                                                         MUNGER, TOLLES & OLSON LLP
                                                         560 Mission Street
                                                         27th Floor
                                                         San Francisco, CA 94105

415–512–4085
Fax: 415–512–4077
Email: justin.raphael@mto.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan A. Creighton**
WILSON SONSINI GOODRICH &
ROSATI, PC
1700 K Street, NW
5th Floor
Washington, DC 20006
202–973–8800
Email: screighton@wsgr.com
*TERMINATED: 12/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy W.H. Waszmer**
WILSON SONSINI GOODRICH &
ROSATI, PC
1301 Avenue of the Americas
40th Floor
New York, NY 10019
212–497–7702
Fax: 212–999–5899
Email: wwaszmer@wsgr.com
*TERMINATED: 05/08/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Philip Maurer**
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
202–434–5282
Email: amaurer@wc.com
*ATTORNEY TO BE NOTICED*

**Anne Johnson Palmer**
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111
415–315–6300
Email: anne.johnsonpalmer@ropesgray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin M. Greenblum**
WILLIAMS & CONNOLLY LLP
680 Maine Avenue

Washington, DC 20024
202–434–5000
Email: bgreenblum@wc.com
*ATTORNEY TO BE NOTICED*

**Christopher Yeager**
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
202–434–5000
Email: cyeager@wc.com
*ATTORNEY TO BE NOTICED*

**Chul Pak**
WILSON SONSINI GOODRICH &
ROSATI
31 West 52nd Street
Ste Fifth Floor
New York, NY 10019–6118
212–497–7726
Email: cpak@wsgr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Colette Connor**
WILLIAMS & CONNOLLY
680 Maine Avenue, S.W.
Washington, DC 20024
202–434–5170
Email: cconnor@wc.com
*ATTORNEY TO BE NOTICED*

**Donald Beaton Verrilli , Jr**
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW
Suite 500E
Washington, DC 20001
202–220–1101
Email: donald.verrilli@mto.com
*ATTORNEY TO BE NOTICED*

**Edward John Bennett**
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
202–434–5083
Fax: 202–434–5029
Email: ebennett@wc.com
*ATTORNEY TO BE NOTICED*

**Franklin M. Rubinstein**
WILSON SONSINI GOODRICH &

ROSATI
1700 K Street, NW
5th Floor
Washington, DC 20012
(202) 973–8800
Email: frubinstein@wsgr.com
*ATTORNEY TO BE NOTICED*

**Gloria K. Maier**
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
202–434–5213
Email: gmaier@wc.com
*ATTORNEY TO BE NOTICED*

**Graham Safty**
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
202–434–5548
Email: gsafty@wc.com
*ATTORNEY TO BE NOTICED*

**Justina Sessions**
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
650–618–9250
Email: justina.sessions@freshfields.com
*ATTORNEY TO BE NOTICED*

**Kenneth Charles Smurzynski**
WILLIAMS & CONNOLLY
680 Maine Avenue, SW
Washington, DC 20024
202–434–5000
Fax: 202–434–5029
Email: ksmurzynski@wc.com
*ATTORNEY TO BE NOTICED*

**Mark Samuel Popofsky**
ROPES & GRAY LLP
2099 Pennsylvania Avenue NW
Washington, DC 20006
(202) 508–4624
Fax: (202) 383–9377
Email: mark.popofsky@ropesgray.com
*ATTORNEY TO BE NOTICED*

**Matthew L McGinnis**
ROPES & GRAY LLP

Prudential Tower
800 Boylston Street
Boston, MA 02199
617–951–7000
Email: matthew.mcginnis@ropesgray.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Sommer**
WILSON SONSINI GOODRICH &
ROSATI
1301 Avenue of the Americas
40th Floor
New York, NY 10019
212–497–7728
Email: msommer@wsgr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natalie Peelish**
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
202–434–5000
Email: npeelish@wc.com
*TERMINATED: 08/18/2025*
*ATTORNEY TO BE NOTICED*

**Paul B. Gaffney**
WILLIAMS & CONNOLLY
680 Maine Avenue, S.W.
Washington, DC 20024
202–434–5000
Fax: 202–434–5029
Email: pgaffney@wc.com
*ATTORNEY TO BE NOTICED*

**Rachael Racine**
WILSON SONSINI GOODRICH &
ROSATI
31 West 52nd Street
Ste Fifth Floor
New York, NY 10019
212–497–7766
Email: rracine@wsgr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas W. Ryan**
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024

202–434–5228
Email: tryan@wc.com
*ATTORNEY TO BE NOTICED*

**Youlin Yuan**
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
202–434–5727
Email: yyuan@wc.com
*TERMINATED: 12/30/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Y COMBINATOR**                     represented by   **Brandon Kressin**
KRESSIN POWERS LLC
400 7th Street NW
Suite 300
Washington, DC 20004
202–464–2905
Email: brandon@kressinpowers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**STATE OF WASHINGTON**              represented by   **Amy Hanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linh K Tran**
WASHINGTON STATE ATTORNEY
GENERAL'S OFFICE
800 5th Avenue
Ste 2000
Seattle, WA 98104
206–389–2075
Email: linh.tran@atg.wa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**COMCAST CORPORATION**              represented by   **Arthur Joseph Burke**
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450–4352
Fax: (212) 701–5352

Email: arthur.burke@davispolk.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lynch**
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10029
212–450–4000
Email: christopher.lynch@davispolk.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesse Solomon**
DAVIS POLK & WARDWELL LLP
901 15th Street, NW
Washington, DC 20005
(202) 962–7138
Fax: (202) 962–7096
Email: jesse.solomon@davispolk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**NBCUNIVERSAL MEDIA, LLC**    represented by    **Arthur Joseph Burke**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lynch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesse Solomon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**SAMSUNG ELECTRONICS**    represented by    **Alexis Victoria Debernardis**
**AMERICA, INC.**                CROWELL & MORING LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004
202–624–2631
Email: adebernardis@crowell.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jeane A. Thomas**
CROWELL & MORING, L.L.P.
1001 Pennsylvania Avenue, N.W.
1001 Pennsylvania Avenue, NW
Washington, DC 20004–2505
202–624–2877
Email: jthomas@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan Arteaga**
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
212–803–4053
Fax: 212–223–4134
Email: jarteaga@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rosa M. Morales**
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
212–895–4261
Fax: 212–223–4134
Email: rmorales@crowell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**MICROSOFT CORPORATION**          represented by   **Amisha R. Patel**
ORRICK, HERRINGTON & SUTCLIFFE
LLP
222 Berkeley Street
Suite 2000
Boston, MA 02116
202–339–8457
Email: apatel@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Wilkie Ray**
ORRICK, HERRINGTON & SUTCLIFFE
LLP
2100 Pennsylvania Ave, NW
Washington, DC 20037
202–339–8400

Fax: 202–339–8500
Email: amyray@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julia Chapman**
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
215–994–2060
Email: julia.chapman@dechert.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Lloyd Larrabee**
Dechert, LLP
1095 Avenue of The Americas
27th Floor Mailroom
New York, NY 10036
212–698–3671
Email: matthew.larrabee@dechert.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Russell P. Cohen**
DECHERT, LLP
45 Fremont Street
26th Floor
San Francisco, CA 94105
415–262–4500
Email: russ.cohen@dechert.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vincent H. Cohen , Jr.**
DECHERT LLP
1900 K Street NW
Washington, DC 20006
202–261–3432
Fax: 202–261–3086
Email: vincent.cohen@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**GEORGE LOEWENSTEIN**          represented by  **Joseph J. Wardenski**
                                                WARDENSKI P.C.
                                                134 West 29th Street

Suite 709
New York, NY 10001
347–913–3311
Fax: 347–467–7237
Email: joe@wardenskilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**KLAUS M. SCHMIDT**                  represented by   **Joseph J. Wardenski**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Movant**

**PAUL HEIDHUES**                     represented by   **Joseph J. Wardenski**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Movant**

**AMERICAN ANTITRUST**                represented by   **Kathleen W. Bradish**
**INSTITUTE**                                          AMERICAN ANTITRUST INSTITUTE
                                                        1025 Connecticut Avenue NW
                                                        Washington, DC 20036
                                                        202–304–0195
                                                        Email: kbradish@antitrustinstitute.org
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Movant**

**AMERICAN ECONOMIC**                 represented by   **Katherine Warren Van Dyck**
**LIBERTIES PROJECT**                                 KVD STRATEGIES PLLC
*TERMINATED: 09/08/2023*                              1717 N Street NW
                                                        Ste 1
                                                        Washington, DC 20036
                                                        202–798–1948
                                                        Email: katie@kvdstrategies.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Lee Hepner**
                                                        2001 Pennsylvania Ave
                                                        Suite 540
                                                        Washington, DC 20006
                                                        949–412–7623
                                                        Email: lhepner@economicliberties.us
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

**Movant**

| | | |
|---|---|---|
| **DEMAND PROGRESS**<br>*TERMINATED: 09/08/2023* | represented by | **Katherine Warren Van Dyck**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **OPEN MARKETS INSTITUTE**<br>*TERMINATED: 09/08/2023* | represented by | **Katherine Warren Van Dyck**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **REVOLVING DOOR PROJECT**<br>*TERMINATED: 09/08/2023* | represented by | **Katherine Warren Van Dyck**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **DIGITAL CONTENT NEXT** | represented by | **David C. Kully**<br>HOLLAND & KNIGHT LLP<br>800 17th Street NW<br>Suite 1100<br>Washington, DC 20006<br>202–469–5415<br>Email: david.kully@hklaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **BRAD GREENSPAN** | represented by | **BRAD GREENSPAN**<br>24 A Trolley Square<br>Wilmington, DE 19809<br>Email: legalsupport1@nym.hush.com<br>PRO SE |

**Movant**

| | | |
|---|---|---|
| **ALPHABET WORKERS UNION–CWA** | represented by | **Allen Paul Grunes**<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>600 Massachusetts Ave NW, Suite 400<br>Suite 400<br>Washington, DC 20001<br>202–383–5901<br>Fax: 202–296–7009<br>Email: agrunes@bhfs.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**David B. Meschke**
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
675 15th Street
Suite 2900
Denver, CO 80202
303–223–1219
Fax: 303–223–1111
Email: dmeschke@bhfs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**CENTER FOR CYBERSECURITY**            represented by    **Elizabeth Rinehart**
**POLICY AND LAW**                                       VENABLE LLP
                                                         750 East Pratt Street
                                                         Suite 900
                                                         Baltimore, MD 21202
                                                         410–528–4646
                                                         Email: ecrinehart@venable.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Movant**

**ADMARKETPLACE, INC.**                  represented by    **Lauren Marguerite Weinstein**
                                                         MOLOLAMKEN LLP
                                                         600 New Hampshire Avenue
                                                         Suite 500
                                                         Washington, DC 20037
                                                         202–556–2000
                                                         Email: lweinstein@mololamken.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Movant**

**OPENAI OPCO, LLC**                     represented by    **Ashok Ramani**
                                                         DAVIS POLK & WARDWELL LLP
                                                         900 Middlefield Road
                                                         Suite 200
                                                         Redwood City, CA 94063
                                                         650–752–2000
                                                         Fax: 650–752–2111
                                                         Email: ashok.ramani@davispolk.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**DUCK DUCK GO, INC.**                   represented by    **Megan Gray**
                                                         DUCK DUCK GO, INC
                                                         20 Paoli Pike

Paoli, PA 19301
(202) 265–2738
Email: megan@duckduckgo.com
*TERMINATED: 09/02/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa H. Maxman**
COHEN & GRESSER, LLP
2001 Pennsylvania Ave, NW
Suite 300
Washington, DC 20006
(202) 851–2071
Fax: (202) 851–8820
Email: mmaxman@cohengresser.com
*ATTORNEY TO BE NOTICED*

**Ronald F. Wick**
COHEN & GRESSER, LLP
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
(202) 851–2070
Fax: (202) 851–2081
Email: rwick@cohengresser.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**MOTOROLA MOBILITY LLC**    represented by    **Anthony Stephen Ferrara**
MCDERMOTT WILL & EMERY
500 North Capitol Street NW
Washington, DC 20001
202–756–8435
Email: aferrara@mwe.com
*ATTORNEY TO BE NOTICED*

**Katharine M. O'Connor**
MCDERMOTT WILL & EMERY
444 W. Lake St.
Chicago, IL 60606
312–984–3627
Email: koconnor@mwe.com
*TERMINATED: 05/30/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marisa Poncia**
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
202–639–6618

Email: rponcia@velaw.com
*TERMINATED: 05/21/2025*
*ATTORNEY TO BE NOTICED*

**Stephen Y. Wu**
MCDERMOTT, WILL & SCHULTE LLP
444 W. Lake Street
Chicago, IL 60606
312–372–2000
Fax: 312–984–7700
Email: swu@mwe.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**SAMSUNG ELECTRONICS CO., LTD.**                represented by    **Juan Arteaga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**PET FUND**                represented by    **PET FUND**
PRO SE

**Amicus**

**ANTHROPIC PBC**                represented by    **Paul Alessio Mezzina**
KING & SPALDING, LLP
1700 Pennsylvania Ave. NW
Suite 200
Washington, DC 20006
202–626–8972
Email: pmezzina@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Veronica Smith Moye**
KING & SPALDING LLP
2601 Olive Street
Suite 2300
Dallas, TX 75201
214–764–4418
Email: vmoye@kslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Thomas Lee**
KING & SPALDING LLP
2601 Olive Street
Suite 2300
Dallas, TX 75201

214–764–4432
Email: benjamin.lee@kslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nema Milaninia**
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006
202–626–9273
Email: nmilaninia@kslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sumon Dantiki**
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006
202–626–5591
Email: sdantiki@kslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**CALIFORNIA CRANE SCHOOL**            represented by    **Joseph M. Alioto , Sr**
ALIOTO LAW FIRM
One Sansome Street
35th Floor
San Francisco, CA 94104
415–434–8900
Email: jmalioto@aliotolaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen G. Larson**
LARSON LLP
555 S. Flower Street
Suite 30th Floor
Los Angeles, CA 90071
213–436–4888
Fax: 213–623–2000
Email: slarson@larsonllp.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**NEWS/MEDIA ALLIANCE**            represented by    **Brandon Kressin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Amicus**

**BIPARTISAN FORMER ANTITRUST ENFORCERS**

represented by **Ian Simmons**
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383–5300
Fax: (202) 383–5414
Email: isimmons@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**AMERICAN ECONOMIC LIBERTIES PROJECT**

represented by **Lee Hepner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Catherine S. Simonsen**
AMERICAN ECONOMIC LIBERTIES PROJECT
2001 Pennsylvania Ave NW
Suite 540
Washington, DC 20006
917–747–5196
Email: csimonsen@economicliberties.us
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**CHAMBER OF PROGRESS**

represented by **Benjamin G. Bradshaw**
O'MELVENY & MYERS, LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383–5163
Email: bbradshaw@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION**

represented by **Benjamin G. Bradshaw**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**BRAVE SOFTWARE, INC.**

represented by **Gary Bornstein**
CRAVATH, SWAINE & MOORE LLP

375 Ninth Avenue
2 Manhattan West
New York, NY 10001
212–474–1000
Email: gbornstein@cravath.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Buretta**
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
212–474–1000
Email: jburetta@cravath.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew C. Finch**
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
2 Manhattan West
New York, NY 10001
212–474–1000
Email: afinch@cravath.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yonatan Even**
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, NY 10001
212–474–1000
Email: yeven@cravath.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**GREGORY J. WERDEN**    represented by    **GREGORY J. WERDEN**
1029 N. Stuart St.
#310
Arlington, VA 22201
703–527–5128
PRO SE

**Amicus**

**JAMES COOPER**    represented by    **Joseph Charles Folio , III**
*Dr.*    MORRISON & FOERSTER LLP
2100 L Street NW
Suite 900
Washington, DC 20037
(202) 887–1500

Fax: (202) 887–0763
Email: jfolio@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa M. Phelan**
MORRISON & FOERSTER LLP
2100 L Street NW
Suite 900
Washington, DC 20037
202–887–1500
Email: lphelan@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Gerking**
MORRISON & FOERSTER LLP
2100 L Street NW
Suite 900
Washington, DC 20037
202–907–3717
Email: mgerking@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**ANDREW STIVERS**                  represented by    **Joseph Charles Folio , III**
*Dr.*                                                  (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Lisa M. Phelan**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Megan Gerking**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Amicus**

**ACT THE APP ASSOCIATION**          represented by    **Creighton J. Macy**
                                                       BAKER & MCKENZIE LLP
                                                       815 Connecticut Avenue NW
                                                       Washington, DC 20006–4078
                                                       202–452–7000
                                                       Fax: 202–452–7074
                                                       Email: creighton.macy@bakermckenzie.com
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Graham Robert Cronogue**
BAKER & MCKENZIE LLP
815 Connecticut Avenue, NW
Washington, DC 20006
202–835–6249
Fax: 202–416–7249
Email: graham.cronogue@bakermckenzie.com
*ATTORNEY TO BE NOTICED*

**Kaitlyn Barry**
BAKER & MCKENZIE
800 Capitol
Suite 2100
Houston, TX 77002
713–427–5011
Email: kaitlyn.barry@bakermckenzie.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Geoffrey Weiss**
BAKER MCKENZIE LLP
815 Connecticut Ave. NW
Washington, DC 20006
202–835–6260
Email: mark.weiss@bakermckenzie.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**ENGINE ADVOCACY**                    represented by  **Paul Alessio Mezzina**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Amicus**

**TECHNET**                            represented by  **Paul Alessio Mezzina**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Amicus**

**FEDERAL TRADE COMMISSION**           represented by  **Anupama Sawkar**
                                       FEDERAL TRADE COMMISSION
                                       600 Pennsylvania Avenue, NW
                                       Washington, DC 20580
                                       202–779–6023
                                       Email: asawkar@ftc.gov
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **CENTER FOR CYBERSECURITY POLICY AND LAW** | represented by | **Elizabeth Rinehart** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **MOZILLA CORPORATION** | represented by | **Juan Arteaga** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **SCHOLARS OF LAW & ECONOMICS** | represented by | **Rebecca S. LeGrand** LEGRAND LAW PLLC 1100 H Street NW Suite 1220 Washington, DC 20005 202–587–5725 Email: rebecca@legrandpllc.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

V.

**Intervenor**

| | | |
|---|---|---|
| **JON SCHWEPPE** | represented by | **Mark Bailen** LAW OFFICES OF MARK I BAILEN 1250 Connecticut Avenue, NW Suite 700 Washington, DC 20036 (202) 656–0422 Fax: (202) 261–3508 Email: mb@bailenlaw.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Intervenor**

| | | |
|---|---|---|
| **ADAM CANDEUB** | represented by | **Mark Bailen** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Intervenor**

| | | |
|---|---|---|
| **NEW YORK TIMES COMPANY** | represented by | **Al–Amyn Sumar** THE NEW YORK TIMES COMPANY 1627 I Street NW Suite 700 |

Washington, DC 20006
646–306–4201
Email: al–amyn.sumar@nytimes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maya Gandhi**
THE NEW YORK TIMES
Legal Department
620 Eighth Avenue
New York, NY 11201
212–556–1244
Email: mayagandhi519@gmail.com
*TERMINATED: 09/05/2024*
*ATTORNEY TO BE NOTICED*

**Timothy Tai**
THE NEW YORK TIMES COMPANY
620 8th Avenue
New York, NY 10018
212–556–1244
Email: tim.tai@aya.yale.edu
*TERMINATED: 08/08/2025*
*ATTORNEY TO BE NOTICED*

V.

**Non–Party Petitioner**

AT&T INC.                      represented by  **Kristen Ceara Limarzi**
                                               GIBSON, DUNN & CRUTCHER LLP
                                               1700 M Street, N.W.
                                               Washington, DC 20036–4504
                                               202–887–3518
                                               Email: klimarzi@gibsondunn.com
                                               *LEAD ATTORNEY*
                                               *PRO HAC VICE*
                                               *ATTORNEY TO BE NOTICED*

                                               **Christian Dibblee**
                                               DOJ
                                               FEDERAL PROGRAMS BRANCH –
                                               Civil Division
                                               1100 L Street, N.W.
                                               Washington, DC 20005
                                               202–353–5980
                                               Email: christian.r.dibblee@usdoj.gov
                                               *TERMINATED: 06/20/2025*
                                               *ATTORNEY TO BE NOTICED*

                                               **Matthew Guice Aiken**
                                               GIBSON, DUNN & CRUTCHER LLP

1050 Connecticut Avenue NW
Washington, DC 20036
319–530–6659
Email: maiken@gibsondunn.com
*TERMINATED: 01/20/2023*
*ATTORNEY TO BE NOTICED*

**Non–Party Petitioner**

**MICROSOFT CORPORATION**          represented by   **Amy Wilkie Ray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julia Chapman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Martin J. Black**
DECHERT LLP
2929 Arch Street
Cira Centre
Philadelphia, PA 19104
215–994–2664
Email: martin.black@dechert.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Allen Robert Davis**
ORRICK, HERRINGTON & SUTCLIFFE
LLP
2100 Pennsylvania Ave, NW
20037
Washington, DC 20037
202–339–8612
Email: allen.davis@orrick.com
*ATTORNEY TO BE NOTICED*

**Caroline Simons**
222 Berkeley Street
Suite 2000
Boston, MA 02116
617–880–1800
Fax: 617–880–1801
Email: csimons@orrick.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Haley P. Tynes**
ORRICK, HERRINGTON & SUTCLIFFE

LLP
1152 15th Street, NW
Washington, DC 20005
202–339–8400
Email: HTECF@outlook.com
*TERMINATED: 04/13/2022*

**John A. Jurata , Jr.**
DECHERT LLP
1900 K Street, N.W.
Washington, DC 20006
202–261–3440
Email: jay.jurata@dechert.com
*ATTORNEY TO BE NOTICED*

**Mark Parris**
ORRICK
401 Union Street, Suite 3300
Seattle, WA 98101
206–839–4300
Email: mparris@orrick.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Non–Party Petitioner**

SONOS, INC.                    represented by    **John A. Jurata , Jr.**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Non–Party Petitioner**

ORACLE CORPORATION             represented by    **John D. Friel**
                                                 CLIFFORD CHANCE US LLP
                                                 Two Manhattan West
                                                 375 9th Avenue
                                                 New York, NY 10001
                                                 212–878–8000
                                                 Fax: 212–878–8375
                                                 Email: john.friel@cliffordchance.com
                                                 *LEAD ATTORNEY*
                                                 *PRO HAC VICE*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Stephen Michael Nickelsburg**
                                                 CLIFFORD CHANCE US LLP
                                                 2001 K Street, NW
                                                 Washington, DC 20006
                                                 (202) 912–5108
                                                 Fax: (202) 912–6000
                                                 Email: steve.nickelsburg@cliffordchance.com
                                                 *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Non–Party Petitioner**

**T–MOBILE USA, INC.**                              represented by **Helgard C. Walker**
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Suite 300
Washington, DC 20036–5306
(202) 887–3599
Fax: (202) 530–9595
Email: hwalker@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Edward Kipling**
WALTERKIPLING PLLC
5608 17th Ave NW # 735
Seattle, WA 98107
206–545–0346
Email: mike@walterkipling.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marjorie A. Walter**
WALTERKIPLING PLLC
5608 17th Ave NW
Ste #735
Seattle, WA 98107
206–545–0347
Email: marjorie@walterkipling.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Russell Balikian**
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036–4504
202–955–8535
Fax: 202–530–9542
Email: rbalikian@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Non–Party Petitioner**

**AMAZON.COM, INC.**                              represented by **Joshua Lipton**
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
202–955–8226
Email: jlipton@gibsondunn.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Richard G. Parker**
MILBANK LLP
1101 New York Avenue, N.W.
Ste 6th Floor
Washington, DC 20005
202–835–7530
Email: rparker@milbank.com
*TERMINATED: 08/10/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Non–Party Petitioner**

**GROUPM WORLDWIDE LLC**          represented by   **James Donald Sadowski**
GREENSTEIN, DELORME & LUCHS,
PC
801 17th Street, N.W.
Suite 1000
Washington DC, DC 20006
202–452–1400
Fax: 202–452–1410
Email: jds@gdllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Non–Party Petitioner**

**APPLE, INC.**          represented by   **Alfred C Pfeiffer , Jr.**
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111–6538
(415) 395–8898
Fax: (415) 395–8095
Email: al.pfeiffer@lw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory G. Garre**
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004–1304
(202) 637–2207
Fax: 202–637–5910
Email: gregory.garre@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julia K. York**

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371–7146
Email: julia.york@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah M. Ray**
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Franciso, CA 94111
415–391–0600
Fax: 415–395–8095
Email: sarah.ray@lw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven C. Sunshine**
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371–7860
Fax: (202) 393–5760
Email: steven.sunshine@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Chiu**
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
415–391–0600
Fax: 415–395–8095
Email: aaron.chiu@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew J. Shanahan**
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Manhattan West
New York, NY 10001–8602
202–735–2996
Email: andrew.shanahan@skadden.com
*TERMINATED: 01/23/2025*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Ben Harris**
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
212–906–1743
Email: ben.harris@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph M. Rancour**
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371–7532
Email: joseph.rancour@skadden.com
*ATTORNEY TO BE NOTICED*

**Karen Mary Lent**
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Manhattan West
New York, NY 10001–8602
212–735–3276
Email: karen.lent@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael A. Lanci**
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Manhattan West
New York, NY 10001–8602
212–735–3423
Email: michael.lanci@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter E. Davis**
LATHAM & WATKINS LLP
555 11th St. NW
Suite 1000
Washington, DC 20004–1304
202–637–2273
Email: PDavis@jenner.com
*TERMINATED: 06/30/2025*
*ATTORNEY TO BE NOTICED*

**Ryan J. Travers**
SKADDEN, ARPS, SLATE, MEAGHER

& FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
202–371–7347
Fax: 202–661–8347
Email: ryan.travers@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Elliott Ridgway**
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
320 S. Canal Street
47th Floor
Chicago, IL 60606–5707
312–407–0700
Fax: 312–407–0711
Email: karen.zydron@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Non–Party Petitioner**

**CERENCE, INC**                    represented by    **John A. Jurata , Jr.**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Non–Party Petitioner**

**VERIZON**                        represented by    **Judith A. Zahid**
                                                      ZELLE LLP
                                                      555 12th Street
                                                      Suite 1230
                                                      Oakland, CA 94607
                                                      415–693–0700
                                                      Fax: 415–693–0770
                                                      Email: jzahid@zellelaw.com
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Bryant Steven Green**
                                                      ZELLE LLP
                                                      1775 Pennsylvania Ave, NW
                                                      Suite 375
                                                      Washington, DC 20006
                                                      202–899–4119
                                                      Fax: 612–336–9100
                                                      Email: bgreen@zellelaw.com
                                                      *ATTORNEY TO BE NOTICED*

**Non–Party Petitioner**

**PATRICK CHANG**                  represented by

Juan Arteaga
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Non–Party Petitioner**

**SAMSUNG NEXT LLC**                represented by   **Juan Arteaga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Non–Party Petitioner**

**FARMERS GROUP, INC.**             represented by   **Toyja E. Kelley , Sr**
TROUTMAN PEPPER LOCKE LLP
701 8th Street, N.W.
Suite 500
Washington, DC 20001
202–220–6939
Fax: 202–315–3878
Email: toyja.kelley@troutman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Non–Party Petitioner**

**ADMARKETPLACE, INC.**             represented by   **Lauren Marguerite Weinstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harry Larson**
1338 8th St. NW Apt. 601
3n
Washington, DC 20001
917–628–8623
Email: hplarson28@gmail.com
*ATTORNEY TO BE NOTICED*

**Non–Party Petitioner**

**YAHOO! INC.**                     represented by   **Anna M Rathbun**
LATHAM & WATKINS LLP
555 11th Street NW
Suite 1000
Washington, DC 20004
202–637–2200
Fax: 202–637–2201
Email: anna.rathbun@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caitlin Fitzpatrick**

LATHAM & WATKINS LLP
555 11th Street NW
Suite 1000
Washington, DC 20004
202–637–3358
Fax: 202–637–2201
Email: caitlin.fitzpatrick@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Non–Party Respondent**

**BOOKING HOLDINGS INC.**                  represented by  **Sara Young Razi**
SIMPSON THACHER & BARTLETT
LLP
900 G Street NW
Washington, DC 20001
(202) 636–5582
Fax: (202) 636–5502
Email: sara.razi@stblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Non–Party Respondent**

**YELP INC.**                  represented by  **Douglas J. Dixon**
HUESTON HENNIGAN LLP
620 Newport Center Drive
Suite 1300
Newport Beach, CA 92660
949–226–6741
Fax: 888–773–0898
Email: ddixon@hueston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellen Kenney**
HUESTON HENNIGAN LLP
523 W. 6th Street
Suite 400
Los Angeles, CA 90014
213–788–4340
Email: ekenney@hueston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Serine Consolino**
AEGIS LAW GROUP LLP
801 Pennsylvania Ave, NW

Suite 740
Washington, DC 20004
(202) 706–7031
Fax: (202) 737–3330
Email: sconsolino@aegislawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Non–Party Respondent**

**HOME DEPOT U.S.A., INC.**            represented by **Ronan Patrick Doherty**
BONDURANT, MIXSON & ELMORE,
LLP
1201 West Peachtree Street, NW
1201 West Peachtree Street, NW
3900 One Atlantic Center
Atlanta, GA 30309–3417
404–881–4138
Email: doherty@bmelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Non–Party Respondent**

**PERPLEXITY AI, INC**            represented by **Grace Ramirez**
LEWIS & LLEWELLYN
San Francisco
601 Montgomery St
Ste 2000
San Francisco, CA 94111
415–800–0590
Email: gramirez@lewisllewellyn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc Robert Lewis**
LEWIS & LLEWELLYN LLP
601 Montgomery Street
Suite 2000
San Francisco, CA 94111
415–800–0591
Fax: 415–390–2127
Email: mlewis@lewisllewellyn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary Christian Flood**
LEWIS & LLEWELLYN LLP
601 Montgomery St.
Suite 2000
94111

San Francisco, CA 94610
628–300–1525
Email: zflood@lewisllewellyn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dana Evans Foster**
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626–3600
Fax: (202) 639–9355
Email: defoster@whitecase.com
*ATTORNEY TO BE NOTICED*

**Non–Party Respondent**

**OPEN AI, INC.**                        represented by  **Ashok Ramani**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Serge A. Voronov**
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Suite 200
Redwood City, CA 94063
650–752–2075
Fax: 650–752–3675
Email: serge.voronov@davispolk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Non–Party Respondent**

**NEWS CORP**                           represented by  **John Thorne**
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street NW
Suite 400
Washington, DC 20036
202–326–7900
Email: jthorne@kellogghansen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel G. Bird**
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, NW
Suite 400

Washington, DC 20036
(202) 326–7971
Fax: (202) 326–7999
Email: dbird@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Eric Joseph Maier**
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, NW
Suite 400
Washington, DC 20036
202–326–7923
Email: emaier@kellogghansen.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2020 | 1 | COMPLAINT against GOOGLE LLC filed by UNITED STATES OF AMERICA. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(ztnr) (Entered: 10/20/2020) |
| 10/20/2020 | 2 | NOTICE of Appearance by Jesus Manuel Alvarado–Rivera on behalf of UNITED STATES OF AMERICA (Alvarado–Rivera, Jesus) (Entered: 10/20/2020) |
| 10/21/2020 | | Case Assigned to Judge Amit P. Mehta. (zmd) (Entered: 10/21/2020) |
| 10/21/2020 | 3 | SUMMONS (1) Issued Electronically as to GOOGLE LLC. (Attachments: # 1 Notice and Consent) (zmd) (Entered: 10/21/2020) |
| 10/23/2020 | 4 | WAIVER OF SERVICE. GOOGLE LLC waiver sent on 10/20/2020, answer due 12/19/2020. (Alvarado–Rivera, Jesus) (Entered: 10/23/2020) |
| 10/23/2020 | 5 | NOTICE of Appearance by John E. Schmidtlein on behalf of GOOGLE LLC (Schmidtlein, John) (Entered: 10/23/2020) |
| 10/23/2020 | 6 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by GOOGLE LLC (Schmidtlein, John) (Entered: 10/23/2020) |
| 10/23/2020 | 7 | NOTICE of Appearance by Benjamin M. Greenblum on behalf of GOOGLE LLC (Greenblum, Benjamin) (Entered: 10/23/2020) |
| 10/26/2020 | 8 | NOTICE of Appearance by Mark Samuel Popofsky on behalf of GOOGLE LLC (Popofsky, Mark) (Entered: 10/26/2020) |
| 10/26/2020 | | MINUTE ORDER. The parties shall appear for a telephonic status hearing on October 30, 2020, at 10:00 a.m. The courtroom deputy shall circulate dial–in information. Members of the public or media may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. The public access line will be muted and should only be used by non–participating parties. Signed by Judge Amit P. Mehta on 10/26/2020. (lcapm2) (Entered: 10/26/2020) |
| 10/26/2020 | | Set/Reset Hearings: Telephonic Status Conference set for 10/30/2020 at 10:00 AM Judge Amit P. Mehta. (zjd) (Entered: 10/27/2020) |

| 10/27/2020 | 9 | NOTICE of Appearance by Franklin M. Rubinstein on behalf of All Defendants (Rubinstein, Franklin) (Entered: 10/27/2020) |
|---|---|---|
| 10/27/2020 | 10 | NOTICE of Appearance by Ryan M. Sandrock on behalf of UNITED STATES OF AMERICA (Sandrock, Ryan) (Entered: 10/27/2020) |
| 10/28/2020 | 11 | NOTICE of Appearance by Elizabeth Skjelborg Jensen on behalf of UNITED STATES OF AMERICA (Jensen, Elizabeth) (Entered: 10/28/2020) |
| 10/29/2020 | 12 | NOTICE of Appearance by Chaim Alexander Cohen on behalf of UNITED STATES OF AMERICA (Cohen, Chaim) (Main Document 12 replaced on 10/29/2020) (zeg). (Entered: 10/29/2020) |
| 10/29/2020 | 13 | NOTICE of Appearance by Justin Clark on behalf of COMMONWEALTH OF KENTUCKY (Clark, Justin) (Entered: 10/29/2020) |
| 10/29/2020 | 14 | NOTICE of Appearance by Kimberley G. Biagioli on behalf of STATE OF MISSOURI (Biagioli, Kimberley) (Entered: 10/29/2020) |
| 10/30/2020 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held via teleconference on 10/30/2020. Joint Status Report due by 11/6/2020. Defendant's Notice due by 11/13/2020. Rule 26(a)(1) Initial Disclosures due by 11/20/2020. Status Conference set for 11/18/2020 at 11:30 AM via teleconference before Judge Amit P. Mehta. The courtroom deputy will circulate dial–in information to counsel. Members of the public or media may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. The public access line will be muted and should only be used by non–participating parties. (Court Reporter: William Zaremba) (zjd) (Entered: 10/30/2020) |
| 10/30/2020 | 15 | NOTICE of Appearance by Matthew Alan Michaloski on behalf of STATE OF INDIANA (Michaloski, Matthew) (Entered: 10/30/2020) |
| 10/30/2020 | 16 | NOTICE of Appearance by Scott Leroy Barnhart on behalf of STATE OF INDIANA (Barnhart, Scott) (Entered: 10/30/2020) |
| 10/30/2020 | | MINUTE ORDER setting the following schedule for further proceedings in this matter: (1) the parties shall file a Joint Status Report on or before November 6, 2020, which updates the court on the status of a protective order; (2) Defendant shall notify the court on or before November 13, 2020, of how it intends to respond to 1 the Complaint; (3) the parties shall appear for a telephonic status hearing on November 18, 2020, at 11:30 a.m.; and (4) the parties shall exchange their initial disclosures, as required under Rule 26(a)(1), on or before November 20, 2020. Initial disclosures shall be for attorneys' eyes only unless and until a protective order is in place or the court orders otherwise. Signed by Judge Amit P. Mehta on 10/30/2020. (lcapm2) (Entered: 10/30/2020) |
| 10/30/2020 | 17 | NOTICE of Appearance by Bret Fulkerson on behalf of STATE OF TEXAS (Fulkerson, Bret) (Entered: 10/30/2020) |
| 10/30/2020 | 18 | NOTICE of Appearance by Kim Van Winkle on behalf of STATE OF TEXAS (Van Winkle, Kim) (Entered: 10/30/2020) |
| 10/30/2020 | 19 | NOTICE of Appearance by Kelsey Paine on behalf of STATE OF TEXAS (Paine, Kelsey) (Entered: 10/30/2020) |

| 11/02/2020 | 20 | NOTICE of Appearance by Rebecca McCormack Hartner on behalf of STATE OF SOUTH CAROLINA (Hartner, Rebecca) (Entered: 11/02/2020) |
| 11/02/2020 | 21 | NOTICE of Appearance by Mark W Mattioli on behalf of STATE OF MONTANA (Mattioli, Mark) (Entered: 11/02/2020) |
| 11/04/2020 | 22 | NOTICE of Appearance by R. S. Palmer on behalf of STATE OF FLORIDA (Palmer, R.) (Main Document 22 replaced on 11/5/2020) (zeg). (Entered: 11/04/2020) |
| 11/05/2020 | 23 | NOTICE of Appearance by Michael Glenn McLellan on behalf of UNITED STATES OF AMERICA (McLellan, Michael) (Entered: 11/05/2020) |
| 11/06/2020 | 24 | Joint STATUS REPORT by GOOGLE LLC. (Schmidtlein, John) (Entered: 11/06/2020) |
| 11/09/2020 | | MINUTE ORDER. Upon consideration of the parties' 24 Joint Status Report, the parties are directed to submit position statements outlining their respective positions on the disputed terms of a protective order, not to exceed ten pages, on or before November 13, 2020. Third parties wishing to be heard on the disputed terms of the protective order may also submit position statements, not to exceed seven pages, on or before November 13, 2020. Signed by Judge Amit P. Mehta on 11/9/2020. (lcapm2) (Entered: 11/09/2020) |
| 11/09/2020 | | Set/Reset Deadlines: Position Statements due by 11/13/2020. (zjd) (Entered: 11/09/2020) |
| 11/09/2020 | 32 | NOTICE pursuant to R.P.J.P.M.L. 4.l(b) of PLAINTIFF'S MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS PURSUANT TO 28 U.S.C. § 1407. by J. JACKSON PAIGE (zrdj) (Entered: 11/13/2020) |
| 11/10/2020 | 25 | NOTICE of Appearance by Erica S Sullivan on behalf of STATE OF INDIANA (Sullivan, Erica) (Entered: 11/10/2020) |
| 11/11/2020 | 26 | NOTICE of Appearance by Matthew Guice Aiken on behalf of AT&T INC. (Aiken, Matthew) (Entered: 11/11/2020) |
| 11/11/2020 | 27 | NOTICE of Appearance by Amy Wilkie Ray on behalf of MICROSOFT CORPORATION (Ray, Amy) (Entered: 11/11/2020) |
| 11/11/2020 | 28 | Joint MOTION for Extension of Time to *File Position Statements on Protective Order* by AT&T INC. (Aiken, Matthew) (Entered: 11/11/2020) |
| 11/11/2020 | 29 | NOTICE of Appearance by John A. Jurata, Jr on behalf of Sonos, Inc. (Jurata, John) (Entered: 11/11/2020) |
| 11/11/2020 | 30 | NOTICE of Appearance by Stephen Michael Nickelsburg on behalf of ORACLE CORPORATION, ORACLE CORPORATION (Nickelsburg, Stephen) (Entered: 11/11/2020) |
| 11/11/2020 | | MINUTE ORDER granting Non–Parties' Request for Additional Time to File Position Statements on the Protective Order, ECF No. 28 . Any non–party wishing to make its views known with respect to the proposed protective order shall make its filing by November 20, 2020. Such filing shall be no more than seven, double–spaced pages. Neither the parties nor the third parties need include hyperlinks in their submissions. Signed by Judge Amit P. Mehta on 11/11/2020. (lcapm2) (Entered: 11/11/2020) |

| 11/11/2020 | | Set/Reset Deadlines: Non–Party Position Statements due by 11/20/2020. (zjd) (Entered: 11/12/2020) |
|---|---|---|
| 11/12/2020 | 31 | TRANSCRIPT OF STATUS CONFERENCE VIA TELECONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on October 30, 2020; Page Numbers: 1–44. Date of Issuance: November 12, 2020. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/3/2020. Redacted Transcript Deadline set for 12/13/2020. Release of Transcript Restriction set for 2/10/2021.(wz) (Entered: 11/12/2020) |
| 11/13/2020 | 33 | SUPPLEMENTAL MEMORANDUM by GOOGLE LLC. (Attachments: # 1 Exhibit Ex. A Proposed Protective Order)(Schmidtlein, John) Modified event title on 11/17/2020 (znmw). (Entered: 11/13/2020) |
| 11/13/2020 | 34 | SUPPLEMENTAL MEMORANDUM to *Status Report* filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit Proposed Protective Order, # 2 Exhibit Comparison of Parties' Proposals)(Dintzer, Kenneth) (Entered: 11/13/2020) |
| 11/16/2020 | 35 | NOTICE of Appearance by Helgi C. Walker on behalf of T–MOBILE USA, INC. (Walker, Helgi) (Entered: 11/16/2020) |
| 11/16/2020 | 36 | NOTICE of Appearance by Russell Balikian on behalf of T–MOBILE USA, INC. (Balikian, Russell) (Entered: 11/16/2020) |
| 11/17/2020 | 37 | NOTICE of Appearance by Megan Gray on behalf of Duck Duck Go, Inc. (Gray, Megan) Modified on 11/17/2020 (zjd). (Entered: 11/17/2020) |
| 11/17/2020 | 38 | NOTICE of Appearance by Melissa H. Maxman on behalf of DUCK DUCK GO, INC. (Maxman, Melissa) (Entered: 11/17/2020) |
| 11/17/2020 | 39 | NOTICE of Appearance by Ronald F. Wick on behalf of DUCK DUCK GO, INC. (Wick, Ronald) (Entered: 11/17/2020) |
| 11/17/2020 | 40 | NOTICE of Appearance by Richard G. Parker on behalf of AMAZON.COM, INC. (Parker, Richard) (Entered: 11/17/2020) |
| 11/17/2020 | 41 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Marjorie A. Walter, Filing fee $ 100, receipt number ADCDC–7847350. Fee Status: Fee Paid. by T–MOBILE USA, INC. (Attachments: # 1 Declaration of Marjorie A. Walter, # 2 Text of Proposed Order)(Walker, Helgi) (Entered: 11/17/2020) |

| 11/17/2020 | 42 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Michael E. Kipling, Filing fee $ 100, receipt number ADCDC–7847414. Fee Status: Fee Paid. by T–MOBILE USA, INC. (Attachments: # 1 Declaration of Michael E. Kipling, # 2 Text of Proposed Order)(Walker, Helgi) (Entered: 11/17/2020) |
| --- | --- | --- |
| 11/18/2020 | | MINUTE ORDER granting 41 Motion for Leave to Appear Pro Hac Vice. Attorney Marjorie A. Walter is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a).**Click here for instructions Signed by Judge Amit P. Mehta on 11/18/2020. (lcapm2) Modified on 11/20/2020 (zjd). (Entered: 11/18/2020) |
| 11/18/2020 | | MINUTE ORDER granting 42 Motion for Leave to Appear Pro Hac Vice. Attorney Michael E. Kipling is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a).**Click here for instructions Signed by Judge Amit P. Mehta on 11/18/2020. (lcapm2) Modified on 11/20/2020 (zjd). (Entered: 11/18/2020) |
| 11/18/2020 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 11/18/2020 via teleconference. Modified Rule 16.3 Statement due by 12/11/2020. Telephonic Status Conferences set for 12/2/2020 at 11:00 AM and 12/18/2020 at 11:00 AM before Judge Amit P. Mehta. The courtroom deputy will circulate dial–in information to counsel. Members of the public or media may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. The public access line will be muted and should only be used by non–participating parties. (Court Reporter: William Zaremba) (zjd) (Entered: 11/18/2020) |
| 11/18/2020 | | MINUTE ORDER entering the following schedule, as discussed at the November 18, 2020 telephonic status hearing: (1) the parties shall appear for a telephonic status hearing to discuss the pending protective order on December 2, 2020, at 11:00 a.m.; (2) the parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and Local Civil Rule 16.3, and submit a joint statement that includes proposals for a case management order on or before December 11, 2020; and (3) the parties shall appear for a telephonic status hearing to resolve any disputes raised in the parties' statement and to set a schedule for further proceedings in this matter on December 18, 2020, at 11:00 a.m. Signed by Judge Amit P. Mehta on 11/18/2020. (lcapm2) (Entered: 11/18/2020) |
| 11/19/2020 | 43 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– John D. Friel, Filing fee $ 100, receipt number ADCDC–7855120. Fee Status: Fee Paid. by ORACLE CORPORATION (Attachments: # 1 Declaration of John D. Friel, # 2 Text of Proposed Order)(Nickelsburg, Stephen) (Entered: 11/19/2020) |
| 11/19/2020 | 44 | NOTICE of Appearance by James Donald Sadowski on behalf of GroupM Worldwide LLC (Sadowski, James) (Entered: 11/19/2020) |
| 11/19/2020 | | MINUTE ORDER granting 43 Motion for Leave to Appear Pro Hac Vice. Attorney John D. Friel is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a).**Click here for instructions Signed by Judge Amit P. Mehta on 11/19/2020. (lcapm2) Modified on 11/20/2020 (zjd). (Entered: 11/19/2020) |
| 11/20/2020 | 45 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Kristen C. Limarzi, Filing fee $ 100, receipt number ADCDC–7861480. Fee Status: Fee Paid. by AT&T INC. (Attachments: # 1 Declaration of Kristen C. Limarzi, # 2 Text of Proposed |

| | | |
|---|---|---|
| | | Order)(Aiken, Matthew) (Entered: 11/20/2020) |
| 11/20/2020 | 46 | NOTICE of Appearance by Steven C. Sunshine on behalf of APPLE INC. (Sunshine, Steven) (Entered: 11/20/2020) |
| 11/20/2020 | 47 | NOTICE *(Non−Party Apple Inc.'s Position Statement on Protective Order)* by APPLE INC. re Order on Motion for Extension of Time to, (Sunshine, Steven) (Entered: 11/20/2020) |
| 11/20/2020 | 48 | NOTICE of Appearance by Joseph M. Rancour on behalf of APPLE INC. (Rancour, Joseph) (Entered: 11/20/2020) |
| 11/20/2020 | | MINUTE ORDER granting 45 Motion for Leave to Appear Pro Hac Vice. Attorney Kristen C. Limarzi is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a).**Click here for instructions Signed by Judge Amit P. Mehta on 11/20/2020. (lcapm2) Modified on 11/20/2020 (zjd). (Entered: 11/20/2020) |
| 11/20/2020 | 49 | NOTICE of Appearance by Elisabeth Hart Pepper Martin on behalf of STATE OF MISSISSIPPI (Martin, Elisabeth) (Main Document 49 replaced on 11/20/2020) (zeg). (Entered: 11/20/2020) |
| 11/20/2020 | 50 | NOTICE *Non−Parties' Position Statement on the Protective Order* by AT&T INC. (Aiken, Matthew) (Entered: 11/20/2020) |
| 11/20/2020 | 51 | NOTICE *of Non−Party Position Statement Regarding the Proposed Protective Order* by GROUPM WORLDWIDE LLC re 34 Supplemental Memorandum (Sadowski, James) (Entered: 11/20/2020) |
| 11/20/2020 | 52 | NOTICE *Non−Party DuckDuckGo's Position Statement on Protective Order* by DUCK DUCK GO, INC. (Gray, Megan) (Entered: 11/20/2020) |
| 11/20/2020 | 53 | NOTICE of Appearance by Kristen Ceara Limarzi on behalf of AT&T INC. (Limarzi, Kristen) (Entered: 11/20/2020) |
| 11/23/2020 | 54 | NOTICE of Supplemental Information re MDL No. 2981 by J. JACKSON PAIGE (zrdj) (Entered: 11/25/2020) |
| 11/25/2020 | 55 | MOTION for Leave to File *Reply Submission in Support of Protective Order* by GOOGLE LLC (Attachments: # 1 Reply in Support of PO, # 2 Exhibit 1 Danaye−Elmi Declaration, # 3 Exhibit 2 Kollios Declaration, # 4 Text of Proposed Order)(Schmidtlein, John) (Entered: 11/25/2020) |
| 12/01/2020 | 56 | TRANSCRIPT OF STATUS CONFERENCE VIA TELECONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on November 18, 2020; Page Numbers: 1−40. Date of Issuance: December 1, 2020. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/22/2020. Redacted Transcript Deadline set for 1/1/2021. Release of Transcript Restriction set for 3/1/2021.(wz) (Entered: 12/01/2020) |
| 12/01/2020 | | MINUTE ORDER granting 55 Defendant's Motion for Leave to File Reply Submission Regarding Proposed Protective Order. Signed by Judge Amit P. Mehta on 12/1/2020. (lcapm2) (Entered: 12/01/2020) |
| 12/01/2020 | 57 | NOTICE of Appearance by Marjorie A. Walter on behalf of T–MOBILE USA, INC. (Walter, Marjorie) (Entered: 12/01/2020) |
| 12/01/2020 | 58 | NOTICE of Appearance by Michael Edward Kipling on behalf of T–MOBILE USA, INC. (Kipling, Michael) (Entered: 12/01/2020) |
| 12/01/2020 | 59 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Arthur J. Burke, Fee Status: No Fee Paid. by COMCAST CORPORATION, NBCUNIVERSAL MEDIA, LLC (Attachments: # 1 Declaration of Arthur J. Burke, # 2 Text of Proposed Order)(Solomon, Jesse) (Entered: 12/01/2020) |
| 12/01/2020 | 60 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Christopher Lynch, Fee Status: No Fee Paid. by NBCUNIVERSAL MEDIA, LLC (Attachments: # 1 Declaration of Christopher Lynch, # 2 Text of Proposed Order)(Solomon, Jesse) (Entered: 12/01/2020) |
| 12/01/2020 | | MINUTE ORDER. The court denies 59 Motion for Leave to Appear Pro Hac Vice without prejudice. Counsel has not paid the $100 fee required by Local Civil Rule 83.2(d). Once the payment is confirmed, the court will reconsider the motion. Signed by Judge Amit P. Mehta on 12/1/2020. (lcapm2) (Entered: 12/01/2020) |
| 12/01/2020 | | MINUTE ORDER. The court denies 60 Motion for Leave to Appear Pro Hac Vice without prejudice. Counsel has not paid the $100 fee required by Local Civil Rule 83.2(d). Once the payment is confirmed, the court will reconsider the motion. Signed by Judge Amit P. Mehta on 12/1/2020. (lcapm2) (Entered: 12/01/2020) |
| 12/01/2020 | 61 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Arthur J. Burke, Filing fee $ 100, receipt number ADCDC–7902315. Fee Status: Fee Paid. by COMCAST CORPORATION, NBCUNIVERSAL MEDIA, LLC (Attachments: # 1 Declaration of Arthur J. Burke, # 2 Text of Proposed Order)(Solomon, Jesse) (Entered: 12/01/2020) |
| 12/01/2020 | 62 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Christopher Lynch, Filing fee $ 100, receipt number ADCDC–7902398. Fee Status: Fee Paid. by COMCAST CORPORATION, NBCUNIVERSAL MEDIA, LLC (Attachments: # 1 Declaration of Christopher Lynch, # 2 Text of Proposed Order)(Solomon, Jesse) (Entered: 12/01/2020) |
| 12/01/2020 | | MINUTE ORDER granting 61 Motion for Leave to Appear Pro Hac Vice. Attorney Arthur J. Burke is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant** |

| | | |
|---|---|---|
| | | to LCvR 83.6(a). **Click for instructions**. Signed by Judge Amit P. Mehta on 12/1/2020. (lcapm2) (Entered: 12/01/2020) |
| 12/01/2020 | | MINUTE ORDER granting 62 Motion for Leave to Appear Pro Hac Vice. Attorney Christopher Lynch is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Amit P. Mehta on 12/1/2020. (lcapm2) (Entered: 12/01/2020) |
| 12/01/2020 | 63 | REPLY Submission in Support of Protective Order filed by GOOGLE LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(eg) (Entered: 12/02/2020) |
| 12/02/2020 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 12/2/2020 via teleconference. Revised Proposed Protective Order due by 12/14/2020. Third–Party Submission(s) due by 12/15/2020. (Court Reporter: William Zaremba) (zjd) (Entered: 12/02/2020) |
| 12/02/2020 | 64 | NOTICE of Appearance by Arthur Joseph Burke on behalf of COMCAST CORPORATION, NBCUNIVERSAL MEDIA, LLC (Burke, Arthur) (Entered: 12/02/2020) |
| 12/02/2020 | 65 | NOTICE of Appearance by Christopher Lynch on behalf of COMCAST CORPORATION, NBCUNIVERSAL MEDIA, LLC (Lynch, Christopher) (Entered: 12/02/2020) |
| 12/04/2020 | 66 | TRANSCRIPT OF STATUS CONFERENCE VIA TELECONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on December 2, 2020; Page Numbers: 1–72. Date of Issuance: December 4, 2020. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal o r purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/25/2020. Redacted Transcript Deadline set for 1/4/2021. Release of Transcript Restriction set for 3/4/2021.(wz) (Entered: 12/04/2020) |
| 12/04/2020 | 67 | NOTICE of Appearance by John D. Friel on behalf of ORACLE CORPORATION (Friel, John) (Entered: 12/04/2020) |
| 12/09/2020 | 68 | NOTICE of Appearance by Colette Connor on behalf of GOOGLE LLC (Connor, Colette) (Entered: 12/09/2020) |
| 12/11/2020 | 69 | MOTION for Joinder *of Prospective Plaintiff State of California as Plaintiff* by STATE OF CALIFORNIA, STATE OF CALIFORNIA (Attachments: # 1 Exhibit |

|  |  | Proposed Order Granting State of California's Motion for Joinder as Plaintiff)(McCauley, Ryan) (Entered: 12/11/2020) |
|---|---|---|
| 12/11/2020 |  | MINUTE ORDER. Defendant Google LLC shall respond to State of California's motion for joinder, ECF No. 69 , by no later than December 18, 2020. Signed by Judge Amit P. Mehta on 12/11/2020. (lcapm2) (Entered: 12/11/2020) |
| 12/11/2020 | 70 | MEET AND CONFER STATEMENT. (Attachments: # 1 Exhibit Proposed ESI Order, # 2 Exhibit Proposed CMO Order)(Alvarado–Rivera, Jesus) (Entered: 12/11/2020) |
| 12/11/2020 |  | Set/Reset Deadlines: Response due by 12/18/2020. (zjd) (Entered: 12/14/2020) |
| 12/14/2020 | 71 | NOTICE of Appearance by Susan A. Creighton on behalf of GOOGLE LLC (Creighton, Susan) (Entered: 12/14/2020) |
| 12/14/2020 | 72 | STATUS REPORT. (Attachments: # 1 Exhibit Stipulated Protective Order)(Alvarado–Rivera, Jesus) Modified event title on 12/16/2020 (znmw). (Entered: 12/14/2020) |
| 12/14/2020 | 80 | NOTICE of Appearance and Reply Memorandum filed in MDL 2981 by J. JACKSON PAIGE (Attachments: # 1 Reply Memorandum, # 2 Declaration, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Proof of Service)(eg) Modified filing party on 12/21/2020 (zjd). (Entered: 12/18/2020) |
| 12/15/2020 | 73 | NOTICE *Non–Parties' Position Statement on the Parties' Stipulated Protective Order* by AT&T INC. re 72 Meet and Confer Statement (Limarzi, Kristen) (Entered: 12/15/2020) |
| 12/17/2020 | 74 | NOTICE of Appearance by Gwendolyn Jean Cooley on behalf of WISCONSIN, STATE OF (Attachments: # 1 Certificate of Service Certificate of Service)(Cooley, Gwendolyn) (Entered: 12/17/2020) |
| 12/17/2020 | 75 | MOTION for Joinder *Prospective Plaintiff States of Wisconsin and Michigan for Joinder as Plaintiffs in the Instant Action* by WISCONSIN, STATE OF (Attachments: # 1 Memorandum in Support Prospective Plaintiff States of Wisconsin and Michigans Memorandum of Law in Support of Motion for Joinder as Plaintiffs, # 2 Text of Proposed Order [Proposed] Order Granting Moving Parties States of Wisconsin and Michigans Motion for Joinder, # 3 Certificate of Service Certificate of Service)(Cooley, Gwendolyn) (Entered: 12/17/2020) |
| 12/17/2020 | 76 | NOTICE of Appearance by Paula L. Blizzard on behalf of STATE OF CALIFORNIA (Blizzard, Paula) (Entered: 12/17/2020) |
| 12/17/2020 | 77 | NOTICE of Appearance by Wisam Naoum on behalf of STATE OF MICHIGAN (Naoum, Wisam) (Entered: 12/17/2020) |
| 12/17/2020 | 78 | NOTICE of Appearance by Jeremy Michael Purkey Goldstein on behalf of UNITED STATES OF AMERICA (Goldstein, Jeremy Michael) (Entered: 12/17/2020) |
| 12/17/2020 | 79 | RESPONSE re 69 MOTION for Joinder *of Prospective Plaintiff State of California as Plaintiff*, 75 MOTION for Joinder *Prospective Plaintiff States of Wisconsin and Michigan for Joinder as Plaintiffs in the Instant Action* filed by GOOGLE LLC. (Schmidtlein, John) (Entered: 12/17/2020) |
| 12/18/2020 |  |  |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 12/18/2020 via teleconference. Submission due by 1/19/2021. Initial Disclosures due by 1/20/2021. Status Conference set for 1/21/2021 at 11:00 AM via teleconference before Judge Amit P. Mehta. The courtroom deputy will circulate dial–in information to counsel of record. Members of the public or media may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. The public access line will be muted and should only be used by non–participating parties. Jury Trial set for 9/12/2023 at 09:30 AM in Courtroom 10 before Judge Amit P. Mehta. (Court Reporter: William Zaremba) (zjd) (Entered: 12/18/2020) |
| 12/18/2020 | | MINUTE ORDER. Pursuant to the telephonic status conference held on December 18, 2020, the court sets the following schedule for further proceedings in this matter: (1) the parties shall submit amended versions of the Proposed Protective Order and Case Management Order to chambers by 12:00 p.m. on December 21, 2020; and (2) the parties shall appear for a telephonic status conference on January 21, 2021, at 11:00 a.m. Signed by Judge Amit P. Mehta on 12/18/2020. (lcapm2) (Entered: 12/18/2020) |
| 12/18/2020 | 81 | NOTICE of Appearance by Johnathan R Carter on behalf of STATE OF ARKANSAS (Carter, Johnathan) (Entered: 12/18/2020) |
| 12/18/2020 | 82 | NOTICE of Appearance by Brian Wang on behalf of STATE OF CALIFORNIA (Wang, Brian) (Entered: 12/18/2020) |
| 12/18/2020 | | MINUTE ORDER. Pursuant to Fed. R. Civ. P. 24(b)(1)(B), the motions to intervene filed by the states of California, Wisconsin, and Michigan, ECF Nos. 69 and 75 , are hereby granted. Plaintiffs shall file an amended complaint incorporating the amendments detailed in the intervening states' motions on or before the deadline for amending the pleadings. Signed by Judge Amit P. Mehta on 12/18/2020. (lcapm2) (Entered: 12/18/2020) |
| 12/18/2020 | 83 | NOTICE of Appearance by Adam Miller on behalf of STATE OF CALIFORNIA (Miller, Adam) (Entered: 12/18/2020) |
| 12/21/2020 | 84 | ORDER entering Stipulated Protective Order. Please see the attached Order for additional details. Signed by Judge Amit P. Mehta on 12/21/2020. (lcapm2) (Entered: 12/21/2020) |
| 12/21/2020 | 85 | CASE MANAGEMENT AND SCHEDULING ORDER. Please see the attached Order for additional details. Signed by Judge Amit P. Mehta on 12/21/2020. (lcapm2) (Entered: 12/21/2020) |
| 12/21/2020 | 86 | STIPULATION AND ORDER regarding discovery procedure. Please see the attached Order for additional details. Signed by Judge Amit P. Mehta on 12/21/2020. (lcapm2) (Entered: 12/21/2020) |
| 12/21/2020 | 87 | ANSWER to 1 Complaint by GOOGLE LLC.(Schmidtlein, John) (Entered: 12/21/2020) |
| 12/22/2020 | 88 | TRANSCRIPT OF STATUS CONFERENCE VIA TELECONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on December 18, 2020; Page Numbers: 1–82. Date of Issuance: December 22, 2020. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 1/12/2021. Redacted Transcript Deadline set for 1/22/2021. Release of Transcript Restriction set for 3/22/2021.(wz) (Entered: 12/22/2020) |
| 12/29/2020 | | Set/Reset Deadlines: Amended Complaint, Amended Pleadings, and Joinder of Parties due by 1/15/2021. Fact Discovery shall conclude on 3/22/2022. Opening Expert Disclosures due by 4/21/2022. Rebuttal Expert Reports due by 6/20/2022. Reply Expert Reports due by 8/9/2022. Expert Discovery shall conclude on 9/23/2022. Motions for Summary Judgment and Daubert Motions due by 10/24/2022. Oppositions due by 12/8/2022. Replies due by 1/9/2023. Motions in Limine due by 8/1/2023. Oppositions due by 8/15/2023. Joint Submission due by 8/22/2023. This docket entry serves to enter deadlines into the CM/ECF database. Please refer to the 85 Scheduling and Case Management Order for full details. (zjd) (Entered: 12/29/2020) |
| 01/07/2021 | | Cases Consolidated. Case 20−3715 has been consolidated with case 20−3010, pursuant to an Order entered 01/07/2021. From this date forward, all pleadings should be filed in lead case 20−3010. Parties are advised NOT to elect the spread text option when filing in ECF. (eg) (Entered: 01/13/2021) |
| 01/08/2021 | 89 | NOTICE OF DISCLOSURE. See the attached Notice for additional details. Signed by Judge Amit P. Mehta on 1/8/2021. (lcapm2) (Entered: 01/08/2021) |
| 01/08/2021 | 90 | NOTICE *Regarding Rule 12 Motion* by GOOGLE LLC (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 01/08/2021) |
| 01/11/2021 | 91 | NOTICE of Appearance by Amy Hanson on behalf of STATE OF WASHINGTON (Hanson, Amy) (Entered: 01/11/2021) |
| 01/14/2021 | 92 | ENTERED IN ERROR.....NOTICE of Appearance by Lee Istrail on behalf of STATE OF FLORIDA (Istrail, Lee) (Main Document 92 replaced on 1/15/2021) (zeg). Modified on 1/15/2021 (eg). (Entered: 01/14/2021) |
| 01/14/2021 | 93 | ORDER. Please see the attached Standing Order No. 21−3, signed by Chief Judge Beryl A. Howell, In Re: Procedures for the Filing, Service, and Management of Highly Sensitive Documents. (zjd) (Entered: 01/14/2021) |
| 01/15/2021 | | NOTICE OF CORRECTED DOCKET ENTRY: re 92 Notice of Appearance was entered in error and counsel was instructed to refile said pleading with correct case information. (eg) (Entered: 01/15/2021) |
| 01/15/2021 | 94 | AMENDED COMPLAINT against GOOGLE LLC filed by STATE OF LOUISIANA, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE |

|  |  | OF TEXAS, STATE OF MICHIGAN, STATE OF ARKANSAS, UNITED STATES OF AMERICA, STATE OF WISCONSIN, STATE OF CALIFORNIA, COMMONWEALTH OF KENTUCKY, STATE OF FLORIDA, STATE OF MISSOURI, STATE OF MISSISSIPPI, STATE OF GEORGIA, STATE OF INDIANA.(Alvarado–Rivera, Jesus) (Entered: 01/15/2021) |
|---|---|---|
| 01/15/2021 | 95 | NOTICE *AMENDED COMPLAINT* by COMMONWEALTH OF KENTUCKY, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, STATE OF WISCONSIN, UNITED STATES OF AMERICA (Alvarado–Rivera, Jesus) (Entered: 01/15/2021) |
| 01/19/2021 | 96 | Joint STATUS REPORT by STATE OF COLORADO. (Attachments: # 1 Exhibit Exhibit 1 Stipulated Protective Order_, # 2 Exhibit Exhibit 2 Stipulation and Order Regarding Discovery Procedure)(Sallet, Jonathan) (Entered: 01/19/2021) |
| 01/21/2021 |  | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 1/21/2021 via teleconference. Status Conferences set for 2/25/2021 at 11:00 AM via teleconference, 3/30/2021 at 11:00 AM in Courtroom 10, and 4/30/2021 at 11:00 AM in Courtroom 10 before Judge Amit P. Mehta. The courtroom deputy will circulate dial–in information to counsel of record for the teleconference hearing. Members of the public may access the teleconference hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. The public access line will be muted and should only be used by non–participating parties. (Court Reporter: William Zaremba) (zjd) (Entered: 01/21/2021) |
| 01/21/2021 | 97 | NOTICE of Appearance by Parrell D. Grossman on behalf of STATE OF NORTH DAKOTA (Grossman, Parrell) (Main Document 97 replaced on 1/22/2021) (zeg). (Entered: 01/21/2021) |
| 01/21/2021 | 98 | ORDER entering Stipulated Protective Order. This Order supersedes the 84 Stipulated Protective Order entered on December 21, 2020. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 1/21/2021. (lcapm2) (Entered: 01/21/2021) |
| 01/21/2021 | 99 | STIPULATION AND ORDER regarding discovery procedure. This Order supersedes the 86 Stipulation and Order entered on December 21, 2020. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 1/21/2021. (lcapm2) (Entered: 01/21/2021) |
| 01/21/2021 |  | MINUTE ORDER setting a schedule for further proceedings in this consolidated matter. The State Plaintiffs in State of Colorado v. Google, shall begin making their initial production of the investigative file, as set forth in paragraph 7 of the Case Management Order, by no later than February 4, 2021. Furthermore, the parties in the Colorado matter shall file a supplemental Joint Status Report regarding a modified Case Management Order on or before January 27, 2021. The parties shall appear for telephonic status conferences on the following dates: February 25, 2021, at 11:00 a.m.; March 30, 2021, at 11:00 a.m.; and April 30, 2021, at 11:00 a.m. The courtroom deputy will circulate dial–in information. Members of the public may access the conference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. The public access line will be muted and should only be used by non–participating parties. Signed by Judge Amit P. Mehta on |

| | | |
|---|---|---|
| | | 1/21/2021. (lcapm2) (Entered: 01/21/2021) |
| 01/25/2021 | 100 | TRANSCRIPT OF STATUS CONFERENCE VIA TELECONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on January 21, 2021; Page Numbers: 1–54. Date of Issuance: January 25, 2021. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u>\n\nFor the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal o r purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.\n\n**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.\n\nRedaction Request due 2/15/2021. Redacted Transcript Deadline set for 2/25/2021. Release of Transcript Restriction set for 4/25/2021.(wz) (Entered: 01/25/2021) |
| 01/27/2021 | 101 | NOTICE of Appearance by Stacie L. Deblieux on behalf of STATE OF LOUISIANA (Deblieux, Stacie) (Main Document 101 replaced on 1/28/2021) (zeg). (Entered: 01/27/2021) |
| 01/27/2021 | 102 | Joint MOTION for Extension of Time to File *Status Report* by STATE OF COLORADO. (Attachments: # 1 Text of Proposed Order Proposed Order)(Sallet, Jonathan) (Entered: 01/27/2021) |
| 01/27/2021 | | MINUTE ORDER granting the parties' 102 Joint Request for Extension of Time to Submit Status Report. The parties in the Colorado matter shall file a Joint Status Report regarding a modified Case Management Order on or before January 29, 2021. Signed by Judge Amit P. Mehta on 1/27/2021. (lcapm2) (Entered: 01/27/2021) |
| 01/29/2021 | 103 | ANSWER to 94 Amended Complaint, by GOOGLE LLC.(Schmidtlein, John) (Entered: 01/29/2021) |
| 01/29/2021 | 104 | NOTICE of Appearance by Michael S. Catlett on behalf of STATE OF ARIZONA (Catlett, Michael) (Entered: 01/29/2021) |
| 01/29/2021 | 105 | Joint STATUS REPORT *Regarding Case Management Order* by GOOGLE LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Schmidtlein, John) (Entered: 01/29/2021) |
| 01/29/2021 | 106 | MEMORANDUM by COMMONWEALTH OF KENTUCKY, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF INDIANA, STATE OF LOUISIANA, STATE OF MICHIGAN, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF SOUTH CAROLINA, STATE OF TEXAS, STATE OF WISCONSIN, UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order Plaintiffs' Proposed Order for Discovery Coordination)(Alvarado–Rivera, Jesus) (Entered: 01/29/2021) |

| 02/02/2021 | | MINUTE ORDER. The parties shall submit Word versions of their Proposed Case Management Orders, Exhibits A and B to the parties' 105 Joint Status Report, via e–mail to the law clerk by 12:00 p.m. on February 3, 2021. Signed by Judge Amit P. Mehta on 2/2/2021. (lcapm2) (Entered: 02/02/2021) |
|---|---|---|
| 02/03/2021 | 107 | NOTICE of Appearance by Wendy W.H. Waszmer on behalf of GOOGLE LLC (Waszmer, Wendy) (Entered: 02/03/2021) |
| 02/03/2021 | 108 | ORDER entering AMENDED SCHEDULING AND CASE MANAGEMENT ORDER. See the attached Order and Amended Scheduling and Case Management Order for additional details. Signed by Judge Amit P. Mehta on 2/3/2021. (lcapm2) (Attachments: # 1 Amended Scheduling and Case Management Order) (Entered: 02/03/2021) |
| 02/11/2021 | 109 | NOTICE of Appearance by Linh K Tran on behalf of STATE OF WASHINGTON (Tran, Linh) (Entered: 02/11/2021) |
| 02/15/2021 | 110 | ANSWER to Complaint *of State of Colorado, et al.* by GOOGLE LLC.(Schmidtlein, John) (Entered: 02/15/2021) |
| 02/16/2021 | | MINUTE ORDER. The parties in these consolidated actions shall by February 23, 2021, file a Joint Status Report that (1) summarizes the state of discovery, and (2) identifies any issues, and the parties' respective positions, that will be raised at the upcoming status hearing. Signed by Judge Amit P. Mehta on 2/16/2021. (lcapm2) (Entered: 02/16/2021) |
| 02/23/2021 | 111 | Joint STATUS REPORT *on Discovery* by UNITED STATES OF AMERICA. (Jensen, Elizabeth) (Entered: 02/23/2021) |
| 02/24/2021 | | MINUTE ORDER. The United States shall submit a copy of the Requests for Production discussed in the Parties' Joint Status Report, ECF No. 111 , via e–mail to the law clerk by 9:30 a.m. on February 25, 2021. Signed by Judge Amit P. Mehta on 2/24/2021. (lcapm2) (Entered: 02/24/2021) |
| 02/24/2021 | 112 | ENTERED IN ERROR.....Supplemental STATUS REPORT *on Discovery* by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Text of Proposed Order)(Jensen, Elizabeth) Modified on 2/26/2021 (zeg). (Entered: 02/24/2021) |
| 02/25/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 2/25/2021 via teleconference. Joint Status Report due by 3/5/2021. (Court Reporter: William Zaremba) (zjd) (Entered: 02/25/2021) |
| 02/26/2021 | 113 | TRANSCRIPT OF STATUS CONFERENCE VIA TELECONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on February 25, 2021; Page Numbers: 1–56. Date of Issuance: February 26, 2021. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/19/2021. Redacted Transcript Deadline set for 3/29/2021. Release of Transcript Restriction set for 5/27/2021.(wz) (Entered: 02/26/2021) |
| 02/26/2021 | | NOTICE OF CORRECTED DOCKET ENTRY: re 112 Status Report, was entered in error and counsel was instructed to refile said pleading using the correct event. (eg) (Entered: 02/26/2021) |
| 03/01/2021 | 114 | Unopposed MOTION for Leave to File *Supplemental Materials* by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Jensen, Elizabeth) (Entered: 03/01/2021) |
| 03/01/2021 | | MINUTE ORDER granting 114 the United States' Unopposed Motion for Leave to File Supplemental Materials. Signed by Judge Amit P. Mehta on 3/1/2021. (lcapm2) (Entered: 03/01/2021) |
| 03/02/2021 | 115 | NOTICE of Appearance by Scott R Ryther on behalf of STATE OF UTAH (Ryther, Scott) (Entered: 03/02/2021) |
| 03/05/2021 | 116 | Joint STATUS REPORT *Regarding Discovery* by GOOGLE LLC. (Schmidtlein, John) (Entered: 03/05/2021) |
| 03/08/2021 | | MINUTE ORDER. The parties in the consolidated actions shall submit an additional Joint Status Report by March 10, 2021, which updates the court on their progress concerning search protocols and search terms. Also, the parties shall file a Joint Status Report by March 26, 2021, which (1) summarizes the state of discovery, and (2) identifies any issues, and the parties' respective positions as to those issues, to be raised at the status hearing scheduled for March 30, 2021. Signed by Judge Amit P. Mehta on 3/8/2021. (lcapm2) (Entered: 03/08/2021) |
| 03/10/2021 | 117 | Joint STATUS REPORT *Regarding Discovery* by GOOGLE LLC. (Schmidtlein, John) (Entered: 03/10/2021) |
| 03/11/2021 | | MINUTE ORDER. The parties in the consolidated actions shall submit an additional Joint Status Report by March 18, 2021, which updates the court on their progress concerning search protocols and search terms. Signed by Judge Amit P. Mehta on 3/11/2021. (lcapm2) (Entered: 03/11/2021) |
| 03/18/2021 | 118 | Joint STATUS REPORT by COMMONWEALTH OF KENTUCKY, COMMONWEALTH OF MASSACHUSETTS, COMMONWEALTH OF PENNSYLVANIA, COMMONWEALTH OF PUERTO RICO, COMMONWEALTH OF VIRGINIA, DISTRICT OF COLUMBIA, STATE OF ALASKA, STATE OF ARIZONA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF HAWAII, STATE OF IDAHO, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF IOWA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MAINE, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF |

| | | |
|---|---|---|
| | | MONTANA, STATE OF NEBRASKA, STATE OF NEVADA, STATE OF NEW HAMPSHIRE, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF UTAH, STATE OF VERMONT, STATE OF WASHINGTON, STATE OF WEST VIRGINIA, STATE OF WISCONSIN, STATE OF WYOMING, TERRITORY OF GUAM, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit Plaintiffs' Search Proposal, # 2 Exhibit Google's Search Proposal)(Alvarado–Rivera, Jesus) (Entered: 03/19/2021) |
| 03/22/2021 | 119 | NOTICE of Appearance by Dana Vogel on behalf of STATE OF ARIZONA (Vogel, Dana) (Main Document 119 replaced on 3/24/2021) (zeg). (Entered: 03/22/2021) |
| 03/23/2021 | 120 | ORDER re: 118 the parties' Joint Status Report. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 3/23/2021. (lcapm2) (Entered: 03/23/2021) |
| 03/24/2021 | 121 | NOTICE of Appearance by Christopher M. Sloot on behalf of STATE OF ARIZONA (Sloot, Christopher) (Main Document 121 replaced on 3/25/2021) (ztd). (Entered: 03/24/2021) |
| 03/25/2021 | 122 | NOTICE of Appearance by Philip Heleringer on behalf of COMMONWEALTH OF KENTUCKY (Heleringer, Philip) (Entered: 03/25/2021) |
| 03/28/2021 | 123 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Schmidtlein, John) (Entered: 03/28/2021) |
| 03/28/2021 | 124 | Joint STATUS REPORT *Regarding Discovery (Redacted Version)* by GOOGLE LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Schmidtlein, John) (Entered: 03/28/2021) |
| 03/29/2021 | 125 | NOTICE of Appearance by Diana Arlen Aguilar Aldape on behalf of UNITED STATES OF AMERICA (Aguilar Aldape, Diana) (Main Document 125 replaced on 3/30/2021) (zjf). (Entered: 03/29/2021) |
| 03/30/2021 | | MINUTE ORDER. Pursuant to the status hearing held on March 30, 2021, the parties shall meet and confer and submit a Joint Status Report on or before April 15, 2021, that updates the court on the status of discovery and whether any issues remain in dispute, and if so, outlines the parties' positions as to those issues. Signed by Judge Amit P. Mehta on 3/30/2021. (lcapm2) (Entered: 03/30/2021) |
| 03/30/2021 | 126 | ORDER amending the Amended Scheduling and Case Management Order, ECF No. 108–1, to include deadlines for third–party subpoenas. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 3/30/2021. (lcapm2) (Entered: 03/30/2021) |
| 03/30/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 3/30/2021 via videoconference. (Court Reporter: William Zaremba) (zjd) (Entered: 03/31/2021) |
| 04/01/2021 | 127 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on March 30, 2021; Page Numbers: 1–78. Date of Issuance: April 1, 2021. Court Reporter/Transcriber: William Zaremba; Telephone |

| | | number: (202) 354–3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u> |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased fr om the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 4/22/2021. Redacted Transcript Deadline set for 5/2/2021. Release of Transcript Restriction set for 6/30/2021.(wz) (Entered: 04/01/2021) |
| 04/02/2021 | 128 | ENTERED IN ERROR.....NOTICE of Appearance by Jonathan Bruce Sallet on behalf of STATE OF COLORADO (Sallet, Jonathan) (Main Document 128 replaced on 4/5/2021) (zeg). Modified on 4/6/2021 (eg). (Entered: 04/02/2021) |
| 04/02/2021 | 129 | NOTICE of Appearance by William F. Cavanaugh, Jr on behalf of STATE OF COLORADO (Cavanaugh, William) (Main Document 129 replaced on 4/5/2021) (zeg). (Entered: 04/02/2021) |
| 04/06/2021 | | NOTICE OF CORRECTED DOCKET ENTRY: re 128 Notice of Appearance was entered in error and counsel has refiled said pleading in Docket Entry 129 . (eg) (Entered: 04/06/2021) |
| 04/15/2021 | 130 | Joint STATUS REPORT *Regarding Discovery* by GOOGLE LLC. (Schmidtlein, John) (Entered: 04/15/2021) |
| 04/19/2021 | | MINUTE ORDER. The parties shall file an additional Joint Status Report by April 23, 2021, which updates the court on the status of discovery and whether any issues remain in dispute, and if so, the parties' positions as to those issues. Signed by Judge Amit P. Mehta on 4/19/2021. (lcapm2) (Entered: 04/19/2021) |
| 04/23/2021 | 131 | Joint STATUS REPORT by UNITED STATES OF AMERICA. (Alvarado–Rivera, Jesus) (Entered: 04/23/2021) |
| 04/27/2021 | | NOTICE of Hearing: Status Conference set for 4/30/2021 at 11:00 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy has circulated connection information to counsel. Members of the public may access the hearing by dialing the Court's toll–free public access line: (877) 848–7030, access code 321–8747 or by visiting the <u>Court's YouTube channel.</u> Only the audio will be livestreamed on YouTube. (zjd) (Entered: 04/27/2021) |
| 04/28/2021 | 132 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF TEXAS. Attorney Kim Van Winkle terminated. (Van Winkle, Kim) (Entered: 04/28/2021) |
| 04/30/2021 | | MINUTE ORDER. The parties shall appear via videoconference for status conferences on May 27, 2021 at 1:00 p.m. and June 29, 2021 at 11:00 a.m. In advance of those conferences, by May 24 and June 24, respectively, the parties shall |

| | | file a Joint Status Report that (1) summarizes the state of discovery, and (2) identifies any issues, and the parties' respective positions, that will be raised at the upcoming status conference. The courtroom deputy will circulate connection information to counsel. Members of the public or media may access the conferences by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. The public access line will be muted and should only be used by non−participating parties. Signed by Judge Amit P. Mehta on 4/30/2021. (lcapm2) (Entered: 04/30/2021) |
|---|---|---|
| 04/30/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 4/30/2021 via videoconference. (Court Reporter: William Zaremba) (zjd) (Entered: 04/30/2021) |
| 05/03/2021 | 133 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on April 30, 2021; Page Numbers: 1−42. Date of Issuance: May 3, 2021. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter. **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. Redaction Request due 5/24/2021. Redacted Transcript Deadline set for 6/3/2021. Release of Transcript Restriction set for 8/1/2021.(wz) (Entered: 05/03/2021) |
| 05/24/2021 | 134 | NOTICE of Appearance by Graham Safty on behalf of GOOGLE LLC (Safty, Graham) (Entered: 05/24/2021) |
| 05/24/2021 | 135 | Joint STATUS REPORT *Regarding Discovery* by GOOGLE LLC. (Schmidtlein, John) (Entered: 05/24/2021) |
| 05/25/2021 | 136 | NOTICE of Appearance by John K. Olson on behalf of STATE OF IDAHO (Olson, John) (Entered: 05/25/2021) |
| 05/25/2021 | | NOTICE of Hearing: A Status Conference has been set for 5/27/2021 at 1:00 PM via videoconference before Judge Amit P. Mehta. The courtroom deputy has circulated connection information to counsel. Members of the public may access the hearing by dialing the Court's toll−free public access line: (877) 848−7030, access code 321−8747 or by visiting the Court's YouTube channel. Only the audio will be livestreamed on YouTube.(zjd) (Entered: 05/25/2021) |
| 05/26/2021 | 137 | NOTICE of Appearance by Matthew B Frank on behalf of COMMONWEALTH OF MASSACHUSETTS (Frank, Matthew) (Main Document 137 replaced on 5/27/2021) (zeg). (Entered: 05/26/2021) |

| 05/26/2021 | 138 | NOTICE of Appearance by Michael Bruce MacKenzie on behalf of COMMONWEALTH OF MASSACHUSETTS (MacKenzie, Michael) (Entered: 05/26/2021) |
|---|---|---|
| 05/27/2021 | 139 | NOTICE of Appearance by Matt Schock on behalf of STATE OF COLORADO (Schock, Matt) (Entered: 05/27/2021) |
| 05/27/2021 | 140 | NOTICE of Appearance by Erica Lee Fruiterman on behalf of STATE OF COLORADO (Fruiterman, Erica) (Entered: 05/27/2021) |
| 05/27/2021 |  | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held via videoconference on 5/27/2021. Joint Status Report by the parties in the Colorado action due 6/10/2021. Joint Status Report by all parties due 6/24/2021. Status Conference set for 6/29/2021 at 11:00 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate connection to counsel of record. Members of the public may access the hearing by dialing the Court's toll−free public access line: (877) 848−7030, access code 321−8747 or by visiting the Court's YouTube channel. Only the audio will be livestreamed on YouTube. (Court Reporter: William Zaremba) (zjd) (Entered: 05/27/2021) |
| 05/27/2021 | 141 | ORDER amending the Amended Scheduling and Case Management Order, ECF No. 108−1, to include a paragraph on the sharing of materials across cases. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 5/27/2021. (lcapm2) (Entered: 05/27/2021) |
| 05/28/2021 | 142 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on May 27, 2021; Page Numbers: 1−58. Date of Issuance: May 28, 2021. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/18/2021. Redacted Transcript Deadline set for 6/28/2021. Release of Transcript Restriction set for 8/26/2021.(wz) (Entered: 05/28/2021) |
| 06/07/2021 | 143 | NOTICE of Appearance by Carla J. Baumel on behalf of STATE OF COLORADO (Baumel, Carla) (Main Document 143 replaced on 6/7/2021) (zeg). (Entered: 06/07/2021) |
| 06/11/2021 | 144 | JOINT STATUS REPORT by STATE OF COLORADO. (zjd) (Entered: 06/11/2021) |
| 06/11/2021 |  |  |

| | | |
|---|---|---|
| | | MINUTE ORDER. The Colorado Plaintiffs and Google shall file an additional Joint Status Report by June 16, 2021, which updates the court on their information requests, including, as necessary, position statements on unresolved disputes. Signed by Judge Amit P. Mehta on 6/11/2021. (lcapm2) (Entered: 06/11/2021) |
| 06/11/2021 | 145 | MOTION for Leave to File *Supplemental Materials under Seal* by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order Proposed Order)(Alvarado–Rivera, Jesus) (Entered: 06/11/2021) |
| 06/11/2021 | 146 | ORDER granting 145 Plaintiffs' Motion for Leave to File Supplemental Materials Under Seal. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 6/11/2021. (lcapm2) (Entered: 06/11/2021) |
| 06/14/2021 | 147 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Alvarado–Rivera, Jesus) (Entered: 06/14/2021) |
| 06/16/2021 | 148 | Joint STATUS REPORT by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 06/16/2021) |
| 06/24/2021 | 149 | Joint STATUS REPORT *Regarding Discovery* by GOOGLE LLC. (Schmidtlein, John) (Entered: 06/24/2021) |
| 06/28/2021 | | NOTICE of Hearing: The Status Conference set for 6/29/2021 at 11:00 AM before Judge Amit P. Mehta will proceed via videoconference. Members of the public or media may access the hearing by dialing the Court's toll–free public access line: (877) 848–7030, access code 321–8747 or by visiting the Court's YouTube channel. Only the audio will be livestreamed on YouTube. (zjd) (Entered: 06/28/2021) |
| 06/28/2021 | 150 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Matthew L. McGinnis, Filing fee $ 100, receipt number ADCDC–8561048. Fee Status: Fee Paid. by GOOGLE LLC. (Attachments: # 1 Declaration of Matthew L. McGinnis in Support, # 2 Text of Proposed Order)(Popofsky, Mark) (Entered: 06/28/2021) |
| 06/28/2021 | | MINUTE ORDER granting 150 Motion for Leave to Appear Pro Hac Vice. Attorney Matthew L. McGinnis is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Amit P. Mehta on 6/28/2021. (lcapm2) (Entered: 06/28/2021) |
| 06/29/2021 | | MINUTE ORDER. Pursuant to the status conference held on June 29, 2021, the court orders the following with respect to further proceedings in this matter: 1) the court will hold a hearing to resolve outstanding disputes involving third–party subpoenas on July 14, 2021, at 2:30 p.m. via videoconference; in advance of that hearing, by July 9, 2021, the parties and relevant third parties shall file statements outlining their positions as to the issues in dispute; 2) the parties in the Colorado Action shall file a Joint Status Report on or before July 14, 2021, updating the court on progress with respect to the Plaintiff States' data requests; and 3) the parties shall appear for status conferences on July 30, 2021 and August 31, 2021, at 11:00 a.m. in Courtroom 10. In advance of those conferences, by July 27 and August 27, respectively, the parties shall file a Joint Status Report that (1) summarizes the state of discovery and (2) identifies any issues, and the parties' respective positions, that will be raised at the upcoming status conference. Any party wishing to attend the status conferences via videoconference may do so by coordinating with the |

| | | |
|---|---|---|
| | | courtroom deputy in advance of the hearing. Members of the public or media may access the conferences by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. The public access line will be muted and should only be used by non–participating parties. Signed by Judge Amit P. Mehta on 6/29/2021. (lcapm2) (Entered: 06/29/2021) |
| 06/29/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held via videoconference on 6/29/2021. (Court Reporter: William Zaremba) (zjd) (Entered: 07/09/2021) |
| 06/30/2021 | 151 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on June 29, 2021; Page Numbers: 1–48. Date of Issuance: June 30, 2021. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249; Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased fro m the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/21/2021. Redacted Transcript Deadline set for 7/31/2021. Release of Transcript Restriction set for 9/28/2021.(wz) (Entered: 06/30/2021) |
| 07/01/2021 | 152 | NOTICE of Appearance by Matthew L McGinnis on behalf of GOOGLE LLC (McGinnis, Matthew) (Entered: 07/01/2021) |
| 07/06/2021 | 153 | NOTICE of Appearance by Haley P. Tynes on behalf of MICROSOFT CORPORATION (Tynes, Haley) (Entered: 07/06/2021) |
| 07/06/2021 | 154 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Caroline Simons, Filing fee $ 100, receipt number BDCDC–8578261. Fee Status: Fee Paid. by MICROSOFT CORPORATION. (Attachments: # 1 Declaration ISO of Motion for Pro Hac Vice, # 2 Text of Proposed Order)(Tynes, Haley) (Entered: 07/06/2021) |
| 07/06/2021 | | MINUTE ORDER granting 154 Motion for Leave to Appear Pro Hac Vice. Attorney Caroline Simons is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions.** Signed by Judge Amit P. Mehta on 7/6/2021. (lcapm2) (Entered: 07/06/2021) |
| 07/09/2021 | 155 | NOTICE of Appearance by Caroline Simons on behalf of MICROSOFT CORPORATION (Simons, Caroline) (Entered: 07/09/2021) |
| 07/09/2021 | 156 | RESPONSE TO ORDER OF THE COURT re Order,,,,,, *Third–Party Discovery Disputes* filed by UNITED STATES OF AMERICA. (Alvarado–Rivera, Jesus) (Entered: 07/09/2021) |

| 07/09/2021 | 157 | STATUS REPORT *Regarding Disputes Involving Compliance with Subpoenas Issued to Third Parties* by GOOGLE LLC. (Schmidtlein, John) (Entered: 07/09/2021) |
| 07/12/2021 | | MINUTE ORDER. In view of the parties' respective Status Reports, ECF Nos. 156 , 157 , the hearing scheduled for July 14, 2021, to address discovery disputes with third parties is hereby vacated. If there remain unresolved disputes with third parties ripe for the court's consideration, the involved party shall set forth its position in the Status Report due on July 27, 2021, and the third party shall file its position by that date as well, so the court can address the matter at the hearing scheduled for July 30, 2021. Signed by Judge Amit P. Mehta on 7/12/2021. (lcapm2) (Entered: 07/12/2021) |
| 07/14/2021 | 158 | Joint STATUS REPORT by STATE OF NEBRASKA. (Conrad, Joseph) (Entered: 07/14/2021) |
| 07/19/2021 | 159 | NOTICE of Appearance by Kunal Janak Choksi on behalf of STATE OF NORTH CAROLINA (Choksi, Kunal) (Entered: 07/19/2021) |
| 07/21/2021 | 160 | NOTICE of Appearance by Claire Molle Maddox on behalf of UNITED STATES OF AMERICA (Maddox, Claire) (Entered: 07/21/2021) |
| 07/27/2021 | 161 | NOTICE of Appearance by Karl Edward Herrmann on behalf of UNITED STATES OF AMERICA (Herrmann, Karl) (Entered: 07/27/2021) |
| 07/27/2021 | 162 | NOTICE of Appearance by Brendan Ballou on behalf of UNITED STATES OF AMERICA (Ballou, Brendan) (Main Document 162 replaced on 7/30/2021) (zeg). (Entered: 07/27/2021) |
| 07/27/2021 | 163 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 07/27/2021) |
| 07/27/2021 | 164 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by MICROSOFT CORPORATION (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Status Report, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D)(Simons, Caroline) (Entered: 07/27/2021) |
| 07/27/2021 | 165 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 07/27/2021) |
| 07/28/2021 | 166 | Joint STATUS REPORT *Regarding Discovery (Redacted Version)* by GOOGLE LLC. (Schmidtlein, John) (Entered: 07/28/2021) |
| 07/29/2021 | 167 | NOTICE of Appearance by Thomas P. DeMatteo on behalf of UNITED STATES OF AMERICA (DeMatteo, Thomas) (Entered: 07/29/2021) |
| 07/29/2021 | | NOTICE of Hearing: The Status Conference set for 7/30/2021 at 11:00 AM will proceed before Judge Amit P. Mehta in Courtroom 10. The courtroom deputy has circulated connection information to counsel appearing remotely. Members of the public may access the hearing by dialing the Court's toll–free public access line: (877) 848–7030, access code 321–8747 or by visiting the Court's YouTube channel. Only the audio will be livestreamed on YouTube. Alternatively, members of the media may watch a livestream of the hearing in Overflow Courtroom 8. (zjd) (Entered: 07/29/2021) |

| 07/29/2021 | | NOTICE of Hearing: The Status Conference set for 7/30/2021 at 11:00 AM before Judge Amit P. Mehta will now proceed in Courtroom 16. Members of the media may watch a livestream of the hearing in Overflow Courtroom 19.(zjd) (Entered: 07/29/2021) |
| --- | --- | --- |
| 07/29/2021 | 168 | STATUS REPORT *Regarding Disputes Involving Compliance with a Subpoena to Microsoft* by GOOGLE LLC. (Schmidtlein, John) (Entered: 07/29/2021) |
| 07/29/2021 | 169 | STATUS REPORT by MICROSOFT CORPORATION. (Attachments: # 1 Exhibit A (Redacted), # 2 Exhibit B (Redacted), # 3 Exhibit C, # 4 Exhibit D (Redacted))(Simons, Caroline) (Entered: 07/29/2021) |
| 07/30/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 7/30/2021. (Court Reporter: William Zaremba) (zjd) (Entered: 07/30/2021) |
| 07/30/2021 | | MINUTE ORDER. Pursuant to the status hearing held on July 30, 2021, the court orders the following with respect to further proceedings in this matter: 1) Google and non−party Microsoft shall submit a status report on or before August 6, 2021, which updates the court on the status of their negotiations over document custodians and, if necessary, proposes a date for a hearing on the issue; and 2) on or before August 9, 2021 and August 20, 2021, the parties shall file a Joint Status Report outlining their positions as to any remaining disputes over privilege in advance of the depositions noticed for August 12 and September 14, respectively. The parties need not file such report if there are no remaining issues in dispute in advance of the relevant deposition. Signed by Judge Amit P. Mehta on 7/30/2021. (lcapm2) (Entered: 07/30/2021) |
| 08/02/2021 | 170 | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on July 30, 2021; Page Numbers: 1−83. Date of Issuance: August 2, 2021. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the cou rt reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/23/2021. Redacted Transcript Deadline set for 9/2/2021. Release of Transcript Restriction set for 10/31/2021.(wz) (Entered: 08/02/2021) |
| 08/03/2021 | 171 | NOTICE of Appearance by Lara E.V. Trager on behalf of UNITED STATES OF AMERICA (Trager, Lara) (Entered: 08/03/2021) |
| 08/06/2021 | 172 | Joint STATUS REPORT *of Google and Microsoft* by GOOGLE LLC. (Schmidtlein, John) (Entered: 08/06/2021) |
| 08/08/2021 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER. Google and non−party Microsoft shall file an additional Joint Status Report by August 27, 2021, which updates the court on whether any disputes remain and, if so, sets forth their respective positions on such disputes. Signed by Judge Amit P. Mehta on 08/08/2021 (lcapm2). (Entered: 08/08/2021) |
| 08/13/2021 | | MINUTE ORDER. The United States and third party Apple shall submit their respective briefs, of no more than ten pages (excluding exhibits), concerning their discovery dispute by August 17, 2021. The parties shall hold August 19, 2021, at 10:30 a.m. for a hearing, subject to change. Signed by Judge Amit P. Mehta on 08/13/2021. (lcapm2) (Entered: 08/13/2021) |
| 08/16/2021 | 173 | NOTICE of Appearance by Richard Cameron Gower on behalf of UNITED STATES OF AMERICA (Gower, Richard) (Entered: 08/16/2021) |
| 08/16/2021 | 174 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Karen Hoffman Lent, Filing fee $ 100, receipt number ADCDC−8669884. Fee Status: Fee Paid. by APPLE INC.. (Attachments: # 1 Declaration Karen Hoffman Lent, # 2 Text of Proposed Order)(Lent, Karen) (Entered: 08/16/2021) |
| 08/16/2021 | | MINUTE ORDER. The hearing previously scheduled for August 19, 2021, at 10:30 a.m., will now be held at 10:00 a.m. on the same date. Signed by Judge Amit P. Mehta on 08/16/2021. (lcapm2) (Entered: 08/16/2021) |
| 08/16/2021 | | Set/Reset Hearings: Status Conference set for 8/19/2021 at 10:00 AM via video before Judge Amit P. Mehta. (zjch) (Entered: 08/17/2021) |
| 08/17/2021 | | MINUTE ORDER granting 174 Motion for Leave to Appear Pro Hac Vice. Attorney Karen Hoffman Lent is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Amit P. Mehta on 08/17/2021. (lcapm2) (Entered: 08/17/2021) |
| 08/17/2021 | 175 | NOTICE of Appearance by Karen Hoffman Lent on behalf of APPLE INC. (Lent, Karen) (Entered: 08/17/2021) |
| 08/17/2021 | 176 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by APPLE INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit E, # 2 Text of Proposed Order)(Sunshine, Steven) (Entered: 08/17/2021) |
| 08/17/2021 | 177 | STATUS REPORT by APPLE INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E (Redacted), # 6 Exhibit F)(Sunshine, Steven) (Entered: 08/17/2021) |
| 08/17/2021 | 178 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by UNITED STATES OF AMERICA (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Memorandum in Support US Position Statement, # 3 Exhibit Exhibit 1, # 4 Exhibit Exhibit 2, # 5 Exhibit Exhibit 3−A, # 6 Exhibit Exhibit 3−B, # 7 Exhibit Exhibit 3−C, # 8 Exhibit Exhibit 3−D, # 9 Exhibit Exhibit 3−E, # 10 Exhibit Exhibit 3−F, # 11 Exhibit Exhibit 3−G, # 12 Exhibit Exhibit 3−H, # 13 Exhibit Exhibit 3−I, # 14 Exhibit Exhibit 3−J, # 15 Exhibit Exhibit 3−K, # 16 Exhibit Exhibit 3−L, # 17 Exhibit Exhibit 3−M, # 18 Exhibit Exhibit 3−N, # 19 Exhibit Exhibit 3−O)(Alvarado−Rivera, Jesus) (Entered: 08/17/2021) |
| 08/18/2021 | | |

| | | |
|---|---|---|
| | | NOTICE of Hearing: Discovery Hearing set for 8/19/2021 at 10:00 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy has circulated connection information to counsel. Members of the public may access the hearing by dialing the Court's toll–free public access line: (877) 848–7030, access code 321–8747 or by visiting the Court's YouTube channel. Only the audio will be livestreamed on YouTube. (zjd) (Entered: 08/18/2021) |
| 08/19/2021 | | MINUTE ORDER. Pursuant to the discovery hearing held on August 19, 2021, the court orders the following with respect to further proceedings: (1) non–party Apple will provide deconstructed hit reports for the top five remaining disputed search strings (by hit volume) to the United States by August 23, 2021. Apple and the United States will meet and confer about the disputed remaining search strings by August 25, 2021, and they will submit to the court a Joint Status Report concerning those search strings by August 26, 2021. (2) Apple will complete substantial production of its response to the United States' subpoena for records by September 30, 2021. (3) The United States will submit to Apple a revised list of codename requests, limiting its request to 35 subject matters or inquiries, by August 23, 2021. Apple will submit to the United States responses to that list by August 30, 2021. (4) The parties will appear for the status conference already scheduled for August 31, 2021, at 11:00 a.m., prepared to update the court on these matters. Signed by Judge Amit P. Mehta on 8/19/2021. (lcapm2) (Entered: 08/19/2021) |
| 08/19/2021 | 179 | MINUTE ORDER granting 164 Sealed Motion for Leave to File Document Under Seal; granting 176 Sealed Motion for Leave to File Document Under Seal; and granting 178 Sealed Motion for Leave to File Document Under Seal. Signed by Judge Amit P. Mehta on 8/19/2021. (lcapm2) (Entered: 08/19/2021) |
| 08/19/2021 | | MINUTE ORDER. The United States, after consulting with non–party Apple, shall by August 26, 2021, file a proposed redacted version of its Position Statement (including exhibits), which is presently filed under seal at ECF No. 178 . See Stipulated Protective Order, ECF No. 98 , at 21 ("Upon or after filing any paper containing Highly Confidential Information or Confidential Information, the filing Party shall file on the public record a duplicate copy of the paper that does not reveal Highly Confidential Information or Confidential Information."). Signed by Judge Amit P. Mehta on 8/19/2021. (lcapm2) (Entered: 08/19/2021) |
| 08/19/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held via videoconference on 8/19/2021. (Court Reporter: William Zaremba) (zjd) (Entered: 08/20/2021) |
| 08/20/2021 | 180 | TRANSCRIPT OF DISCOVERY HEARING VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on August 19, 2021; Page Numbers: 1–60. Date of Issuance: August 20, 2021. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one |

| | | days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/10/2021. Redacted Transcript Deadline set for 9/20/2021. Release of Transcript Restriction set for 11/18/2021.(wz) (Entered: 08/20/2021) |
|---|---|---|
| 08/20/2021 | 181 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney Jesus Manuel Alvarado–Rivera terminated. (Alvarado–Rivera, Jesus) (Entered: 08/20/2021) |
| 08/20/2021 | 182 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by UNITED STATES OF AMERICA (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Memorandum in Support Joint Status Report, # 3 Exhibit Exhibit 1, # 4 Exhibit Exhibit 2, # 5 Exhibit Exhibit 3, # 6 Exhibit Exhibit 4)(Goldstein, Jeremy Michael) (Entered: 08/20/2021) |
| 08/24/2021 | 183 | NOTICE of Appearance by Matthew C. Hammond on behalf of UNITED STATES OF AMERICA (Hammond, Matthew) (Entered: 08/24/2021) |
| 08/24/2021 | 184 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by APPLE INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Memorandum in Support US Position Statement, # 3 Exhibit 1, # 4 Exhibit 3–B, # 5 Exhibit 3–C, # 6 Exhibit 3–D, # 7 Exhibit 3–E, # 8 Exhibit 3–F, # 9 Exhibit 3–G, # 10 Exhibit 3–I, # 11 Exhibit 3–J, # 12 Exhibit 3–K, # 13 Exhibit 3–L, # 14 Exhibit 3–M)(Sunshine, Steven) (Entered: 08/24/2021) |
| 08/26/2021 | 185 | NOTICE *Regarding Non–Party Petitioner Apple Inc.'s Motion for Leave to File Under Seal and U.S. Plaintiffs' Request for the Court to Compel Discovery from Apple Inc.* by UNITED STATES OF AMERICA (Goldstein, Jeremy Michael) (Entered: 08/26/2021) |
| 08/26/2021 | 186 | Joint STATUS REPORT *of the United States and Non–Party Apple Inc.* by UNITED STATES OF AMERICA. (Goldstein, Jeremy Michael) (Entered: 08/26/2021) |
| 08/27/2021 | | MINUTE ORDER granting 182 Sealed Motion for Leave to File Document Under Seal and 184 Sealed Motion for Leave to File Document Under Seal. The United States Plaintiffs shall file redacted versions of their Position Statement and Exhibits, as proposed by third party Apple in ECF No. 184 . Signed by Judge Amit P. Mehta on 8/27/2021. (lcapm2) (Entered: 08/27/2021) |
| 08/27/2021 | 187 | NOTICE of Appearance by Stephen M. Hoeplinger on behalf of STATE OF MISSOURI (Hoeplinger, Stephen) (Entered: 08/27/2021) |
| 08/27/2021 | 188 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Google's Exhibit A, # 2 Exhibit Google's Exhibit B, # 3 Exhibit Microsoft's Exhibit 1, # 4 Exhibit Microsoft's Exhibit 2, # 5 Exhibit Microsoft's Exhibit 3, # 6 Exhibit Microsoft's Exhibit 4, # 7 Exhibit Microsoft's Exhibit 5, # 8 Exhibit Microsoft's Exhibit 6, # 9 Exhibit Microsoft's Exhibit 7, # 10 Certificate of Service)(Schmidtlein, John) |

| | | (Entered: 08/27/2021) |
|---|---|---|
| 08/27/2021 | 189 | Joint STATUS REPORT *Regarding Discovery* by GOOGLE LLC. (Schmidtlein, John) (Entered: 08/27/2021) |
| 08/27/2021 | 190 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C, # 4 Certificate of Service)(Waszmer, Wendy) (Entered: 08/27/2021) |
| 08/27/2021 | 191 | Joint STATUS REPORT *Regarding Discovery (Redacted Version)* by GOOGLE LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Schmidtlein, John) (Entered: 08/27/2021) |
| 08/30/2021 | 192 | NOTICE of Appearance by Sara Young Razi on behalf of BOOKING HOLDINGS INC. (Razi, Sara) (Entered: 08/30/2021) |
| 08/30/2021 | 193 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by BOOKING HOLDINGS INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Response, # 2 Text of Proposed Order)(Razi, Sara) (Entered: 08/30/2021) |
| 08/30/2021 | 194 | REDACTED DOCUMENT– Position Statement *of U.S Plaintiffs Request for the Court to Compel Discovery from Apple, Inc.* by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit Exhibit 1 (Redacted), # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3–A, # 4 Exhibit Exhibit 3–B (Redacted), # 5 Exhibit Exhibit 3–C (Redacted), # 6 Exhibit Exhibit 3–D (Redacted), # 7 Exhibit Exhibit 3–E (Redacted), # 8 Exhibit Exhibit 3–F (Redacted), # 9 Exhibit Exhibit 3–G (Redacted), # 10 Exhibit Exhibit 3–H, # 11 Exhibit Exhibit 3–I (Redacted), # 12 Exhibit Exhibit 3–J (Redacted), # 13 Exhibit Exhibit 3–K (Redacted), # 14 Exhibit Exhibit 3–L (Redacted), # 15 Exhibit Exhibit 3–M (Redacted), # 16 Exhibit Exhibit 3–N, # 17 Exhibit Exhibit 3–O)(Goldstein, Jeremy Michael) (Entered: 08/30/2021) |
| 08/30/2021 | | NOTICE of Hearing: The Status Conference set for 8/31/2021 at 11:00 AM will proceed via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel. Members of the public may access the hearing by dialing the Court's toll–free public access line: (877) 848–7030, access code 321–8747 or by visiting the Court's YouTube channel. Only the audio will be livestreamed on YouTube.(zjd) (Entered: 08/30/2021) |
| 08/30/2021 | | MINUTE ORDER provisionally granting Non–Party Booking Holdings Inc.'s 193 Motion for Leave to File Document Under Seal. The court provisionally grants Non–Party's motion to seal, even though the motion does not set forth any justification for sealing. By September 2, 2021, Booking Holdings shall amend its motion to support sealing, in whole or in part, and submit a redacted version of its Response for the court's consideration. Signed by Judge Amit P. Mehta on 8/30/2021. (lcapm2) (Entered: 08/30/2021) |
| 08/30/2021 | 195 | REDACTED DOCUMENT– STATEMENT REGARDING DISPUTES INVOLVING COMPLIANCE WITH SUBPOENAS ISSUED TO CERTAIN THIRD PARTIES to 190 Sealed Document by GOOGLE LLC. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C, # 4 Certificate of Service)(Waszmer, Wendy) (Entered: 08/30/2021) |
| 08/30/2021 | 196 | |

| | | |
|---|---|---|
| | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by BOOKING HOLDINGS INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Response, # 2 Text of Proposed Order)(Razi, Sara) (Entered: 08/30/2021) |
| 08/30/2021 | 197 | RESPONSE re 195 *to Defendant Google LLC's Statement regarding Disputes Involving Compliance with Subpoenas Issued to Certain Third Parties (Redacted)* filed by BOOKING HOLDINGS INC.. (Razi, Sara) Modified to add link on 9/7/2021 (znmw). (Entered: 08/30/2021) |
| 08/31/2021 | 198 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Waszmer, Wendy) (Entered: 08/31/2021) |
| 08/31/2021 | 199 | Joint STATUS REPORT *of Google and Microsoft (Redacted Version)* by GOOGLE LLC. (Attachments: # 1 Joint Status Report of Google and Microsoft (Redacted Version), # 2 Exhibit Google's Exhibit A (Redacted Version), # 3 Exhibit Google's Exhibit B (Redacted Version), # 4 Exhibit Microsoft's Exhibit 1 (Redacted Version), # 5 Exhibit Microsoft's Exhibit 2, # 6 Exhibit Microsoft's Exhibit 3 (Redacted Version), # 7 Exhibit Microsoft's Exhibit 4 (Redacted Version), # 8 Exhibit Microsoft's Exhibit 5 (Redacted Version), # 9 Exhibit Microsoft's Exhibit 6, # 10 Exhibit Microsoft's Exhibit 7 (Redacted Version))(Schmidtlein, John) (Entered: 08/31/2021) |
| 08/31/2021 | | MINUTE ORDER. Pursuant to the status conference held on August 31, 2021, the court orders the following with respect to further proceedings: (1) On or before September 3, 2021, Defendant will submit to the Colorado Plaintiffs available date(s) in September for the data deposition of a 30(b)(6) witness. (2) On or before September 15, 2021, Defendant and the Colorado Plaintiffs will submit to the court a Joint Status Report concerning any issues relating to the data deposition. (3) On or before September 3, 2021, Defendant and third party Microsoft will submit a Joint Status Report updating the court on the status of remaining discovery issues. (4) On or before September 3, 2021, Defendant and non–party Yelp will submit a Joint Status Report updating the court on any remaining issues with respect to search strings and custodians. (5) The parties shall appear for telephonic status conferences on the following dates: September 28, 2021, at 11:00 a.m.; October 29, 2021, at 3:00 p.m.; and November 30, 2021, at 11:00 a.m. The parties shall submit a Joint Status Report in advance of those hearings on September 24, 2021; October 26, 2021; and November 23, 2021, respectively. The courtroom deputy will circulate dial–in information. Members of the public may access the conference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. The public access line will be muted and should only be used by non–participating parties. Signed by Judge Amit P. Mehta on 8/31/2021. (lcapm2) (Entered: 08/31/2021) |
| 08/31/2021 | | MINUTE ORDER granting 196 Sealed Motion for Leave to File Document Under Seal. Signed by Judge Amit P. Mehta on 8/31/2021. (lcapm2) (Entered: 08/31/2021) |
| 08/31/2021 | 200 | REDACTED DOCUMENT– JOINT STATUS REPORT OF GOOGLE AND BOOKING HOLDINGS to 198 Sealed Document by GOOGLE LLC. (Attachments: # 1 Certificate of Service)(Waszmer, Wendy) (Entered: 08/31/2021) |
| 08/31/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held via videoconference on 8/31/2021. (Court Reporter: William Zaremba) (zjd) (Entered: 09/01/2021) |

| 09/01/2021 | 201 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on August 31, 2021; Page Numbers: 1–106. Date of Issuance: September 1, 2021. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchas ed from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 9/22/2021. Redacted Transcript Deadline set for 10/2/2021. Release of Transcript Restriction set for 11/30/2021.(wz) (Entered: 09/01/2021) |
| 09/01/2021 | 202 | NOTICE of Appearance by Elizabeth Louise Maxeiner on behalf of STATE OF ILLINOIS (Maxeiner, Elizabeth) (Entered: 09/01/2021) |
| 09/01/2021 | 203 | NOTICE of Appearance by Serine Consolino on behalf of YELP INC. (Consolino, Serine) (Entered: 09/01/2021) |
| 09/01/2021 | 204 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Douglas J. Dixon, Filing fee $ 100, receipt number ADCDC–8706490. Fee Status: Fee Paid. by YELP INC.. (Attachments: # 1 Declaration in support of Motion for Admission Pro Hac Vice, # 2 Text of Proposed Order)(Consolino, Serine) (Entered: 09/01/2021) |
| 09/01/2021 | 205 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Ellen C. Kenney, Filing fee $ 100, receipt number ADCDC–8706504. Fee Status: Fee Paid. by YELP INC.. (Attachments: # 1 Declaration in support of Motion for Admission Pro Hac Vice, # 2 Text of Proposed Order)(Consolino, Serine) (Entered: 09/01/2021) |
| 09/01/2021 | | MINUTE ORDER granting 204 Motion for Leave to Appear Pro Hac Vice. Attorney Douglas J. Dixon is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Amit P. Mehta 9/1/2021. (lcapm2) (Entered: 09/01/2021) |
| 09/01/2021 | | MINUTE ORDER granting 205 Motion for Leave to Appear Pro Hac Vice. Attorney Ellen C. Kenney is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Amit P. Mehta 9/1/2021. (lcapm2) (Entered: 09/01/2021) |
| 09/02/2021 | 206 | NOTICE OF WITHDRAWAL OF APPEARANCE as to DUCK DUCK GO, INC.. Attorney Megan Gray terminated. (Gray, Megan) (Entered: 09/02/2021) |
| 09/03/2021 | 207 | Joint STATUS REPORT by UNITED STATES OF AMERICA. (Goldstein, Jeremy Michael) (Entered: 09/03/2021) |

| 09/03/2021 | 208 | Joint STATUS REPORT *of Google and Microsoft* by GOOGLE LLC. (Schmidtlein, John) (Entered: 09/03/2021) |
| 09/03/2021 | 209 | NOTICE of Appearance by Douglas J. Dixon on behalf of YELP INC. (Dixon, Douglas) (Entered: 09/03/2021) |
| 09/03/2021 | | MINUTE ORDER. The parties shall file an additional Joint Status Report by September 9, 2021, as to their progress on terms concerning Plaintiffs' July 9 Rule 30(b)(6) deposition notice. Signed by Judge Amit P. Mehta on 9/3/2021. (lcapm2) (Entered: 09/03/2021) |
| 09/03/2021 | 210 | Joint STATUS REPORT *of Google and Yelp Inc.* by GOOGLE LLC. (Waszmer, Wendy) (Entered: 09/03/2021) |
| 09/07/2021 | | MINUTE ORDER. Google and non–party Yelp shall file a Joint Status Report by September 14, 2021, advising whether there remain any disputed issues concerning Yelp's response to Google's document subpoena. Signed by Judge Amit P. Mehta on 9/7/2021. (lcapm2) (Entered: 09/07/2021) |
| 09/09/2021 | 211 | NOTICE of Appearance by Ellen Kenney on behalf of YELP INC. (Kenney, Ellen) (Entered: 09/09/2021) |
| 09/09/2021 | 212 | Joint STATUS REPORT by GOOGLE LLC. (Schmidtlein, John) (Entered: 09/09/2021) |
| 09/12/2021 | | MINUTE ORDER. The parties shall brief the following two issues –– (1) the number of Rule 30(b)(6) notices that Plaintiffs may serve without leave of court and the dates by which those notices should be served; and (2) the appropriate date range for the topics specified in Plaintiffs' July 9 notice –– according to the following schedule: (1) Google shall file its opening brief by September 13, 2021; (2) Plaintiffs shall file their response brief by September 17, 2021; and (3) Google shall file its reply by September 22, 2021. Opening and response briefs shall be limited to ten double–spaced pages (excluding exhibits), and Google's reply shall be limited to seven double–spaced pages. Signed by Judge Amit P. Mehta on 9/12/2021. (lcapm2) (Entered: 09/12/2021) |
| 09/13/2021 | 213 | NOTICE of Appearance by Kenneth Charles Smurzynski on behalf of GOOGLE LLC (Smurzynski, Kenneth) (Entered: 09/13/2021) |
| 09/13/2021 | 214 | MOTION for Protective Order *Regarding Rule 30(b)(6) Deposition* by GOOGLE LLC. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Schmidtlein, John) (Entered: 09/13/2021) |
| 09/14/2021 | 215 | Joint STATUS REPORT *of Google and Yelp Inc.* by GOOGLE LLC. (Waszmer, Wendy) (Entered: 09/14/2021) |
| 09/15/2021 | 216 | Joint STATUS REPORT *regarding the 30(b)(6) data deposition* by STATE OF NEBRASKA. (Conrad, Joseph) (Entered: 09/15/2021) |
| 09/17/2021 | 217 | Memorandum in opposition to re 214 MOTION for Protective Order *Regarding Rule 30(b)(6) Deposition* filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Goldstein, Jeremy Michael) (Entered: 09/17/2021) |
| 09/21/2021 | 218 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF ILLINOIS. Attorney Erin L. Shencopp terminated. (Shencopp, Erin) (Entered: 09/21/2021) |
| 09/21/2021 | 219 | |

| | | NOTICE of Appearance by Erin L. Shencopp on behalf of STATE OF COLORADO (Shencopp, Erin) (Entered: 09/21/2021) |
|---|---|---|
| 09/22/2021 | 220 | REPLY to opposition to motion re 214 MOTION for Protective Order *Regarding Rule 30(b)(6) Deposition* filed by GOOGLE LLC. (Schmidtlein, John) (Entered: 09/22/2021) |
| 09/23/2021 | 221 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF MISSOURI. Attorney Kimberley G. Biagioli terminated. (Biagioli, Kimberley) (Entered: 09/23/2021) |
| 09/24/2021 | 222 | Joint STATUS REPORT *of Google and Yelp Inc.* by GOOGLE LLC. (Waszmer, Wendy) (Entered: 09/24/2021) |
| 09/24/2021 | 223 | Joint STATUS REPORT by UNITED STATES OF AMERICA. (Goldstein, Jeremy Michael) (Entered: 09/24/2021) |
| 09/27/2021 | | NOTICE of Hearing: Status Conference set for 9/28/2021 at 11:00 AM via videoconference before Judge Amit P. Mehta. Members of the public may access the hearing by dialing the Court's toll–free public access line: (877) 848–7030, access code 321–8747 or by visiting the Court's YouTube channel. Only the audio will be livestreamed on YouTube. (zjd) Modified hearing time on 9/27/2021 (zjd). (Entered: 09/27/2021) |
| 09/27/2021 | | MINUTE ORDER. Google and third party Yelp shall brief the issue relating to production of documents from a proposed custodian raised in their 222 Joint Status Report according to the following schedule: (1) Google will submit its opening brief by October 1, 2021; (2) Yelp will submit its opposition by October 8, 2021; and (3) Google will submit its reply by October 13, 2021. Opening and response briefs shall be limited to seven double–spaced pages (excluding exhibits), and Google's reply shall be limited to five double–spaced pages. Signed by Judge Amit P. Mehta on 9/27/2021. (lcapm2) (Entered: 09/27/2021) |
| 09/28/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held via videoconference on 9/28/2021. Status Report due by 10/6/2021. The next status conference is reset to 10/28/2021 at 3:00 PM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel of record. Members of the public may access the hearing by dialing the Court's toll–free public access line: (877) 848–7030, access code 321–8747 or by visiting the Court's YouTube channel. Only the audio will be livestreamed on YouTube. (Court Reporter: William Zaremba.) (zjd) (Entered: 09/28/2021) |
| 09/28/2021 | | MINUTE ORDER. Defendant's 214 Motion for Protective Order is granted in part and denied in part for the reasons stated on the record during the September 28, 2021, status conference. The court denies the Motion insofar as it seeks a single comprehensive Rule 30(b)(6) notice by October 15, 2021. Plaintiffs shall issue a Rule 30(b)(6) notice by November 1, 2021, and another notice by January 14, 2022. Plaintiffs may issue one additional data 30(b)(6) notice. Plaintiffs shall endeavor to craft their 30(b)(6) notices on discrete subjects and seek to avoid redundancies with their depositions of fact witnesses. The court grants in part the Motion to narrow the timeframe for the topics covered in the Rule 30(b)(6) deposition. The Rule 30(b)(6) topics shall be limited to the time period between 2005 and the present. Signed by Judge Amit P. Mehta on 9/28/2021. (lcapm2) (Entered: 09/28/2021) |
| 09/28/2021 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER. Pursuant to the September 28, 2021, status conference, on or before October 6, 2021, the Colorado Plaintiffs and Defendant shall submit a Joint Status Report updating the court on the three issues identified by the Colorado Plaintiffs relating to the recently held Rule 30(b)(6) data deposition and whether the court's intervention will be required. Signed by Judge Amit P. Mehta on 9/28/2021. (lcapm2) (Entered: 09/28/2021) |
| 09/28/2021 | 224 | ORDER amending the Amended Scheduling and Case Management Order, ECF No. 108–1, to include a sentence on the obligation of the parties and third parties to respond to deposition notices and subpoenas within seven days to discuss in good faith a mutually agreeable time and location for depositions. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 9/28/2021. (lcapm2) (Entered: 09/28/2021) |
| 09/30/2021 | 225 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on September 28, 2021; Page Numbers: 1–84. Date of Issuance: September 30, 2021. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purc hased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 10/21/2021. Redacted Transcript Deadline set for 10/31/2021. Release of Transcript Restriction set for 12/29/2021.(wz) (Entered: 09/30/2021) |
| 09/30/2021 | 226 | NOTICE of Appearance by Edward John Bennett on behalf of GOOGLE LLC (Bennett, Edward) (Entered: 09/30/2021) |
| 10/01/2021 | 227 | SEALED MOTION filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Waszmer, Wendy) Modified docket event/text on 10/6/2021 (zeg). (Entered: 10/01/2021) |
| 10/04/2021 | 228 | MOTION to Compel *DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS OF YELP, INC. CUSTODIAN (Redacted)* by GOOGLE LLC. (Waszmer, Wendy) (Entered: 10/04/2021) |
| 10/06/2021 | 229 | Joint STATUS REPORT by STATE OF NEBRASKA. (Conrad, Joseph) (Entered: 10/06/2021) |
| 10/08/2021 | | MINUTE ORDER. The United States and third party Samsung Electronics America, Inc. shall file by October 14, 2021, briefs of no more than ten pages (excluding exhibits) setting forth their respective positions as to their discovery disputes. Signed |

| | | by Judge Amit P. Mehta on 10/8/2021. (lcapm2) (Entered: 10/08/2021) |
|---|---|---|
| 10/08/2021 | | MINUTE ORDER. The Colorado Plaintiffs and Defendant shall file an additional Joint Status Report by October 15, 2021, updating the court on their progress concerning issues related to the recently held Rule 30(b)(6) data deposition. Signed by Judge Amit P. Mehta on 10/8/2021. (lcapm2) (Entered: 10/08/2021) |
| 10/08/2021 | 230 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by YELP INC. (This document is SEALED and only available to authorized persons.)(Dixon, Douglas) (Entered: 10/08/2021) |
| 10/12/2021 | 231 | NOTICE of Appearance by Scott Allen Mertens on behalf of STATE OF MICHIGAN (Mertens, Scott) (Entered: 10/12/2021) |
| 10/12/2021 | 232 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF MICHIGAN. Attorney Wisam Naoum terminated. (Mertens, Scott) (Entered: 10/12/2021) |
| 10/13/2021 | 233 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Juan A. Arteaga, Filing fee $ 100, receipt number ADCDC–8797590. Fee Status: Fee Paid. by SAMSUNG ELECTRONICS AMERICA, INC.. (Attachments: # 1 Declaration of Juan A. Arteaga, # 2 Text of Proposed Order)(Debernardis, Alexis) (Entered: 10/13/2021) |
| 10/13/2021 | 234 | NOTICE of Appearance by Alexis Victoria Debernardis on behalf of SAMSUNG ELECTRONICS AMERICA, INC. (Debernardis, Alexis) (Entered: 10/13/2021) |
| 10/13/2021 | | MINUTE ORDER granting 233 Motion for Leave to Appear Pro Hac Vice. Attorney Juan A. Arteaga is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Amit P. Mehta 10/13/2021. (lcapm2) (Entered: 10/13/2021) |
| 10/13/2021 | 235 | NOTICE of Appearance by Juan Arteaga on behalf of SAMSUNG ELECTRONICS AMERICA, INC. (Arteaga, Juan) (Entered: 10/13/2021) |
| 10/13/2021 | 236 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Waszmer, Wendy) (Entered: 10/13/2021) |
| 10/14/2021 | 237 | NOTICE of Appearance by Matthew Keith McKinley on behalf of STATE OF NEBRASKA (McKinley, Matthew) (Main Document 237 replaced on 10/15/2021) (zeg). (Entered: 10/14/2021) |
| 10/14/2021 | 238 | NOTICE of Appearance by Jeane A. Thomas on behalf of SAMSUNG ELECTRONICS AMERICA, INC. (Thomas, Jeane) (Entered: 10/14/2021) |
| 10/14/2021 | 239 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by SAMSUNG ELECTRONICS AMERICA, INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Position Statement, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Text of Proposed Order)(Arteaga, Juan) (Entered: 10/14/2021) |
| 10/14/2021 | 240 | REPLY to opposition to motion re 228 MOTION to Compel *DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS OF YELP, INC. CUSTODIAN (Redacted)* filed by GOOGLE LLC. (Waszmer, Wendy) (Entered: 10/14/2021) |

| 10/14/2021 | 241 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by UNITED STATES OF AMERICA (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Memorandum in Support Position Statement of Plaintiffs' Request for the Court to Compel Discovery from Samsung Electronics America, Inc., # 3 Appendix A, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G)(Goldstein, Jeremy Michael) (Entered: 10/14/2021) |
|---|---|---|
| 10/15/2021 | 242 | Joint STATUS REPORT by STATE OF NEBRASKA. (Conrad, Joseph) (Entered: 10/15/2021) |
| 10/17/2021 | 243 | NOTICE of Appearance by John Paul Foley on behalf of UNITED STATES OF AMERICA (Foley, John) (Main Document 243 replaced on 10/20/2021) (zeg). (Entered: 10/17/2021) |
| 10/22/2021 | 244 | REDACTED DOCUMENT– Position Statement *Concerning Discovery Dispute with Plaintiffs* by SAMSUNG ELECTRONICS AMERICA, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Arteaga, Juan) (Entered: 10/22/2021) |
| 10/22/2021 | 245 | REDACTED DOCUMENT– Position Statement *of Plaintiffs' Request for the Court to Compel Discovery from Samsung Electronics America, Inc* by UNITED STATES OF AMERICA. (Attachments: # 1 Appendix A, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)(Goldstein, Jeremy Michael) (Entered: 10/22/2021) |
| 10/25/2021 | 246 | NOTICE of Appearance by Vincent H. Cohen, Jr on behalf of MICROSOFT CORPORATION (Cohen, Vincent) (Entered: 10/25/2021) |
| 10/25/2021 | 247 | NOTICE of Appearance by Amisha R. Patel on behalf of MICROSOFT CORPORATION (Patel, Amisha) (Entered: 10/25/2021) |
| 10/26/2021 | 248 | Joint STATUS REPORT *Regarding Discovery* by GOOGLE LLC. (Schmidtlein, John) (Entered: 10/26/2021) |
| 10/28/2021 | | Minute Entry for video proceedings held before Judge Amit P. Mehta: Status Conference held on 10/28/2021. Status Report by Google and Yelp due by 11/4/2021. Discovery Hearing set for 11/1/2021 at 2:00 PM via Zoom before Judge Amit P. Mehta. (Court Reporter: William Zaremba) (zgdf) (Entered: 10/28/2021) |
| 10/29/2021 | | MINUTE ORDER. Pursuant to the status conference held on October 28, 2021, the court orders the following with respect to further proceedings: (1) Plaintiffs and third party Samsung shall appear for a Status Conference to discuss the status of their remaining discovery issues on November 1, 2021, at 2:00 p.m.; (2) Defendant and third party Yelp shall file a Joint Status Report updating the court on the status of remaining custodian issues on or before November 4, 2021; and (3) United States Plaintiffs and Defendant shall file a Joint Status Report regarding issues relating to the previously completed Rule 30(b)(6) deposition, including a briefing schedule if necessary, on or before November 2, 2021. Signed by Judge Amit P. Mehta on 10/29/2021. (lcapm2) (Entered: 10/29/2021) |
| 10/29/2021 | 249 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on October 28, 2021; Page Numbers: 1–84. Date of Issuance: October 29, 2021. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the |

| | | Transcript Order Form |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchase d from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/19/2021. Redacted Transcript Deadline set for 11/29/2021. Release of Transcript Restriction set for 1/27/2022.(wz) (Entered: 10/29/2021) |
| 11/01/2021 | | NOTICE of Hearing: The Discovery Dispute Hearing set for 11/1/2021 at 2:00 PM before Judge Amit P. Mehta is hereby vacated. The Court has been notified that the discovery issue has been resolved. (zjd) (Entered: 11/01/2021) |
| 11/01/2021 | 250 | NOTICE of Appearance by Erin Murdock−Park on behalf of UNITED STATES OF AMERICA (Murdock−Park, Erin) (Entered: 11/01/2021) |
| 11/02/2021 | 251 | Joint STATUS REPORT by UNITED STATES OF AMERICA. (Goldstein, Jeremy Michael) (Entered: 11/02/2021) |
| 11/03/2021 | | MINUTE ORDER. The parties in United States v. Google shall submit an additional Joint Status Report by November 11, 2021, concerning issues arising from the October 6 Rule 30(b)(6) deposition, including, if needed, a briefing schedule. Signed by Judge Amit P. Mehta on 11/3/2021. (lcapm2) (Entered: 11/03/2021) |
| 11/04/2021 | 252 | Joint STATUS REPORT *of Google and Yelp Inc.* by GOOGLE LLC. (Waszmer, Wendy) (Entered: 11/04/2021) |
| 11/07/2021 | | MINUTE ORDER. Google and third party Yelp shall file an additional Joint Status Report concerning their dispute by November 11, 2021. Signed by Judge Amit P. Mehta on 11/7/2021. (lcapm2) (Entered: 11/07/2021) |
| 11/11/2021 | 253 | Joint STATUS REPORT *of Google and Yelp Inc.* by GOOGLE LLC. (Waszmer, Wendy) (Entered: 11/11/2021) |
| 11/11/2021 | 254 | Joint STATUS REPORT by UNITED STATES OF AMERICA. (Goldstein, Jeremy Michael) (Entered: 11/11/2021) |
| 11/12/2021 | | MINUTE ORDER. If Google and Yelp have not reached an agreement as to their discovery dispute by November 16, 2021, they shall submit simultaneous briefs of no more than ten pages (excluding exhibits) by November 24, 2021, so that the court can take up the matter at the hearing scheduled for November 30, 2021. Google and Yelp shall file a notice on November 17, 2021, advising whether they have resolved their dispute. Signed by Judge Amit P. Mehta on 11/12/2021. (lcapm2) (Entered: 11/12/2021) |

| 11/17/2021 | 255 | Joint STATUS REPORT *of Google and Yelp Inc.* by GOOGLE LLC. (Waszmer, Wendy) (Entered: 11/17/2021) |
|---|---|---|
| 11/23/2021 | 256 | Joint STATUS REPORT by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Goldstein, Jeremy Michael) (Entered: 11/23/2021) |
| 11/23/2021 | 257 | MOTION to Modify *Scheduling Order* by UNITED STATES OF AMERICA. (Attachments: # 1 Memorandum in Support of Plaintiffs' Motion to Extend Discovery Deadlines, # 2 Text of Proposed Order)(Goldstein, Jeremy Michael) (Entered: 11/23/2021) |
| 11/24/2021 | | MINUTE ORDER. At the request of the United States, the status conference scheduled for November 30, 2021, shall proceed in a hybrid fashion in Courtroom 10. If counsel for any party wishes to appear in person, they may but are not required to do so. Given this late change, the court will not require any counsel, in particular for the Colorado Plaintiffs, to appear in person. Counsel for Google and lead counsel for the Colorado Plaintiffs shall notify the courtroom deputy whether they intend to appear in person or remotely. Counsel for third parties need not appear in person. Signed by Judge Amit P. Mehta on 11/24/2021. (lcapm2) (Entered: 11/24/2021) |
| 11/24/2021 | 258 | MEMORANDUM re 257 MOTION to Modify *Scheduling Order* filed by UNITED STATES OF AMERICA by STATE OF NEBRASKA. (Conrad, Joseph) (Entered: 11/24/2021) |
| 11/29/2021 | 259 | NOTICE of Appearance by Christopher VanDeusen on behalf of UNITED STATES OF AMERICA (VanDeusen, Christopher) (Entered: 11/29/2021) |
| 11/29/2021 | | NOTICE of Hearing: Members of the public or media may access the status hearing set for 11/30/2021 at 11:00 AM before Judge Amit P. Mehta by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (zjd) (Entered: 11/29/2021) |
| 11/29/2021 | 260 | NOTICE of Appearance by Sarah Bartels on behalf of UNITED STATES OF AMERICA (Bartels, Sarah) (Main Document 260 replaced on 12/2/2021) (zeg). (Entered: 11/29/2021) |
| 11/30/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 11/30/2021. Proposed Orders due by 12/3/2021. Status Conferences set for 12/6/2021 at 2:00 PM, 1/7/2022 at 11:00 AM, and 2/11/2022 at 11:00 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate dial–in information. Members of the public or media may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (Court Reporter: William Zaremba) (zjd) (Entered: 11/30/2021) |
| 12/01/2021 | 261 | TRANSCRIPT OF JOINT STATUS CONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on November 30, 2021; Page Numbers: 1–72. Date of Issuance: December 1, 2021. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/22/2021. Redacted Transcript Deadline set for 1/1/2022. Release of Transcript Restriction set for 3/1/2022.(wz) (Entered: 12/01/2021) |
| 12/03/2021 | 262 | NOTICE *of Filing (1) Competing Proposed Orders to Bifurcate Proceedings, and (2) Joint Proposed Order to Modify the Scheduling Order* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Goldstein, Jeremy Michael) (Entered: 12/03/2021) |
| 12/06/2021 | 263 | ORDER amending the Amended Scheduling and Case Management Order, ECF No. 108−1, to extend fact discovery and subsequent deadlines. See the attached Order for details. Signed by Judge Amit P. Mehta on 12/6/2021. (lcapm2) (Entered: 12/06/2021) |
| 12/06/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held via videoconference on 12/6/2021. Joint Status Report due by 12/15/2021. (Court Reporter: William Zaremba) (zjd) (Entered: 12/06/2021) |
| 12/06/2021 | 264 | ORDER to bifurcate proceedings. See attached Order for details. Signed by Judge Amit P. Mehta on 12/6/2021. (lcapm2) (Entered: 12/06/2021) |
| 12/06/2021 | | MINUTE ORDER. Pursuant to the status conference held on December 6, 2021, the court orders the following with respect to further proceedings in this matter: (1) the parties shall file a Joint Status Report on or before December 15, 2021, updating the court on the status of the November 30(b)(6) notice; and (2) on or before December 22, 2021, Google shall provide Plaintiffs with a schedule identifying the witnesses who will address the topics from the November 30(b)(6) notice that will be addressed by live testimony, which topic(s) each witness will address, and the dates each witness is available for deposition. Signed by Amit P. Mehta on 12/6/2021. (lcapm2) (Entered: 12/06/2021) |
| 12/06/2021 | 265 | ORDER amending the Amended Scheduling and Case Management Order, ECF No. 108−1, to include a paragraph on the obligation of recipients of a Rule 30(b)(6) deposition notice or subpoena to serve their responses and objections to such notice or subpoena within ten days. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 9/28/2021. (lcapm2) (Entered: 12/06/2021) |
| 12/07/2021 | 266 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on December 6, 2021; Page Numbers: 1−49. Date of Issuance: December 7, 2021. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchase d from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter. |

| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/28/2021. Redacted Transcript Deadline set for 1/7/2022. Release of Transcript Restriction set for 3/7/2022.(wz) (Entered: 12/07/2021) |
|---|---|---|
| 12/10/2021 | 267 | NOTICE of Appearance by Gloria K. Maier on behalf of GOOGLE LLC (Maier, Gloria) (Entered: 12/10/2021) |
| 12/15/2021 | 268 | Joint STATUS REPORT by GOOGLE LLC. (Schmidtlein, John) (Entered: 12/15/2021) |
| 12/17/2021 | 269 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney Ryan M. Sandrock terminated. (Sandrock, Ryan) (Entered: 12/17/2021) |
| 12/23/2021 | 270 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF ARIZONA. Attorney Dana Vogel terminated. (Vogel, Dana) (Entered: 12/23/2021) |
| 01/04/2022 | 271 | Joint STATUS REPORT by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A)(Goldstein, Jeremy Michael) (Entered: 01/04/2022) |
| 01/05/2022 | 272 | NOTICE of Appearance by William Thorn Matlack on behalf of COMMONWEALTH OF MASSACHUSETTS (Matlack, William) (Entered: 01/05/2022) |
| 01/06/2022 | 273 | NOTICE of Appearance by Aaron Philip Maurer on behalf of GOOGLE LLC (Maurer, Aaron) (Entered: 01/06/2022) |
| 01/07/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held via videoconference on 1/7/2022. Proposed Order due by 1/12/2022. Supplements to Initial Disclosures due by 1/14/2022. Joint Status Reports due by 2/8/2022, 3/4/2022, and 4/4/2022. Status Conferences set for 2/11/2022 at 11:00 AM, 3/9/2022 at 11:00 AM, and tentatively for 4/7/2022 at 11:00 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel of record. Members of the public or media may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. (Court Reporter: William Zaremba) (zjd) (Entered: 01/07/2022) |
| 01/10/2022 | 274 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on January 7, 2022; Page Numbers: 1−70. Date of Issuance: January 10, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 1/31/2022. Redacted Transcript Deadline set for 2/10/2022. Release of Transcript Restriction set for 4/10/2022.(wz) (Entered: 01/10/2022) |
| 01/12/2022 | 275 | NOTICE of Proposed Order by GOOGLE LLC (Attachments: # 1 Text of Proposed Order)(Schmidtlein, John) Modified docket event/text on 1/14/2022 (zeg). (Entered: 01/12/2022) |
| 01/13/2022 | 276 | ORDER entering Proposed Order, ECF No. 275−1, regarding third party Microsoft's compliance with subpoenas issued in these matters. See attached Order for details. Signed by Judge Amit P. Mehta on 1/13/2022. (lcapm2) (Entered: 01/13/2022) |
| 01/28/2022 | 277 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF TENNESSEE. Attorney Jeanette Pascale terminated. (Pascale, Jeanette) (Entered: 01/28/2022) |
| 02/04/2022 | 278 | NOTICE of Appearance by Brian Matthew Yost on behalf of STATE OF ILLINOIS (Yost, Brian) (Entered: 02/04/2022) |
| 02/04/2022 | 279 | NOTICE of Appearance by Meagan Kara Bellshaw on behalf of UNITED STATES OF AMERICA (Bellshaw, Meagan) (Entered: 02/04/2022) |
| 02/08/2022 | 280 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Certificate of Service)(Schmidtlein, John) (Entered: 02/08/2022) |
| 02/08/2022 | 281 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 02/08/2022) |
| 02/08/2022 | 282 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by MICROSOFT CORPORATION (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Response, # 2 Text of Proposed Order)(Cohen, Vincent) (Entered: 02/08/2022) |
| 02/09/2022 | 283 | SEALED DOCUMENT filed by STATE OF NEBRASKA re 281 Sealed Document (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Conrad, Joseph) (Entered: 02/09/2022) |
| 02/10/2022 | 284 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service Certificate of Service)(Herrmann, Karl) (Entered: 02/10/2022) |
| 02/10/2022 | | MINUTE ORDER granting 282 Non−Party Microsoft Corporation's Unopposed Motion for Leave to File Materials Under Seal. Having considered the relevant Hubbard factors, the court finds that an initial sealing of Microsoft's filing is warranted. Microsoft shall file an appropriately redacted version of its filing by February 17, 2022. Signed by Judge Amit P. Mehta on 2/10/2022. (lcapm2) (Entered: 02/10/2022) |
| 02/10/2022 | 285 | |

| | | |
|---|---|---|
| | | Joint STATUS REPORT by GOOGLE LLC. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C)(Schmidtlein, John) (Entered: 02/10/2022) |
| 02/11/2022 | <u>286</u> | ORDER amending the <u>98</u> Stipulated Protective Order. See attached Order for details. Signed by Judge Amit P. Mehta on 2/11/2022. (lcapm2) (Entered: 02/11/2022) |
| 02/11/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held via videoconference on 2/11/2022. The parties are to meet and confer and submit a proposal regarding an exchange of the identities of witnesses and entities that may be called at trial by 2/16/2022. Google's response to United States Plaintiffs' letter regarding Topic 3 of the November 30(b)(6) notice is due by 2/18/2022. Plaintiffs' next non−data 30(b)(6) notice is due by 2/22/2022. The status conference originally scheduled for April 7, 2022 has been vacated and rescheduled to April 8, 2022 at 2:00 PM via videoconference before Judge Amit P. Mehta. The next status conference will take place on March 9, 2022 at 11:00 AM via videoconference. Members of the public or media may access the hearings by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. (Court Reporter: William Zaremba) (zjd) (Entered: 02/11/2022) |
| 02/14/2022 | <u>287</u> | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on February 11, 2022; Page Numbers: 1−71. Date of Issuance: February 14, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purcha sed from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/7/2022. Redacted Transcript Deadline set for 3/17/2022. Release of Transcript Restriction set for 5/15/2022.(wz) (Entered: 02/14/2022) |
| 02/15/2022 | <u>288</u> | NOTICE of Appearance by Jake Marvin Shields on behalf of UNITED STATES OF AMERICA (Shields, Jake) (Entered: 02/15/2022) |
| 02/16/2022 | <u>289</u> | REDACTED DOCUMENT– U.S. Plaintiffs' Position Statement Regarding a Discovery Dispute Involving Discovery of Microsoft by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 02/16/2022) |
| 02/16/2022 | <u>290</u> | Joint STATUS REPORT by GOOGLE LLC. (Schmidtlein, John) (Entered: 02/16/2022) |
| 02/16/2022 | <u>291</u> | Joint STATUS REPORT by UNITED STATES OF AMERICA. (Goldstein, Jeremy Michael) (Entered: 02/16/2022) |
| 02/16/2022 | <u>292</u> | |

| | | |
|---|---|---|
| | | REDACTED DOCUMENT– Plaintiff States' Response to Google LLC's Statement Regarding A Dispute Involving Third–Party Microsoft to 283 Sealed Document by STATE OF NEBRASKA. (Attachments: # 1 Certificate of Service)(Conrad, Joseph) (Entered: 02/16/2022) |
| 02/17/2022 | 293 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Russell P. Cohen, Filing fee $ 100, receipt number ADCDC–9052102. Fee Status: Fee Status: Fee Paid. by MICROSOFT CORPORATION. (Attachments: # 1 Declaration of Russell P. Cohen, # 2 Text of Proposed Order)(Ray, Amy) (Entered: 02/17/2022) |
| 02/17/2022 | | MINUTE ORDER granting 293 Motion for Admission Pro Hac Vice. Attorney Russell P. Cohen is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Amit P. Mehta 2/17/2022. (lcapm2) (Entered: 02/17/2022) |
| 02/17/2022 | 294 | REDACTED DOCUMENT– Defendant Google LLC's Statement Regarding a Dispute Involving Third Party Discovery of Microsoft by GOOGLE LLC. (Schmidtlein, John) (Entered: 02/17/2022) |
| 02/17/2022 | 295 | RESPONSE re 294 Redacted Document *Google's February 8 Submission* filed by MICROSOFT CORPORATION. (Cohen, Vincent) (Entered: 02/17/2022) |
| 02/17/2022 | 296 | Joint STATUS REPORT by GOOGLE LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Schmidtlein, John) (Entered: 02/17/2022) |
| 02/18/2022 | 297 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Matthew L. Larrabee, Filing fee $ 100, receipt number ADCDC–9054252. Fee Status: Fee Paid. by MICROSOFT CORPORATION. (Attachments: # 1 Declaration of Matthew L. Larrabee in Support, # 2 Text of Proposed Order)(Cohen, Vincent) (Entered: 02/18/2022) |
| 02/18/2022 | 298 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Julia E. Chapman, Filing fee $ 100, receipt number ADCDC–9054316. Fee Status: Fee Paid. by MICROSOFT CORPORATION. (Attachments: # 1 Declaration of Julia E. Chapman in Support, # 2 Text of Proposed Order)(Cohen, Vincent) (Entered: 02/18/2022) |
| 02/18/2022 | | MINUTE ORDER granting 297 Motion for Admission Pro Hac Vice. Attorney Matthew L. Larrabee is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Amit P. Mehta 2/18/2022. (lcapm2) (Entered: 02/18/2022) |
| 02/18/2022 | | MINUTE ORDER granting 297 Motion for Admission Pro Hac Vice. Attorney Julia E. Chapman is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Amit P. Mehta 2/18/2022. (lcapm2) (Entered: 02/18/2022) |
| 02/19/2022 | 299 | NOTICE of Appearance by Julia Chapman on behalf of MICROSOFT CORPORATION (Chapman, Julia) (Entered: 02/19/2022) |
| 02/21/2022 | 300 | ORDER regarding the exchange of identities of third–party witnesses that may be called at trial. The court has adopted the "more likely" standard favored by Plaintiffs to ensure flexibility in making third–party designations so far out from trial, but it has placed a 40–person/entity cap per side to promote a meaningful set of |

| | | | |
|---|---|---|---|
| | | | third–party designees who can be deposed before the close of discovery. See attached Order for details. Signed by Judge Amit P. Mehta on 2/21/2022. (lcapm2) (Entered: 02/21/2022) |
| 02/22/2022 | 301 | | NOTICE of Appearance by Allen Robert Davis on behalf of MICROSOFT CORPORATION (Davis, Allen) (Entered: 02/22/2022) |
| 02/22/2022 | 302 | | NOTICE of Appearance by Matthew Lloyd Larrabee on behalf of MICROSOFT CORPORATION (Larrabee, Matthew) (Entered: 02/22/2022) |
| 02/22/2022 | 303 | | NOTICE of Appearance by Russell P. Cohen on behalf of MICROSOFT CORPORATION (Cohen, Russell) (Entered: 02/22/2022) |
| 02/25/2022 | 304 | | NOTICE of Appearance by Youlin Yuan on behalf of GOOGLE LLC (Yuan, Youlin) (Entered: 02/25/2022) |
| 02/25/2022 | 305 | | NOTICE of Appearance by Paul B. Gaffney on behalf of GOOGLE LLC (Gaffney, Paul) (Entered: 02/25/2022) |
| 02/25/2022 | 306 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Michael S. Sommer, Filing fee $ 100, receipt number ADCDC–9067082. Fee Status: Fee Paid. by GOOGLE LLC. (Attachments: # 1 Declaration of Michael S. Sommer In Support, # 2 Text of Proposed Order)(Waszmer, Wendy) (Entered: 02/25/2022) |
| 02/25/2022 | 307 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Justina K. Sessions, Filing fee $ 100, receipt number ADCDC–9067113. Fee Status: Fee Paid. by GOOGLE LLC. (Attachments: # 1 Declaration of Justina K. Sessions In Support, # 2 Text of Proposed Order)(Waszmer, Wendy) (Entered: 02/25/2022) |
| 02/25/2022 | 308 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Chul Pak, Filing fee $ 100, receipt number ADCDC–9067137. Fee Status: Fee Paid. by GOOGLE LLC. (Attachments: # 1 Declaration of Chul Pak In Support, # 2 Text of Proposed Order)(Waszmer, Wendy) (Entered: 02/25/2022) |
| 02/28/2022 | | | MINUTE ORDER granting 306 Motion for Admission Pro Hac Vice. Attorney Michael S. Sommer is hereby admitted pro hac vice to appear in this matter. Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Signed by Judge Amit P. Mehta on 2/28/2022. (lcapm2) (Entered: 02/28/2022) |
| 02/28/2022 | | | MINUTE ORDER granting 307 Motion for Admission Pro Hac Vice. Attorney Justina K. Sessions is hereby admitted pro hac vice to appear in this matter. Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Signed by Judge Amit P. Mehta on 2/28/2022. (lcapm2) (Entered: 02/28/2022) |
| 02/28/2022 | | | MINUTE ORDER granting 308 Motion for Admission Pro Hac Vice. Attorney Chul Pak is hereby admitted pro hac vice to appear in this matter. Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Signed by Judge Amit P. Mehta on 2/28/2022. (lcapm2) (Entered: 02/28/2022) |
| 02/28/2022 | | | RESOLVED.....NOTICE of Provisional Status re 305 NOTICE of Appearance by Paul B. Gaffney on behalf of GOOGLE LLC (Gaffney, Paul). Your attorney renewal has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good |

| | | standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney−admissions−and−renewal−information. Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 3/7/2022. (znm) Modified on 2/28/2022 (znm). (Entered: 02/28/2022) |
|---|---|---|
| 03/01/2022 | 309 | NOTICE of Appearance by Michael Sommer on behalf of GOOGLE LLC (Sommer, Michael) (Entered: 03/01/2022) |
| 03/01/2022 | 310 | NOTICE of Appearance by Justina Sessions on behalf of GOOGLE LLC (Sessions, Justina) (Entered: 03/01/2022) |
| 03/01/2022 | 311 | NOTICE of Appearance by Chul Pak on behalf of GOOGLE LLC (Pak, Chul) (Entered: 03/01/2022) |
| 03/04/2022 | 312 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Mark S. Parris, Filing fee $ 100, receipt number BDCDC−9083018. Fee Status: Fee Paid. by MICROSOFT CORPORATION. (Attachments: # 1 Declaration of Mark Parris, # 2 Text of Proposed Order)(Tynes, Haley) (Entered: 03/04/2022) |
| 03/04/2022 | | MINUTE ORDER granting 312 Motion for Admission Pro Hac Vice. Attorney Mark S. Parris is hereby admitted pro hac vice to appear in this matter. Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Signed by Judge Amit P. Mehta on 3/4/2022. (lcapm2) (Entered: 03/04/2022) |
| 03/04/2022 | 313 | NOTICE of Appearance by John A. Jurata, Jr on behalf of MICROSOFT CORPORATION (Jurata, John) (Entered: 03/04/2022) |
| 03/04/2022 | 314 | NOTICE of Appearance by Mark Parris on behalf of MICROSOFT CORPORATION (Parris, Mark) (Main Document 314 replaced on 3/2/2022) (zeg). (Entered: 03/04/2022) |
| 03/04/2022 | 315 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Herrmann, Karl) (Entered: 03/04/2022) |
| 03/07/2022 | 316 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Martin J. Black, Filing fee $ 100, receipt number ADCDC−9085761. Fee Status: Fee Paid. by MICROSOFT CORPORATION. (Attachments: # 1 Declaration of Martin J. Black in Support, # 2 Text of Proposed Order)(Cohen, Vincent) (Entered: 03/07/2022) |
| 03/07/2022 | | MINUTE ORDER granting 316 Motion for Admission Pro Hac Vice. Attorney Martin J. Black is hereby admitted pro hac vice to appear in this matter. Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Signed by Judge Amit P. Mehta on 3/7/2022. (lcapm2) (Entered: 03/07/2022) |
| 03/08/2022 | 317 | SEALED MOTION filed by UNITED STATES OF AMERICA (Attachments: # 1 Memorandum in Support of Motion to Sanction Google and Compel, # 2 Text of Proposed Order, # 3 Declaration, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # |

| | | |
|---|---|---|
| | | 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22, # 26 Exhibit 23, # 27 Exhibit 24, # 28 Exhibit 25, # 29 Exhibit 26, # 30 Exhibit 27, # 31 Exhibit 28, # 32 Exhibit 29, # 33 Exhibit 30, # 34 Exhibit 31, # 35 Exhibit 32, # 36 Exhibit 33, # 37 Exhibit 34, # 38 Exhibit 35, # 39 Exhibit 36, # 40 Exhibit 37, # 41 Certificate of Service)(Herrmann, Karl) (Entered: 03/08/2022) |
| 03/08/2022 | 318 | NOTICE of Appearance by Martin J. Black on behalf of MICROSOFT CORPORATION (Black, Martin) (Entered: 03/08/2022) |
| 03/08/2022 | 319 | Joint STATUS REPORT *of March 4, 2022* by UNITED STATES OF AMERICA. (Attachments: # 1 A (Redacted Version), # 2 B (Redacted Version), # 3 C (Redacted Version), # 4 D (Redacted Version))(Herrmann, Karl) (Entered: 03/08/2022) |
| 03/08/2022 | 320 | NOTICE of Appearance by Christopher Yeager on behalf of GOOGLE LLC (Yeager, Christopher) (Entered: 03/08/2022) |
| 03/09/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held via videoconference on 3/9/2022. Status Conference set for 3/16/2022 at 4:30 PM via videoconference before Judge Amit P. Mehta. Members of the public or media may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. All briefing for the pending motion to compel and for sanctions is due by 4/1/2022. Oral Argument set for 4/8/2022 at 1:00 PM in Courtroom 10 before Judge Amit P. Mehta. (Court Reporter: William Zaremba) (zjd) (Entered: 03/13/2022) |
| 03/10/2022 | 321 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Anne Johnson Palmer, Filing fee $ 100, receipt number ADCDC–9097151. Fee Status: Fee Paid. by GOOGLE LLC. (Attachments: # 1 Declaration of Anne Johnson Palmer in Support, # 2 Text of Proposed Order)(Popofsky, Mark) (Entered: 03/10/2022) |
| 03/10/2022 | | MINUTE ORDER granting 321 Motion for Admission of Attorney Pro Hac Vice. Attorney Anne Johnson Palmer is hereby admitted pro hac vice to appear in this matter. Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Signed by Judge Amit P. Mehta on 3/10/2022. (lcapm2) (Entered: 03/10/2022) |
| 03/11/2022 | 322 | NOTICE of Appearance by Anne Johnson Palmer on behalf of GOOGLE LLC (Johnson Palmer, Anne) (Entered: 03/11/2022) |
| 03/11/2022 | 323 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on March 9, 2022; Page Numbers: 1–72. Date of Issuance: March 11, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased fro m the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be |

| | | |
|---|---|---|
| | | made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/1/2022. Redacted Transcript Deadline set for 4/11/2022. Release of Transcript Restriction set for 6/9/2022.(wz) (Entered: 03/11/2022) |
| 03/14/2022 | | MINUTE ORDER. The status conference currently scheduled for March 16, 2022, at 4:30 p.m. is rescheduled for 4:15 p.m. on that same date. Signed by Judge Amit P. Mehta on 3/14/2022. (lcapm2) (Entered: 03/14/2022) |
| 03/14/2022 | 324 | ENTERED IN ERROR.....TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on March 9, 2022; Page Numbers: 1–72. Date of Issuance: March 14, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/4/2022. Redacted Transcript Deadline set for 4/14/2022. Release of Transcript Restriction set for 6/12/2022.(wz) Modified on 3/15/2022 (zeg). (Entered: 03/14/2022) |
| 03/15/2022 | 325 | NOTICE of Appearance by Joshua Daniel Abram on behalf of STATE OF NORTH CAROLINA (Abram, Joshua) (Entered: 03/15/2022) |
| 03/15/2022 | | NOTICE OF CORRECTED DOCKET ENTRY: re 324 Transcript was entered in error as duplicate to docket entry 323 . (zeg) (Entered: 03/15/2022) |
| 03/16/2022 | | NOTICE of Hearing: In light of the parties resolving their discovery dispute, the hearing set for March 16, 2022 at 4:15 PM is hereby vacated. (zjd) (Entered: 03/16/2022) |
| 03/21/2022 | 326 | REDACTED DOCUMENT– Motion to Sanction Google and Compel to 317 SEALED MOTION filed by UNITED STATES OF AMERICA and UNITED STATES OF AMERICA. (Attachments: # 1 Memorandum in Support of Motion to Sanction Google and Compel (Redacted Version), # 2 Text of Proposed Order (Redacted Version), # 3 Declaration (Redacted Version), # 4 Exhibit 1 (Filed Under Seal), # 5 Exhibit 2 (Filed Under Seal), # 6 Exhibit 3 (Filed Under Seal), # 7 Exhibit 4 (Redacted Version), # 8 Exhibit 5 (Filed Under Seal), # 9 Exhibit 6 (Filed Under Seal), # 10 Exhibit 7 (Filed Under Seal), # 11 Exhibit 8 (Redacted Version), # 12 Exhibit 9 (Filed Under Seal), # 13 Exhibit 10 (Filed Under Seal), # 14 Exhibit 11 (Filed Under Seal), # 15 Exhibit 12 (Filed Under Seal), # 16 Exhibit 13 (Filed Under |

| | | |
|---|---|---|
| | | Seal), # <u>17</u> Exhibit 14 (Filed Under Seal), # <u>18</u> Exhibit 15 (Filed Under Seal), # <u>19</u> Exhibit 16 (Filed Under Seal), # <u>20</u> Exhibit 17 (Filed Under Seal), # <u>21</u> Exhibit 18 (Filed Under Seal), # <u>22</u> Exhibit 19 (Filed Under Seal), # <u>23</u> Exhibit 20 (Filed Under Seal), # <u>24</u> Exhibit 21 (Filed Under Seal), # <u>25</u> Exhibit 22 (Filed Under Seal), # <u>26</u> Exhibit 23 (Filed Under Seal), # <u>27</u> Exhibit 24 (Filed Under Seal), # <u>28</u> Exhibit 25 (Filed Under Seal), # <u>29</u> Exhibit 26 (Filed Under Seal), # <u>30</u> Exhibit 27 (Filed Under Seal), # <u>31</u> Exhibit 28 (Filed Under Seal), # <u>32</u> Exhibit 29 (Filed Under Seal), # <u>33</u> Exhibit 30 (Filed Under Seal), # <u>34</u> Exhibit 31 (Filed Under Seal), # <u>35</u> Exhibit 32 (Filed Under Seal), # <u>36</u> Exhibit 33 (Filed Under Seal), # <u>37</u> Exhibit 34 (Redacted Version), # <u>38</u> Exhibit 35 (Redacted Version), # <u>39</u> Exhibit 36 (Redacted Version), # <u>40</u> Exhibit 37 (Redacted Version))(Herrmann, Karl) (Entered: 03/21/2022) |
| 03/24/2022 | <u>327</u> | SEALED OPPOSITION filed by GOOGLE LLC. re <u>317</u> SEALED MOTION filed by UNITED STATES OF AMERICA (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5 (Part 1), # <u>6</u> Exhibit 5 (Part 2), # <u>7</u> Exhibit 6, # <u>8</u> Exhibit 7, # <u>9</u> Exhibit 8, # <u>10</u> Exhibit 9, # <u>11</u> Exhibit 10, # <u>12</u> Exhibit 11, # <u>13</u> Exhibit 12, # <u>14</u> Exhibit 13, # <u>15</u> Exhibit 14, # <u>16</u> Exhibit 15, # <u>17</u> Exhibit 16, # <u>18</u> Exhibit 17, # <u>19</u> Certificate of Service)(Schmidtlein, John) (Entered: 03/24/2022) |
| 03/24/2022 | <u>328</u> | REDACTED DOCUMENT– Opposition to Motion to Sanction and Compel to <u>327</u> Sealed Opposition,, by GOOGLE LLC. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5 (Part 1), # <u>6</u> Exhibit 5 (Part 2), # <u>7</u> Exhibit 6, # <u>8</u> Exhibit 7, # <u>9</u> Exhibit 8, # <u>10</u> Exhibit 9, # <u>11</u> Exhibit 10, # <u>12</u> Exhibit 11, # <u>13</u> Exhibit 12, # <u>14</u> Exhibit 13, # <u>15</u> Exhibit 14, # <u>16</u> Exhibit 15, # <u>17</u> Exhibit 16, # <u>18</u> Exhibit 17)(Schmidtlein, John) (Entered: 03/24/2022) |
| 03/31/2022 | <u>329</u> | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– William E. Ridgway, Filing fee $ 100, receipt number ADCDC–9142063. Fee Status: Fee Paid. by APPLE INC.. (Attachments: # <u>1</u> Declaration of William Ridgway, # <u>2</u> Text of Proposed Order)(Sunshine, Steven) (Entered: 03/31/2022) |
| 03/31/2022 | | MINUTE ORDER granting <u>329</u> Non–Party Petitioner Apple Inc.'s Motion for Admission Pro Hac Vice of William Ridgway. Attorney William Ridgway is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Signed by Judge Amit P. Mehta on 3/31/2022. (lcapm2) (Entered: 03/31/2022) |
| 04/01/2022 | <u>330</u> | SEALED REPLY TO OPPOSITION filed by UNITED STATES OF AMERICA re <u>317</u> SEALED MOTION filed by UNITED STATES OF AMERICA (This document is SEALED and only available to authorized persons.) (Attachments: # <u>1</u> Declaration, # <u>2</u> Exhibit 38, # <u>3</u> Exhibit 39, # <u>4</u> Exhibit 40, # <u>5</u> Exhibit 41, # <u>6</u> Exhibit 42, # <u>7</u> Exhibit 43, # <u>8</u> Exhibit 44, # <u>9</u> Exhibit 45, # <u>10</u> Exhibit 46, # <u>11</u> Exhibit 47, # <u>12</u> Exhibit 48, # <u>13</u> Exhibit 49, # <u>14</u> Exhibit 50, # <u>15</u> Exhibit 51, # <u>16</u> Exhibit 54, # <u>17</u> Exhibit 55, # <u>18</u> Exhibit 56, # <u>19</u> Exhibit 57, # <u>20</u> Exhibit 58, # <u>21</u> Exhibit 59, # <u>22</u> Exhibit 60, # <u>23</u> Certificate of Service)(Herrmann, Karl) (Entered: 04/02/2022) |
| 04/04/2022 | <u>331</u> | NOTICE of Appearance by Lillian Okamuro on behalf of UNITED STATES OF AMERICA (Okamuro, Lillian) (Entered: 04/04/2022) |
| 04/04/2022 | <u>332</u> | NOTICE of Appearance by William Elliott Ridgway on behalf of APPLE INC. (Ridgway, William) (Entered: 04/04/2022) |
| 04/04/2022 | <u>333</u> | Joint STATUS REPORT by GOOGLE LLC. (Schmidtlein, John) (Entered: 04/04/2022) |

| 04/06/2022 | | NOTICE of Courtroom Change: The Oral Argument/Status Conference set for 4/8/2022 at 1:00 PM before Judge Amit P. Mehta will now proceed in Courtroom 12. Members of the public or media may attend the hearing in–person or access the proceedings by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (zjd) Modified hearing type on 4/6/2022 (zjd). (Entered: 04/06/2022) |
|---|---|---|
| 04/06/2022 | 334 | NOTICE of Appearance by Catharine Sydnie Wright on behalf of UNITED STATES OF AMERICA (Wright, Catharine) (Entered: 04/06/2022) |
| 04/07/2022 | 335 | REDACTED DOCUMENT– Reply in Support of Plaintiffs' Motion to Sanction Google and Compel by UNITED STATES OF AMERICA. (Attachments: # 1 Declaration Meagan K. Bellshaw, # 2 Exhibit 38, # 3 Exhibit 39, # 4 Exhibit 40, # 5 Exhibit 41, # 6 Exhibit 42, # 7 Exhibit 43, # 8 Exhibit 44, # 9 Exhibit 45, # 10 Exhibit 46, # 11 Exhibit 47, # 12 Exhibit 48, # 13 Exhibit 49, # 14 Exhibit 50, # 15 Exhibit 51, # 16 Exhibit 54, # 17 Exhibit 55, # 18 Exhibit 56, # 19 Exhibit 57, # 20 Exhibit 58, # 21 Exhibit 59, # 22 Exhibit 60)(Goldstein, Jeremy Michael) (Entered: 04/07/2022) |
| 04/07/2022 | 336 | NOTICE of Appearance by Christine Sommer on behalf of UNITED STATES OF AMERICA (Sommer, Christine) (Entered: 04/07/2022) |
| 04/08/2022 | 337 | TRANSCRIPT OF STATUS CONFERENCE/ORAL ARGUMENT PROCEEDINGS before Judge Amit P. Mehta held on April 8, 2022; Page Numbers: 1–75. Date of Issuance: April 8, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/29/2022. Redacted Transcript Deadline set for 5/9/2022. Release of Transcript Restriction set for 7/7/2022.(wz) (Entered: 04/08/2022) |
| 04/08/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Oral Argument/Status Conference held on 4/8/2022. Status Conference tentatively set for 4/19/2022 at 2:00 PM via videoconference before Judge Amit P. Mehta. A further Status Conference is set for 5/12/2022 at 3:00 PM via videoconference before Judge Amit P. Mehta. Members of the public or media may access the hearing(s) by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (Court Reporter: William Zaremba) (zjd) (Entered: 04/18/2022) |
| 04/12/2022 | 338 | ORDER regarding 317 Plaintiffs' Motion to Sanction Google and Compel Disclosure of Documents Unjustifiably Claimed by Google as Attorney–Client Privileged. The |

| | | parties may submit any authority they believe supports their respective positions as to the court's inherent authority to sanction pre–litigation conduct by April 19, 2022. Google shall produce a sample of "silent attorney" emails for the court's in camera review by April 19, 2022. See attached Order for details. Signed by Judge Amit P. Mehta on 4/12/2022. (lcapm2) (Entered: 04/12/2022) |
|---|---|---|
| 04/12/2022 | | Set/Reset Deadlines: The parties may submit any authority they believe supports their respective positions as to the court's inherent authority to sanction pre–litigation conduct and Google shall produce a sample of "silent attorney" emails for the court's in camera review by 4/19/2022. (zjch, ) (Entered: 04/13/2022) |
| 04/13/2022 | 339 | NOTICE OF WITHDRAWAL OF APPEARANCE as to MICROSOFT CORPORATION. Attorney Haley P. Tynes terminated. (Tynes, Haley) (Entered: 04/13/2022) |
| 04/13/2022 | | NOTICE of Hearing: Discovery Hearing re Third Party Dispute set for 4/14/2022 at 8:45 AM via teleconference before Judge Amit P. Mehta. Counsel shall use the dial–in information provided by the courtroom deputy. Members of the public or media may access the proceedings by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (zjd) (Entered: 04/13/2022) |
| 04/14/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Discovery Hearing re Third Party Dispute held via teleconference on 4/14/2022. (Court Reporter: William Zaremba) (zjd) (Entered: 04/18/2022) |
| 04/15/2022 | 340 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Rachael A. Racine, Filing fee $ 100, receipt number ADCDC–9175149. Fee Status: Fee Paid. by GOOGLE LLC. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Waszmer, Wendy) (Entered: 04/15/2022) |
| 04/15/2022 | | MINUTE ORDER granting 340 Motion for Admission Pro Hac Vice. Attorney Rachael A. Racine is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Signed by Judge Amit P. Mehta on 4/15/2022. (lcapm2) (Entered: 04/15/2022) |
| 04/18/2022 | 341 | TRANSCRIPT OF DISCOVERY HEARING RE THIRD–PARTY DISPUTE VIA TELECONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on April 14, 2022; Page Numbers: 1–20. Date of Issuance: April 18, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter. **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | Redaction Request due 5/9/2022. Redacted Transcript Deadline set for 5/19/2022. Release of Transcript Restriction set for 7/17/2022.(wz) (Entered: 04/18/2022) |
|---|---|---|
| 04/18/2022 | 342 | Joint STATUS REPORT by STATE OF NEBRASKA. (McKinley, Matthew) (Entered: 04/18/2022) |
| 04/19/2022 | | MINUTE ORDER. Pursuant to the parties' 342 Joint Status Report, the status conference scheduled for April 19, 2022, is hereby vacated. Signed by Judge Amit P. Mehta on 4/19/2022. (lcapm2) (Entered: 04/19/2022) |
| 04/19/2022 | 343 | NOTICE of Appearance by Rachael Racine on behalf of GOOGLE LLC (Racine, Rachael) (Entered: 04/19/2022) |
| 04/19/2022 | 344 | NOTICE OF SUPPLEMENTAL AUTHORITY by GOOGLE LLC (Schmidtlein, John) (Entered: 04/19/2022) |
| 04/19/2022 | 345 | NOTICE OF SUPPLEMENTAL AUTHORITY *Pursuant to the Court's April 12, 2022 Order* by UNITED STATES OF AMERICA (Goldstein, Jeremy Michael) Modified docket event/text on 4/21/2022 (zeg). (Entered: 04/19/2022) |
| 04/21/2022 | 346 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF NEW YORK. Attorney John D. Castiglione terminated. (Castiglione, John) (Entered: 04/21/2022) |
| 04/25/2022 | 347 | NOTICE of Appearance by Christi Foust on behalf of STATE OF INDIANA (Foust, Christi) (Main Document 347 replaced on 4/28/2022) (zeg). (Entered: 04/25/2022) |
| 04/29/2022 | 348 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney John Paul Foley terminated. (Foley, John) (Entered: 04/29/2022) |
| 05/06/2022 | 349 | NOTICE of Appearance by Bryce A Pashler on behalf of STATE OF IOWA (Pashler, Bryce) (Main Document 349 replaced on 5/9/2022) (zeg). (Entered: 05/06/2022) |
| 05/09/2022 | 350 | NOTICE of Change of Address by John E. Schmidtlein (Schmidtlein, John) (Entered: 05/09/2022) |
| 05/10/2022 | 351 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Goldstein, Jeremy Michael) (Entered: 05/10/2022) |
| 05/12/2022 | 352 | REDACTED DOCUMENT– Joint Status Report by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Goldstein, Jeremy Michael) (Entered: 05/12/2022) |
| 05/12/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held via videoconference on 5/12/2022. The parties shall propose an evidentiary cut–off date and a deadline for motions to compel by 5/17/2022. Joint Status Report due by 6/14/2022. The next status conference will take place on 6/16/2022 at 3:00 PM or 6/17/2022 at 3:00 PM. The hearing time will be finalized at a later date. (Court Reporter: William Zaremba) (zjd) (Entered: 05/12/2022) |
| 05/12/2022 | | MINUTE ORDER. For the reasons stated during the status conference held on May 12, 2022, 317 326 Plaintiffs' Motion to Sanction Google and Compel Disclosure of Documents Unjustifiably Claimed by Google as Attorney–Client Privileged is denied. Google is ordered, however, to ensure that all of the "silent–attorney emails" at issue in the Motion have been re–reviewed to the same extent as the sample of |

| | | |
|---|---|---|
| | | 210 emails provided to the court for its in camera review. Signed by Judge Amit P. Mehta on 5/12/2022. (lcapm2) (Entered: 05/12/2022) |
| 05/13/2022 | 353 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on May 12, 2022; Page Numbers: 1–82. Date of Issuance: May 13, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from t he court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/3/2022. Redacted Transcript Deadline set for 6/13/2022. Release of Transcript Restriction set for 8/11/2022.(wz) (Entered: 05/13/2022) |
| 05/17/2022 | 354 | Joint MOTION for Extension of Time to *Propose an Evidentiary Cut–Off Date and a Deadline for Motions to Compel* by GOOGLE LLC. (Attachments: # 1 Text of Proposed Order)(Schmidtlein, John) (Entered: 05/17/2022) |
| 05/18/2022 | | MINUTE ORDER granting 354 Joint Motion for Extension of Time to Propose an Evidentiary Cut–off Date and a Deadline for Motions to Compel. The parties shall file their proposal(s) on or before May 19, 2022. Signed by Judge Amit P. Mehta on 5/18/2022. (lcapm2) (Entered: 05/18/2022) |
| 05/18/2022 | 355 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF IOWA. Attorney Max Merrick Miller terminated. (Miller, Max) (Entered: 05/18/2022) |
| 05/19/2022 | 356 | Joint STATUS REPORT by GOOGLE LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Schmidtlein, John) (Entered: 05/19/2022) |
| 05/24/2022 | | NOTICE of Hearing: The next status conference will proceed in–person on June 17, 2022 at 3:00 PM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 05/24/2022) |
| 05/25/2022 | 357 | ORDER regarding production deadline, motion to compel deadline, and evidentiary cut–off date. The parties shall file their Joint Status Report in advance of the status conference scheduled for June 17, 2022, on June 15, 2022. See attached Order for additional details. Signed by Judge Amit P. Mehta on 5/25/2022. (lcapm2) (Entered: 05/25/2022) |
| 05/27/2022 | 358 | NOTICE of Appearance by Colin P. Snider on behalf of STATE OF NEBRASKA (Snider, Colin) (Entered: 05/27/2022) |
| 06/10/2022 | 359 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF COLORADO. Attorney Erin L. Shencopp terminated. (Shencopp, Erin) (Entered: 06/10/2022) |

| 06/15/2022 | 360 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 06/15/2022) |
|---|---|---|
| 06/16/2022 | 361 | REDACTED DOCUMENT– Joint Status Report by GOOGLE LLC. (Schmidtlein, John) (Entered: 06/16/2022) |
| 06/17/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 6/17/2022. Joint Status Report due by 7/12/2022. Status Conference set for 7/14/2022 at 2:00 PM in Courtroom 10 before Judge Amit P. Mehta. (Court Reporter: William Zaremba) (zjd) (Entered: 06/17/2022) |
| 06/17/2022 | | MINUTE ORDER. Pursuant to the status conference held on June 17, 2022, the court orders the following with respect to further proceedings in this matter: (1) Plaintiffs shall identify the witnesses they wish to re–depose on or before July 8, 2022. (2) The parties shall file a joint status report on July 12, 2022. (3) The parties shall appear for a status conference on July 14, 2022, at 2:00 p.m. in Courtroom 10. (4) The parties shall appear to deliver a tutorial presentation on relevant factual background to the court on September 8, 2022, starting at 9:30 a.m. in Courtroom 10. Each side is allotted three hours. (5) Google shall produce up to 200 additional linked–to documents that Plaintiffs may identify on a case–by–case basis no later than September 26, 2022. Signed by Judge Amit P. Mehta on 6/17/2022. (lcapm2) (Entered: 06/17/2022) |
| 06/21/2022 | 362 | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on June 17, 2022; Page Numbers: 1–71. Date of Issuance: June 21, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the cour t reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/12/2022. Redacted Transcript Deadline set for 7/22/2022. Release of Transcript Restriction set for 9/19/2022.(wz) (Entered: 06/21/2022) |
| 06/24/2022 | 363 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF CALIFORNIA. Attorney Adam Miller terminated. (Miller, Adam) (Entered: 06/24/2022) |
| 06/24/2022 | 364 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF INDIANA. Attorney Erica S Sullivan terminated. (Sullivan, Erica) (Entered: 06/24/2022) |
| 06/30/2022 | 365 | NOTICE of Appearance by Margaret Sharp on behalf of STATE OF TEXAS (Sharp, Margaret) (Entered: 06/30/2022) |

| 06/30/2022 | 366 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF TEXAS. Attorney Bret Fulkerson terminated. (Fulkerson, Bret) (Entered: 06/30/2022) |
|---|---|---|
| 07/12/2022 | 367 | Joint STATUS REPORT by UNITED STATES OF AMERICA. (Attachments: # 1 Appendix A)(Goldstein, Jeremy Michael) (Entered: 07/12/2022) |
| 07/13/2022 | 368 | MOTION for Extension of Time to *Respond to the Report of Edward A. Fox* by UNITED STATES OF AMERICA. (Attachments: # 1 Memorandum in Support of Plaintiffs' Motion to Extend the Deadline to Respond to the Report of Edward A. Fox, # 2 Text of Proposed Order)(Goldstein, Jeremy Michael) (Entered: 07/13/2022) |
| 07/14/2022 | 369 | SEALED OPPOSITION filed by GOOGLE LLC. re 368 MOTION for Extension of Time to *Respond to the Report of Edward A. Fox* (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Schmidtlein, John) (Entered: 07/14/2022) |
| 07/14/2022 | 370 | REDACTED DOCUMENT– Opposition to DOJ Plaintiffs' Motion to Extend the Deadline to Respond to the Report of Edward A. Fox by GOOGLE LLC. (Attachments: # 1 Exhibit A)(Schmidtlein, John) (Entered: 07/14/2022) |
| 07/14/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 7/14/2022. Status Conference set for 8/24/2022 at 2:30 PM in Courtroom 10 before Judge Amit P. Mehta. (Court Reporter: William Zaremba) (zjd) (Entered: 07/14/2022) |
| 07/14/2022 | | MINUTE ORDER. Pursuant to the status conference held on July 14, 2022, the court orders the following with respect to further proceedings in this matter: (1) United States Plaintiffs may take further deposition testimony from Paul Gennai for up to 4 hours; Anna Kartasheva for up to 1 hour; James Kolotouros for up to 4 hours; Jamie Rosenberg for up to 4 hours; and Philipp Schindler for up to 1.5 hours. (2) Colorado Plaintiffs may take further deposition testimony from Richard Holden for up to 2 hours and Andy Miller for up to 2 hours. (3) United States Plaintiffs and Colorado Plaintiffs make take further deposition testimony from Prabhakar Raghavan for up to 3.5 hours and Hal Varian for up to 4 hours, with such time to be allocated as determined by Plaintiffs. (4) Plaintiffs' 368 Motion to Extend the Deadline to Respond to the Report of Edward A. Fox is granted in part. The 263 Amended Scheduling and Case Management Order entered on December 6, 2021, is amended to reflect that Plaintiffs' deadline to serve their rebuttal expert report(s) to the Edward A. Fox report is extended by 14 days to 74 days after service of opening reports, or August 19, 2022. (5) The parties shall appear for a status conference on August 24, 2022, at 2:30 p.m. in Courtroom 10. Signed by Judge Amit P. Mehta on 7/14/2022. (lcapm2) (Entered: 07/14/2022) |
| 07/15/2022 | 371 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney Jake Marvin Shields terminated. (Shields, Jake) (Entered: 07/15/2022) |
| 07/19/2022 | 372 | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on July 14, 2022; Page Numbers: 1–54. Date of Issuance: July 19, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the cour t reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court |

| | | |
|---|---|---|
| | | reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/9/2022. Redacted Transcript Deadline set for 8/19/2022. Release of Transcript Restriction set for 10/17/2022.(wz) (Entered: 07/19/2022) |
| 07/20/2022 | 373 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF COLORADO. Attorney Diane Rebecca Hazel terminated. (Hazel, Diane) (Entered: 07/20/2022) |
| 07/29/2022 | 374 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF ARIZONA. Attorney Christopher M. Sloot terminated. (Sloot, Christopher) (Entered: 07/29/2022) |
| 08/02/2022 | 375 | NOTICE of Appearance by Michael Schwartz on behalf of STATE OF NEW YORK (Schwartz, Michael) (Entered: 08/02/2022) |
| 08/03/2022 | 376 | SEALED MOTION filed by UNITED STATES OF AMERICA (Attachments: # 1 Memorandum in Support of Plaintiffs' Motion to Compel Production of Documents and Data Cited in Expert Reports, # 2 Text of Proposed Order, # 3 Certificate of Service, # 4 Exhibit A, # 5 Exhibit B)(Goldstein, Jeremy Michael) (Entered: 08/03/2022) |
| 08/05/2022 | 377 | MOTION to Expedite *Briefing of Plaintiffs' Motion to Compel Production of Documents and Data* by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Goldstein, Jeremy Michael) (Entered: 08/05/2022) |
| 08/08/2022 | 378 | Memorandum in opposition to re 377 Motion to Expedite *Briefing of DOJ Plaintiffs' Motion to Compel* filed by GOOGLE LLC. (Schmidtlein, John) (Entered: 08/08/2022) |
| 08/09/2022 | | MINUTE ORDER denying 377 Plaintiffs' Motion to Expedite Briefing of Plaintiffs' Motion to Compel Production of Documents and Data Cited in Expert Reports of Edward A. Fox and Mark A. Israel. The court is unavailable next week to resolve the pending motion to compel, so expedited briefing will not result in a quicker resolution. Google shall respond to the 376 Plaintiffs' Motion to Compel Production of Documents and Data Cited in Expert Reports of Edward A. Fox and Mark A. Israel by August 15, 2022. Plaintiffs may file a reply brief by August 19, 2022. The court and the parties tentatively agreed to a status conference on August 24, 2022, at 2:30 p.m. The parties shall appear on that time and date so the court can address the 376 Motion to Compel and any other issues in dispute. Signed by Judge Amit P. Mehta on 8/9/2022. (lcapm2) (Entered: 08/09/2022) |
| 08/10/2022 | 379 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney Thomas P. DeMatteo terminated. (DeMatteo, Thomas) (Entered: 08/10/2022) |
| 08/12/2022 | 380 | NOTICE of Appearance by Henry Cornillie on behalf of STATE OF CALIFORNIA (Cornillie, Henry) (Main Document 380 replaced on 8/15/2022) (zed). (Entered: 08/12/2022) |

| 08/15/2022 | 381 | SEALED OPPOSITION filed by GOOGLE LLC. re 376 Sealed Motion, (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 08/15/2022) |
|---|---|---|
| 08/19/2022 | 382 | SEALED REPLY TO OPPOSITION filed by UNITED STATES OF AMERICA re 376 Sealed Motion, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Herrmann, Karl) (Entered: 08/19/2022) |
| 08/23/2022 | 383 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Certificate of Service)(Schmidtlein, John) (Entered: 08/23/2022) |
| 08/23/2022 | 384 | REDACTED DOCUMENT– *Plaintiffs' Motion to Compel Production of Documents and Data Cited in Expert Reports* by UNITED STATES OF AMERICA. (Attachments: # 1 Memorandum in Support of Plaintiffs' Motion to Compel Production of Documents and Data Cited in Expert Reports, # 2 Exhibit A, # 3 Exhibit B, # 4 Text of Proposed Order)(Goldstein, Jeremy Michael) (Entered: 08/23/2022) |
| 08/23/2022 | 385 | REDACTED DOCUMENT– Google's Opposition to Motion to Compel Production of Documents and Data Cited in Expert Reports to 384 Redacted Document, by GOOGLE LLC. (Schmidtlein, John) (Entered: 08/23/2022) |
| 08/24/2022 | | NOTICE of Hearing: The Status Conference set for 8/24/2022 at 2:30 PM before Judge Amit P. Mehta shall now proceed via videoconference. The parties are instructed to use the Zoom credentials provided by the courtroom deputy. Members of the public or media may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (zjd) (Entered: 08/24/2022) |
| 08/24/2022 | 386 | REDACTED DOCUMENT– Joint Status Report by GOOGLE LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Schmidtlein, John) (Entered: 08/24/2022) |
| 08/24/2022 | 387 | REDACTED DOCUMENT– Plaintiffs' Reply in Support of Plaintiffs' Motion to Compel Production of Documents and Data Cited in Expert Reports of Edward A. Fox and Mark A. Israel to 382 Sealed Reply by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 08/24/2022) |
| 08/25/2022 | 388 | ORDER entering Joint Stipulation Regarding Plaintiffs' 376 Motion to Compel Production of Documents and Data Cited in Expert Reports of Edward A. Fox and Mark A. Israel. See attached Order for additional details. Signed by Judge Amit P. Mehta on 08/24/2022. (lcapm2) (Entered: 08/25/2022) |
| 08/25/2022 | 389 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on August 24, 2022; Page Numbers: 1–52. Date of Issuance: August 25, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, PDF or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/15/2022. Redacted Transcript Deadline set for 9/25/2022. Release of Transcript Restriction set for 11/23/2022.(wz) (Entered: 08/25/2022) |
| 09/06/2022 | 390 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF COLORADO. Attorney Erica Lee Fruiterman terminated. (Fruiterman, Erica) (Entered: 09/06/2022) |
| 09/06/2022 | 391 | NOTICE of Appearance by Adam T. Severt on behalf of UNITED STATES OF AMERICA (Severt, Adam) (Entered: 09/06/2022) |
| 09/08/2022 | 392 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF COLORADO. Attorney Abigail Leah Smith terminated. (Smith, Abigail) (Entered: 09/08/2022) |
| 09/08/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Tutorial Presentation held on 9/8/2022. Status Conference set for 10/14/2022 at 02:00 PM via videoconference before Judge Amit P. Mehta. Members of the public or media may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (Court Reporter: William Zaremba) (zjd) (Entered: 09/08/2022) |
| 09/13/2022 | 393 | TRANSCRIPT OF TUTORIAL PRESENTATION PROCEEDINGS before Judge Amit P. Mehta held on September 8, 2022; Page Numbers: 1–287. Date of Issuance: September 13, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/4/2022. Redacted Transcript Deadline set for 10/14/2022. Release of Transcript Restriction set for 12/12/2022.(wz) (Entered: 09/13/2022) |
| 09/15/2022 | 394 | NOTICE of Appearance by Mary Frances Jowers on behalf of STATE OF SOUTH CAROLINA (Jowers, Mary) (Main Document 394 replaced on 9/16/2022) (zed). (Entered: 09/15/2022) |
| 09/15/2022 | 395 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF NEVADA. Attorney Marie W.L. Martin terminated. (Newman, Michelle) (Entered: 09/15/2022) |

| 09/29/2022 | 396 | NOTICE of Appearance by Marie W.L. Martin on behalf of STATE OF UTAH (Martin, Marie) (Entered: 09/29/2022) |
|---|---|---|
| 10/10/2022 | 397 | SEALED MOTION filed by GOOGLE LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order, # 5 Certificate of Service)(Schmidtlein, John) (Entered: 10/10/2022) |
| 10/10/2022 | 398 | REDACTED DOCUMENT– Google's Motion to Exclude the Report and Testimony of DOJ Plaintiffs' Untimely Disclosed Expert to 397 SEALED MOTION filed by GOOGLE LLC by GOOGLE LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)(Schmidtlein, John) (Entered: 10/10/2022) |
| 10/12/2022 | 399 | NOTICE of Appearance by David A.F. McCoy on behalf of STATE OF ARKANSAS (McCoy, David) (Entered: 10/12/2022) |
| 10/13/2022 | 400 | Joint STATUS REPORT by GOOGLE LLC. (Attachments: # 1 Exhibit A)(Schmidtlein, John) (Entered: 10/13/2022) |
| 10/13/2022 | | MINUTE ORDER. At the request of the parties, the status conference scheduled for October 14, 2022, is vacated. The court will notify the parties of a future status conference date. Signed by Judge Amit P. Mehta on 10/13/2022. (lcapm2) (Entered: 10/13/2022) |
| 10/18/2022 | 401 | Memorandum in opposition to re 397 Sealed Motion *Exclude* filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Goldstein, Jeremy Michael) (Entered: 10/18/2022) |
| 10/25/2022 | 402 | REPLY to opposition to motion re 397 SEALED MOTION filed by GOOGLE LLC *re: Untimely Disclosed Expert* filed by GOOGLE LLC. (Schmidtlein, John) (Entered: 10/25/2022) |
| 10/25/2022 | | MINUTE ORDER. The parties shall appear for a post–discovery status conference on November 18, 2022, at 1:00 p.m. If the parties believe that a hearing is needed on the pending motion to exclude 397 , or a status conference is otherwise needed prior to November 18, 2022, they shall contact chambers to schedule such hearing. Signed by Judge Amit P. Mehta on 10/25/2022. (lcapm2) (Entered: 10/25/2022) |
| 11/10/2022 | 403 | ENTERED IN ERROR..... MOTION for Discovery *Expedited Motion to Permit Two Attorneys for U.S. Plaintiffs to Examine Edward A. Fox and Memorandum in Support Thereof* by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Goldstein, Jeremy Michael); Modified on 11/10/2022 (ztth). (Entered: 11/10/2022) |
| 11/10/2022 | | NOTICE OF ERROR regarding 403 MOTION for Discovery *Expedited Motion to Permit Two Attorneys for U.S. Plaintiffs to Examine Edward A. Fox and Memorandum in Support Thereof*. The following error(s) need correction: Invalid attorney signature– signature on document must match PACER login. Please refile. (ztth) (Entered: 11/10/2022) |
| 11/10/2022 | 404 | MOTION for Discovery *Expedited Motion to Permit Two Attorneys for U.S. Plaintiffs to Examine Edward A. Fox and Memorandum in Support Thereof* by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Goldstein, Jeremy Michael) (Entered: 11/10/2022) |
| 11/10/2022 | 405 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney Christopher VanDeusen terminated. (VanDeusen, Christopher) |

| | | |
|---|---|---|
| | | (Entered: 11/10/2022) |
| 11/10/2022 | | MINUTE ORDER. Defendant Google LLC shall file any opposition to U.S. Plaintiffs' 404 Expedited Motion to Permit Two Attorneys for U.S. Plaintiffs to Examine Edward A. Fox by November 11, 2022, at 2:00 p.m. Signed by Judge Amit P. Mehta on 11/10/2022. (lcapm2) (Entered: 11/10/2022) |
| 11/10/2022 | 406 | Memorandum in opposition to re 404 Motion for Discovery, *Opposition to DOJ Plaintiffs' Motion to Allow a Divided Examination of Dr. Fox* filed by GOOGLE LLC. (Attachments: # 1 Text of Proposed Order)(Schmidtlein, John) (Entered: 11/10/2022) |
| 11/10/2022 | 407 | ORDER granting U.S. Plaintiff's 404 Expedited Motion to Permit Two Attorneys to Examine Edward A. Fox. Please see attached Order for additional details. Signed by Judge Amit P. Mehta on 11/10/2022. (lcapm2) (Entered: 11/10/2022) |
| 11/15/2022 | 408 | NOTICE of Appearance by Joshua Hafenbrack on behalf of UNITED STATES OF AMERICA (Hafenbrack, Joshua) (Main Document 408 replaced on 11/15/2022) (znmw). (Entered: 11/15/2022) |
| 11/16/2022 | | NOTICE of Hearing: The hearing set for Friday, November 18, 2022 at 1:00 PM is hereby vacated. The courtroom deputy will contact the parties to schedule a new hearing date. (zjd) (Entered: 11/16/2022) |
| 11/18/2022 | 409 | NOTICE of Appearance by Zachary William Biesanz on behalf of STATE OF MINNESOTA (Biesanz, Zachary) (Entered: 11/18/2022) |
| 11/23/2022 | | NOTICE of Hearing: Status Conference set for 11/28/2022 at 4:15 PM via videoconference before Judge Amit P. Mehta. (zjd) (Entered: 11/23/2022) |
| 11/25/2022 | 410 | Joint STATUS REPORT by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A (Proposed Order), # 2 Exhibit B (Proposed Order)(Herrmann, Karl) (Entered: 11/25/2022) |
| 11/28/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held via videoconference on 11/28/2022. (Court Reporter: William Zaremba) (zjd) (Entered: 12/11/2022) |
| 11/29/2022 | 411 | ORDER. The Amended Scheduling and Case Management Order 108 and 263 is further amended so that the deadline to file any Daubert motions regarding experts Prof. Catherine Tucker and Prof. Kirsten Martin is extended to December 19, 2022, or ten days after the completion of the depositions of Prof. Tucker and Prof. Martin, whichever is later. The deadline to file all other Daubert motions remains December 12, 2022. Please see attached Order for additional details. Signed by Judge Amit P. Mehta on 11/29/2022. (lcapm2). (Entered: 11/29/2022) |
| 11/29/2022 | 412 | ORDER regarding the filing of public redacted versions of papers filed under seal in connection with summary judgment or Daubert motions. Please see attached Order for additional details. Signed by Judge Amit P. Mehta on 11/29/2022. (lcapm2) (Entered: 11/29/2022) |
| 11/29/2022 | 413 | ORDER regarding page limits for summary judgment briefs. Please see attached Order for additional details. Signed by Judge Amit P. Mehta on 11/29/2022. (lcapm2) (Entered: 11/29/2022) |
| 12/01/2022 | | |

| | | |
|---|---|---|
| | | ORDER denying Defendant's <u>397</u> Motion to Exclude the Report and Testimony of DOJ Plaintiffs' Untimely Disclosed Expert. For the reasons stated on the record during the November 28, 2022 hearing, Defendant's motion is denied. Signed by Judge Amit P. Mehta on 12/1/2022. (lcapm2) (Entered: 12/01/2022) |
| 12/02/2022 | <u>414</u> | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on November 28, 2022; Page Numbers: 1–45. Date of Issuance: December 2, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchas ed from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/23/2022. Redacted Transcript Deadline set for 1/2/2023. Release of Transcript Restriction set for 3/2/2023.(wz) (Entered: 12/02/2022) |
| 12/06/2022 | <u>415</u> | NOTICE of Appearance by Christian Brian Corrigan on behalf of STATE OF MONTANA (Corrigan, Christian) (Entered: 12/06/2022) |
| 12/12/2022 | <u>416</u> | SEALED MOTION filed by GOOGLE LLC (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Text of Proposed Order, # <u>9</u> Certification, # <u>10</u> Certificate of Service)(Schmidtlein, John) (Entered: 12/12/2022) |
| 12/12/2022 | <u>417</u> | SEALED MOTION filed by GOOGLE LLC (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Text of Proposed Order, # <u>12</u> Certification, # <u>13</u> Certificate of Service)(Schmidtlein, John) (Entered: 12/12/2022) |
| 12/12/2022 | <u>418</u> | SEALED MOTION filed by GOOGLE LLC (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15, # <u>16</u> Exhibit 16, # <u>17</u> Exhibit 17, # <u>18</u> Exhibit 18, # <u>19</u> Exhibit 19, # <u>20</u> Text of Proposed Order, # <u>21</u> Certification, # <u>22</u> Certificate of Service)(Schmidtlein, John) (Entered: 12/12/2022) |
| 12/12/2022 | <u>419</u> | SEALED MOTION filed by GOOGLE LLC (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Text of Proposed Order, # <u>15</u> Certification, # <u>16</u> Certificate of Service)(Schmidtlein, John) (Entered: 12/12/2022) |
| 12/12/2022 | <u>420</u> | |

| | | SEALED MOTION filed by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Text of Proposed Order, # 7 Certificate of Service)(Herrmann, Karl) (Entered: 12/12/2022) |
|---|---|---|
| 12/12/2022 | 421 | MOTION for Summary Judgment by GOOGLE LLC. (Attachments: # 1 Text of Proposed Order)(Schmidtlein, John) (Entered: 12/12/2022) |
| 12/12/2022 | 422 | SEALED DOCUMENT filed by GOOGLE LLC re 421 MOTION for Summary Judgment (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 12/12/2022) |
| 12/12/2022 | 423 | SEALED DOCUMENT filed by GOOGLE LLC re 421 MOTION for Summary Judgment (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 12/12/2022) |
| 12/12/2022 | 424 | SEALED MOTION filed by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order, # 4 Certificate of Service)(Herrmann, Karl) (Entered: 12/12/2022) |
| 12/12/2022 | 425 | SEALED MOTION filed by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Text of Proposed Order, # 14 Certificate of Service)(Herrmann, Karl) (Entered: 12/12/2022) |
| 12/12/2022 | 426 | MOTION for Summary Judgment by GOOGLE LLC. (Attachments: # 1 Text of Proposed Order)(Schmidtlein, John) (Entered: 12/12/2022) |
| 12/12/2022 | 427 | SEALED DOCUMENT filed by GOOGLE LLC re 426 MOTION for Summary Judgment (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 12/12/2022) |
| 12/12/2022 | 428 | SEALED DOCUMENT filed by GOOGLE LLC re 426 MOTION for Summary Judgment (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 12/12/2022) |
| 12/13/2022 | 429 | SEALED DOCUMENT filed by GOOGLE LLC re 421 MOTION for Summary Judgment (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25)(Schmidtlein, John) (Entered: 12/13/2022) |
| 12/13/2022 | 430 | SEALED DOCUMENT filed by GOOGLE LLC re 421 MOTION for Summary Judgment (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 26, # 2 Exhibit 27, # 3 Exhibit 28, # 4 Exhibit 29, # 5 Exhibit 30, # 6 Exhibit 31, # 7 Exhibit 32, # 8 Exhibit 33, # 9 Exhibit 34, # 10 Exhibit 35, # 11 Exhibit 36, # 12 Exhibit 37, # 13 Exhibit 38, # 14 Exhibit 39, # 15 Exhibit 40, # 16 Exhibit 41, # 17 Exhibit 42, # 18 Exhibit 43, # 19 Exhibit 44, # 20 Exhibit 45, # 21 Exhibit 46, # 22 Exhibit 47, # 23 Exhibit 48, # 24 Exhibit 49, # 25 Exhibit 50)(Schmidtlein, John) (Entered: 12/13/2022) |
| 12/13/2022 | 431 | SEALED DOCUMENT filed by GOOGLE LLC re 421 MOTION for Summary Judgment (This document is SEALED and only available to authorized persons.) |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit 51, # 2 Exhibit 52, # 3 Exhibit 53, # 4 Exhibit 54, # 5 Exhibit 55, # 6 Exhibit 56, # 7 Exhibit 57, # 8 Exhibit 58, # 9 Exhibit 59, # 10 Exhibit 60, # 11 Exhibit 61, # 12 Exhibit 62, # 13 Exhibit 63, # 14 Exhibit 64, # 15 Exhibit 65, # 16 Exhibit 66, # 17 Exhibit 67, # 18 Exhibit 68, # 19 Exhibit 69, # 20 Exhibit 70, # 21 Exhibit 71, # 22 Exhibit 72, # 23 Exhibit 73, # 24 Exhibit 74, # 25 Exhibit 75)(Schmidtlein, John) (Entered: 12/13/2022) |
| 12/13/2022 | 432 | SEALED DOCUMENT filed by GOOGLE LLC re 421 MOTION for Summary Judgment (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 76, # 2 Exhibit 77, # 3 Exhibit 78, # 4 Exhibit 79, # 5 Exhibit 80, # 6 Exhibit 81, # 7 Exhibit 82, # 8 Exhibit 83, # 9 Exhibit 84, # 10 Exhibit 85, # 11 Exhibit 86, # 12 Exhibit 87, # 13 Exhibit 88, # 14 Exhibit 89, # 15 Exhibit 90, # 16 Exhibit 91, # 17 Exhibit 92, # 18 Exhibit 93, # 19 Exhibit 94, # 20 Exhibit 95, # 21 Exhibit 96, # 22 Exhibit 97, # 23 Exhibit 98, # 24 Exhibit 99, # 25 Exhibit 100)(Schmidtlein, John) (Entered: 12/13/2022) |
| 12/13/2022 | 433 | SEALED DOCUMENT filed by GOOGLE LLC re 421 MOTION for Summary Judgment (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 101, # 2 Exhibit 102, # 3 Exhibit 103, # 4 Exhibit 104, # 5 Exhibit 105, # 6 Exhibit 106, # 7 Exhibit 107, # 8 Exhibit 108, # 9 Exhibit 109, # 10 Exhibit 110, # 11 Exhibit 111, # 12 Exhibit 112, # 13 Exhibit 113, # 14 Exhibit 114, # 15 Exhibit 115, # 16 Exhibit 116, # 17 Exhibit 117, # 18 Exhibit 118, # 19 Exhibit 119, # 20 Exhibit 120, # 21 Exhibit 121, # 22 Exhibit 122, # 23 Exhibit 123, # 24 Exhibit 124, # 25 Exhibit 125, # 26 Exhibit 126, # 27 Exhibit 127, # 28 Exhibit 128, # 29 Exhibit 129, # 30 Certificate of Service)(Schmidtlein, John) (Entered: 12/13/2022) |
| 12/13/2022 | 434 | SEALED DOCUMENT filed by GOOGLE LLC re 426 MOTION for Summary Judgment (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40)(Schmidtlein, John) (Entered: 12/13/2022) |
| 12/13/2022 | 435 | SEALED DOCUMENT filed by GOOGLE LLC re 426 MOTION for Summary Judgment (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 41, # 2 Exhibit 42, # 3 Exhibit 43, # 4 Exhibit 44, # 5 Exhibit 45, # 6 Exhibit 46, # 7 Exhibit 47, # 8 Exhibit 48, # 9 Exhibit 49, # 10 Exhibit 50, # 11 Exhibit 51, # 12 Exhibit 52, # 13 Exhibit 53, # 14 Exhibit 54, # 15 Exhibit 55, # 16 Exhibit 56, # 17 Exhibit 57, # 18 Exhibit 58, # 19 Exhibit 59, # 20 Exhibit 60, # 21 Exhibit 61, # 22 Exhibit 62, # 23 Exhibit 63, # 24 Exhibit 64, # 25 Exhibit 65, # 26 Exhibit 66, # 27 Exhibit 67, # 28 Exhibit 68, # 29 Exhibit 69, # 30 Exhibit 70, # 31 Exhibit 71, # 32 Exhibit 72, # 33 Exhibit 73, # 34 Exhibit 74, # 35 Exhibit 75, # 36 Exhibit 76, # 37 Exhibit 77, # 38 Exhibit 78, # 39 Exhibit 79, # 40 Exhibit 80)(Schmidtlein, John) (Entered: 12/13/2022) |
| 12/13/2022 | 436 | SEALED DOCUMENT filed by GOOGLE LLC re 426 MOTION for Summary Judgment (This document is SEALED and only available to authorized persons.) |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit 81, # 2 Exhibit 82, # 3 Exhibit 83, # 4 Exhibit 84, # 5 Exhibit 85, # 6 Exhibit 86, # 7 Exhibit 87, # 8 Exhibit 88, # 9 Exhibit 89, # 10 Exhibit 90, # 11 Exhibit 91, # 12 Exhibit 92, # 13 Exhibit 93, # 14 Exhibit 94, # 15 Exhibit 95, # 16 Exhibit 96, # 17 Exhibit 97, # 18 Exhibit 98, # 19 Exhibit 99, # 20 Exhibit 100, # 21 Exhibit 101, # 22 Exhibit 102, # 23 Exhibit 103, # 24 Exhibit 104, # 25 Exhibit 105, # 26 Exhibit 106, # 27 Exhibit 107, # 28 Exhibit 108, # 29 Exhibit 109, # 30 Exhibit 110, # 31 Exhibit 111, # 32 Exhibit 112, # 33 Exhibit 113, # 34 Exhibit 114, # 35 Exhibit 115, # 36 Exhibit 116, # 37 Certificate of Service)(Schmidtlein, John) (Entered: 12/13/2022) |
| 12/19/2022 | 437 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF TEXAS. Attorney Kelsey Paine terminated. (Paine, Kelsey) (Entered: 12/19/2022) |
| 12/20/2022 | 438 | NOTICE of Appearance by Keaton Lynn Barnes on behalf of STATE OF ARKANSAS (Barnes, Keaton) (Entered: 12/20/2022) |
| 12/21/2022 | 439 | NOTICE of Appearance by Sara Trent Gray on behalf of UNITED STATES OF AMERICA (Gray, Sara) (Entered: 12/21/2022) |
| 12/21/2022 | 440 | NOTICE *Regarding Evidentiary Hearings in Connection with Daubert Motions* by GOOGLE LLC (Schmidtlein, John) (Entered: 12/21/2022) |
| 12/21/2022 | 441 | NOTICE *Regarding Evidentiary Hearings in Connection with Daubert Motions* by UNITED STATES OF AMERICA (Herrmann, Karl) (Entered: 12/21/2022) |
| 12/22/2022 | 442 | SEALED MOTION filed by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)(Herrmann, Karl) (Entered: 12/22/2022) |
| 12/23/2022 | | MINUTE ORDER granting 442 SEALED MOTION. Plaintiffs may file under seal a corrected version of Plaintiffs' Sealed Motion, ECF No. 425 . Signed by Judge Amit P. Mehta on 12/23/2022. (zjd) (Entered: 12/23/2022) |
| 12/23/2022 | 443 | SEALED MOTION filed by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Text of Proposed Order, # 14 Certificate of Service)(Herrmann, Karl) (Entered: 12/23/2022) |
| 12/27/2022 | 444 | SEALED DOCUMENT filed by GOOGLE LLC re 421 MOTION for Summary Judgment , 426 MOTION for Summary Judgment (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Statement of Facts, # 5 Exhibit, # 6 Exhibit, # 7 Certificate of Service)(Schmidtlein, John) (Entered: 12/27/2022) |
| 12/30/2022 | 445 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF COLORADO. Attorney Matt Schock terminated. (Schock, Matt) (Entered: 12/30/2022) |
| 01/03/2023 | 446 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF ARKANSAS. Attorney David A.F. McCoy terminated. (McCoy, David) (Entered: 01/03/2023) |
| 01/11/2023 | 447 | REDACTED DOCUMENT– Motion to Partially Exclude the Opinion of Plaintiffs' Expert Christine M. Hammer to 416 SEALED MOTION filed by GOOGLE LLC by GOOGLE LLC. (Schmidtlein, John) (Entered: 01/11/2023) |
| 01/11/2023 | 448 | |

| | | REDACTED DOCUMENT– Motion to Exclude the Opinion of Plaintiffs' Expert Michael A.M. Davies to 417 SEALED MOTION filed by GOOGLE LLC by GOOGLE LLC. (Schmidtlein, John) (Entered: 01/11/2023) |
|---|---|---|
| 01/11/2023 | 449 | REDACTED DOCUMENT– Motion to Partially Exclude the Opinion of Plaintiffs' Expert Michael Whinston to 418 SEALED MOTION filed by GOOGLE LLC by GOOGLE LLC. (Schmidtlein, John) (Entered: 01/11/2023) |
| 01/11/2023 | 450 | REDACTED DOCUMENT– Motion to Partially Exclude the Opinion of Plaintiffs' Expert Jonathan Baker to 419 SEALED MOTION filed by GOOGLE LLC by GOOGLE LLC. (Schmidtlein, John) (Entered: 01/11/2023) |
| 01/11/2023 | 451 | REDACTED DOCUMENT– Google's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment to 422 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 01/11/2023) |
| 01/11/2023 | 452 | REDACTED DOCUMENT– Google's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment to 427 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 01/11/2023) |
| 01/11/2023 | 453 | REDACTED DOCUMENT– Plaintiffs' Motion to Exclude the Expert Testimony of Randolph E. Bucklin and Memorandum In Support to 420 SEALED MOTION filed by UNITED STATES OF AMERICA by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order (Redacted))(Herrmann, Karl) (Entered: 01/11/2023) |
| 01/11/2023 | 454 | REDACTED DOCUMENT– Plaintiffs' Motion to Exclude the Expert Testimony of Ronald T. Wilcox and Memorandum In Support to 424 SEALED MOTION filed by UNITED STATES OF AMERICA by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order (Redacted))(Herrmann, Karl) (Entered: 01/11/2023) |
| 01/11/2023 | 455 | REDACTED DOCUMENT– Plaintiffs' Motion to Exclude the Expert Testimony of Edward A. Fox and Memorandum In Support to 443 SEALED MOTION filed by UNITED STATES OF AMERICA by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order (Redacted))(Herrmann, Karl) (Entered: 01/11/2023) |
| 01/12/2023 | 456 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF IDAHO. Attorney Brett Talmage DeLange terminated. (DeLange, Brett) (Entered: 01/12/2023) |
| 01/12/2023 | 457 | NOTICE of Appearance by Robert Bernheim on behalf of STATE OF ARIZONA (Bernheim, Robert) (Main Document 457 replaced on 1/16/2023) (zed). (Entered: 01/12/2023) |
| 01/13/2023 | 458 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF ARIZONA. Attorney Michael S. Catlett terminated. (Bernheim, Robert) (Entered: 01/13/2023) |
| 01/20/2023 | 459 | NOTICE OF WITHDRAWAL OF APPEARANCE as to AT&T INC.. Attorney Matthew Guice Aiken terminated. (Aiken, Matthew) (Entered: 01/20/2023) |
| 01/25/2023 | 460 | SEALED OPPOSITION filed by STATE OF COLORADO. re 419 Sealed Motion, (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 |

| | | |
|---|---|---|
| | | Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Text of Proposed Order)(Sallet, Jonathan) (Entered: 01/25/2023) |
| 01/25/2023 | 461 | SEALED OPPOSITION filed by UNITED STATES OF AMERICA. re 418 Sealed Motion, (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Text of Proposed Order, # 19 Certificate of Service)(Herrmann, Karl) (Entered: 01/25/2023) |
| 01/25/2023 | 462 | SEALED OPPOSITION filed by UNITED STATES OF AMERICA. re 416 Sealed Motion, (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Text of Proposed Order, # 13 Certificate of Service)(Herrmann, Karl) (Entered: 01/25/2023) |
| 01/25/2023 | 463 | SEALED OPPOSITION filed by UNITED STATES OF AMERICA. re 417 Sealed Motion, (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order, # 6 Certificate of Service)(Herrmann, Karl) (Entered: 01/25/2023) |
| 01/25/2023 | 464 | NOTICE of Appearance by Veronica N. Onyema on behalf of UNITED STATES OF AMERICA (Onyema, Veronica) (Entered: 01/25/2023) |
| 01/26/2023 | 465 | SEALED OPPOSITION filed by STATE OF COLORADO. re 426 Motion for Summary Judgment (Attachments: # 1 Plaintiff States' Statement of Material Facts, # 2 Plaintiff States' Response to Google's Statement of Material Facts, # 3 Text of Proposed Order)(Sallet, Jonathan) (Entered: 01/26/2023) |
| 01/26/2023 | 466 | SEALED DOCUMENT filed by STATE OF COLORADO re 465 Sealed Opposition, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40)(Sallet, Jonathan) (Entered: 01/26/2023) |
| 01/26/2023 | 467 | SEALED DOCUMENT filed by STATE OF COLORADO re 465 Sealed Opposition, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 41, # 2 Exhibit 42, # 3 Exhibit 43, # 4 Exhibit 44, # 5 Exhibit 45, # 6 Exhibit 46, # 7 Exhibit 47, # 8 Exhibit 48, # 9 Exhibit 49, # 10 Exhibit 50, # 11 Exhibit 51, # 12 Exhibit 52, # 13 Exhibit 53, # 14 Exhibit 54, # 15 Exhibit 55, # 16 Exhibit 56, # 17 Exhibit 57, # 18 Exhibit 58, # 19 Exhibit 59, # 20 Exhibit 60, # 21 Exhibit 61, # 22 Exhibit 62, # 23 Exhibit 63, # 24 Exhibit 64, # 25 Exhibit 65, # 26 Exhibit 66, # 27 Exhibit 67, # 28 Exhibit 68, # 29 Exhibit 69, # 30 Exhibit 70, # 31 Exhibit 71, # 32 Exhibit 72, # 33 Exhibit 73, # 34 Exhibit 74, # 35 Exhibit 75, # 36 Exhibit 76, # 37 Exhibit 77, # 38 Exhibit 78, # 39 Exhibit 79, # 40 Exhibit 80)(Sallet, Jonathan) (Entered: 01/26/2023) |
| 01/26/2023 | 468 | SEALED DOCUMENT filed by STATE OF COLORADO re 465 Sealed Opposition, (This document is SEALED and only available to authorized persons.) |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit 81, # 2 Exhibit 82, # 3 Exhibit 83, # 4 Exhibit 84, # 5 Exhibit 85, # 6 Exhibit 86, # 7 Exhibit 87, # 8 Exhibit 88, # 9 Exhibit 89, # 10 Exhibit 90, # 11 Exhibit 91, # 12 Exhibit 92, # 13 Exhibit 93, # 14 Exhibit 94, # 15 Exhibit 95, # 16 Exhibit 96, # 17 Exhibit 97, # 18 Exhibit 98, # 19 Exhibit 99, # 20 Exhibit 100, # 21 Exhibit 101, # 22 Exhibit 102, # 23 Exhibit 103, # 24 Exhibit 104, # 25 Exhibit 105, # 26 Exhibit 106, # 27 Exhibit 107, # 28 Exhibit 108, # 29 Exhibit 109, # 30 Exhibit 110, # 31 Exhibit 111, # 32 Exhibit 112, # 33 Exhibit 113, # 34 Exhibit 114, # 35 Exhibit 115, # 36 Exhibit 116, # 37 Exhibit 117, # 38 Exhibit 118, # 39 Exhibit 119, # 40 Exhibit 120)(Sallet, Jonathan) (Entered: 01/26/2023) |
| 01/26/2023 | 469 | SEALED DOCUMENT filed by STATE OF COLORADO re 465 Sealed Opposition, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 121, # 2 Exhibit 122, # 3 Exhibit 123, # 4 Exhibit 124, # 5 Exhibit 125, # 6 Exhibit 126, # 7 Exhibit 127, # 8 Exhibit 128, # 9 Exhibit 129, # 10 Exhibit 130, # 11 Exhibit 131, # 12 Exhibit 132, # 13 Exhibit 133, # 14 Exhibit 134, # 15 Exhibit 135, # 16 Exhibit 136, # 17 Exhibit 137, # 18 Exhibit 138, # 19 Exhibit 139, # 20 Exhibit 140, # 21 Exhibit 141, # 22 Exhibit 142, # 23 Exhibit 143, # 24 Exhibit 144, # 25 Exhibit 145, # 26 Exhibit 146, # 27 Exhibit 147, # 28 Exhibit 148, # 29 Exhibit 149, # 30 Exhibit 150, # 31 Exhibit 151, # 32 Exhibit 152, # 33 Exhibit 153, # 34 Exhibit 154, # 35 Exhibit 155, # 36 Exhibit 156, # 37 Exhibit 157, # 38 Exhibit 158, # 39 Exhibit 159, # 40 Exhibit 160)(Sallet, Jonathan) (Entered: 01/26/2023) |
| 01/26/2023 | 470 | SEALED DOCUMENT filed by STATE OF COLORADO re 465 Sealed Opposition, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 161, # 2 Exhibit 162, # 3 Exhibit 163, # 4 Exhibit 164, # 5 Exhibit 165, # 6 Exhibit 166, # 7 Exhibit 167, # 8 Exhibit 168, # 9 Exhibit 169, # 10 Exhibit 170, # 11 Exhibit 171, # 12 Exhibit 172, # 13 Exhibit 173, # 14 Exhibit 174, # 15 Exhibit 175, # 16 Exhibit 176, # 17 Exhibit 177, # 18 Exhibit 178, # 19 Exhibit 179, # 20 Exhibit 180, # 21 Exhibit 181, # 22 Exhibit 182, # 23 Exhibit 183, # 24 Exhibit 184, # 25 Exhibit 185, # 26 Exhibit 186, # 27 Exhibit 187, # 28 Exhibit 188, # 29 Exhibit 189, # 30 Exhibit 190, # 31 Exhibit 191, # 32 Exhibit 192, # 33 Exhibit 193, # 34 Exhibit 194, # 35 Exhibit 195, # 36 Exhibit 196, # 37 Exhibit 197, # 38 Exhibit 198, # 39 Exhibit 199, # 40 Exhibit 200)(Sallet, Jonathan) (Entered: 01/26/2023) |
| 01/26/2023 | 471 | SEALED DOCUMENT filed by STATE OF COLORADO re 465 Sealed Opposition, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 201, # 2 Exhibit 202, # 3 Exhibit 203, # 4 Exhibit 204, # 5 Exhibit 205, # 6 Exhibit 206, # 7 Exhibit 207, # 8 Exhibit 208, # 9 Exhibit 209, # 10 Exhibit 210, # 11 Exhibit 211, # 12 Exhibit 212, # 13 Exhibit 213, # 14 Exhibit 214, # 15 Exhibit 215, # 16 Exhibit 216, # 17 Exhibit 217, # 18 Exhibit 218, # 19 Exhibit 219, # 20 Exhibit 220, # 21 Exhibit 221, # 22 Exhibit 222, # 23 Exhibit 223, # 24 Exhibit 224, # 25 Exhibit 225, # 26 Exhibit 226, # 27 Exhibit 227, # 28 Exhibit 228, # 29 Exhibit 229, # 30 Exhibit 230, # 31 Exhibit 231, # 32 Exhibit 232, # 33 Exhibit 233, # 34 Exhibit 234, # 35 Exhibit 235, # 36 Exhibit 236, # 37 Exhibit 237, # 38 Exhibit 238, # 39 Exhibit 239, # 40 Exhibit 240)(Sallet, Jonathan) (Entered: 01/26/2023) |
| 01/26/2023 | 472 | SEALED DOCUMENT filed by STATE OF COLORADO re 465 Sealed Opposition, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 241, # 2 Exhibit 242, # 3 Exhibit 243, # 4 Exhibit 244, # 5 Exhibit 245, # 6 Exhibit 246, # 7 Exhibit 247, # 8 Exhibit 248, # 9 Exhibit 249, # 10 |

| | | |
|---|---|---|
| | | Exhibit 250, # 11 Exhibit 251, # 12 Exhibit 252, # 13 Exhibit 253, # 14 Exhibit 254, # 15 Exhibit 255, # 16 Exhibit 256, # 17 Exhibit 257, # 18 Exhibit 258, # 19 Exhibit 259, # 20 Exhibit 260, # 21 Exhibit 261)(Sallet, Jonathan) (Entered: 01/26/2023) |
| 01/26/2023 | 473 | SEALED OPPOSITION filed by GOOGLE LLC. re 424 Sealed Motion (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Text of Proposed Order, # 7 Certificate of Service)(Schmidtlein, John) (Entered: 01/26/2023) |
| 01/26/2023 | 474 | SEALED OPPOSITION filed by GOOGLE LLC. re 420 Sealed Motion (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Text of Proposed Order, # 10 Certificate of Service)(Schmidtlein, John) (Entered: 01/26/2023) |
| 01/26/2023 | 475 | SEALED OPPOSITION filed by GOOGLE LLC. re 443 Sealed Motion, (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Text of Proposed Order, # 11 Certificate of Service)(Schmidtlein, John) (Entered: 01/26/2023) |
| 01/26/2023 | 476 | SEALED OPPOSITION filed by UNITED STATES OF AMERICA. re 421 Motion for Summary Judgment (Attachments: # 1 Statement of Facts (Plaintiffs' Statement of Genuine Issues), # 2 Statement of Facts (Plaintiffs' Counterstatement of Material Facts), # 3 Text of Proposed Order, # 4 Certificate of Service)(Herrmann, Karl) (Entered: 01/26/2023) |
| 01/26/2023 | 477 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA re 476 Sealed Opposition, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit – Pls. Ex. 001, # 2 Exhibit – Pls. Ex. 002, # 3 Exhibit – Pls. Ex. 003, # 4 Exhibit – Pls. Ex. 004, # 5 Exhibit – Pls. Ex. 005, # 6 Exhibit – Pls. Ex. 006, # 7 Exhibit – Pls. Ex. 007, # 8 Exhibit – Pls. Ex. 008, # 9 Exhibit – Pls. Ex. 009, # 10 Exhibit – Pls. Ex. 010, # 11 Exhibit – Pls. Ex. 014, # 12 Exhibit – Pls. Ex. 015, # 13 Exhibit – Pls. Ex. 019, # 14 Exhibit – Pls. Ex. 020, # 15 Exhibit – Pls. Ex. 022, # 16 Exhibit – Pls. Ex. 023, # 17 Exhibit – Pls. Ex. 024, # 18 Exhibit – Pls. Ex. 025, # 19 Exhibit – Pls. Ex. 026, # 20 Exhibit – Pls. Ex. 028, # 21 Exhibit – Pls. Ex. 029, # 22 Exhibit – Pls. Ex. 030, # 23 Exhibit – Pls. Ex. 045, # 24 Exhibit – Pls. Ex. 046, # 25 Exhibit – Pls. Ex. 047, # 26 Exhibit – Pls. Ex. 048, # 27 Exhibit – Pls. Ex. 049, # 28 Exhibit – Pls. Ex. 050, # 29 Exhibit – Pls. Ex. 051, # 30 Exhibit – Pls. Ex. 052, # 31 Exhibit – Pls. Ex. 053, # 32 Exhibit – Pls. Ex. 054, # 33 Exhibit – Pls. Ex. 055, # 34 Exhibit – Pls. Ex. 056, # 35 Exhibit – Pls. Ex. 057, # 36 Exhibit – Pls. Ex. 058, # 37 Exhibit – Pls. Ex. 059, # 38 Exhibit – Pls. Ex. 060, # 39 Exhibit – Pls. Ex. 061, # 40 Exhibit – Pls. Ex. 062)(Herrmann, Karl) (Entered: 01/26/2023) |
| 01/26/2023 | 478 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA re 476 Sealed Opposition, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit – Pls. Ex. 063, # 2 Exhibit – Pls. Ex. 064, # 3 Exhibit – Pls. Ex. 066, # 4 Exhibit – Pls. Ex. 067, # 5 Exhibit – Pls. Ex. 068, # 6 Exhibit – Pls. Ex. 069, # 7 Exhibit – Pls. Ex. 070, # 8 Exhibit – Pls. Ex. 072, # 9 Exhibit – Pls. Ex. 073, # 10 Exhibit – Pls. Ex. 074, # 11 Exhibit – Pls. Ex. 075, # 12 Exhibit – Pls. Ex. 076, # 13 Exhibit – Pls. Ex. 077, # 14 Exhibit – Pls. Ex. 078, # 15 Exhibit – Pls. Ex. 079, # 16 Exhibit – Pls. Ex. 080, # 17 Exhibit – Pls. Ex. 081, # 18 Exhibit – Pls. Ex. 083, # 19 Exhibit – Pls. Ex. 084, # 20 Exhibit – Pls. Ex. 085, # 21 Exhibit – Pls. Ex. 086, # 22 Exhibit – Pls. Ex. 087, # 23 Exhibit – Pls. Ex. 088, # 24 Exhibit – Pls. Ex. 089, # 25 Exhibit – Pls. Ex. 090, # 26 Exhibit – Pls. Ex. 091, # 27 Exhibit – Pls. Ex. 092, # 28 Exhibit – Pls. Ex. 093, # 29 Exhibit – Pls. Ex. 094, # 30 Exhibit – Pls. Ex. |

| | | |
|---|---|---|
| | | 095, # 31 Exhibit – Pls. Ex. 096, # 32 Exhibit – Pls. Ex. 097, # 33 Exhibit – Pls. Ex. 098, # 34 Exhibit – Pls. Ex. 099, # 35 Exhibit – Pls. Ex. 100, # 36 Exhibit – Pls. Ex. 101, # 37 Exhibit – Pls. Ex. 102, # 38 Exhibit – Pls. Ex. 103, # 39 Exhibit – Pls. Ex. 104, # 40 Exhibit – Pls. Ex. 105)(Herrmann, Karl) (Entered: 01/26/2023) |
| 01/26/2023 | 479 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA re 476 Sealed Opposition, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit – Pls. Ex. 106, # 2 Exhibit – Pls. Ex. 107, # 3 Exhibit – Pls. Ex. 108, # 4 Exhibit – Pls. Ex. 109, # 5 Exhibit – Pls. Ex. 110, # 6 Exhibit – Pls. Ex. 111, # 7 Exhibit – Pls. Ex. 112, # 8 Exhibit – Pls. Ex. 113, # 9 Exhibit – Pls. Ex. 114, # 10 Exhibit – Pls. Ex. 115, # 11 Exhibit – Pls. Ex. 116, # 12 Exhibit – Pls. Ex. 117, # 13 Exhibit – Pls. Ex. 118, # 14 Exhibit – Pls. Ex. 119, # 15 Exhibit – Pls. Ex. 120, # 16 Exhibit – Pls. Ex. 121, # 17 Exhibit – Pls. Ex. 122, # 18 Exhibit – Pls. Ex. 123, # 19 Exhibit – Pls. Ex. 124, # 20 Exhibit – Pls. Ex. 125, # 21 Exhibit – Pls. Ex. 126, # 22 Exhibit – Pls. Ex. 127, # 23 Exhibit – Pls. Ex. 128, # 24 Exhibit – Pls. Ex. 129, # 25 Exhibit – Pls. Ex. 130, # 26 Exhibit – Pls. Ex. 131, # 27 Exhibit – Pls. Ex. 132, # 28 Exhibit – Pls. Ex. 133, # 29 Exhibit – Pls. Ex. 134, # 30 Exhibit – Pls. Ex. 135, # 31 Exhibit – Pls. Ex. 137, # 32 Exhibit – Pls. Ex. 138, # 33 Exhibit – Pls. Ex. 139, # 34 Exhibit – Pls. Ex. 140, # 35 Exhibit – Pls. Ex. 142, # 36 Exhibit – Pls. Ex. 143, # 37 Exhibit – Pls. Ex. 144, # 38 Exhibit – Pls. Ex. 145, # 39 Exhibit – Pls. Ex. 146, # 40 Exhibit – Pls. Ex. 148)(Herrmann, Karl) (Entered: 01/26/2023) |
| 01/26/2023 | 480 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA re 476 Sealed Opposition, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit – Pls. Ex. 149, # 2 Exhibit – Pls. Ex. 150, # 3 Exhibit – Pls. Ex. 151, # 4 Exhibit – Pls. Ex. 152, # 5 Exhibit – Pls. Ex. 153, # 6 Exhibit – Pls. Ex. 154, # 7 Exhibit – Pls. Ex. 155, # 8 Exhibit – Pls. Ex. 156, # 9 Exhibit – Pls. Ex. 157, # 10 Exhibit – Pls. Ex. 158, # 11 Exhibit – Pls. Ex. 159, # 12 Exhibit – Pls. Ex. 160, # 13 Exhibit – Pls. Ex. 161, # 14 Exhibit – Pls. Ex. 162, # 15 Exhibit – Pls. Ex. 163, # 16 Exhibit – Pls. Ex. 164, # 17 Exhibit – Pls. Ex. 165, # 18 Exhibit – Pls. Ex. 166, # 19 Exhibit – Pls. Ex. 167, # 20 Exhibit – Pls. Ex. 168, # 21 Exhibit – Pls. Ex. 169, # 22 Exhibit – Pls. Ex. 170, # 23 Exhibit – Pls. Ex. 171, # 24 Exhibit – Pls. Ex. 172, # 25 Exhibit – Pls. Ex. 173, # 26 Exhibit – Pls. Ex. 174, # 27 Exhibit – Pls. Ex. 175, # 28 Exhibit – Pls. Ex. 176, # 29 Exhibit – Pls. Ex. 177, # 30 Exhibit – Pls. Ex. 178, # 31 Exhibit – Pls. Ex. 179, # 32 Exhibit – Pls. Ex. 180, # 33 Exhibit – Pls. Ex. 181, # 34 Exhibit – Pls. Ex. 182, # 35 Exhibit – Pls. Ex. 183, # 36 Exhibit – Pls. Ex. 184, # 37 Exhibit – Pls. Ex. 185, # 38 Exhibit – Pls. Ex. 186, # 39 Exhibit – Pls. Ex. 187, # 40 Exhibit – Pls. Ex. 188)(Herrmann, Karl) (Entered: 01/26/2023) |
| 01/26/2023 | 481 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA re 476 Sealed Opposition, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit – Pls. Ex. 189, # 2 Exhibit – Pls. Ex. 190, # 3 Exhibit – Pls. Ex. 191, # 4 Exhibit – Pls. Ex. 192, # 5 Exhibit – Pls. Ex. 193, # 6 Exhibit – Pls. Ex. 194, # 7 Exhibit – Pls. Ex. 195, # 8 Exhibit – Pls. Ex. 196, # 9 Exhibit – Pls. Ex. 197, # 10 Exhibit – Pls. Ex. 198, # 11 Exhibit – Pls. Ex. 199, # 12 Exhibit – Pls. Ex. 200, # 13 Exhibit – Pls. Ex. 201, # 14 Exhibit – Pls. Ex. 202, # 15 Exhibit – Pls. Ex. 203, # 16 Exhibit – Pls. Ex. 204, # 17 Exhibit – Pls. Ex. 205, # 18 Exhibit – Pls. Ex. 206, # 19 Exhibit – Pls. Ex. 207, # 20 Exhibit – Pls. Ex. 208, # 21 Exhibit – Pls. Ex. 209, # 22 Exhibit – Pls. Ex. 210, # 23 Exhibit – Pls. Ex. 211, # 24 Exhibit – Pls. Ex. 212, # 25 Exhibit – Pls. Ex. 213, # 26 Exhibit – Pls. Ex. 214, # 27 Exhibit – Pls. Ex. 215, # 28 Exhibit – Pls. Ex. 216, # 29 Exhibit – Pls. Ex. 217, # 30 Exhibit – Pls. Ex. 218, # 31 Exhibit – Pls. Ex. 219, # 32 Exhibit – Pls. Ex. 220, # 33 Exhibit – Pls. Ex. 221, # 34 Exhibit – Pls. Ex. 222, # 35 Exhibit – Pls. Ex. 223, # 36 Exhibit – Pls. Ex. |

| | | |
|---|---|---|
| | | 224, # 37 Exhibit – Pls. Ex. 225, # 38 Exhibit – Pls. Ex. 226, # 39 Exhibit – Pls. Ex. 230, # 40 Exhibit – Pls. Ex. 231)(Herrmann, Karl) (Entered: 01/26/2023) |
| 01/26/2023 | 482 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA re 476 Sealed Opposition, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit – Pls. Ex. 232, # 2 Exhibit – Pls. Ex. 233, # 3 Exhibit – Pls. Ex. 234, # 4 Exhibit – Pls. Ex. 236, # 5 Exhibit – Pls. Ex. 237, # 6 Exhibit – Pls. Ex. 238, # 7 Exhibit – Pls. Ex. 239, # 8 Exhibit – Pls. Ex. 240, # 9 Exhibit – Pls. Ex. 241, # 10 Exhibit – Pls. Ex. 242, # 11 Exhibit – Pls. Ex. 243, # 12 Exhibit – Pls. Ex. 244, # 13 Exhibit – Pls. Ex. 245, # 14 Exhibit – Pls. Ex. 246, # 15 Exhibit – Pls. Ex. 247, # 16 Exhibit – Pls. Ex. 248, # 17 Exhibit – Pls. Ex. 249, # 18 Exhibit – Pls. Ex. 251, # 19 Exhibit – Pls. Ex. 252, # 20 Exhibit – Pls. Ex. 253, # 21 Exhibit – Pls. Ex. 254, # 22 Exhibit – Pls. Ex. 255, # 23 Exhibit – Pls. Ex. 256, # 24 Exhibit – Pls. Ex. 257, # 25 Exhibit – Pls. Ex. 258, # 26 Exhibit – Pls. Ex. 264, # 27 Exhibit – Pls. Ex. 265, # 28 Exhibit – Pls. Ex. 268, # 29 Exhibit – Pls. Ex. 269, # 30 Exhibit – Pls. Ex. 270, # 31 Exhibit – Pls. Ex. 272, # 32 Exhibit – Pls. Ex. 273, # 33 Exhibit – Pls. Ex. 274, # 34 Exhibit – Pls. Ex. 275, # 35 Exhibit – Pls. Ex. 276, # 36 Exhibit – Pls. Ex. 277, # 37 Exhibit – Pls. Ex. 278, # 38 Exhibit – Pls. Ex. 279, # 39 Exhibit – Pls. Ex. 280, # 40 Exhibit – Pls. Ex. 283)(Herrmann, Karl) (Entered: 01/26/2023) |
| 01/26/2023 | 483 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA re 476 Sealed Opposition, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit – Pls. Ex. 284, # 2 Exhibit – Pls. Ex. 285, # 3 Exhibit – Pls. Ex. 286, # 4 Exhibit – Pls. Ex. 287, # 5 Exhibit – Pls. Ex. 288, # 6 Exhibit – Pls. Ex. 289, # 7 Exhibit – Pls. Ex. 290, # 8 Exhibit – Pls. Ex. 292, # 9 Exhibit – Pls. Ex. 293, # 10 Exhibit – Pls. Ex. 294, # 11 Exhibit – Pls. Ex. 295, # 12 Exhibit – Pls. Ex. 296, # 13 Exhibit – Pls. Ex. 297, # 14 Exhibit – Pls. Ex. 298, # 15 Exhibit – Pls. Ex. 299, # 16 Exhibit – Pls. Ex. 300, # 17 Exhibit – Pls. Ex. 301, # 18 Exhibit – Pls. Ex. 308, # 19 Exhibit – Pls. Ex. 309, # 20 Exhibit – Pls. Ex. 310, # 21 Exhibit – Pls. Ex. 311, # 22 Exhibit – Pls. Ex. 312, # 23 Exhibit – Pls. Ex. 313, # 24 Exhibit – Pls. Ex. 314, # 25 Exhibit – Pls. Ex. 315, # 26 Exhibit – Pls. Ex. 316, # 27 Exhibit – Pls. Ex. 317, # 28 Certificate of Service)(Herrmann, Karl) (Entered: 01/26/2023) |
| 02/03/2023 | 484 | CERTIFICATE OF SERVICE by STATE OF NEBRASKA re 460 Sealed Opposition, . (Conrad, Joseph) (Entered: 02/03/2023) |
| 02/03/2023 | 485 | CERTIFICATE OF SERVICE by STATE OF NEBRASKA re 468 Sealed Document,,, 470 Sealed Document,,, 467 Sealed Document,,, 469 Sealed Document,,, 466 Sealed Document,,, 471 Sealed Document,,, 472 Sealed Document,, 465 Sealed Opposition, . (Conrad, Joseph) (Entered: 02/03/2023) |
| 02/07/2023 | 486 | NOTICE of Appearance by Jayme L. Weber on behalf of STATE OF ARIZONA (Weber, Jayme) (Entered: 02/07/2023) |
| 02/07/2023 | 487 | NOTICE of Change of Address by John A. Jurata, Jr (Jurata, John) (Entered: 02/07/2023) |
| 02/08/2023 | | RESOLVED...NOTICE of Provisional/Government Not Certified Status re 487 NOTICE of Change of Address by John A. Jurata, Jr (Jurata, John).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by |

|  |  | following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney–renewal.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 2/15/2023. (zbaj) Modified on 2/10/2023 (zbaj). (Entered: 02/08/2023) |
|---|---|---|
| 02/08/2023 | 488 | NOTICE of Change of Address by Russell P. Cohen (Cohen, Russell) (Entered: 02/08/2023) |
| 02/08/2023 | 489 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA re 462 Sealed Opposition, 463 Sealed Opposition, 461 Sealed Opposition, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 (Attachment 1), # 2 (Attachment 2), # 3 (Attachment 3), # 4 (Attachment 4), # 5 Certificate of Service)(Herrmann, Karl) (Entered: 02/08/2023) |
| 02/09/2023 | 490 | SEALED DOCUMENT filed by STATE OF COLORADO re 465 Sealed Opposition, (This document is SEALED and only available to authorized persons.)(Sallet, Jonathan) (Entered: 02/09/2023) |
| 02/09/2023 | 491 | SEALED DOCUMENT filed by STATE OF COLORADO re 465 Sealed Opposition, (This document is SEALED and only available to authorized persons.)(Sallet, Jonathan) (Entered: 02/09/2023) |
| 02/09/2023 | 492 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA re 480 Sealed Document,,,,, 477 Sealed Document,,,,, 482 Sealed Document,,,,, 476 Sealed Opposition, 481 Sealed Document,,,,, 478 Sealed Document,,,,, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 (Attachment 1), # 2 (Attachment 2), # 3 (Attachment 3), # 4 (Attachment 4), # 5 (Attachment 5), # 6 (Attachment 6), # 7 (Attachment 7), # 8 (Attachment 8), # 9 (Attachment 9), # 10 (Attachment 10), # 11 (Attachment 11), # 12 (Attachment 12), # 13 (Attachment 13), # 14 (Attachment 14), # 15 (Attachment 15), # 16 (Attachment 16), # 17 (Attachment 17), # 18 (Attachment 18), # 19 (Attachment 19), # 20 Certificate of Service)(Herrmann, Karl) (Entered: 02/09/2023) |
| 02/09/2023 | 493 | CERTIFICATE OF SERVICE by STATE OF NEBRASKA re 490 Sealed Document . (Conrad, Joseph) (Entered: 02/09/2023) |
| 02/09/2023 | 494 | CERTIFICATE OF SERVICE by STATE OF NEBRASKA re 491 Sealed Document . (Conrad, Joseph) (Entered: 02/09/2023) |
| 02/10/2023 | 495 | SEALED MOTION filed by UNITED STATES OF AMERICA (Attachments: # 1 Memorandum in Support of Motion to Sanction Google And An Evidentiary Hearing To Determine The Appropriate Relief, # 2 Text of Proposed Order, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42, # 45 Exhibit 43, # 46 Exhibit 44, # 47 Exhibit 45, # 48 Exhibit 46, # 49 Exhibit 47, # 50 Exhibit 48, # 51 Exhibit 49, # 52 Exhibit 50, # 53 Exhibit 51, # 54 Exhibit 52, # 55 Certificate of Service)(Herrmann, Karl) (Entered: 02/10/2023) |

| 02/12/2023 | 496 | SEALED MOTION filed by STATE OF COLORADO (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Certificate of Service)(Sallet, Jonathan) (Entered: 02/12/2023) |
| 02/15/2023 | 497 | MOTION for Extension of Time to File Response/Reply as to 495 SEALED MOTION filed by UNITED STATES OF AMERICA, 496 SEALED MOTION filed by STATE OF COLORADO by GOOGLE LLC. (Attachments: # 1 Text of Proposed Order)(Schmidtlein, John) (Entered: 02/15/2023) |
| 02/16/2023 | | MINUTE ORDER granting Defendant's 497 Motion for an Extension of Time to Oppose the Motions Filed on February 10 and 12, 2023. Defendant Google's oppositions to Plaintiff United States' Motion 495 and Plaintiff States' Motion 496 shall be due on or before March 10, 2023. Plaintiffs' replies shall be due on or before March 24, 2023. Signed by Judge Amit P. Mehta on 2/16/2023. (lcapm2) (Entered: 02/16/2023) |
| 02/16/2023 | 498 | REDACTED DOCUMENT– Plaintiff States Opposition to Googles Motion to Partially Exclude the Opinion of Plaintiffs Expert Jonathan Baker to 460 Sealed Opposition, by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 02/16/2023) |
| 02/16/2023 | 499 | REDACTED DOCUMENT– Plaintiff States' Memorandum in Opposition to Defendant Google LLC's Motion for Summary Judgement to 465 Sealed Opposition, by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 02/16/2023) |
| 02/16/2023 | 500 | REDACTED DOCUMENT– Defendant's Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Ronald T. Wilcox to 473 Sealed Opposition by GOOGLE LLC. (Schmidtlein, John) (Entered: 02/16/2023) |
| 02/16/2023 | 501 | REDACTED DOCUMENT– Defendant's Opposition to Plaintiffs' Motion to Exclude Certain Expert Testimony of Professor Randolph E. Bucklin to 474 Sealed Opposition, by GOOGLE LLC. (Schmidtlein, John) (Entered: 02/16/2023) |
| 02/16/2023 | 502 | REDACTED DOCUMENT– Defendant's Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Edward A. Fox to 475 Sealed Opposition, by GOOGLE LLC. (Schmidtlein, John) (Entered: 02/16/2023) |
| 02/16/2023 | 503 | REDACTED DOCUMENT– Plaintiffs' Memorandum in Opposition to Defendant Google LLC's Motion to Partially Exclude the Opinion of Plaintiffs' Expert Michael Whinston to 461 Sealed Opposition, by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 02/16/2023) |
| 02/16/2023 | 504 | REDACTED DOCUMENT– Plaintiffs' Memorandum in Opposition to Defendant Google LLC's Motion to Partially Exclude the Opinion of Plaintiffs' Expert Christine M. Hammer to 462 Sealed Opposition, by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 02/16/2023) |
| 02/16/2023 | 505 | REDACTED DOCUMENT– Plaintiffs' Memorandum in Opposition to Defendant Google LLC's Motion to Exclude the Opinion of Plaintiffs' Expert Michael A.M. Davies to 463 Sealed Opposition by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 02/16/2023) |
| 02/16/2023 | 506 | REDACTED DOCUMENT– Plaintiffs' Memorandum in Opposition to Defendant Google's Motion for Summary Judgment to 476 Sealed Opposition, by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 02/16/2023) |

| 02/17/2023 | 507 | NOTICE of Appearance by Joseph J. Wardenski on behalf of GEORGE LOEWENSTEIN, KLAUS M. SCHMIDT, PAUL HEIDHUES (Wardenski, Joseph) (Main Document 507 replaced on 2/27/2023) (zed). (Entered: 02/17/2023) |
|---|---|---|
| 02/17/2023 | 508 | MOTION for Leave to File *Amicus Brief* by AMERICAN ANTITRUST INSTITUTE. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Exhibit Proposed Amicus Curiae Brief)(Bradish, Kathleen) (Entered: 02/17/2023) |
| 02/17/2023 | 509 | MOTION for Leave to File *Brief as Amici Curiae in Support of Plaintiffs* by PAUL HEIDHUES, GEORGE LOEWENSTEIN, KLAUS M. SCHMIDT. (Attachments: # 1 Exhibit A – Proposed Brief, # 2 Exhibit B – Email Correspondence, # 3 Text of Proposed Order)(Wardenski, Joseph) (Entered: 02/17/2023) |
| 02/21/2023 | 510 | NOTICE of Appearance by Michael Rosengart on behalf of UNITED STATES OF AMERICA (Rosengart, Michael) (Entered: 02/21/2023) |
| 02/22/2023 | 511 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF UTAH. Attorney Tara Pincock terminated. (Pincock, Tara) (Entered: 02/22/2023) |
| 02/23/2023 | 512 | REDACTED DOCUMENT– United States' Motion for Sanctions Against Google, LLC and an Evidentiary Hearing to Determine Appropriate Relief to 495 SEALED MOTION filed by UNITED STATES OF AMERICA by UNITED STATES OF AMERICA. (Attachments: # 1 Memorandum in Support of Motion to Sanction Google And An Evidentiary Hearing To Determine The Appropriate Relief, # 2 Text of Proposed Order, # 3 Exhibit 1, # 4 Exhibit 2 (Sealed), # 5 Exhibit 3 (Sealed), # 6 Exhibit 4, # 7 Exhibit 5 (Sealed), # 8 Exhibit 6 (Sealed), # 9 Exhibit 7 (Sealed), # 10 Exhibit 8 (Sealed), # 11 Exhibit 9 (Sealed), # 12 Exhibit 10 (Sealed), # 13 Exhibit 11 (Sealed), # 14 Exhibit 12 (Sealed), # 15 Exhibit 13 (Sealed), # 16 Exhibit 14 (Sealed), # 17 Exhibit 15 (Sealed), # 18 Exhibit 16 (Sealed), # 19 Exhibit 17 (Sealed), # 20 Exhibit 18 (Sealed), # 21 Exhibit 19 (Sealed), # 22 Exhibit 20 (Sealed), # 23 Exhibit 21 (Sealed), # 24 Exhibit 22 (Sealed), # 25 Exhibit 23 (Redacted), # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32 (Redacted), # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42, # 45 Exhibit 43 (Sealed), # 46 Exhibit 44, # 47 Exhibit 45, # 48 Exhibit 46, # 49 Exhibit 47 (Sealed), # 50 Exhibit 48 (Sealed), # 51 Exhibit 49 (Sealed), # 52 Exhibit 50, # 53 Exhibit 51 (Sealed), # 54 Exhibit 52, # 55 Certificate of Service)(Herrmann, Karl) (Entered: 02/23/2023) |
| 02/23/2023 | 513 | REDACTED DOCUMENT– Plaintiff States' Motion for Sanctions Against Google, LLC and an Evidentiary Hearing to Determine Appropriate Relief to 496 SEALED MOTION filed by STATE OF COLORADO by STATE OF COLORADO. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Exhibit A (Sealed), # 4 Exhibit B, # 5 Exhibit C (Sealed), # 6 Certificate of Service)(Sallet, Jonathan) (Entered: 02/23/2023) |
| 02/24/2023 | 514 | SEALED REPLY TO OPPOSITION filed by GOOGLE LLC re 416 Sealed Motion, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 8, # 2 Exhibit 9, # 3 Exhibit 10, # 4 Exhibit 11, # 5 Certificate of Service)(Schmidtlein, John) (Entered: 02/24/2023) |
| 02/24/2023 | 515 | SEALED REPLY TO OPPOSITION filed by GOOGLE LLC re 417 Sealed Motion, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 11, # 2 Exhibit 12, # 3 Certificate of Service)(Schmidtlein, |

| | | |
|---|---|---|
| | | John) (Entered: 02/24/2023) |
| 02/24/2023 | 516 | SEALED REPLY TO OPPOSITION filed by GOOGLE LLC re 418 Sealed Motion, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 20, # 2 Exhibit 21, # 3 Exhibit 22, # 4 Exhibit 23, # 5 Certificate of Service)(Schmidtlein, John) (Entered: 02/24/2023) |
| 02/24/2023 | 517 | SEALED REPLY TO OPPOSITION filed by GOOGLE LLC re 419 Sealed Motion, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 14, # 2 Certificate of Service)(Schmidtlein, John) (Entered: 02/24/2023) |
| 02/27/2023 | 518 | NOTICE of Appearance by Conor J. May on behalf of STATE OF COLORADO (May, Conor) (Entered: 02/27/2023) |
| 02/27/2023 | 519 | SEALED REPLY TO OPPOSITION filed by UNITED STATES OF AMERICA re 420 Sealed Motion (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit F, # 2 Exhibit G, # 3 Exhibit H, # 4 Exhibit I, # 5 Exhibit J, # 6 Exhibit K, # 7 Exhibit L, # 8 Certificate of Service)(Herrmann, Karl) (Entered: 02/27/2023) |
| 02/27/2023 | 520 | SEALED REPLY TO OPPOSITION filed by UNITED STATES OF AMERICA. re 424 Sealed Motion (Attachments: # 1 Exhibit C, # 2 Exhibit D, # 3 Exhibit E, # 4 Exhibit F, # 5 Exhibit G, # 6 Exhibit H, # 7 Exhibit I, # 8 Exhibit J, # 9 Exhibit K, # 10 Certificate of Service)(Herrmann, Karl); Modified docketing event at the request of counsel on 2/28/2023 (ztth). (Entered: 02/27/2023) |
| 02/27/2023 | 521 | SEALED REPLY TO OPPOSITION filed by UNITED STATES OF AMERICA re 443 Sealed Motion, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit M, # 2 Exhibit N, # 3 Exhibit O, # 4 Exhibit P, # 5 Exhibit Q, # 6 Exhibit R, # 7 Exhibit S, # 8 Exhibit T, # 9 Exhibit U, # 10 Certificate of Service)(Herrmann, Karl) (Entered: 02/27/2023) |
| 02/27/2023 | 522 | SEALED REPLY TO OPPOSITION filed by GOOGLE LLC re 421 Motion for Summary Judgment (This document is SEALED and only available to authorized persons.) (Attachments: # 1 STRICKEN AND DELETED PURSUANT TO 569 SEALED ORDER.....Response to Plaintiffs' Counterstatement of Material Facts, # 2 Index of Exhibits, # 3 Exhibit 130, # 4 Exhibit 131, # 5 Exhibit 132, # 6 Certificate of Service)(Schmidtlein, John) Modified on 3/22/2023 (zjd). (Entered: 02/27/2023) |
| 02/27/2023 | 523 | SEALED REPLY TO OPPOSITION filed by GOOGLE LLC re 426 Motion for Summary Judgment (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Response to Plaintiff States' Statement of Material Facts, # 2 Index of Exhibits, # 3 Exhibit 117, # 4 Exhibit 118, # 5 Exhibit 119, # 6 Exhibit 120, # 7 Exhibit 121, # 8 Exhibit 122, # 9 Certificate of Service)(Schmidtlein, John) (Entered: 02/27/2023) |
| 02/28/2023 | | MINUTE ORDER: The parties shall appear for a remote scheduling conference on March 3, 2023, at 4:15 p.m. before Judge Amit P. Mehta. Signed by Judge Amit P. Mehta on 2/28/2023. (lcapm2) (Entered: 02/28/2023) |
| 03/01/2023 | 524 | NOTICE of Appearance by Elizabeth Winsor Hereford on behalf of STATE OF COLORADO (Hereford, Elizabeth) (Entered: 03/01/2023) |
| 03/02/2023 | | NOTICE of Hearing: Scheduling Conference set for 3/3/2023 at 4:15 PM via videoconference before Judge Amit P. Mehta. Members of the public may access the |

| | | |
|---|---|---|
| | | hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. (zjd) (Entered: 03/02/2023) |
| 03/03/2023 | 525 | NOTICE of Appearance by Ryan R. Frasher on behalf of STATE OF INDIANA (Frasher, Ryan) (Main Document 525 replaced on 3/3/2023) (zed). (Entered: 03/03/2023) |
| 03/03/2023 | 526 | Memorandum in opposition to re 508 Motion for Leave to File filed by GOOGLE LLC. (Schmidtlein, John) (Entered: 03/03/2023) |
| 03/03/2023 | 527 | Memorandum in opposition to re 509 Motion for Leave to File, filed by GOOGLE LLC. (Schmidtlein, John) (Entered: 03/03/2023) |
| 03/03/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Scheduling Conference held via videoconference on 3/3/2023. (Court Reporter: William Zaremba) (zjd) (Entered: 03/15/2023) |
| 03/06/2023 | 528 | TRANSCRIPT OF SCHEDULING CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on March 3, 2023; Page Numbers: 1−17. Date of Issuance: March 6, 2023. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 3/27/2023. Redacted Transcript Deadline set for 4/6/2023. Release of Transcript Restriction set for 6/4/2023.(wz) (Entered: 03/06/2023) |
| 03/10/2023 | 529 | SEALED OPPOSITION filed by GOOGLE LLC. re 495 Sealed Motion,,,, 496 Sealed Motion (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Text of Proposed Order, # 20 Certificate of Service)(Schmidtlein, John) (Entered: 03/10/2023) |
| 03/13/2023 | 530 | REDACTED DOCUMENT− Plaintiff States' Statement of Material Facts to 499 Redacted Document, 465 Sealed Opposition, by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 03/13/2023) |
| 03/13/2023 | 531 | REDACTED DOCUMENT− Plaintiff States' Response to Google's Statement of Material Facts to 499 Redacted Document, 465 Sealed Opposition, by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 03/13/2023) |
| 03/13/2023 | 532 | |

| | | |
|---|---|---|
| | | REDACTED DOCUMENT– Plaintiffs' Reply in Support of Plaintiffs' Motion to Exclude the Expert Testimony of Randolph E. Bucklin to 519 Sealed Reply, by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 03/13/2023) |
| 03/13/2023 | 533 | REDACTED DOCUMENT– Plaintiffs' Reply in Support of Plaintiffs' Motion to Exclude the Expert Testimony of Ronald T. Wilcox to 520 Sealed Opposition, by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 03/13/2023) |
| 03/13/2023 | 534 | REDACTED DOCUMENT– Exhibits to Plaintiff States' Opposition to Defendant Google LLC's Motion for Summary Judgement to 470 Sealed Document,,, 466 Sealed Document,,, 471 Sealed Document,,, 468 Sealed Document,,, 469 Sealed Document,,, 467 Sealed Document,,, 472 Sealed Document,, by STATE OF COLORADO. (Attachments: # 1 Exhibit 1–8, # 2 Exhibit 9, # 3 Exhibit 10, # 4 Exhibit 11–12, # 5 Exhibit 13, # 6 Exhibit 14, # 7 Exhibit 15, # 8 Exhibit 16, # 9 Exhibit 17–19, # 10 Exhibit 20, # 11 Exhibit 21–22, # 12 Exhibit 23–27, # 13 Exhibit 28, # 14 Exhibit 29–30, # 15 Exhibit 31, # 16 Exhibit 32–37, # 17 Exhibit 38, # 18 Exhibit 39, # 19 Exhibit 40, # 20 Exhibit 41, # 21 Exhibit 42, # 22 Exhibit 43, # 23 Exhibit 44, # 24 Exhibit 45, # 25 Exhibit 46–54, # 26 Exhibit 55–57, # 27 Exhibit 58–72, # 28 Exhibit 73, # 29 Exhibit 74–80, # 30 Exhibit 81–83, # 31 Exhibit 84, # 32 Exhibit 85, # 33 Exhibit 86, # 34 Exhibit 87, # 35 Exhibit 88, # 36 Exhibit 89–90, # 37 Exhibit 91, # 38 Exhibit 92, # 39 Exhibit 93–99, # 40 Exhibit 100–101, # 41 Exhibit 102–112, # 42 Exhibit 113, # 43 Exhibit 114–116, # 44 Exhibit 117–118, # 45 Exhibit 119–121, # 46 Exhibit 122, # 47 Exhibit 123, # 48 Exhibit 124–126, # 49 Exhibit 127, # 50 Exhibit 128–131)(Sallet, Jonathan) (Entered: 03/13/2023) |
| 03/13/2023 | 535 | REDACTED DOCUMENT– Plaintiffs' Reply in Support of Plaintiffs' Motion to Exclude the Expert Testimony of Edward A. Fox to 521 Sealed Reply, by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 03/13/2023) |
| 03/13/2023 | 536 | REDACTED DOCUMENT– Exhibits to Plaintiff States Opposition to Defendant Google LLC's Motion for Summary Judgement to 470 Sealed Document,,, 466 Sealed Document,,, 471 Sealed Document,,, 468 Sealed Document,,, 469 Sealed Document,,, 467 Sealed Document,,, 472 Sealed Document,, by STATE OF COLORADO. (Attachments: # 1 Exhibit 132, # 2 Exhibit 133, # 3 Exhibit 134, # 4 Exhibit 135–145, # 5 Exhibit 146, # 6 Exhibit 147–149, # 7 Exhibit 150, # 8 Exhibit 151–155, # 9 Exhibit 156, # 10 Exhibit 157–158, # 11 Exhibit 159–161, # 12 Exhibit 162–164, # 13 Exhibit 165, # 14 Exhibit 166, # 15 Exhibit 167–168, # 16 Exhibit 169–170, # 17 Exhibit 171, # 18 Exhibit 172–173, # 19 Exhibit 174, # 20 Exhibit 175–179, # 21 Exhibit 180–182, # 22 Exhibit 183, # 23 Exhibit 184–189, # 24 Exhibit 190–192, # 25 Exhibit 193–195, # 26 Exhibit 196–197, # 27 Exhibit 198, # 28 Exhibit 199–201, # 29 Exhibit 202–205, # 30 Exhibit 206–209, # 31 Exhibit 210, # 32 Exhibit 211–222, # 33 Exhibit 223–224, # 34 Exhibit 225–235, # 35 Exhibit 236, # 36 Exhibit 237, # 37 Exhibit 238, # 38 Exhibit 239–240, # 39 Exhibit 241, # 40 Exhibit 242–243, # 41 Exhibit 244–246, # 42 Exhibit 247–248, # 43 Exhibit 249, # 44 Exhibit 250–252, # 45 Exhibit 253, # 46 Exhibit 254–255, # 47 Exhibit 256–261)(Sallet, Jonathan) (Entered: 03/13/2023) |
| 03/13/2023 | 537 | REDACTED DOCUMENT– Exhibits to Plaintiff States' Opposition to Defendant Google LLC's Motion to Partially Exclude the Opinion of Plaintiffs Expert Jonathan Baker. Ex. A–H to 498 Redacted Document, 460 Sealed Opposition, by STATE OF COLORADO. (Attachments: # 1 Exhibit I, # 2 Exhibit J, # 3 Exhibit K, # 4 Exhibit L, # 5 Exhibit M, # 6 Exhibit N, # 7 Exhibit O, # 8 Exhibit P–R)(Sallet, Jonathan) |

| | | |
|---|---|---|
| | | (Entered: 03/13/2023) |
| 03/13/2023 | 538 | NOTICE OF FILING REDACTED DOCUMENT to 420 SEALED MOTION filed by UNITED STATES OF AMERICA, 519 Sealed Reply, by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A – B (Sealed), # 2 Exhibit C (Redacted), # 3 Exhibit D – E (Sealed), # 4 Exhibit F (Redacted), # 5 Exhibit G – H (Sealed), # 6 Exhibit I (Redacted), # 7 Exhibit J – L (Sealed))(Herrmann, Karl) (Entered: 03/13/2023) |
| 03/13/2023 | 539 | NOTICE OF FILING REDACTED DOCUMENT to 424 SEALED MOTION filed by UNITED STATES OF AMERICA, 520 Sealed Opposition, by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A (Redacted), # 2 Exhibit B (Sealed), # 3 Exhibit C (Redacted), # 4 Exhibit D (Redacted), # 5 Exhibit E (Redacted), # 6 Exhibit F (Redacted), # 7 Exhibit G (Redacted), # 8 Exhibit H (Redacted), # 9 Exhibit I (Redacted), # 10 Exhibit J (Redacted), # 11 Exhibit K (Redacted))(Herrmann, Karl) (Entered: 03/13/2023) |
| 03/13/2023 | 540 | NOTICE OF FILING REDACTED DOCUMENT to 443 SEALED MOTION filed by UNITED STATES OF AMERICA, 521 Sealed Reply, by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A – U (Sealed))(Herrmann, Karl) (Entered: 03/13/2023) |
| 03/13/2023 | 541 | NOTICE OF FILING REDACTED DOCUMENT to 461 Sealed Opposition, by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A (Sealed), # 2 Exhibit B (Redacted), # 3 Exhibit C – D (Sealed), # 4 Exhibit E (Redacted), # 5 Exhibit F (Redacted), # 6 Exhibit G – I (Sealed), # 7 Exhibit J (Redacted), # 8 Exhibit K – L (Sealed), # 9 Exhibit M (Redacted), # 10 Exhibit N – Q (Sealed))(Herrmann, Karl) (Entered: 03/13/2023) |
| 03/13/2023 | 542 | NOTICE OF FILING REDACTED DOCUMENT to 462 Sealed Opposition, by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A – D (Sealed), # 2 Exhibit E (Redacted), # 3 Exhibit F (Redacted), # 4 Exhibit G (Redacted), # 5 Exhibit H (Redacted), # 6 Exhibit I (Redacted), # 7 Exhibit J (Redacted), # 8 Exhibit K (Sealed))(Herrmann, Karl) (Entered: 03/13/2023) |
| 03/13/2023 | 543 | NOTICE OF FILING REDACTED DOCUMENT to 463 Sealed Opposition by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A (Sealed), # 2 Exhibit B (Redacted), # 3 Exhibit C – D (Sealed))(Herrmann, Karl) (Entered: 03/13/2023) |
| 03/13/2023 | 544 | NOTICE OF FILING REDACTED DOCUMENT to 480 Sealed Document,,,,, 479 Sealed Document,,,,, 483 Sealed Document,,,, 477 Sealed Document,,,,, 492 Sealed Document,,, 482 Sealed Document,,,,, 476 Sealed Opposition, 481 Sealed Document,,,,, 478 Sealed Document,,,,, by UNITED STATES OF AMERICA (Attachments: # 1 Statement of Facts Plaintiffs' Statement of Genuine Issues – Redacted, # 2 Statement of Facts Plaintiffs' Counterstatement of Material Facts – Redacted, # 3 Plaintiffs' List of Exhibits)(Herrmann, Karl) (Entered: 03/13/2023) |
| 03/13/2023 | 545 | REDACTED DOCUMENT– Defendant's Reply in Support of Its Motion to Partially Exclude the Opinion of Plaintiffs' Expert Christine M. Hammer to 514 Sealed Reply, by GOOGLE LLC. (Attachments: # 1 Exhibit 8, # 2 Exhibit 9, # 3 Exhibit 10, # 4 Exhibit 11)(Schmidtlein, John) (Entered: 03/13/2023) |
| 03/13/2023 | 546 | REDACTED DOCUMENT– Exhibits to Defendant's Motion to Partially Exclude the Opinion of Plaintiffs' Expert Christine M. Hammer to 416 SEALED MOTION filed by GOOGLE LLC by GOOGLE LLC. (Attachments: # 1 Exhibit 6, # 2 Exhibit |

| | | 7)(Schmidtlein, John) (Entered: 03/13/2023) |
|---|---|---|
| 03/13/2023 | 547 | REDACTED DOCUMENT– Defendant's Reply in Support of Its Motion to Exclude the Opinion of Plaintiffs' Expert Michael A. M. Davies to 515 Sealed Reply by GOOGLE LLC. (Attachments: # 1 Exhibit 11, # 2 Exhibit 12)(Schmidtlein, John) (Entered: 03/13/2023) |
| 03/13/2023 | 548 | NOTICE OF FILING REDACTED DOCUMENT to 477 Sealed Document,,,,, 492 Sealed Document,,, by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit – Pls. Ex. 001–002 (Sealed), # 2 Exhibit – Pls. Ex. 003 (Redacted), # 3 Exhibit – Pls. Ex. 004 (Sealed), # 4 Exhibit – Pls. Ex. 005 (Sealed), # 5 Exhibit – Pls. Ex. 006 (Sealed), # 6 Exhibit – Pls. Ex. 007 (Sealed), # 7 Exhibit – Pls. Ex. 008 (Sealed), # 8 Exhibit – Pls. Ex. 009 (Sealed), # 9 Exhibit – Pls. Ex. 010 (Sealed), # 10 Exhibit – Pls. Ex. 014 (Redacted), # 11 Exhibit – Pls. Ex. 015 (Redacted), # 12 Exhibit – Pls. Ex. 019–020 (Sealed), # 13 Exhibit – Pls. Ex. 022–024 (Sealed), # 14 Exhibit – Pls. Ex. 025 (Redacted), # 15 Exhibit – Pls. Ex. 026 (Redacted), # 16 Exhibit – Pls. Ex. 028 (Redacted), # 17 Exhibit – Pls. Ex. 029 (Sealed), # 18 Exhibit – Pls. Ex. 030 (Sealed), # 19 Exhibit – Pls. Ex. 045–060 (Sealed), # 20 Exhibit – Pls. Ex. 061 (Redacted), # 21 Exhibit – Pls. Ex. 062 (Redacted))(Herrmann, Karl) (Entered: 03/13/2023) |
| 03/13/2023 | 549 | REDACTED DOCUMENT– Defendant's Reply in Support of Its Motion to Partially Exclude the Opinion of Plaintiffs' Expert Michael Whinston to 516 Sealed Reply, by GOOGLE LLC. (Schmidtlein, John) (Entered: 03/13/2023) |
| 03/13/2023 | 550 | REDACTED DOCUMENT– Defendant's Reply in Support of Its Motion to Partially Exclude the Opinion of Plaintiffs' Expert Jonathan Baker to 517 Sealed Reply by GOOGLE LLC. (Schmidtlein, John) (Entered: 03/13/2023) |
| 03/13/2023 | 551 | NOTICE OF FILING REDACTED DOCUMENT to 492 Sealed Document,,, 478 Sealed Document,,,,, by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit – Pls. Ex. 063 (Redacted), # 2 Exhibit – Pls. Ex. 064 (Sealed), # 3 Exhibit – Pls. Ex. 066–067 (Sealed), # 4 Exhibit – Pls. Ex. 068 (Redacted), # 5 Exhibit – Pls. Ex. 069–070 (Sealed), # 6 Exhibit – Pls. Ex. 072–076 (Sealed), # 7 Exhibit – Pls. Ex. 077 (Redacted), # 8 Exhibit – Pls. Ex. 078–081 (Sealed), # 9 Exhibit – Pls. Ex. 083 (Sealed), # 10 Exhibit – Pls. Ex. 084 (Sealed), # 11 Exhibit – Pls. Ex. 085 (Sealed), # 12 Exhibit – Pls. Ex. 086 (Sealed), # 13 Exhibit – Pls. Ex. 087–092 (Sealed), # 14 Exhibit – Pls. Ex. 093 (Redacted), # 15 Exhibit – Pls. Ex. 094–097 (Sealed), # 16 Exhibit – Pls. Ex. 098 (Redacted), # 17 Exhibit – Pls. Ex. 099 (Sealed), # 18 Exhibit – Pls. Ex. 100 (Redacted), # 19 Exhibit – Pls. Ex. 101 (Redacted), # 20 Exhibit – Pls. Ex. 102 (Redacted), # 21 Exhibit – Pls. Ex. 104 (Redacted), # 22 Exhibit – Pls. Ex. 105 (Sealed))(Herrmann, Karl) (Entered: 03/13/2023) |
| 03/13/2023 | 552 | NOTICE OF FILING REDACTED DOCUMENT to 479 Sealed Document,,,,, by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit – Pls. Ex. 106 (Sealed), # 2 Exhibit – Pls. Ex. 107 (Sealed), # 3 Exhibit – Pls. Ex. 108–110 (Sealed), # 4 Exhibit – Pls. Ex. 111 (Sealed), # 5 Exhibit – Pls. Ex. 112–116 (Sealed), # 6 Exhibit – Pls. Ex. 117 (Sealed), # 7 Exhibit – Pls. Ex. 118 (Sealed), # 8 Exhibit – Pls. Ex. 119 (Sealed), # 9 Exhibit – Pls. Ex. 120 (Sealed), # 10 Exhibit – Pls. Ex. 121–129 (Sealed), # 11 Exhibit – Pls. Ex. 130 (Sealed), # 12 Exhibit – Pls. Ex. 131 (Redacted), # 13 Exhibit – Pls. Ex. 132 (Sealed), # 14 Exhibit – Pls. Ex. 133 (Redacted), # 15 Exhibit – Pls. Ex. 134–135 (Sealed), # 16 Exhibit – Pls. Ex. 137–140 (Sealed), # 17 Exhibit – Pls. Ex. 142–145 (Sealed), # 18 Exhibit – Pls. Ex. |

| | | |
|---|---|---|
| | | 146 (Sealed), # 19 Exhibit – Pls. Ex. 148 (Sealed))(Herrmann, Karl) (Entered: 03/13/2023) |
| 03/13/2023 | 553 | NOTICE OF FILING REDACTED DOCUMENT to 480 Sealed Document,,,,, 492 Sealed Document,,, by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit – Pls. Ex. 149 (Sealed), # 2 Exhibit – Pls. Ex. 150 (Redacted), # 3 Exhibit – Pls. Ex. 151–154 (Sealed), # 4 Exhibit – Pls. Ex. 155 (Redacted), # 5 Exhibit – Pls. Ex. 156 (Redacted), # 6 Exhibit – Pls. Ex. 157 (Sealed), # 7 Exhibit – Pls. Ex. 158–164 (Sealed), # 8 Exhibit – Pls. Ex. 165 (Redacted), # 9 Exhibit – Pls. Ex. 166–169 (Sealed), # 10 Exhibit – Pls. Ex. 170 (Sealed), # 11 Exhibit – Pls. Ex. 171–174 (Sealed), # 12 Exhibit – Pls. Ex. 175 (Sealed), # 13 Exhibit – Pls. Ex. 176 (Redacted), # 14 Exhibit – Pls. Ex. 177–178 (Sealed), # 15 Exhibit – Pls. Ex. 179 (Sealed), # 16 Exhibit – Pls. Ex. 180 (Redacted), # 17 Exhibit – Pls. Ex. 181 (Redacted), # 18 Exhibit – Pls. Ex. 182 (Redacted), # 19 Exhibit – Pls. Ex. 183 (Sealed), # 20 Exhibit – Pls. Ex. 184–188 (Sealed))(Herrmann, Karl) (Entered: 03/13/2023) |
| 03/13/2023 | 554 | NOTICE OF FILING REDACTED DOCUMENT to 492 Sealed Document,,, 481 Sealed Document,,,,, by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit – Pls. Ex. 189–209 (Sealed), # 2 Exhibit – Pls. Ex. 210 (Redacted), # 3 Exhibit – Pls. Ex. 211 (Redacted), # 4 Exhibit – Pls. Ex. 212 (Sealed), # 5 Exhibit – Pls. Ex. 213 (Sealed), # 6 Exhibit – Pls. Ex. 214–220 (Sealed), # 7 Exhibit – Pls. Ex. 221 (Redacted), # 8 Exhibit – Pls. Ex. 222 (Redacted), # 9 Exhibit – Pls. Ex. 223 (Redacted), # 10 Exhibit – Pls. Ex. 224 (Sealed), # 11 Exhibit – Pls. Ex. 225 (Sealed), # 12 Exhibit – Pls. Ex. 226 (Redacted), # 13 Exhibit – Pls. Ex. 230 (Redacted), # 14 Exhibit – Pls. Ex. 231 (Sealed))(Herrmann, Karl) (Entered: 03/13/2023) |
| 03/13/2023 | 555 | REDACTED DOCUMENT– Defendant's Statement of Material Facts as to Which There Is No Genuine Issue in Support of Its Motion for Summary Judgment to 423 Sealed Document, 429 Sealed Document,, by GOOGLE LLC. (Attachments: # 1 List of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2–7, # 4 Exhibit 8, # 5 Exhibit 9–29, # 6 Exhibit 30, # 7 Exhibit 31–129)(Schmidtlein, John) (Entered: 03/13/2023) |
| 03/13/2023 | 556 | NOTICE OF FILING REDACTED DOCUMENT to 492 Sealed Document,,, 482 Sealed Document,,,,, by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit – Pls. Ex. 232–233 (Sealed), # 2 Exhibit – Pls. Ex. 234 (Sealed), # 3 Exhibit – Pls. Ex. 236–242 (Sealed), # 4 Exhibit – Pls. Ex. 243 (Sealed), # 5 Exhibit – Pls. Ex. 244 (Redacted), # 6 Exhibit – Pls. Ex. 245 (Sealed), # 7 Exhibit – Pls. Ex. 246 (Sealed), # 8 Exhibit – Pls. Ex. 247–248 (Sealed), # 9 Exhibit – Pls. Ex. 249 (Redacted), # 10 Exhibit – Pls. Ex. 251–254 (Sealed), # 11 Exhibit – Pls. Ex. 255 (Redacted), # 12 Exhibit – Pls. Ex. 256 (Redacted), # 13 Exhibit – Pls. Ex. 257–258 (Sealed), # 14 Exhibit – Pls. Ex. 264 (Redacted), # 15 Exhibit – Pls. Ex. 265–269 (Sealed), # 16 Exhibit – Pls. Ex. 270 (Redacted), # 17 Exhibit – Pls. Ex. 272 (Sealed), # 18 Exhibit – Pls. Ex. 273 (Sealed), # 19 Exhibit – Pls. Ex. 274 (Sealed), # 20 Exhibit – Pls. Ex. 275–276 (Sealed), # 21 Exhibit – Pls. Ex. 277 (Redacted), # 22 Exhibit – Pls. Ex. 278 (Sealed), # 23 Exhibit – Pls. Ex. 279 (Redacted), # 24 Exhibit – Pls. Ex. 280 (Sealed), # 25 Exhibit – Pls. Ex. 283 (Sealed))(Herrmann, Karl) (Entered: 03/13/2023) |
| 03/13/2023 | 557 | NOTICE OF FILING REDACTED DOCUMENT to 483 Sealed Document,,,, 492 Sealed Document,,, by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit – Pls. Ex. 284–290 (Sealed), # 2 Exhibit – Pls. Ex. 292–293 (Sealed), # 3 Exhibit – |

| | | |
|---|---|---|
| | | Pls. Ex. 294 (Redacted), # 4 Exhibit – Pls. Ex. 295–299 (Sealed), # 5 Exhibit – Pls. Ex. 300 (Redacted), # 6 Exhibit – Pls. Ex. 301 (Sealed), # 7 Exhibit – Pls. Ex. 308 (Sealed), # 8 Exhibit – Pls. Ex. 309 (Sealed), # 9 Exhibit – Pls. Ex. 310 (Sealed), # 10 Exhibit – Pls. Ex. 311 (Redacted), # 11 Exhibit – Pls. Ex. 312 (Redacted), # 12 Exhibit – Pls. Ex. 313 (Sealed), # 13 Exhibit – Pls. Ex. 314 (Redacted), # 14 Exhibit – Pls. Ex. 315–317 (Sealed), # 15 Exhibit – Pls. Ex. 318 (Redacted), # 16 Exhibit – Pls. Ex. 319 (Sealed))(Herrmann, Karl) (Entered: 03/13/2023) |
| 03/13/2023 | 558 | NOTICE OF FILING REDACTED DOCUMENT to 478 Sealed Document,,,,, by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit – Pls. Ex. 103 (Redacted – Part 1 of 2), # 2 Exhibit – Pls. Ex. 103 (Redacted – Part 2 of 2))(Herrmann, Karl) (Entered: 03/13/2023) |
| 03/13/2023 | 559 | REDACTED DOCUMENT– Defendant's Statement of Material Facts as to Which There Is No Genuine Issue in Support of Its Motion for Summary Judgment to 428 Sealed Document, 434 Sealed Document,,, by GOOGLE LLC. (Attachments: # 1 List of Exhibits, # 2 Exhibit 1–2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7–9, # 8 Exhibit 10, # 9 Exhibit 11–15, # 10 Exhibit 16, # 11 Exhibit 17–20, # 12 Exhibit 21, # 13 Exhibit 22–48, # 14 Exhibit 49, # 15 Exhibit 50–63, # 16 Exhibit 64, # 17 Exhibit 65–73, # 18 Exhibit 74, # 19 Exhibit 75, # 20 Exhibit 76, # 21 Exhibit 77, # 22 Exhibit 78, # 23 Exhibit 79, # 24 Exhibit 80, # 25 Exhibit 81, # 26 Exhibit 82, # 27 Exhibit 83–92, # 28 Exhibit 93, # 29 Exhibit 94, # 30 Exhibit 95, # 31 Exhibit 96–101, # 32 Exhibit 102, # 33 Exhibit 103, # 34 Exhibit 104, # 35 Exhibit 105–116)(Schmidtlein, John) (Entered: 03/13/2023) |
| 03/13/2023 | 560 | REDACTED DOCUMENT– Reply in Support of Defendant's Motion for Summary Judgment to 522 Sealed Reply, by GOOGLE LLC. (Attachments: # 1 Response to Plaintiffs' Counterstatement of Material Facts, # 2 List of Exhibits, # 3 Exhibit 130–131, # 4 Exhibit 132)(Schmidtlein, John) (Entered: 03/13/2023) |
| 03/13/2023 | 561 | REDACTED DOCUMENT– Reply in Support of Defendant's Motion for Summary Judgment to 523 Sealed Reply, by GOOGLE LLC. (Attachments: # 1 Response to Plaintiff States' Statement of Material Facts, # 2 List of Exhibits, # 3 Exhibit 117–118, # 4 Exhibit 119, # 5 Exhibit 120–122)(Schmidtlein, John) (Entered: 03/13/2023) |
| 03/16/2023 | 562 | NOTICE of Appearance by Matthew Michael Ford on behalf of STATE OF ARKANSAS (Ford, Matthew) (Entered: 03/16/2023) |
| 03/16/2023 | 563 | MOTION to Substitute *Matthew Ford* by STATE OF ARKANSAS. (Attachments: # 1 Text of Proposed Order Granting Motion to Substitute)(Ford, Matthew) (Entered: 03/16/2023) |
| 03/16/2023 | | ORDER granting 563 Motion for Substitution of Counsel. Attorney Matthew M. Ford will be the attorney of record for the State of Arkansas. Signed by Judge Amit P. Mehta on 3/16/2023. (lcapm2) (Entered: 03/16/2023) |
| 03/16/2023 | 564 | NOTICE of Appearance by Anna Schneider on behalf of STATE OF MONTANA (Schneider, Anna) (Main Document 564 replaced on 3/17/2023) (zed). (Entered: 03/16/2023) |
| 03/17/2023 | 565 | SEALED MOTION filed by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order, # 4 Certificate of Service)(Herrmann, Karl) (Entered: 03/17/2023) |

| 03/17/2023 | 566 | REDACTED DOCUMENT– Memorandum in Opposition to Plaintiffs' Motions for Sanctions to 529 Sealed Opposition,, by GOOGLE LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Text of Proposed Order)(Schmidtlein, John) (Entered: 03/17/2023) |
| 03/20/2023 | | MINUTE ORDER granting 565 SEALED MOTION. Signed by Judge Amit P. Mehta on 3/20/2023. (zjd) (Entered: 03/20/2023) |
| 03/20/2023 | 567 | SEALED MOTION filed by GOOGLE LLC (Attachments: # 1 Exhibit, # 2 Text of Proposed Order, # 3 Certificate of Service)(Schmidtlein, John) (Entered: 03/20/2023) |
| 03/21/2023 | 568 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA re 480 Sealed Document,,,,, 492 Sealed Document,,,, 476 Sealed Opposition, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Statement of Facts Plaintiffs' corrected Counterstatement of Material Facts, # 2 Certificate of Service)(Herrmann, Karl) (Entered: 03/21/2023) |
| 03/22/2023 | 569 | SEALED ORDER granting 567 SEALED MOTION. Signed by Judge Amit P. Mehta on 3/20/2023. (zjd) (Entered: 03/22/2023) |
| 03/22/2023 | 570 | SEALED DOCUMENT filed by GOOGLE LLC re 522 Sealed Reply, 569 Sealed Order (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 03/22/2023) |
| 03/24/2023 | 571 | SEALED REPLY TO OPPOSITION filed by UNITED STATES OF AMERICA re 495 Sealed Document,,,, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 53, # 2 Exhibit 54, # 3 Exhibit 55, # 4 Exhibit 56, # 5 Exhibit 57, # 6 Exhibit 58, # 7 Exhibit 59, # 8 Exhibit 60, # 9 Exhibit 61, # 10 Exhibit 62, # 11 Exhibit 63, # 12 Exhibit 64, # 13 Exhibit 65, # 14 Exhibit 66, # 15 Exhibit 67, # 16 Exhibit 68, # 17 Exhibit 69, # 18 Exhibit 70, # 19 Certificate of Service)(Goldstein, Jeremy Michael) (Entered: 03/24/2023) |
| 03/24/2023 | 572 | SEALED REPLY TO OPPOSITION filed by STATE OF COLORADO re 496 Sealed Motion (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A (Sealed), # 2 Exhibit B (Sealed), # 3 Exhibit C (Sealed), # 4 Exhibit D (Sealed), # 5 Exhibit E (Sealed), # 6 Exhibit F (Sealed), # 7 Exhibit G (Sealed), # 8 Exhibit H (Sealed), # 9 Certificate of Service)(Sallet, Jonathan) (Entered: 03/24/2023) |
| 03/28/2023 | 573 | NOTICE of Rule 37(e)(2) Sanctions Against Google LLC by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A)(Goldstein, Jeremy Michael) (Entered: 03/28/2023) |
| 03/31/2023 | 574 | REDACTED DOCUMENT– to 571 Sealed Reply,, United States' Reply in Support of Its Motion for Sanctions Against Google LLC by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit 53, # 2 Exhibit 54, # 3 Exhibit 55, # 4 Exhibit 56, # 5 Exhibit 57, # 6 Exhibit 58, # 7 Exhibit 59, # 8 Exhibit 60, # 9 Exhibit 61, # 10 Exhibit 62, # 11 Exhibit 63, # 12 Exhibit 64, # 13 Exhibit 65, # 14 Exhibit 66, # 15 Exhibit 67, # 16 Exhibit 68, # 17 Exhibit 69, # 18 Exhibit 70)(Goldstein, Jeremy Michael) (Entered: 03/31/2023) |

| 04/04/2023 | | MINUTE ORDER granting the following Motions to Seal: 416 417 418 419 420 424 425 443 495 and 496 . Signed by Judge Amit P. Mehta on 4/4/2023. (lcapm2) (Entered: 04/04/2023) |
|---|---|---|
| 04/04/2023 | 575 | REDACTED DOCUMENT– Plaintiff States' Reply in Support of Their Motion for Sanctions Against Google, LLC and an Evidentiary Hearing to Determine Appropriate Relief to 572 Sealed Reply, by STATE OF COLORADO. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G (Redacted), # 8 Exhibit H (Sealed), # 9 Certificate of Service)(Sallet, Jonathan) (Entered: 04/04/2023) |
| 04/05/2023 | 576 | SEALED MOTION filed by GOOGLE LLC (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Schmidtlein, John) (Entered: 04/05/2023) |
| 04/06/2023 | 577 | SEALED OPPOSITION filed by UNITED STATES OF AMERICA. re 576 Sealed Motion (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service)(Herrmann, Karl) (Entered: 04/06/2023) |
| 04/07/2023 | 578 | SEALED OPPOSITION filed by STATE OF COLORADO. re 576 Sealed Motion (Attachments: # 1 Certificate of Service)(Sallet, Jonathan) (Entered: 04/07/2023) |
| 04/10/2023 | 579 | ORDER setting the schedule for the summary judgment hearing on April 13, 2023. Please see attached Order for additional details. Signed by Judge Amit P. Mehta on 4/10/2023. (lcapm2) (Entered: 04/10/2023) |
| 04/11/2023 | | NOTICE of Hearing: Summary Judgment Hearing set for 4/13/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Courtroom 25 will serve as the overflow courtroom and is located on the fourth floor of the annex. The public access line will not be connected for this hearing. (zjd) Modified on 4/11/2023 (zjd). (Entered: 04/11/2023) |
| 04/11/2023 | | MINUTE ORDER granting 508 and 509 motions for leave to file amicus briefs. The court hereby exercises its discretion and accepts the amicus briefs of the American Antitrust Institute [508–2] and the Behavioral Economists [509–1]. The court recognizes that, as a result of the timing of this decision, Google has not had the opportunity to respond to the arguments of amici. Google may request the opportunity to respond in writing, but from the court's perspective, additional briefing is not needed to understand Google's positions or to elucidate the matters addressed by amici. Signed by Judge Amit P. Mehta on 4/11/2023. (lcapm2) (Entered: 04/11/2023) |
| 04/13/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Summary Judgment Hearing held on 4/13/2023. Arguments heard and taken under advisement. (Court Reporter: William Zaremba) (zjd) (Entered: 04/13/2023) |
| 04/14/2023 | 580 | TRANSCRIPT OF HEARING ON MOTIONS FOR SUMMARY JUDGMENT PROCEEDINGS before Judge Amit P. Mehta held on April 13, 2023; Page Numbers: 1–276. Date of Issuance: April 14, 2023. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court |

| | | |
|---|---|---|
| | | reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 5/5/2023. Redacted Transcript Deadline set for 5/15/2023. Release of Transcript Restriction set for 7/13/2023.(wz) (Entered: 04/14/2023) |
| 04/14/2023 | 581 | REDACTED DOCUMENT– Defendant's Motion for Leave to File Sur–Reply in Further Opposition to Plaintiffs' Motions for Sanctions and Response to Notice of Play Litigation Order to 576 SEALED MOTION filed by GOOGLE LLC by GOOGLE LLC. (Attachments: # 1 Exhibit A)(Schmidtlein, John) (Entered: 04/14/2023) |
| 04/17/2023 | 582 | REDACTED DOCUMENT– to 577 Sealed Opposition by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A (Redacted Version), # 2 Exhibit B (Redacted Version))(Herrmann, Karl) (Entered: 04/17/2023) |
| 04/17/2023 | 583 | REDACTED DOCUMENT– to 578 Sealed Opposition by STATE OF COLORADO. (Attachments: # 1 Certificate of Service)(Sallet, Jonathan) (Entered: 04/17/2023) |
| 04/21/2023 | 584 | SEALED DOCUMENT filed by STATE OF COLORADO(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Certificate of Service)(Sallet, Jonathan) (Entered: 04/21/2023) |
| 04/24/2023 | 585 | NOTICE of Appearance by Noah Goerlitz on behalf of STATE OF IOWA (Goerlitz, Noah) (Entered: 04/24/2023) |
| 04/27/2023 | 586 | ORDER re: Plaintiffs' 495 and 496 Motions for Sanctions. Please see attached Order for additional details. Signed by Judge Amit P. Mehta on 4/27/2023. (lcapm2) (Entered: 04/27/2023) |
| 04/28/2023 | 587 | SEALED DOCUMENT filed by GOOGLE LLC re 584 Sealed Document, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Certificate of Service)(Schmidtlein, John) (Entered: 04/28/2023) |
| 05/04/2023 | 588 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA re 477 Sealed Document,,,,, 492 Sealed Document,,, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit (Pls. Ex. 22), # 2 Exhibit (Pls. Ex. 24), # 3 Certificate of Service)(Herrmann, Karl) (Entered: 05/04/2023) |
| 05/05/2023 | 589 | SEALED DOCUMENT filed by STATE OF COLORADO re 584 Sealed Document, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Sallet, Jonathan) (Entered: 05/05/2023) |
| 05/09/2023 | 590 | REDACTED DOCUMENT– Plaintiff States' Motion for Leave to File a Supplemental Response to Certain Questions of the Court at Oral Argument to 584 |

| | | Sealed Document, by STATE OF COLORADO. (Attachments: # 1 Memorandum in Support A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Certificate of Service)(Sallet, Jonathan) (Entered: 05/09/2023) |
|---|---|---|
| 05/11/2023 | 591 | MEMORANDUM re 586 Order by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A)(Herrmann, Karl) (Entered: 05/11/2023) |
| 05/11/2023 | 592 | MEMORANDUM re 586 Order by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 05/11/2023) |
| 05/11/2023 | 593 | MEMORANDUM re 586 Order by GOOGLE LLC. (Schmidtlein, John) (Entered: 05/11/2023) |
| 05/15/2023 | 594 | REDACTED DOCUMENT– RESPONSE TO PLAINTIFF STATES SUPPLEMENTAL RESPONSE TO CERTAIN QUESTIONS OF THE COURT AT ORAL ARGUMENT to 587 Sealed Document by GOOGLE LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Schmidtlein, John) (Entered: 05/15/2023) |
| 05/17/2023 | 595 | NOTICE of Appearance by Kerrie J. Freeborn on behalf of UNITED STATES OF AMERICA (Freeborn, Kerrie) (Main Document 595 replaced on 5/18/2023) (zed). (Entered: 05/17/2023) |
| 05/19/2023 | 596 | NOTICE of Appearance by James Thomas Greene on behalf of UNITED STATES OF AMERICA (Greene, James) (Main Document 596 replaced on 6/1/2023) (zed). (Entered: 05/19/2023) |
| 05/22/2023 | 597 | NOTICE of Appearance by Matthew Robert Jones on behalf of UNITED STATES OF AMERICA (Jones, Matthew) (Entered: 05/22/2023) |
| 05/24/2023 | 598 | NOTICE of Appearance by Eric Schleef on behalf of UNITED STATES OF AMERICA (Schleef, Eric) (Entered: 05/24/2023) |
| 05/24/2023 | 599 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF CALIFORNIA. Attorney Henry Cornillie terminated. (Cornillie, Henry) (Entered: 05/24/2023) |
| 05/26/2023 | 600 | REDACTED DOCUMENT– Plaintiff States' Reply in Support of their Supplemental Response to Certain Questions of the Court at Oral Argument to 589 Sealed Document by STATE OF COLORADO. (Attachments: # 1 Exhibit A (Sealed), # 2 Certificate of Service)(Sallet, Jonathan) (Entered: 05/26/2023) |
| 06/01/2023 | 601 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Herrmann, Karl) (Entered: 06/01/2023) |
| 06/01/2023 | 602 | SEALED DOCUMENT filed by STATE OF COLORADO(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Certificate of Service)(Sallet, Jonathan) (Entered: 06/01/2023) |
| 06/01/2023 | 603 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 06/01/2023) |
| 06/08/2023 | 604 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA re 601 Sealed Document (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Herrmann, Karl) (Entered: |

| | | 06/08/2023) |
|---|---|---|
| 06/20/2023 | 605 | MOTION to Amend/Correct *the Amended Scheduling and Case Management Order* by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Goldstein, Jeremy Michael) (Entered: 06/20/2023) |
| 06/20/2023 | 606 | Memorandum in opposition to re 605 Motion to Amend/Correct filed by GOOGLE LLC. (Attachments: # 1 Text of Proposed Order)(Schmidtlein, John) (Entered: 06/20/2023) |
| 06/26/2023 | | MINUTE ORDER. The parties shall appear for a status conference on June 28, 2023, at 2:00 p.m. via videoconference before Judge Amit P. Mehta. Signed by Judge Amit P. Mehta on 6/26/2023. (lcapm2) (Entered: 06/26/2023) |
| 06/26/2023 | | NOTICE of Hearing: Status Conference set for 6/28/2023 at 2:00 PM via videoconference before Judge Amit P. Mehta. (zjd) (Entered: 06/26/2023) |
| 06/27/2023 | 607 | SEALED MOTION filed by STATE OF COLORADO (Attachments: # 1 Exhibit Plaintiff States' Motion to Consolidate, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Text of Proposed Order Proposed Order, # 6 Certificate of Service Certificate of Service)(Sallet, Jonathan) (Entered: 06/27/2023) |
| 06/28/2023 | 608 | ORDER re: Plaintiffs' 591 592 and Google's 593 Position Statements on Google's Litigation Hold. Please see attached Order for additional details. Signed by Judge Amit P. Mehta on 6/28/2023. (lcapm2) (Entered: 06/28/2023) |
| 06/28/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held via videoconference on 6/28/2023. Status Conference set for 7/19/2023 at 4:00 PM via videoconference before Judge Amit P. Mehta. A further status conference and hearing re Third Party Testimony is set for the afternoon of 8/11/2023 via videoconference. The parties shall file their submissions by 8/9/2023. Pretrial Conference set for 9/1/2023 at 2:00 PM in Courtroom 10. (Court Reporter: William Zaremba) (zjd) (Entered: 06/28/2023) |
| 06/29/2023 | 609 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on June 28, 2023; Page Numbers: 1–41. Date of Issuance: June 29, 2023. Court Reporter/Transcriber: William P. Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form  <br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.  <br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.  <br><br>Redaction Request due 7/20/2023. Redacted Transcript Deadline set for 7/30/2023. Release of Transcript Restriction set for 9/27/2023.(wz) (Entered: 06/29/2023) |

| 06/30/2023 | 610 | ORDER setting the schedule for trial proceedings in this matter. Please see attached Order for additional details. Signed by Judge Amit P. Mehta on 6/30/2023. (lcapm2) (Entered: 06/30/2023) |
| 07/07/2023 | 611 | Joint MOTION for Order *to Reset Dates Related to Resolving Confidentiality Disputes Prior to Trial* by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Herrmann, Karl) (Entered: 07/07/2023) |
| 07/11/2023 | 612 | ORDER amending the [108−1] Amended Scheduling and Case Management Order. Please see attached Order for additional details. Signed by Judge Amit P. Mehta on 7/11/2023. (lcapm2) (Entered: 07/11/2023) |
| 07/12/2023 | 613 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF COLORADO. Attorney Carla J. Baumel terminated. (Baumel, Carla) (Entered: 07/12/2023) |
| 07/13/2023 | | MINUTE ORDER. On June 28, 2023, the court ordered Google to produce for in camera review its proposed redactions to the Hold Memoranda. Order, ECF No. 608. Google has complied with the court's Order, and upon review, the court is satisfied with Google's proposed redactions, which received input from the court. Accordingly, Google shall produce to Plaintiffs the redacted versions of the Hold Memoranda approved by the court. Signed by Judge Amit P. Mehta on 7/13/2023. (lcapm2) (Entered: 07/13/2023) |
| 07/14/2023 | 614 | NOTICE of Appearance by Thomas W. Ryan on behalf of GOOGLE LLC (Ryan, Thomas) (Entered: 07/14/2023) |
| 07/14/2023 | 615 | NOTICE of Appearance by David E. Dahlquist on behalf of UNITED STATES OF AMERICA (Dahlquist, David) (Entered: 07/14/2023) |
| 07/17/2023 | 616 | STATUS REPORT by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 07/17/2023) |
| 07/19/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held via videoconference on 7/19/2023. Joint Status Report due by 7/26/2023. (Court Reporter: William Zaremba) (zjd) (Entered: 07/19/2023) |
| 07/20/2023 | 617 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on July 19, 2023; Page Numbers: 1−43. Date of Issuance: July 20, 2023. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form <br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter. <br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | Redaction Request due 8/10/2023. Redacted Transcript Deadline set for 8/20/2023. Release of Transcript Restriction set for 10/18/2023.(wz) (Entered: 07/20/2023) |
|---|---|---|
| 07/26/2023 | 618 | Joint STATUS REPORT by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Herrmann, Karl) (Entered: 07/26/2023) |
| 07/27/2023 | 619 | NOTICE of Appearance by Carolyn Danielle Jeffries on behalf of STATE OF CALIFORNIA (Jeffries, Carolyn) (Entered: 07/27/2023) |
| 08/01/2023 | 620 | SEALED MOTION filed by GOOGLE LLC (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order, # 3 Certificate of Service)(Schmidtlein, John) (Entered: 08/01/2023) |
| 08/01/2023 | 621 | SEALED MOTION filed by GOOGLE LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Text of Proposed Order, # 11 Certificate of Service)(Schmidtlein, John) (Entered: 08/01/2023) |
| 08/01/2023 | 622 | MOTION in Limine *to Exclude Evidence of Purported Benefits Outside Relevant Markets* by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Herrmann, Karl) (Entered: 08/01/2023) |
| 08/01/2023 | 623 | MOTION in Limine *to Limit Google's Ability to Use Evidence of Product Quality as a Complete Defense to Liability* by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Herrmann, Karl) (Entered: 08/01/2023) |
| 08/02/2023 | | MINUTE ORDER. The pretrial conference previously scheduled for September 1, 2023, at 2:00 p.m. shall now take place at 3:00 p.m. on the same date. Signed by Judge Amit P. Mehta on 8/2/2023. (lcapm2) (Entered: 08/02/2023) |
| 08/03/2023 | 624 | SEALED MEMORANDUM OPINION re: 421 and 426 . The parties shall submit their proposed redactions to the Memorandum Opinion by 12:00 p.m. on August 4, 2023. The court will file a public version of the Memorandum Opinion after considering the parties' redactions. Signed by Judge Amit P. Mehta on 8/3/2023. (This document is SEALED and only available to authorized persons.) (zjd) Modified on 8/3/2023 (zjd). (Entered: 08/03/2023) |
| 08/03/2023 | | MINUTE ORDER. The parties may file separate pretrial briefs of no more than 20 pages by August 28, 2023. Any such brief shall be limited to disputed issues not raised in the summary judgment motions (e.g., market definition, market share, procompetitive justifications). Signed by Judge Amit P. Mehta on 8/3/2023. (lcapm2) (Entered: 08/03/2023) |
| 08/03/2023 | | Set/Reset Deadlines: Pretrial Briefs due by 8/28/2023. (smc) (Entered: 08/04/2023) |
| 08/04/2023 | 625 | ORDER re: scheduling of trial witnesses. Please see attached Order for additional details. Signed by Judge Amit P. Mehta on 8/3/2023. (lcapm2) (Entered: 08/04/2023) |
| 08/04/2023 | 626 | REDACTED MEMORANDUM OPINION AND ORDER. For the reasons stated in the 624 Memorandum Opinion, Google's 421 and 426 Motions for Summary Judgment are granted in part and denied in part. The court may lift all or some portion of the redactions after conferring with the parties at the status conference on August 11, 2023. Please see attached Memorandum Opinion for additional details. Signed by Judge Amit P. Mehta on 8/4/2023. (lcapm2) (Entered: 08/04/2023) |

| 08/07/2023 | 627 | NOTICE of Appearance by Joshua Lipton on behalf of AMAZON.COM, INC. (Lipton, Joshua) (Entered: 08/07/2023) |
|---|---|---|
| 08/07/2023 | 628 | NOTICE of Proposed Order *Regarding the Use of Confidential Information at Trial* by GOOGLE LLC (Attachments: # 1 Text of Proposed Order)(Schmidtlein, John) (Entered: 08/07/2023) |
| 08/08/2023 | 629 | NOTICE of Appearance by Ronan Patrick Doherty on behalf of HOME DEPOT U.S.A., INC. (Doherty, Ronan) (Entered: 08/08/2023) |
| 08/08/2023 | 630 | RESPONSE TO ORDER OF THE COURT re 612 Order *Regarding Confidentiality* filed by HOME DEPOT U.S.A., INC.. (Doherty, Ronan) (Entered: 08/08/2023) |
| 08/08/2023 | 631 | NOTICE of Appearance by Bryant Steven Green on behalf of VERIZON (Green, Bryant) (Entered: 08/08/2023) |
| 08/08/2023 | 632 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Judith A. Zahid, Filing fee $ 100, receipt number ADCDC–10262236. Fee Status: Fee Paid. by VERIZON. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Green, Bryant) (Entered: 08/08/2023) |
| 08/09/2023 | | MINUTE ORDER granting 632 Motion for Leave to Appear Pro Hac Vice. Attorney Judith A. Zahid is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 08/09/2023. (lcapm2) (Entered: 08/09/2023) |
| 08/09/2023 | 633 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by DUCK DUCK GO, INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A – Position Statement, # 2 Exhibit A–1, # 3 Exhibit A–2, # 4 Exhibit A–3, # 5 Exhibit A–4, # 6 Exhibit A–5, # 7 Exhibit A–6, # 8 Exhibit A–7, # 9 Exhibit A–8, # 10 Exhibit A–9, # 11 Text of Proposed Order Exhibit B – Proposed Order)(Wick, Ronald) (Entered: 08/09/2023) |
| 08/09/2023 | 634 | NOTICE *Position Statement of Non–Party Verizon Concerning Confidentiality of Its Documents As Potential Trial Exhibits* by VERIZON (Green, Bryant) (Entered: 08/09/2023) |
| 08/09/2023 | 635 | NOTICE *NONPARTY MICROSOFT CORPORATION'S POSITION STATEMENT CONCERNING THE CONFIDENTIALITY OF ITS DOCUMENTS AND TESTIMONY* by MICROSOFT CORPORATION (Ray, Amy) (Entered: 08/09/2023) |
| 08/10/2023 | 636 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A (Google), # 2 Exhibit B (Google), # 3 Exhibit C (Google), # 4 Exhibit D (Google), # 5 Exhibit E (Google), # 6 Exhibit A (DOJ), # 7 Exhibit B (DOJ), # 8 Exhibit C (DOJ), # 9 Exhibit D (DOJ), # 10 Exhibit E (DOJ), # 11 Exhibit A (Apple), # 12 Exhibit DX1012, # 13 Exhibit PSX0988, # 14 Exhibit UPX0002, # 15 Exhibit UPX0058, # 16 Exhibit UPX0115, # 17 Exhibit UPX0116, # 18 Exhibit UPX0133, # 19 Exhibit UPX0143, # 20 Exhibit UPX0148, # 21 Exhibit UPX0164, # 22 Exhibit UPX0170, # 23 Exhibit UPX0190, # 24 Exhibit UPX0213, # 25 Exhibit UPX0239, # 26 Exhibit UPX0301, # 27 Exhibit UPX0302, # 28 Exhibit UPX0456, # 29 Exhibit UPX0457, # 30 Exhibit UPX0486, # 31 Exhibit UPX0495, # 32 Exhibit UPX0496, # 33 Exhibit UPX0509, # 34 Exhibit UPX0574, # 35 Exhibit UPX0586, # 36 Exhibit UPX0590, # 37 Exhibit UPX0624, # 38 Exhibit UPX0631, # 39 Exhibit UPX0641, # |

| | | |
|---|---|---|
| | | 40 Exhibit UPX0663, # 41 Exhibit UPX0665, # 42 Exhibit UPX0666, # 43 Exhibit UPX0690, # 44 Exhibit UPX0692, # 45 Exhibit UPX0749, # 46 Exhibit UPX0794, # 47 Exhibit UPX0806, # 48 Exhibit UPX0811, # 49 Exhibit UPX0818, # 50 Exhibit UPX0824, # 51 Exhibit UPX0941, # 52 Exhibit UPX0948, # 53 Exhibit UPX0984, # 54 Exhibit UPX1012, # 55 Exhibit UPX5308, # 56 Exhibit UPX5314, # 57 Exhibit UPX5336, # 58 Exhibit UPX5497, # 59 Exhibit UPX5500, # 60 Exhibit UPX5507, # 61 Exhibit UPX5509, # 62 Exhibit UPX5530, # 63 Exhibit UPX7002, # 64 Certificate of Service)(Herrmann, Karl) (Entered: 08/10/2023) |
| 08/10/2023 | | MINUTE ORDER granting in part and denying in part Non–Party Duck Duck Go, Inc.'s 633 Motion for Leave to File Under Seal its Position Statement on Confidentiality of Potential Trial Exhibits and the Underlying Documents. The court can discern no reason to seal the motion, ECF No. 633, or the supporting memorandum, ECF No. 633–1. Those filings contain only legal argument and, to the extent they refer to the disputed confidential records, those records are described as such a high level of generality that disclosure of their description would not cause Duck Duck Go competitive harm. Accordingly, the court orders Duck Duck Go to file on the public docket ECF Nos. 633 and 633–1, as well as the proposed order at ECF No. 633–11. The exhibits filed at ECF Nos. 633–2 through 633–10 shall remain under seal until further order from the court. Signed by Judge Amit P. Mehta on 08/10/2023. (lcapm2) (Entered: 08/10/2023) |
| 08/10/2023 | 637 | NOTICE – *Refiling ECF Nos. 633, 633–1, and 633–11 Pursuant to the Court's Order* by DUCK DUCK GO, INC. (Attachments: # 1 Exhibit A – Position Statement, # 2 Text of Proposed Order Exhibit B – Proposed Order)(Wick, Ronald) (Entered: 08/10/2023) |
| 08/10/2023 | 638 | NOTICE OF WITHDRAWAL OF APPEARANCE as to AMAZON.COM, INC.. Attorney Richard G. Parker terminated. (Lipton, Joshua) (Entered: 08/10/2023) |
| 08/10/2023 | | NOTICE of Hearing: The Status Conference set for August 11, 2023 at 1:00 PM before Judge Amit P. Mehta shall now proceed in Courtroom 10. Parties unable to attend in–person may participate remotely. (zjd) (Entered: 08/10/2023) |
| 08/11/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 8/11/2023. Order forthcoming setting the deadlines discussed on the record. (Court Reporter: William Zaremba) (zjd) (Entered: 08/11/2023) |
| 08/11/2023 | 639 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by APPLE INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Motion, # 2 Exhibit Declaration, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Text of Proposed Order, # 13 Text of Proposed Order)(Sunshine, Steven) (Entered: 08/11/2023) |
| 08/14/2023 | 640 | ORDER setting the schedule for the parties' submissions regarding the confidentiality of trial exhibits and proposed updated redactions to the courts summary judgment memorandum opinion, ECF No. 624. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 08/14/2023. (lcapm2) (Entered: 08/14/2023) |
| 08/14/2023 | | MINUTE ORDER granting 639 Non–Party Apple Inc.'s Sealed Motion for Leave to File Document Under Seal. Signed by Judge Amit P. Mehta on 08/14/2023. (lcapm2) (Entered: 08/14/2023) |

| 08/14/2023 | 641 | NOTICE of Appearance by Judith A. Zahid on behalf of VERIZON (Zahid, Judith) (Entered: 08/14/2023) |
|---|---|---|
| 08/14/2023 | 642 | NOTICE *Public Copy of Motion for Leave to File Under Seal* by APPLE INC. (Attachments: # 1 Text of Proposed Order)(Sunshine, Steven) (Entered: 08/14/2023) |
| 08/14/2023 | 643 | MOTION to Quash *Trial Subpoenas* by APPLE INC.. (Attachments: # 1 Declaration of Karen Hoffman Lent in Support of Motion to Quash Trial Subpoenas, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E (Filed Under Seal), # 7 Exhibit F (Filed Under Seal), # 8 Exhibit G (Filed Under Seal), # 9 Exhibit H (Filed Under Seal), # 10 Exhibit I (Redacted), # 11 Exhibit J, # 12 Text of Proposed Order)(Sunshine, Steven) (Entered: 08/14/2023) |
| 08/15/2023 | 644 | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on August 11, 2023; Page Numbers: 1–77. Date of Issuance: August 15, 2023. Court Reporter/Transcriber: William P. Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/5/2023. Redacted Transcript Deadline set for 9/15/2023. Release of Transcript Restriction set for 11/13/2023.(wz) (Entered: 08/15/2023) |
| 08/15/2023 | 645 | Memorandum in opposition to re 622 Motion in Limine *to Exclude Evidence of Benefits Outside Relevant Markets* filed by GOOGLE LLC. (Attachments: # 1 Text of Proposed Order)(Schmidtlein, John) (Entered: 08/15/2023) |
| 08/15/2023 | 646 | Memorandum in opposition to re 623 Motion in Limine *to Limit Google's Ability to Use Evidence of Product Quality as a Complete Defense to Liability* filed by GOOGLE LLC. (Attachments: # 1 Text of Proposed Order)(Schmidtlein, John) (Entered: 08/15/2023) |
| 08/15/2023 | 647 | ORDER entering the parties' stipulated order on the use of confidential information at trial. Please see the attached Order for further details. Signed by Judge Amit P. Mehta on 08/15/2023. (lcapm2) (Entered: 08/15/2023) |
| 08/15/2023 | 648 | SEALED OPPOSITION filed by STATE OF COLORADO. re 621 Sealed Motion, (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Certificate of Service Certificate of Service)(Sallet, Jonathan) (Entered: 08/15/2023) |
| 08/15/2023 | 649 | |

| | | |
|---|---|---|
| | | SEALED OPPOSITION filed by UNITED STATES OF AMERICA. re 620 Sealed Motion (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6)(Goldstein, Jeremy Michael) (Entered: 08/15/2023) |
| 08/18/2023 | 650 | REDACTED DOCUMENT– Defendant's Motion in Limine to Preclude Evidence, Testimony or Argument Concerning Abandoned Conduct Allegations to 620 SEALED MOTION filed by GOOGLE LLC by GOOGLE LLC. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Schmidtlein, John) (Entered: 08/18/2023) |
| 08/18/2023 | 651 | REDACTED DOCUMENT– Defendant's Motion in Limine to Preclude Evidence Concerning Microsoft Corp.'s Purported Estimate of Revenue from SEM Tool Feature Development to 621 SEALED MOTION filed by GOOGLE LLC by GOOGLE LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Text of Proposed Order)(Schmidtlein, John) (Entered: 08/18/2023) |
| 08/18/2023 | 652 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by Patrick Chang, Samsung Next LLC (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Motion, # 3 Exhibit Memo ISO Motion, # 4 Exhibit Declaration, # 5 Exhibit Declaration, # 6 Exhibit A, # 7 Text of Proposed Order)(Arteaga, Juan) (Entered: 08/18/2023) |
| 08/22/2023 | 653 | MOTION Public Version of Motion to Seal re 652 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by Patrick Chang, Samsung Next LLC (This document is SEALED and only available to authorized persons.) by Patrick Chang, Samsung Next LLC. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Motion, # 3 Exhibit Memo ISO Motion [Redacted], # 4 Exhibit Declaration, # 5 Exhibit Declaration, # 6 Exhibit A [Redacted], # 7 Text of Proposed Order)(Arteaga, Juan) (Entered: 08/22/2023) |
| 08/22/2023 | 654 | Joint STATUS REPORT *REGARDING DISPUTES CONCERNING ADMISSIBILITY OF TRIAL EXHIBITS AND DEPOSITION DESIGNATIONS* by GOOGLE LLC. (Schmidtlein, John) (Entered: 08/22/2023) |
| 08/23/2023 | 655 | NOTICE of Appearance by Tyler Corcoran on behalf of STATE OF TENNESSEE (Corcoran, Tyler) (Entered: 08/23/2023) |
| 08/23/2023 | 656 | NOTICE of Appearance by Austin Ostiguy on behalf of STATE OF TENNESSEE (Ostiguy, Austin) (Entered: 08/23/2023) |
| 08/23/2023 | 657 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Rosa M. Morales, Filing fee $ 100, receipt number ADCDC–10297479. Fee Status: Fee Paid. by SAMSUNG ELECTRONICS AMERICA, INC.. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Thomas, Jeane) (Entered: 08/23/2023) |
| 08/23/2023 | 658 | NOTICE of Appearance by Emma Waitzman on behalf of UNITED STATES OF AMERICA (Waitzman, Emma) (Entered: 08/23/2023) |
| 08/23/2023 | | MINUTE ORDER granting 657 Motion for Leave to Appear Pro Hac Vice. Attorney Rosa M. Morales is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 08/23/2023. (lcapm2) (Entered: 08/23/2023) |

| 08/24/2023 | 659 | NOTICE of Appearance by Tyler Corcoran on behalf of STATE OF TENNESSEE (Corcoran, Tyler) (Main Document 659 replaced on 8/29/2023) (zed). (Entered: 08/24/2023) |
| 08/24/2023 | 660 | NOTICE of Appearance by Austin Ostiguy on behalf of STATE OF TENNESSEE (Ostiguy, Austin) (Main Document 660 replaced on 8/29/2023) (zed). (Entered: 08/24/2023) |
| 08/24/2023 | 661 | RESPONSE TO ORDER OF THE COURT re 640 Order, *Submission Regarding Proposed Redactions* filed by HOME DEPOT U.S.A., INC.. (Doherty, Ronan) (Entered: 08/24/2023) |
| 08/25/2023 | 662 | SEALED OPPOSITION filed by UNITED STATES OF AMERICA. re 643 Motion to Quash, (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Herrmann, Karl) (Entered: 08/25/2023) |
| 08/25/2023 | 663 | SEALED OPPOSITION filed by UNITED STATES OF AMERICA. re 653 Motion for Miscellaneous Relief, 652 Sealed Motion for Leave to File Document Under Seal, (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Certificate of Service)(Herrmann, Karl) (Entered: 08/25/2023) |
| 08/28/2023 | 664 | NOTICE of Appearance by Rosa M. Morales on behalf of SAMSUNG ELECTRONICS AMERICA, INC. (Morales, Rosa) (Entered: 08/28/2023) |
| 08/28/2023 | 665 | RESPONSE re 621 SEALED MOTION filed by GOOGLE LLC filed by STATE OF COLORADO. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8)(Sallet, Jonathan) (Entered: 08/28/2023) |
| 08/28/2023 | 666 | ORDER responding to the parties' 654 Joint Submission Regarding Disputes Concerning Admissibility of Trial Exhibits and Deposition Designations. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 08/28/2023. (lcapm2) (Entered: 08/28/2023) |
| 08/28/2023 | 667 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A)(Herrmann, Karl) (Entered: 08/28/2023) |
| 08/28/2023 | 668 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Figures 1–6, # 2 Certificate of Service)(Schmidtlein, John) (Entered: 08/28/2023) |
| 08/28/2023 | 669 | SEALED DOCUMENT filed by STATE OF COLORADO(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service Certificate of Service)(Sallet, Jonathan) (Entered: 08/28/2023) |
| 08/30/2023 | 670 | SEALED REPLY TO OPPOSITION filed by Patrick Chang, Samsung Next LLC re 652 Sealed Motion for Leave to File Document Under Seal, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration of Juan A. Arteaga, # 2 Exhibit B)(Arteaga, Juan) (Entered: 08/30/2023) |
| 08/30/2023 | 671 | NOTICE *Statement Regarding Proposed Redactions of Potential Trial Exhibits* by DUCK DUCK GO, INC. (Attachments: # 1 Exhibit A – August 9 Position Statement)(Wick, Ronald) (Entered: 08/30/2023) |

| 08/30/2023 | 672 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit UPX5314, # 5 Certificate of Service)(Goldstein, Jeremy Michael) (Entered: 08/30/2023) |
|---|---|---|
| 08/31/2023 | 673 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service, # 2 Exhibit UPX0001, # 3 Exhibit UPX0010, # 4 Exhibit UPX0012, # 5 Exhibit UPX0123, # 6 Exhibit UPX0134, # 7 Exhibit UPX0235, # 8 Exhibit UPX0244, # 9 Exhibit UPX0266, # 10 Exhibit UPX0273, # 11 Exhibit UPX0302, # 12 Exhibit UPX0309, # 13 Exhibit UPX0312, # 14 Exhibit UPX0314, # 15 Exhibit UPX0408, # 16 Exhibit UPX0559, # 17 Exhibit UPX0560, # 18 Exhibit UPX0586, # 19 Exhibit UPX0588)(Goldstein, Jeremy Michael) (Entered: 08/31/2023) |
| 08/31/2023 | 674 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA re 673 Sealed Document,, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit UPX0605, # 2 Exhibit UPX0620, # 3 Exhibit UPX0666, # 4 Exhibit UPX0667, # 5 Exhibit UPX0678, # 6 Exhibit UPX0679, # 7 Exhibit UPX0697, # 8 Exhibit UPX0720, # 9 Exhibit UPX0781, # 10 Exhibit UPX0787, # 11 Exhibit UPX0816, # 12 Exhibit UPX0818, # 13 Exhibit UPX0824, # 14 Exhibit UPX1012, # 15 Exhibit UPX5127, # 16 Exhibit UPX5314, # 17 Exhibit UPX5317, # 18 Exhibit UPX5416, # 19 Exhibit UPX5530)(Goldstein, Jeremy Michael) (Entered: 08/31/2023) |
| 08/31/2023 | 675 | RESPONSE re 643 MOTION to Quash *Trial Subpoenas by APPLE INC.* filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Rosengart, Michael) (Entered: 08/31/2023) |
| 08/31/2023 | 676 | REPLY to opposition to motion re 643 MOTION to Quash *Trial Subpoenas* filed by APPLE INC.. (Sunshine, Steven) (Entered: 08/31/2023) |
| 08/31/2023 | 677 | REPLY to opposition to motion re 652 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by Patrick Chang, Samsung Next LLC (This document is SEALED and only available to authorized persons.) *(Public Version.)* filed by Patrick Chang, Samsung Next LLC. (Attachments: # 1 Declaration of Juan A. Arteaga, # 2 Exhibit B – Redacted)(Arteaga, Juan) (Entered: 08/31/2023) |
| 08/31/2023 | 678 | NOTICE *Defendant's Response to United States Plaintiffs' Submission in Advance of Pretrial Conference on Confidentiality* by GOOGLE LLC re 673 Sealed Document,, (Schmidtlein, John) (Entered: 08/31/2023) |
| 08/31/2023 | 679 | MOTION to Intervene *for the Limited Purpose of Seeking Public Audio Feed of Trial* by AMERICAN ECONOMIC LIBERTIES PROJECT, DEMAND PROGRESS, OPEN MARKETS INSTITUTE, REVOLVING DOOR PROJECT. (Attachments: # 1 Text of Proposed Order)(Van Dyck, Katherine) (Entered: 08/31/2023) |
| 09/01/2023 | 680 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Ryan J. Travers, Filing fee $ 100, receipt number ADCDC–10321479. Fee Status: Fee Paid. by APPLE INC.. (Attachments: # 1 Declaration of Ryan J. Travers, # 2 Certification of Good Standing, # 3 Text of Proposed Order)(Sunshine, Steven) (Entered: 09/01/2023) |
| 09/01/2023 | | MINUTE ORDER granting 680 Motion for Leave to Appear Pro Hac Vice. Attorney Ryan J. Travers is hereby admitted pro hac vice to appear in this matter. **Counsel** |

| | | |
|---|---|---|
| | | **should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 09/01/2023. (lcapm2) (Entered: 09/01/2023) |
| 09/01/2023 | 681 | MOTION to Withdraw as Attorney by STATE OF MISSOURI. (Hoeplinger, Stephen) (Entered: 09/01/2023) |
| 09/01/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Final Pretrial Conference held on 9/1/2023. (Court Reporter: William Zaremba) (zjd) (Entered: 09/01/2023) |
| 09/04/2023 | 682 | ORDER regarding confidentiality of trial exhibits and the parties' Joint Exhibit List. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 09/04/2023. (lcapm2) (Entered: 09/04/2023) |
| 09/04/2023 | 683 | ORDER ruling on the parties' pending motions in limine, ECF Nos. 620, 621, 622, 623, and the third–parties' motions to quash, ECF Nos. 643, 652–2. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 09/04/2023. (lcapm2) (Entered: 09/04/2023) |
| 09/04/2023 | | MINUTE ORDER granting 681 Motion to Withdraw as Attorney. Attorney Stephen M. Hoeplinger is terminated as counsel for Plaintiff State of Missouri. Signed by Judge Amit P. Mehta on 09/04/2023. (lcapm2) (Entered: 09/04/2023) |
| 09/08/2023 | 684 | ORDER granting Defendant's 620 Motion in Limine to Preclude Evidence, Testimony, or Argument Concerning Abandoned Conduct Allegations, with respect to Google Assistant and Internet–of–Things devices. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 09/08/2023. (lcapm2) (Entered: 09/08/2023) |
| 09/08/2023 | 685 | ORDER denying the request of Plaintiffs and the Motion of Third Parties American Economic Liberties Project, Demand Progress, Open Markets Institute, and Revolving Door Project to Intervene for the Limited Purpose of Seeking Public Audio Feed of Trial, ECF No. 679. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 09/08/2023. (lcapm2) (Entered: 09/08/2023) |
| 09/08/2023 | | Set/Reset Hearings. (zjd) (Entered: 09/08/2023) |
| 09/08/2023 | 686 | REDACTED DOCUMENT re 669 Pretrial Brief by STATE OF COLORADO. (Sallet, Jonathan) Modified event title on 9/11/2023 (znmw). (Entered: 09/08/2023) |
| 09/08/2023 | 687 | REDACTED DOCUMENT– Defendant Google LLC's Pre–Trial Brief to 668 Sealed Document by GOOGLE LLC. (Attachments: # 1 Figures 1–6)(Schmidtlein, John) (Entered: 09/08/2023) |
| 09/08/2023 | 688 | REDACTED DOCUMENT– Redacted Document to 667 Sealed Document *U.S. Plaintiffs Pre–trial Brief* by UNITED STATES OF AMERICA. (Onyema, Veronica) (Entered: 09/08/2023) |
| 09/10/2023 | 689 | NOTICE of Appearance by David C. Kully on behalf of Digital Content Next (Kully, David) (Entered: 09/10/2023) |
| 09/10/2023 | 690 | MOTION to Intervene *for the Limited Purpose of Seeking to Maximize Public Access to Trial Materials* by Digital Content Next. (Kully, David) (Entered: 09/10/2023) |
| 09/10/2023 | 691 | |

| | | |
|---|---|---|
| | | SEALED DOCUMENT filed by STATE OF COLORADO(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Sallet, Jonathan) (Entered: 09/10/2023) |
| 09/11/2023 | 692 | NOTICE of Appearance by Jennifer Marie Coronel on behalf of STATE OF ILLINOIS (Coronel, Jennifer) (Main Document 692 replaced on 9/11/2023) (zed). (Entered: 09/11/2023) |
| 09/11/2023 | 693 | NOTICE of Appearance by Jonathan Edward Farmer on behalf of COMMONWEALTH OF KENTUCKY (Farmer, Jonathan) (Entered: 09/11/2023) |
| 09/11/2023 | | Notice of Hearing: Bench trial is scheduled to proceed on September 12, 2023 at 9:30 AM. Members of the public or media may remotely access opening statements by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. The public access line will not be connected for any witness testimony. Recording or rebroadcasting proceedings is prohibited. (zjd) (Entered: 09/11/2023) |
| 09/12/2023 | 694 | ORDER updating the redactions to the court's memorandum opinion, ECF No. 624. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 09/12/2023. (lcapm2) (Entered: 09/12/2023) |
| 09/12/2023 | 695 | NOTICE of Appearance by Ryan J. Travers on behalf of APPLE INC. (Travers, Ryan) (Entered: 09/12/2023) |
| 09/12/2023 | 696 | TRANSCRIPT OF PRETRIAL CONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on September 1, 2023; Page Numbers: 1–126. Date of Issuance: September 12, 2023. Court Reporter/Transcriber: William P. Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form <br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter. <br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br>Redaction Request due 10/3/2023. Redacted Transcript Deadline set for 10/13/2023. Release of Transcript Restriction set for 12/11/2023.(wz) (Entered: 09/12/2023) |
| 09/12/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 1) held on 9/12/2023. Bench Trial shall resume on 9/13/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Janice Dickman (p.m.); Plaintiffs' Witness: Dr. Hal Varian (began direct examination). (zjd) (Entered: 09/12/2023) |
| 09/12/2023 | 697 | NOTICE of Appearance by George Charles Nierlich on behalf of UNITED STATES OF AMERICA (Nierlich, George) (Entered: 09/12/2023) |

| 09/13/2023 | 698 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Bradley J. Pierson, Filing fee $ 100, receipt number ADCDC–10347002. Fee Status: Fee Paid. by APPLE INC.. (Attachments: # 1 Declaration of Bradley J. Pierson, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Sunshine, Steven) (Entered: 09/13/2023) |
|---|---|---|
| 09/13/2023 | 699 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Michael A. Lanci, Filing fee $ 100, receipt number ADCDC–10347058. Fee Status: Fee Paid. by APPLE INC.. (Attachments: # 1 Declaration of Michael A. Lanci, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Sunshine, Steven) (Entered: 09/13/2023) |
| 09/13/2023 | 700 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Andrew J. Shanahan, Filing fee $ 100, receipt number ADCDC–10347098. Fee Status: Fee Paid. by APPLE INC.. (Attachments: # 1 Declaration of Andrew J. Shanahan, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Sunshine, Steven) (Entered: 09/13/2023) |
| 09/13/2023 | 701 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF WEST VIRGINIA. Attorney Tanya Lynn Godfrey terminated. (Davis, Douglas) (Entered: 09/13/2023) |
| 09/13/2023 | | MINUTE ORDER granting Non–Party Apple, Inc.'s Motions for Admission Pro Hac Vice, ECF Nos. 698, 699, 700. Attorneys Bradley J. Pierson, Michael A. Lanci, and Andrew J. Shanahan are hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 09/13/23. (lcapm2) (Entered: 09/13/2023) |
| 09/13/2023 | 702 | NOTICE of Appearance by Christopher Michael D'Angelo on behalf of STATE OF NEW YORK (D'Angelo, Christopher) (Entered: 09/13/2023) |
| 09/13/2023 | 703 | NOTICE of Appearance by Ian David Hoffman on behalf of UNITED STATES OF AMERICA (Hoffman, Ian) (Main Document 703 replaced on 9/13/2023) (zed). (Entered: 09/13/2023) |
| 09/13/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 2) held on 9/13/2023. Bench Trial shall resume on 9/14/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Janice Dickman (p.m.); Plaintiffs' Witnesses: Chris Barton (completed testimony), Dr. Hal Varian (completed testimony), and Dr. Antonio Rangel (began direct examination). (zjd) (Entered: 09/13/2023) |
| 09/14/2023 | 704 | NOTICE of Appearance by Aaron D. Hoag on behalf of UNITED STATES OF AMERICA (Hoag, Aaron) (Entered: 09/14/2023) |
| 09/14/2023 | 705 | NOTICE of Appearance by Andrew J. Shanahan on behalf of APPLE INC. (Shanahan, Andrew) (Entered: 09/14/2023) |
| 09/14/2023 | 706 | NOTICE of Appearance by Michael A. Lanci on behalf of APPLE INC. (Lanci, Michael) (Entered: 09/14/2023) |
| 09/14/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 3) held on 9/14/2023. Bench Trial shall resume on 9/15/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Jeff Hook (p.m.); Plaintiffs' Witnesses: Dr. Antonio Rangel (completed testimony) and |

| | | Jim Kolotouros (began direct examination). (zjd) (Entered: 09/14/2023) |
|---|---|---|
| 09/15/2023 | 707 | NOTICE of Appearance by Norman Wesley Marden on behalf of COMMONWEALTH OF PENNSYLVANIA (Marden, Norman) (Entered: 09/15/2023) |
| 09/15/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 4) held on 9/15/2023. Bench Trial shall resume on 9/18/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporter: Janice Dickman. Plaintiffs' Witness: Jim Kolotouros (completed testimony). (zjd) (Entered: 09/15/2023) |
| 09/18/2023 | 708 | SEALED DOCUMENT filed by GOOGLE LLC re 691 Sealed Document (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 09/18/2023) |
| 09/18/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 5) held on 9/18/2023. Bench Trial shall resume on 9/19/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Sara Wick (p.m.). Plaintiffs' Witnesses: Brian Higgins (completed testimony) and Jerry Dischler (began cross–examination). (zjd) (Entered: 09/18/2023) |
| 09/19/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 6) held on 9/19/2023. Bench Trial shall resume on 9/20/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Jeff Hook (p.m.). Plaintiffs' Witnesses: Jerry Dischler (completed testimony), John Yoo (completed testimony), and Mike Roszak (began direct examination). (zjd) (Entered: 09/19/2023) |
| 09/20/2023 | 709 | MEMORANDUM by UNITED STATES OF AMERICA. (Onyema, Veronica) (Entered: 09/20/2023) |
| 09/20/2023 | 710 | MEMORANDUM by GOOGLE LLC. (Schmidtlein, John) (Entered: 09/20/2023) |
| 09/20/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 7) held on 9/20/2023. Bench Trial shall resume on 9/21/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Sara Wick (p.m.). Plaintiffs' Witnesses: Mike Roszak (completed testimony) and Dr. Eric Lehman (began cross–examination). (zjd) (Entered: 09/20/2023) |
| 09/21/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 8) held on 9/21/2023. Bench Trial shall resume on 9/22/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Jeff Hook (p.m.) (p.m.). Plaintiffs' Witnesses: Dr. Eric Lehman (completed testimony), Gabriel Weinberg (completed testimony), and John Giannandrea (began direct examination). (zjd) (Entered: 09/21/2023) |
| 09/22/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 9) held on 9/22/2023. Bench Trial shall resume on Tuesday, September 26, 2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporter: Janice Dickman. Plaintiffs' Witness: John Giannandrea (completed testimony). (zjd) (Entered: 09/22/2023) |
| 09/22/2023 | 711 | NOTICE *of Exhibits Admitted into Evidence in Bulk* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Herrmann, Karl) (Entered: 09/22/2023) |

| 09/25/2023 | | MINUTE ORDER. The court hereby authorizes disclosure of the under seal portions of the testimony of John Giannandrea pertaining only to his time at Apple to counsel of record for Apple. Signed by Judge Amit P. Mehta on 9/25/23. (lcapm2) (Entered: 09/25/2023) |
|---|---|---|
| 09/25/2023 | 712 | NOTICE of Appearance by Jennifer Levy on behalf of STATE OF NEW YORK (Levy, Jennifer) (Entered: 09/25/2023) |
| 09/25/2023 | 713 | NOTICE of Appearance by Letitia James on behalf of STATE OF NEW YORK (James, Letitia) (Entered: 09/25/2023) |
| 09/25/2023 | 714 | Joint STATUS REPORT *Regarding Public Posting of Trial Exhibits* by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A (Plaintiffs' Proposed Order), # 2 Exhibit B (Google's Proposed Order))(Herrmann, Karl) (Entered: 09/25/2023) |
| 09/25/2023 | 715 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Certificate of Service)(Herrmann, Karl) (Entered: 09/25/2023) |
| 09/25/2023 | 716 | REDACTED DOCUMENT– United States Plaintiffs' Submission Regarding Confidentiality in Advance of Testimony of Eddy Cue of Apple to 715 Sealed Document by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A (Filed Under Seal), # 2 Exhibit B (Filed Under Seal), # 3 Exhibit C (Filed Under Seal), # 4 Exhibit D (Filed Under Seal))(Herrmann, Karl) (Entered: 09/25/2023) |
| 09/25/2023 | 717 | MEMORANDUM by APPLE INC.. (Attachments: # 1 Exhibit A)(Sunshine, Steven) (Entered: 09/25/2023) |
| 09/26/2023 | 718 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Certificate of Service)(Schmidtlein, John) (Entered: 09/26/2023) |
| 09/26/2023 | | NOTICE OF ERROR re 711 Notice (Other); emailed to karl.herrmann@usdoj.gov, cc'd 318 associated attorneys –– The PDF file you docketed contained errors: 1. **Please note the following for future filings; do not refile document**, 2. Future filings may be ENTERED IN ERROR, 3. Signature of filer must match the name on the PACER account. (mg, ) (Entered: 09/26/2023) |
| 09/26/2023 | | MINUTE ORDER. The court hereby authorizes the release of the under seal portion of the testimony of Gabriel Weinberg to counsel of record for Duck Duck Go, Inc. Signed by Judge Amit P. Mehta on 9/26/23. (lcapm2) (Entered: 09/26/2023) |
| 09/26/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 10) held on 9/26/2023. Bench Trial shall resume on 9/27/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Jeff Hook (p.m.). Plaintiffs' Witnesses: Eddy Cue (completed testimony) and Mikhail Parakhin (began direct examination). (zjd) (Entered: 09/26/2023) |
| 09/27/2023 | 719 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Julia K. York, Filing fee $ 100, receipt number ADCDC–10380785. Fee Status: Fee Paid. by APPLE INC.. (Attachments: # 1 Declaration of Julia K. York, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Sunshine, Steven) (Entered: 09/27/2023) |
| 09/27/2023 | 720 | |

| | | |
|---|---|---|
| | | MOTION to Enforce *Court Order Regarding Trial Schedule* by GOOGLE LLC. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6)(Schmidtlein, John) (Entered: 09/27/2023) |
| 09/27/2023 | | MINUTE ORDER granting 719 Motion for Leave to Appear Pro Hac Vice. Attorney Julia K. York is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 09/27/2023. (lcapm2) (Entered: 09/27/2023) |
| 09/27/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 11) held on 9/27/2023. Bench Trial set for 9/28/2023 at 8:15 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Janice Dickman (p.m.). Plaintiffs' Witnesses: Mikhail Parakhin (completed testimony), Anna Kartasheva (completed testimony), and Alex Austin (began cross−examination). (zjd) (Entered: 09/27/2023) |
| 09/27/2023 | 721 | Memorandum in opposition to re 720 Motion to Enforce *Court Order regarding Trial Schedule* filed by UNITED STATES OF AMERICA. (Onyema, Veronica) (Entered: 09/27/2023) |
| 09/28/2023 | 722 | Memorandum in opposition to re 720 Motion to Enforce *Court Order regarding Trial Schedule* filed by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 09/28/2023) |
| 09/28/2023 | 723 | NOTICE of Appearance by Julia K. York on behalf of APPLE INC. (York, Julia) (Main Document 723 replaced on 9/29/2023) (znmw). (Entered: 09/28/2023) |
| 09/28/2023 | | MINUTE ORDER. The court hereby authorizes the unsealing and disclosure, as requested, of the transcript of September 20, 2023 (AM), lines 1690:11−1700:21, and September 20, 2023 (PM), lines 1741:10−1743:18. Signed by Judge Amit P. Mehta on 9/28/23. (lcapm2) (Entered: 09/28/2023) |
| 09/28/2023 | 724 | Emergency MOTION to Intervene *to Ensure Public Access to Trial Evidence* by Jon Schweppe, ADAM CANDEUB. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Bailen, Mark) (Entered: 09/28/2023) |
| 09/28/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 12) held on 9/28/2023. Proposed Transcript Redactions due by 10/2/2023. Bench Trial shall resume on 9/29/2023 at 9:00 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Sara Wick (p.m.). Plaintiffs' Witnesses: Alex Austin (completed testimony) and Jon Tinter (began cross−examination). (zjd) (Entered: 09/28/2023) |
| 09/28/2023 | 725 | ORDER on Posting Trial Materials. See attached order for full details. Signed by Judge Amit P. Mehta on 9/28/2023. (zjd) (Entered: 09/28/2023) |
| 09/28/2023 | | MINUTE ORDER. The court hereby authorizes disclosure to counsel of record for Apple the under seal portions of the September 26, 2023, transcript that contain (1) the testimony of Eddy Cue and (2) the discussions in which Apples counsel participated. Signed by Judge Amit P. Mehta on 9/28/23. (lcapm2) (Entered: 09/28/2023) |
| 09/29/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 13) held on 9/29/2023. Bench Trial shall resume on 10/2/2023 at 9:30 AM in |

| | | |
|---|---|---|
| | | Courtroom 10 before Judge Amit P. Mehta. Court Reporter: Janice Dickman. Plaintiffs' Witness: Jon Tinter (completed testimony). (zjd) (Entered: 09/29/2023) |
| 09/29/2023 | | MINUTE ORDER. The court grants in part and denies in part the Emergency Motion to Intervene by Non–Parties Jon Schweppe of the American Principles Project and Adam Candeub of the Center for Renewing America, ECF No. 724. The court grants the non–parties intervention for the limited purpose set forth in the motion, but denies the further relief requested. Signed by Judge Amit P. Mehta on 9/29/23. (lcapm2) (Entered: 09/29/2023) |
| 10/02/2023 | 726 | NOTICE of Appearance by Adam Gitlin on behalf of DISTRICT OF COLUMBIA (Gitlin, Adam) (Entered: 10/02/2023) |
| 10/02/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 14) held on 10/2/2023. Proposed Transcript Redactions due by 10/6/2023. Bench Trial shall resume on 10/3/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Jeff Hook (p.m.). Plaintiffs' Witnesses: Satya Nadella (completed testimony) and Sridhar Ramaswamy (began cross–examination). (zjd) (Entered: 10/02/2023) |
| 10/03/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 15) held on 10/3/2023. Bench Trial shall resume on 10/4/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Janice Dickman (p.m.). Plaintiffs' Witnesses: Sridhar Ramaswamy (completed testimony), Joshua Lowcock (completed testimony), and Adam Juda (began direct examination). (zjd) (Entered: 10/03/2023) |
| 10/03/2023 | 727 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 10/03/2023) |
| 10/04/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 16) held on 10/4/2023. Bench Trial shall resume on 10/5/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Sara Wick (p.m.). Plaintiffs' Witnesses: Adam Juda (completed testimony) and Ryan Krueger (began direct examination). (zjd) (Entered: 10/04/2023) |
| 10/05/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 17) held on 10/5/2023. Bench Trial shall resume on 10/6/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Jeff Hook (p.m.). Plaintiffs' Witnesses: Ryan Krueger (completed testimony), Patrick Chang (completed testimony), and Professor Michael Whinston (began direct examination). (zjd) (Entered: 10/05/2023) |
| 10/06/2023 | | MINUTE ORDER updating the redactions to the court's memorandum opinion, ECF No. 624. The final public version of the court's summary judgment opinion reflects unredacted text on the pages and lines indicated in the court's prior order, ECF No. 694, as well as the following pages and lines: (1) page 18 at line 17, (2) page 42 at line 15, (3) page 52 at lines 18–19, and (4) page 53 at lines 1–2. The court considered Defendant's objections to redacting certain market share numbers, but ultimately finds that a weighing of the Hubbard factors requires their release. Signed by Judge Amit P. Mehta on 10/6/23. (lcapm2) (Entered: 10/06/2023) |
| 10/06/2023 | | |

| | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 18) held on 10/6/2023. Bench Trial shall resume on Tuesday, October 10, 2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporter: William Zaremba. Plaintiffs' Witnesses: Amit Varia (completed testimony) and Professor Michael Whinston (completed direct testimony as to market definition and monopoly power). (zjd) (Entered: 10/06/2023) |
|---|---|---|
| 10/06/2023 | 728 | REDACTED MEMORANDUM OPINION AND ORDER. For the reasons stated in the 624 Memorandum Opinion, Google's 421 and 426 Motions for Summary Judgment are granted in part and denied in part. This is the final public version of the court's summary judgment opinion. Signed by Judge Amit P. Mehta on 10/6/23. (lcapm2) (Entered: 10/06/2023) |
| 10/10/2023 | 729 | MEMORANDUM by GOOGLE LLC. (Schmidtlein, John) (Entered: 10/10/2023) |
| 10/10/2023 | 730 | MEMORANDUM by VERIZON. (Zahid, Judith) (Entered: 10/10/2023) |
| 10/10/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 19) held on 10/10/2023. Proposed Transcript Redactions due by 10/13/2023. Bench Trial shall resume on 10/11/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Jeff Hook (p.m.). Plaintiffs' Witnesses: Tracy–Ann Lim (completed testimony) and Joan Braddi (completed testimony). (zjd) (Entered: 10/10/2023) |
| 10/11/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 20) held on 10/11/2023. Bench Trial shall resume on 10/12/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Sara Wick (p.m.). Plaintiffs' Witnesses: Ryan Booth (completed testimony), Arjan Dijk (completed testimony), and Professor Kinshuk Jerath (began direct examination). (zjd) (Entered: 10/11/2023) |
| 10/12/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 21) held on 10/12/2023. Bench Trial shall resume on Monday, October 16, 2023 at 09:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Jan Dickman (p.m.). Plaintiffs' Witness: Professor Kinshuk Jerath (completed testimony). (zjd) (Entered: 10/12/2023) |
| 10/16/2023 | 731 | MOTION to Intervene *and for Access to Judicial Records* by The New York Times Company. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Sumar, Al–Amyn). Added MOTION to Permit on 10/17/2023 (mg). (Entered: 10/16/2023) |
| 10/16/2023 | 732 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by The New York Times Company (Sumar, Al–Amyn) (Entered: 10/16/2023) |
| 10/16/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 22) held on 10/16/2023. Bench Trial shall resume on 10/17/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: Jeff Hook (a.m.) and Jan Dickman (p.m.). Plaintiffs' Witness: Professor Michael Whinston (began cross–examination). (zjd) (Entered: 10/16/2023) |
| 10/17/2023 | 733 | MEMORANDUM by GOOGLE LLC. (Schmidtlein, John) (Entered: 10/17/2023) |
| 10/17/2023 | 734 | REDACTED DOCUMENT– Defendant's Response to the Court's Order Regarding UPX0552, UPX0137, and the Declaration of Sang Eun (Kate) Lee by GOOGLE |

| | | |
|---|---|---|
| | | LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Schmidtlein, John) (Entered: 10/17/2023) |
| 10/17/2023 | 735 | SEALED DOCUMENT filed by GOOGLE LLC re 734 Redacted Document, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit B−1, # 2 Certificate of Service)(Schmidtlein, John) (Entered: 10/17/2023) |
| 10/17/2023 | 736 | MEMORANDUM re 733 Memorandum filed by GOOGLE LLC by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 10/17/2023) |
| 10/17/2023 | 737 | SUPPLEMENTAL MEMORANDUM to re 731 MOTION to Intervene *and for Access to Judicial Records* MOTION to Permit filed by NEW YORK TIMES COMPANY. (Attachments: # 1 Text of Proposed Order)(Sumar, Al−Amyn) (Entered: 10/17/2023) |
| 10/17/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 23) held on 10/17/2023. Bench Trial shall resume on 10/18/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: Jeff Hook (a.m.) and Sara Wick (p.m.). Plaintiffs' Witnesses: Professor Michael Whinston (completed testimony) and Neil Barrett−Bowen (completed testimony). (zjd) (Entered: 10/17/2023) |
| 10/17/2023 | | MINUTE ORDER. The court has released, with appropriate redactions, the closed−session transcripts of the testimony of Brian Higgins and Jim Kolotouros. The court applied the Hubbard factors to the proposed redactions, and accepted those that are in accord with the court's explanations for sealing portions of the transcripts of John Giannandrea and Gabriel Weinberg. Hrg Tr. at 4363:7–4368:25 (Oct. 4, 2023). The transcripts can be ordered directly from the court reporter. Signed by Judge Amit P. Mehta on 10/17/23. (lcapm2) (Entered: 10/17/2023) |
| 10/18/2023 | | MINUTE ORDER. As stated on the record during the morning proceedings, moving forward, the court hereby institutes the following procedure for proposed closed−session testimony: (1) a party that believes a closed session will be required for either the direct or cross−examination of a witness shall so notify the court by the end of the trial day immediately prior to the day of the witness's expected testimony; (2) the court will docket the anticipated closed session the evening before the witness's expected testimony; and (3) the court will consider arguments and objections with respect to the proposed closed session, including from a media representative, at 9:30 a.m. on the day of the witness's expected testimony. Signed by Judge Amit P. Mehta on 10/18/23. (lcapm2) Modified on 10/18/2023 (zjd). (Entered: 10/18/2023) |
| 10/18/2023 | | MINUTE ORDER. The parties have advised the court of possible closed−session testimony from witness Paul Vallez (Skai) on October 19, 2023. The court will consider any argument and objections regarding the proposed closed session at 9:30 a.m. on October 19, 2023. Signed by Judge Amit P. Mehta on 10/18/23. (lcapm2) (Entered: 10/18/2023) |
| 10/18/2023 | | MINUTE ORDER. The court has released, with appropriate redactions, the closed−session transcripts of the testimony of Jonathan Yoo, Michael Roszak, and Eric Lehman. The court applied the Hubbard factors to the proposed redactions, and accepted those that are in accord with the court's explanations on the record during the afternoon proceedings. The transcripts can be ordered directly from the court reporter. Signed by Judge Amit P. Mehta on 10/18/23. (lcapm2) (Entered: 10/18/2023) |

| 10/18/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 24) held on 10/18/2023. Bench Trial shall resume on 10/19/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: Sara Wick (a.m.) and Jeff Hook (p.m.). Defense Witness: Dr. Pandu Nayak (completed testimony). (zjd) (Entered: 10/18/2023) |
|---|---|---|
| 10/18/2023 | 738 | MEMORANDUM by GOOGLE LLC. (Schmidtlein, John) (Entered: 10/18/2023) |
| 10/19/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 25) held on 10/19/2023. Bench Trial shall resume on Tuesday, October 24, 2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: Sara Wick (a.m.) and Jan Dickman (p.m.). Plaintiffs' Witnesses: Jeffrey Hurst (completed testimony) and Paul Vallez (completed testimony). (zjd) (Entered: 10/19/2023) |
| 10/19/2023 | 739 | REPLY to opposition to motion re 731 MOTION to Intervene *and for Access to Judicial Records* MOTION to Permit filed by NEW YORK TIMES COMPANY. (Sumar, Al–Amyn) (Entered: 10/19/2023) |
| 10/20/2023 | 740 | REDACTED DOCUMENT– Notice of Filing of Excerpt of Joint Status Report and Accompanying Declarations by GOOGLE LLC. (Attachments: # 1 Google's Position Statement Regarding Issues Relating to Confidentiality (ECF 636), # 2 Exhibit A (Simon Declaration), # 3 Exhibit B (Zwibelman Declaration), # 4 Exhibit C (Daly Declaration), # 5 Exhibit D (Lee Declaration), # 6 Exhibit E (Bondar Declaration))(Schmidtlein, John) (Entered: 10/20/2023) |
| 10/20/2023 | 741 | REDACTED DOCUMENT– Defendant's Memorandum Regarding the Confidentiality of JX0033, UPX0586, UPX0588, and UPX0594 to 718 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 10/20/2023) |
| 10/20/2023 | 742 | REDACTED DOCUMENT– Defendant's Memorandum Regarding the Confidentiality of the Testimony of Apple Employees John Giannandrea and Eduardo Cue to 727 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 10/20/2023) |
| 10/22/2023 | 743 | MINUTE ORDER. The parties have offered the attached order setting forth procedures for releasing exhibits requested by the press. Intervenor New York Times shall submit any comments to the proposed order by 5:00 p.m. on October 23, 2023. Signed by Judge Amit P. Mehta on 10/22/23. (lcapm2) (Entered: 10/22/2023) |
| 10/23/2023 | 744 | MEMORANDUM re 743 Order, by NEW YORK TIMES COMPANY. (Attachments: # 1 Text of Proposed Order)(Sumar, Al–Amyn) (Entered: 10/23/2023) |
| 10/23/2023 | 745 | Unopposed MOTION for Order *Regarding The Disclosure Of Exhibits Containing Confidential Material During Googles Case–In–Chief* by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Herrmann, Karl) (Entered: 10/23/2023) |
| 10/24/2023 | 746 | MEMORANDUM by GOOGLE LLC. (Schmidtlein, John) (Entered: 10/24/2023) |
| 10/24/2023 | 747 | MOTION to Amend/Correct *To Correct The Record* by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Herrmann, Karl) Modified relief on 10/27/2023 (mg). (Entered: 10/24/2023) |
| 10/24/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 26) held on 10/24/2023. Bench Trial shall resume on 10/25/2023 at 9:30 AM in |

| | | |
|---|---|---|
| | | Courtroom 10 before Judge Amit P. Mehta. Court Reporters: Sara Wick (a.m.) and Jan Dickman (p.m.). Plaintiffs' Witnesses: Jason Krueger (completed testimony) and Professor Wilfred Amaldoss (began cross–examination). (zjd) (Entered: 10/24/2023) |
| 10/25/2023 | | NOTICE OF HEARING. Bench trial set for 10/25/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta shall now proceed at 10:30 AM in Courtroom 10 (same date, new time). (Entered: 10/25/2023) |
| 10/25/2023 | 748 | ORDER granting Plaintiffs' 745 Unopposed Motion for Order Regarding the Disclosure of Exhibits Containing Confidential Material During Google's Case–In–Chief. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 10/25/23. (lcapm2) (Entered: 10/25/2023) |
| 10/25/2023 | 749 | ORDER granting Plaintiffs' 747 Unopposed Motion for Order to Correct the Record. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 10/25/23. (lcapm2) (Entered: 10/25/2023) |
| 10/25/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 27) held on 10/25/2023. Bench Trial shall resume on 10/26/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: Jeff Hook (a.m.) and Sara Wick (p.m.). Plaintiffs' Witnesses: Professor Wilfred Amaldoss (completed testimony) and Professor Jonathan Baker (began cross–examination). (zjd) (Entered: 10/25/2023) |
| 10/25/2023 | 750 | ORDER. For the reasons stated on the record and in the attached Order, the court grants in part and denies in part Intervenor New York Times' 731 Motion to Intervene and for Access to Judicial Records. The court grants the New York Times intervention for the limited purpose set forth in the motion. The court grants in part and denies in part the further relief requested. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 10/25/23. (lcapm2) (Entered: 10/25/2023) |
| 10/26/2023 | 751 | NOTICE *of Exhibits Admitted into Evidence in Bulk* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Herrmann, Karl) (Entered: 10/26/2023) |
| 10/26/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 28) held on 10/26/2023. Bench Trial shall resume on 10/27/2023 at 9:30 AM in Courtroom 10 Judge Amit P. Mehta. Court Reporters: Jan Dickman (a.m.) and Jeff Hook (p.m.). Plaintiffs' Witness: Professor Jonathan Baker (completed testimony). Defense Witness: Dr. Prabhakar Raghavan (began cross–examination). (zjd) (Entered: 10/26/2023) |
| 10/27/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 29) held on 10/27/2023. Bench Trial shall resume on 10/30/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Courtroom 24 will be the overflow courtroom. Court Reporter: Sara Wick: Defense Witness: Dr. Prabhakar Raghavan (completed testimony). (zjd) (Entered: 10/27/2023) |
| 10/30/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 30) held on 10/30/2023. Bench Trial shall resume on 10/31/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: Jeff Hook (a.m.) and Jan Dickman (p.m.). Defense Witnesses: Sundar Pichai (completed testimony) and Professor Edward Fox (began cross examination). (zjd) (Entered: 10/30/2023) |

| 10/31/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 31) held on 10/31/2023. Bench Trial shall resume on 11/1/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: Sara Wick (a.m.) and Jeff Hook (p.m.). Defense Witnesses: Professor Edward Fox (completed testimony) and Dr. Ben Gomes (completed testimony). (zjd) (Entered: 10/31/2023) |
| --- | --- | --- |
| 10/31/2023 | 752 | NOTICE of Appearance by Toyja E. Kelley, Sr on behalf of Farmers Group, Inc. (Kelley, Toyja) (Main Document 752 replaced on 11/1/2023) (mg). (Entered: 10/31/2023) |
| 10/31/2023 | 753 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by Farmers Group, Inc. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A – Objection, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Kelley, Toyja) (Entered: 10/31/2023) |
| 11/01/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 32) held on 11/1/2023. Bench Trial shall resume on 11/2/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporter Jan Dickman (a.m.) and Sara Wick (p.m.). Defense Witnesses: Elizabeth Reid (completed testimony), Eric Christensen (called by video deposition; completed testimony), Mitchell Baker (called by video deposition; completed testimony). (zjd) (Entered: 11/01/2023) |
| 11/02/2023 | 754 | MOTION To Preclude Rebuttal Testimony of Michael A.M. Davies by GOOGLE LLC. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order, # 3 Rule 7(m) Certification)(Schmidtlein, John) Modified on 11/6/2023 (mg). (Entered: 11/02/2023) |
| 11/02/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 33) held on 11/2/2023. Bench Trial shall resume on 11/3/2023 at 09:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: Jan Dickman (a.m.) and Jeff Hook (p.m.). Defense Witness: Dr. Mark A. Israel (began cross–examination). (lsj) (Entered: 11/02/2023) |
| 11/02/2023 | 755 | NOTICE *of Exhibits Admitted into Evidence in Bulk* by GOOGLE LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit F)(Schmidtlein, John) (Entered: 11/02/2023) |
| 11/03/2023 | | MINUTE ORDER granting Farmers Group, Inc.'s 753 Motion for Leave to File Document Under Seal, and denying as moot the further relief requested in the Sealed Objection, ECF No. 753–1. Signed by Judge Amit P. Mehta on 11/3/23. (lcapm2) (Entered: 11/03/2023) |
| 11/03/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 34) held on 11/3/2023. Bench Trial shall resume on 11/6/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporter: Sara Wick. Defense Witness: Dr. Mark A. Israel (resumed cross–examination). (zjd) (Entered: 11/03/2023) |
| 11/03/2023 | 756 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Certificate of Service)(Schmidtlein, John) (Entered: 11/03/2023) |
| 11/03/2023 | 757 | REDACTED DOCUMENT– Defendant's Notice Regarding Designated Deposition Testimony of Eric Christensen and Mitchell Baker to 756 Sealed Document by GOOGLE LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Schmidtlein, John) |

| | | (Entered: 11/03/2023) |
|---|---|---|
| 11/06/2023 | 758 | Memorandum in opposition to re 754 Motion for Miscellaneous Relief *Motion to Preclude Rebuttal Testimony of Michael A.M. Davies* filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit)(Onyema, Veronica) (Entered: 11/06/2023) |
| 11/06/2023 | 759 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Certificate of Service)(Herrmann, Karl) (Entered: 11/06/2023) |
| 11/06/2023 | 760 | REDACTED DOCUMENT– United States Plaintiffs' Submission Regarding The Public Posting of JX0024 and JX0033 to 759 Sealed Document, by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A (Redacted Version), # 2 Exhibit B (Redacted Version), # 3 Exhibit C (Redacted Version), # 4 Exhibit D (Redacted Version), # 5 Exhibit E, # 6 Exhibit F, # 7 Certificate of Service)(Herrmann, Karl) (Entered: 11/06/2023) |
| 11/06/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 35) held on 11/6/2023. Bench Trial shall resume on 11/7/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Janice Dickman (p.m.). Defense Witnesses: Dr. Mark A. Israel (completed testimony) and Jennifer Fitzpatrick (completed testimony). (zjd) (Entered: 11/06/2023) |
| 11/06/2023 | | MINUTE ORDER. The parties have advised the court of proposed closed–session testimony from witness Adrienne McCallister (Google) on November 7, 2023. The court will consider any argument and objections regarding the proposed closed session at 9:30 a.m. on November 7, 2023. Signed by Judge Amit P. Mehta on 11/6/23. (lcapm2) (Entered: 11/06/2023) |
| 11/06/2023 | 761 | REDACTED DOCUMENT– Evidentiary Proffer to 691 Sealed Document by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 11/06/2023) |
| 11/07/2023 | 762 | REPLY to opposition to motion re 754 MOTION in Limine *to Preclude Rebuttal Testimony of Michael A.M. Davies* filed by GOOGLE LLC. (Schmidtlein, John) (Entered: 11/07/2023) |
| 11/07/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 36) held on 11/7/2023. Bench Trial shall resume on 11/8/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Proposed Transcript Redactions due by 11/9/2023. Court Reporters: William Zaremba (a.m.) and Jeff Hook (p.m.). Defense Witnesses: Richard Holden (completed testimony) and Adrienne McCallister (completed testimony). (zjd) (Entered: 11/07/2023) |
| 11/07/2023 | 763 | NOTICE *of Exhibits Admitted into Evidence in Bulk* by GOOGLE LLC (Attachments: # 1 Exhibit A)(Schmidtlein, John) (Entered: 11/07/2023) |
| 11/08/2023 | 764 | MOTION to Seal Document re 760 *to Seal Filing* by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Herrmann, Karl) Modified relief on 11/9/2023 (mg). (Entered: 11/08/2023) |
| 11/08/2023 | 765 | REDACTED DOCUMENT– United States Plaintiffs' Submission Regarding The Public Posting of JX0024 and JX0033 to 759 Sealed Document, by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Certificate of Service)(Herrmann, |

| | | Karl) (Entered: 11/08/2023) |
|---|---|---|
| 11/08/2023 | 766 | NOTICE of Appearance by Jesse Josef Moore, I on behalf of STATE OF INDIANA (Moore, Jesse) (Main Document 766 replaced on 11/13/2023) (znmw). (Entered: 11/08/2023) |
| 11/08/2023 | | MINUTE ORDER granting Plaintiffs' 764 Motion for Order. The previously–public submission, ECF No. 760, shall remain under seal due to inadvertently omitted redactions. Signed by Judge Amit P. Mehta on 11/8/23. (lcapm2) (Entered: 11/08/2023) |
| 11/08/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 37) held on 11/8/2023. Bench Trial shall resume on 11/9/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Sara Wick (p.m.). Defense Witnesses: Jamie Rosenberg (completed testimony) and Jeffrey Giard (called by video deposition; completed testimony). (zjd) (Entered: 11/08/2023) |
| 11/08/2023 | 767 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by APPLE INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Proposed Order Granting Motion To Seal, # 2 Exhibit Non–Party Petitioner Apple Inc.'s Response to Plaintiff Department of Justice's Submission)(Sunshine, Steven) (Entered: 11/08/2023) |
| 11/08/2023 | 768 | SEALED DOCUMENT filed by GOOGLE LLC re 759 Sealed Document, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 11/08/2023) |
| 11/08/2023 | 769 | REDACTED DOCUMENT– Defendant Google LLC's Response to United States Plaintiffs' Submission Regarding the Public Posting of JX0024 and JX0033 to 768 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 11/08/2023) |
| 11/09/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 38) held on 11/9/2023. Bench Trial shall resume on 11/13/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporter: William Zaremba. Defense Witnesses: Daniel Levy (called by video deposition; completed testimony) and Jeffrey Ezell (called by video deposition; completed testimony). (zjd) (Entered: 11/09/2023) |
| 11/09/2023 | 770 | NOTICE *of Exhibits Admitted into Evidence in Bulk* by GOOGLE LLC (Attachments: # 1 Exhibit A)(Schmidtlein, John) (Entered: 11/09/2023) |
| 11/10/2023 | 771 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Certificate of Service)(Schmidtlein, John) (Entered: 11/10/2023) |
| 11/10/2023 | 772 | REDACTED DOCUMENT– Defendant's Notice Regarding Designated Deposition Testimony of Jeffrey Giard, Daniel Levy, and Jeffrey Ezell to 771 Sealed Document by GOOGLE LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Schmidtlein, John) (Entered: 11/10/2023) |
| 11/13/2023 | 773 | MEMORANDUM by GOOGLE LLC. (Schmidtlein, John) (Entered: 11/13/2023) |
| 11/13/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 39) held on 11/13/2023. Bench Trial shall resume on 11/14/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba |

| | | |
|---|---|---|
| | | (a.m.) and Janice Dickman (p.m.). Defense Witness: Prof. Kevin Murphy (began direct examination). (zjd) (Entered: 11/13/2023) |
| 11/14/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 40) held on 11/14/2023. Bench Trial shall resume on 11/15/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Sara Wick (p.m.). Defense Witness: Prof. Kevin Murphy (completed testimony). (zjd) (Entered: 11/14/2023) |
| 11/14/2023 | 774 | Second MOTION to Amend/Correct *To Correct the Record* by STATE OF COLORADO. (Attachments: # 1 Text of Proposed Order Proposed Order)(Sallet, Jonathan) (Entered: 11/14/2023) |
| 11/14/2023 | 775 | NOTICE *Regarding Designated Deposition Testimony* by GOOGLE LLC (Schmidtlein, John) (Entered: 11/14/2023) |
| 11/14/2023 | 776 | REDACTED DOCUMENT– Defendant's Response to Colorado Plaintiffs' Evidentiary Proffer Related to Specialized Vertical Providers to 708 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 11/14/2023) |
| 11/14/2023 | 777 | NOTICE *of Exhibits Admitted into Evidence in Bulk* by GOOGLE LLC (Attachments: # 1 Exhibit A)(Schmidtlein, John) (Entered: 11/14/2023) |
| 11/15/2023 | 778 | ORDER granting 774 Second Motion to Correct the Record. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 11/15/23. (lcapm2) (Entered: 11/15/2023) |
| 11/15/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 41) held on 11/15/2023. Bench Trial shall resume on 11/16/2023 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Jeff Hook (p.m.). Rebuttal Witness: Professor Douglas W. Oard (completed testimony). (zjd) (Entered: 11/15/2023) |
| 11/16/2023 | 779 | NOTICE *of Exhibits Admitted into Evidence in Bulk* by STATE OF COLORADO (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Sallet, Jonathan) (Entered: 11/16/2023) |
| 11/16/2023 | 780 | NOTICE *Regarding Designated Deposition Testimony* by UNITED STATES OF AMERICA (Goldstein, Jeremy Michael) (Entered: 11/16/2023) |
| 11/16/2023 | 781 | NOTICE *of Exhibits Admitted into Evidence* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Herrmann, Karl) (Entered: 11/16/2023) |
| 11/16/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Bench Trial (Day 42) held and concluded on 11/16/2023. Closing Arguments set for 5/1/2024 in Courtroom 10 before Judge Amit P. Mehta. Court Reporters: William Zaremba (a.m.) and Janice Dickman (p.m.). Rebuttal Witness: Prof. Michael Whinston (completed testimony). (zjd) (Entered: 11/16/2023) |
| 11/16/2023 | 783 | MOTION to Intervene by BRAD GREENSPAN. (mg) (Entered: 11/20/2023) |
| 11/17/2023 | 782 | ORDER setting the schedule and page limitations for the parties' post–trial submissions. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 11/17/23. (lcapm2) (Entered: 11/17/2023) |
| 11/17/2023 | 784 | |

| | | |
|---|---|---|
| | | MOTION for CM/ECF Password by BRAD GREENSPAN. (mg) (Entered: 11/21/2023) |
| 11/26/2023 | 785 | NOTICE *Regarding Designated Deposition Testimony* by STATE OF COLORADO (Sallet, Jonathan) (Entered: 11/26/2023) |
| 11/27/2023 | 786 | NOTICE *Joint Notice Regarding Designated Deposition Testimony* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE, # 32 Exhibit FF, # 33 Exhibit GG, # 34 Exhibit HH, # 35 Exhibit II, # 36 Exhibit JJ, # 37 Exhibit KK, # 38 Exhibit LL, # 39 Exhibit MM, # 40 Exhibit NN, # 41 Exhibit OO, # 42 Exhibit PP, # 43 Exhibit QQ, # 44 Exhibit RR, # 45 Exhibit SS)(Goldstein, Jeremy Michael) (Entered: 11/27/2023) |
| 11/28/2023 | 787 | Memorandum in opposition to re 783 Motion to Intervene filed by GOOGLE LLC. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Certificate of Service)(Schmidtlein, John) (Entered: 11/28/2023) |
| 11/28/2023 | | MINUTE ORDER denying Brad Greenspan's 783 Motion to Intervene and 784 Motion for a CM/ECF Password. First, the movant has neither demonstrated that he is entitled to intervene as a matter of right, Fed. R. Civ. P. 24(a), nor that the court should permit him to intervene, Fed. R. Civ. P. 24(b). Movant appears to argue that as an intervenor, he would contribute additional evidence in support of the Plaintiffs' case. ECF No. 783, at 4–7. However, movant has failed to identify any cognizable claims or injuries he would be able to pursue or remedy, as required to establish Article III standing and under Fed. R. Civ. P. 24. Second, the motion is not timely, as required by Fed. R. Civ. P. 24, considered in light of the "time elapsed since the inception of the suit, the purpose for which intervention is sought, the need for intervention as a means of preserving the applicant's rights, and the probability of prejudice to those already parties in the case." Amador Cnty., Cal. v. U.S. Dep't of the Interior, 772 F.3d 901, 903 (D.C. Cir. 2014). Having denied the Motion to Intervene, the court denies the Motion for a CM/ECF Password as moot. Signed by Judge Amit P. Mehta on 11/28/23. (lcapm2) (Entered: 11/28/2023) |
| 12/11/2023 | 788 | Unopposed MOTION to Amend/Correct *the Trial Record* by GOOGLE LLC. (Attachments: # 1 Text of Proposed Order)(Schmidtlein, John) (Entered: 12/11/2023) |
| 12/12/2023 | 789 | ORDER granting Defendant's 788 Unopposed Motion to Amend/Correct the Trial Record. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 12/12/23. (lcapm2) (Entered: 12/12/2023) |
| 12/27/2023 | 790 | MOTION for Reconsideration re 11/28/2023 MINUTE Order on Motion to Intervene by BRAD GREENSPAN. (Attachments: # 1 Declaration, # 2 Exhibit)(mg) (Entered: 12/28/2023) |
| 12/27/2023 | 792 | CERTIFICATE OF SERVICE by BRAD GREENSPAN re 790 MOTION for Reconsideration. (mg) (Entered: 12/29/2023) |
| 12/28/2023 | 791 | ERRATA by BRAD GREENSPAN re 790 Motion for Reconsideration. (Attachments: # 1 Errata Declaration)(mg) (Entered: 12/29/2023) |

| 12/28/2023 | 793 | CERTIFICATE OF SERVICE by BRAD GREENSPAN re 790 MOTION for Reconsideration. (mg). (Entered: 01/02/2024) |
|---|---|---|
| 01/02/2024 | 794 | MOTION to Take Judicial Notice by BRAD GREENSPAN. (Attachments: # 1 Exhibit)(mg) (Entered: 01/03/2024) |
| 01/02/2024 | 795 | CERTIFICATE OF SERVICE by BRAD GREENSPAN re 790 MOTION for Reconsideration. (mg) (Entered: 01/03/2024) |
| 01/05/2024 | 796 | Memorandum in opposition to re 794 Motion to Take Judicial Notice, 790 Motion for Reconsideration filed by GOOGLE LLC. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Schmidtlein, John) (Entered: 01/05/2024) |
| 01/09/2024 | | MINUTE ORDER denying Brad Greenspan's 790 Motion for Reconsideration and granting his 794 Motion to take Judicial Notice. This court's prior Minute Order denied Mr. Greenspan's motion to intervene, ECF No. 783, concluding that he did not have standing to intervene in this matter and, even if he had standing, his intervention would not be timely under Federal Rules of Civil Procedure 24. Mr. Greenspan seeks reconsideration of that decision and has submitted several unrelated filings and dockets from cases in other jurisdictions, requesting that this court take judicial notice of those filings in connection with the reconsideration motion. See ECF No. 794–1. First, the court takes judicial notice of the offered exhibits, though they are not ultimately relevant to the court's decision. Second, the court declines to reconsider its prior order. "Motions for reconsideration are 'disfavored and relief from judgment is granted only when the moving party establishes extraordinary circumstances.'" Wright v. F.B.I., 598 F. Supp. 2d 76, 77 (D.D.C. 2009) (quoting Andreen v. Lanier, 582 F. Supp. 2d 48, 4950 (D.D.C. 2008)). This is because "motions for reconsideration cannot be used as an opportunity to reargue facts and theories upon which a court has already ruled, nor as a vehicle for presenting theories or arguments that could have been advanced earlier." Klayman v. Jud. Watch, Inc., 296 F. Supp. 3d 208, 21314 (D.D.C. 2018) (quoting Estate of Gaither ex rel. Gaither v. District of Columbia, 771 F. Supp. 2d 5, 10 & n.4 (D.D.C. 2011)) (internal quotation marks and alterations omitted). Here, Mr. Greenspan has identified no intervening change in law, new evidence, or other reason for this court to reconsider its prior decision. And, in any event, nothing presented in his motion alters the court's conclusions that he lacks Article III standing to intervene and that his application is untimely. Signed by Judge Amit P. Mehta on 1/9/24. (lcapm2) (Entered: 01/09/2024) |
| 01/10/2024 | 797 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney Joshua Hafenbrack terminated. (Herrmann, Karl) (Entered: 01/10/2024) |
| 01/10/2024 | 798 | NOTICE OF INTERLOCUTORY APPEAL as to Order on Motion for Reconsideration, Order on Motion to Take Judicial Notice, by BRAD GREENSPAN. Fee Status: No Fee Paid. Parties have been notified. (Attachments: # 1 Exhibit)(mg) (Entered: 01/10/2024) |
| 01/10/2024 | 799 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 798 Notice of Interlocutory Appeal. (mg) (Entered: 01/10/2024) |
| 01/11/2024 | | |

| | | |
|---|---|---|
| | | USCA Case Number 24–5006 for 798 Notice of Interlocutory Appeal filed by BRAD GREENSPAN. (znmw) (Entered: 01/11/2024) |
| 01/19/2024 | 800 | MOTION to Unseal Document by NEW YORK TIMES COMPANY. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Declaration of Al–Amyn Sumar, # 4 Ex A to Sumar Decl., # 5 Ex B to Sumar Decl., # 6 Ex C to Sumar Decl., # 7 Ex D to Sumar Decl., # 8 Ex E to Sumar Decl., # 9 Ex F to Sumar Decl., # 10 Ex G to Sumar Decl., # 11 Ex H to Sumar Decl., # 12 Ex I to Sumar Decl., # 13 Ex J to Sumar Decl.)(Sumar, Al–Amyn) (Entered: 01/19/2024) |
| 01/23/2024 | 803 | MOTION for Joinder re 1 Complaint by BRAD GREENSPAN. "LET THIS BE FILED." Signed by Judge Amit Mehta on 1/23/2024. (Attachments: # 1 Declaration)(mg) (Entered: 01/24/2024) |
| 01/23/2024 | 804 | MOTION to Vacate Order on Motion to Intervene, by BRAD GREENSPAN. "LET THIS BE FILED." Signed by Judge Amit Mehta on 1/23/2024. (Attachments: # 1 Declaration)(mg) (Entered: 01/24/2024) |
| 01/23/2024 | 805 | MOTION to Vacate 789 Order on Motion to Amend/Correct by BRAD GREENSPAN. "LET THIS BE FILED." Signed by Judge Amit Mehta on 1/23/2024. (Attachments: # 1 Declaration)(mg) (Entered: 01/24/2024) |
| 01/23/2024 | 806 | MOTION for Reconsideration by BRAD GREENSPAN. "LET THIS BE FILED." Signed by Judge Amit Mehta on 1/23/2024. (Attachments: # 1 Declaration, # 2 Exhibit)(mg) (Entered: 01/24/2024) |
| 01/24/2024 | 801 | MOTION for Recusal of Judge Mehta by BRAD GREENSPAN. "LET THIS BE FILED." Signed by Judge Amit Mehta on 1/24/2024. (Attachments: # 1 Exhibit)(mg) (Entered: 01/24/2024) |
| 01/24/2024 | 802 | MOTION for Recusal of Judge Ana C. Reyes by BRAD GREENSPAN. "LET THIS BE FILED." Signed by Judge Amit Mehta on 1/24/2024. (Attachments: # 1 Declaration, # 2 Exhibit)(mg) (Entered: 01/24/2024) |
| 01/25/2024 | | MINUTE ORDER denying Brad Greenspan's Motion for Joinder, ECF No. 803, as well as his motions to recuse Judge Amit P. Mehta and Judge Ana Reyes from this case, ECF Nos. 801 and 802. This court has previously denied Mr. Greenspan intervention under Fed. R. Civ. P. 24, Minute Order (Nov. 28, 2023), and denied reconsideration of that order, Minute Order (Jan. 9, 2024). Mr. Greenspan is thus not a party to this action and therefore does not have standing to join parties to this action under either Federal Rule of Civil Procedure 19 or 20. See Terwilliger v. Allen, No. 23–cv–00740, 2023 WL 5485626, at *2 (D. Colo. Aug. 24, 2023) (nonparties seeking to join lawsuit must do so via Rule 24 intervention, not joinder); Scherer v. Merck & Co., No. 05–2019, 2005 WL 8160891, at *1 (D. Kan. July 12, 2005) ("Rules 19 and 20 simply do not allow for a non–party to move for joinder."). The same is true with respect to the motions to recuse. 28 U.S.C. § 455 sets forth the circumstances under which a judge must be disqualified from presiding over a case. Mr. Greenspan as a nonparty does not have standing to move to recuse under this statute. See United States v. Sciarra, 851 F.2d 621, 634 (3d Cir. 1988) (Section 455 does not confer standing upon non–party witnesses to challenge the impartiality of the judge); United States v. 8 Gilcrease Lane, No. 08–cv–1345 (RMC), 2009 WL 2408414, at *1 (D.D.C. Aug. 4, 2009) (denying motion to recuse by a nonparty whom the court had already denied intervention, citing Sciarra). Signed by Judge Amit P. Mehta on 1/25/24. (lcapm2) (Entered: 01/25/2024) |

| 01/25/2024 | | MINUTE ORDER. Brad Greenspan's motions at ECF Nos. 804, 805, and 806 are hereby denied. Signed by Judge Amit P. Mehta on 1/25/24. (lcapm2) (Entered: 01/25/2024) |
| 01/25/2024 | | MINUTE ORDER. In light of the court's denials of intervention by Brad Greenspan and his history of frivolous, repetitive filings, the Clerk of Court is hereby directed to accept no further filings from Mr. Greenspan in this matter, absent leave of court. Signed by Judge Amit P. Mehta on 1/25/24. (lcapm2) (Entered: 01/25/2024) |
| 01/26/2024 | 807 | Supplemental Record on Appeal transmitted to US Court of Appeals re Order on Motion to Vacate, Order on Motion for Reconsideration, Order on Motion for Recusal, Order on Motion for Joinder; USCA Case Number 24–05006. (mg) (Entered: 01/26/2024) |
| 01/26/2024 | 808 | Joint STATUS REPORT *Regarding Proposed Confidentiality Management Orders and Plaintiffs Position Statement Regarding the New York Times Company Motion for Access to Judicial Records* by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Herrmann, Karl) (Entered: 01/26/2024) |
| 01/31/2024 | 809 | NOTICE of Appearance by Diamante A. Smith on behalf of STATE OF TEXAS (Smith, Diamante) (Entered: 01/31/2024) |
| 01/31/2024 | 810 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF TEXAS. Attorney Margaret Sharp terminated. (Smith, Diamante) (Entered: 01/31/2024) |
| 01/31/2024 | 811 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF NORTH DAKOTA. Attorney Parrell D. Grossman terminated. (Alm, Elin) (Entered: 01/31/2024) |
| 02/02/2024 | 812 | Memorandum in opposition to re 800 Motion to Unseal Document, filed by APPLE INC.. (Sunshine, Steven) (Entered: 02/02/2024) |
| 02/02/2024 | 813 | Memorandum in opposition to re 800 Motion to Unseal Document, filed by GOOGLE LLC. (Attachments: # 1 Text of Proposed Order)(Schmidtlein, John) (Entered: 02/02/2024) |
| 02/02/2024 | 814 | RESPONSE re 800 MOTION to Unseal Document *NON–PARTY MICROSOFT CORPORATION'S POSITION STATEMENT ON THE PROPOSED CONFIDENTIALITY MANAGEMENT ORDERS AND THE NEW YORK TIMES COMPANY'S MOTION FOR ACCESS TO JUDICIAL RECORDS* by MICROSOFT CORPORATION (Ray, Amy) Modified event title and link on 2/5/2024 (znmw). (Entered: 02/02/2024) |
| 02/06/2024 | 815 | Unopposed MOTION to Amend/Correct *the Record* by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Herrmann, Karl) (Entered: 02/06/2024) |
| 02/06/2024 | 816 | NOTICE of Appearance by Christopher A. Knight on behalf of STATE OF FLORIDA (Knight, Christopher) (Entered: 02/06/2024) |
| 02/07/2024 | 817 | ORDER granting Plaintiffs' 815 Unopposed Third Motion to Correct the Record. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 2/7/24. (lcapm2) (Entered: 02/07/2024) |
| 02/07/2024 | 818 | |

| | | |
|---|---|---|
| | | MOTION for Extension of Time to File Response/Reply as to 800 MOTION to Unseal Document by NEW YORK TIMES COMPANY. (Attachments: # 1 Text of Proposed Order)(Sumar, Al–Amyn) (Entered: 02/07/2024) |
| 02/08/2024 | | MINUTE ORDER granting Intervenor New York Times' 818 Motion for Extension of Time on Intervenor's Reply in Support of its Motion for Access to Judicial Records. Intervenor's reply shall be due on or before February 23, 2024. Signed by Judge Amit P. Mehta on 2/9/24. (lcapm2) (Entered: 02/08/2024) |
| 02/09/2024 | 819 | NOTICE of Appearance by Charles K. Thimmesch on behalf of STATE OF GEORGIA (Thimmesch, Charles) (Main Document 819 replaced on 2/9/2024) (mg). (Entered: 02/09/2024) |
| 02/09/2024 | 820 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Herrmann, Karl) (Entered: 02/09/2024) |
| 02/09/2024 | 821 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Herrmann, Karl) (Entered: 02/09/2024) |
| 02/09/2024 | 822 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Herrmann, Karl) (Entered: 02/09/2024) |
| 02/09/2024 | 823 | SEALED DOCUMENT filed by STATE OF COLORADO(This document is SEALED and only available to authorized persons.)(Sallet, Jonathan) (Entered: 02/09/2024) |
| 02/09/2024 | 824 | SEALED DOCUMENT filed by STATE OF COLORADO(This document is SEALED and only available to authorized persons.)(Sallet, Jonathan) (Entered: 02/09/2024) |
| 02/09/2024 | 825 | SEALED DOCUMENT filed by STATE OF COLORADO(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A)(Sallet, Jonathan) (Entered: 02/09/2024) |
| 02/09/2024 | 826 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 02/09/2024) |
| 02/09/2024 | 827 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 02/09/2024) |
| 02/09/2024 | 828 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 02/09/2024) |
| 02/10/2024 | | MINUTE ORDER. The parties shall appear for a status conference on February 12, 2024, at 11:30 a.m. in Courtroom 10, to discuss the parties' proposed case management orders. Signed by Judge Amit P. Mehta on 2/10/24. (lcapm2) (Entered: 02/10/2024) |
| 02/11/2024 | | NOTICE of Hearing: The public access line will be connected for the status conference set for 2/12/2024 at 11:30 AM. Members of the public or media may |

| | | |
|---|---|---|
| | | access the hearing by dialing (877) 848–7030 and entering access code 321–8747. (zjd) (Entered: 02/11/2024) |
| 02/12/2024 | | NOTICE OF ERROR re 822 Sealed Document; emailed to karl.herrmann@usdoj.gov, cc'd 340 associated attorneys –– The PDF file you docketed contained errors: 1. **Please note the following for future filings; do not refile document**, 2. Signature of filer must match the name on the PACER account. (mg, ) NOTICE OF ERROR re 822 Sealed Document; emailed to karl.herrmann@usdoj.gov, cc'd 340 associated attorneys –– The PDF file you docketed contained errors: 1. **Please note the following for future filings; do not refile document**, 2. Signature of filer must match the name on the PACER account. (mg, ) (Entered: 02/12/2024) |
| 02/12/2024 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 2/12/2024. Court and parties set schedule for finding of facts. Court Reporter William Zaremba. (zjch, ) (Entered: 02/12/2024) |
| 02/13/2024 | | USCA Appeal Fees received $ 605 receipt number 206639 re 798 Notice of Interlocutory Appeal filed by BRAD GREENSPAN (mg) (Entered: 02/14/2024) |
| 02/14/2024 | 829 | Supplemental Record on Appeal transmitted to US Court of Appeals re USCA Appeal Fees ; USCA Case Number 24–5006. (mg) (Entered: 02/14/2024) |
| 02/14/2024 | 830 | NOTICE *of Filing of Proposed Stipulated Post–Trial Submissions Confidentiality Management Order* by UNITED STATES OF AMERICA (Attachments: # 1 Text of Proposed Order Stipulated Post–Trial Submissions Confidentiality Management Order)(Goldstein, Jeremy Michael) (Entered: 02/14/2024) |
| 02/15/2024 | 831 | ORDER entering the parties' Stipulated Post–Trial Submissions Confidentiality Management Order. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 2/15/24. (lcapm2) (Entered: 02/15/2024) |
| 02/15/2024 | | MINUTE ORDER. The parties shall appear for a status conference on March 11, 2024, at 11:00 a.m. in Courtroom 10, to discuss outstanding confidentiality disputes. See Order, ECF No. 831. Signed by Judge Amit P. Mehta on 2/15/24. (lcapm2) (Entered: 02/15/2024) |
| 02/15/2024 | | NOTICE of Hearing: The public access line will be connected for the status conference set for 3/11/2024 at 11:00 AM. Members of the public or media may access the hearing by dialing (877) 848–7030 and entering access code 321–8747. (smc) (Entered: 02/15/2024) |
| 02/15/2024 | 832 | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on February 12, 2024; Page Numbers: 1–40. Date of Issuance: February 15, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/7/2024. Redacted Transcript Deadline set for 3/17/2024. Release of Transcript Restriction set for 5/15/2024.(Zaremba, William) (Entered: 02/15/2024) |
| 02/23/2024 | 833 | REDACTED DOCUMENT– Defendant's Post–Trial Brief to 826 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 02/23/2024) |
| 02/23/2024 | 834 | REDACTED DOCUMENT– Defendant's Proposed Conclusions of Law to 827 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 02/23/2024) |
| 02/23/2024 | 835 | REDACTED DOCUMENT– Defendant's Proposed Findings of Fact to 828 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 02/23/2024) |
| 02/23/2024 | 836 | REPLY to opposition to motion re 800 MOTION to Unseal Document filed by NEW YORK TIMES COMPANY. (Sumar, Al–Amyn) (Entered: 02/23/2024) |
| 02/23/2024 | 837 | REDACTED DOCUMENT– Plaintiffs' Post–Trial Brief to 820 Sealed Document by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 02/23/2024) |
| 02/23/2024 | 838 | REDACTED DOCUMENT– Plaintiffs' Proposed Conclusions of Law to 821 Sealed Document by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 02/23/2024) |
| 02/23/2024 | 839 | REDACTED DOCUMENT– Plaintiffs' Proposed Findings of Fact to 822 Sealed Document by UNITED STATES OF AMERICA. (Herrmann, Karl) (Main Document 839 replaced on 2/26/2024) (smc). (Entered: 02/23/2024) |
| 02/23/2024 | 840 | REDACTED DOCUMENT– Plaintiff States' Post–Trial Brief to 823 Sealed Document by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 02/23/2024) |
| 02/23/2024 | 841 | REDACTED DOCUMENT– Plaintiff States' Proposed Conclusions of Law to 824 Sealed Document by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 02/23/2024) |
| 02/23/2024 | 842 | REDACTED DOCUMENT– Plaintiff States' Proposed Findings of Fact to 825 Sealed Document by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 02/23/2024) |
| 02/27/2024 | 843 | MOTION to Take Judicial Notice *of Certain Publicly Available Exhibits* by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit Attachment A, # 2 Exhibit Attachment B, # 3 Exhibit Attachment C, # 4 Text of Proposed Order)(Herrmann, Karl) (Entered: 02/27/2024) |
| 02/29/2024 | 844 | NOTICE of Change of Address by Amy Wilkie Ray (Ray, Amy) (Entered: 02/29/2024) |
| 03/11/2024 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 3/11/2024. (Court Reporter: William Zaremba) (zjd) (Entered: 03/11/2024) |
| 03/12/2024 | 845 | |

| | | |
|---|---|---|
| | | RESPONSE re 843 MOTION to Take Judicial Notice *of Certain Publicly Available Exhibits* filed by GOOGLE LLC. (Schmidtlein, John) (Entered: 03/12/2024) |
| 03/12/2024 | 847 | NOTICE OF INTERLOCUTORY APPEAL as to 1/25/2024 MINUTE Order on Motion for Joinder by BRAD GREENSPAN. Fee Status: No Fee Paid. Parties have been notified. (Attachments: # 1 Exhibit)(mg) . Modified docket text on 3/27/2024 (mg). (Entered: 03/14/2024) |
| 03/13/2024 | 846 | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on March 11, 2024; Page Numbers: 1–68. Date of Issuance: March 13, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 4/3/2024. Redacted Transcript Deadline set for 4/13/2024. Release of Transcript Restriction set for 6/11/2024.(Zaremba, William) (Entered: 03/13/2024) |
| 03/14/2024 | 848 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 847 Notice of Interlocutory Appeal. (mg) (Entered: 03/14/2024) |
| 03/14/2024 | 849 | NOTICE of Proposed Order *Proposed Stipulated Confidentiality Management Order Regarding Responsive Post–Trial Submissions and Intervenor The New York Times Company's Motion for Judicial Access* by GOOGLE LLC (Schmidtlein, John) (Entered: 03/14/2024) |
| 03/14/2024 | | USCA Case Number 24–5006 for 847 Notice of Interlocutory Appeal filed by BRAD GREENSPAN. (znmw) (Entered: 03/18/2024) |
| 03/15/2024 | 850 | ORDER entering the parties' 849 Stipulated Confidentiality Management Order. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 3/15/24. (lcapm2) (Entered: 03/15/2024) |
| 03/19/2024 | 851 | REPLY to opposition to motion re 843 MOTION to Take Judicial Notice *of Certain Publicly Available Exhibits* filed by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 03/19/2024) |
| 03/22/2024 | 852 | SEALED DOCUMENT filed by STATE OF COLORADO re 828 Sealed Document (This document is SEALED and only available to authorized persons.)(Sallet, Jonathan) (Entered: 03/22/2024) |

| 03/22/2024 | 853 | SEALED DOCUMENT filed by STATE OF COLORADO re 827 Sealed Document (This document is SEALED and only available to authorized persons.)(Sallet, Jonathan) (Entered: 03/22/2024) |
| 03/22/2024 | 854 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA re 827 Sealed Document (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Herrmann, Karl) (Entered: 03/22/2024) |
| 03/22/2024 | 855 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA re 828 Sealed Document (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Herrmann, Karl) (Entered: 03/22/2024) |
| 03/22/2024 | 856 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 03/22/2024) |
| 03/22/2024 | 857 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 03/22/2024) |
| 03/25/2024 | 858 | NOTICE OF INTERLOCUTORY APPEAL as to 1/25/2024 MINUTE Order on Motion for Recusal by BRAD GREENSPAN. Fee Status: No Fee Paid. Parties have been notified. (Attachments: # 1 Exhibit)(mg) (Entered: 03/27/2024) |
| 03/27/2024 | 859 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 858 Notice of Interlocutory Appeal. (mg) (Entered: 03/27/2024) |
| 03/27/2024 | | USCA Case Number 24–5006 for 858 Notice of Interlocutory Appeal filed by BRAD GREENSPAN. (znmw) (Entered: 03/27/2024) |
| 03/29/2024 | 860 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney Matthew C. Hammond terminated. (Hammond, Matthew) (Entered: 03/29/2024) |
| 03/29/2024 | 861 | REDACTED DOCUMENT– Plaintiff States' Responsive Proposed Findings of Fact to 852 Sealed Document by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 03/29/2024) |
| 03/29/2024 | 862 | REDACTED DOCUMENT– Plaintiff States' Responsive Proposed Conclusions of Law to 853 Sealed Document by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 03/29/2024) |
| 03/29/2024 | 863 | REDACTED DOCUMENT– Plaintiffs' Response to Defendant's Proposed Conclusions of Law to 854 Sealed Document by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 03/29/2024) |
| 03/29/2024 | 864 | REDACTED DOCUMENT– Plaintiffs' Response to Defendant's Proposed Findings of Fact to 855 Sealed Document by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 03/29/2024) |
| 03/29/2024 | 865 | REDACTED DOCUMENT– Defendant's Responsive Proposed Findings of Fact to 856 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 03/29/2024) |
| 03/29/2024 | 866 | |

| | | |
|---|---|---|
| | | REDACTED DOCUMENT– Defendant's Responsive Proposed Conclusions of Law to 857 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 03/29/2024) |
| 04/02/2024 | 867 | NOTICE of Appearance by Maya Gandhi on behalf of NEW YORK TIMES COMPANY (Gandhi, Maya) (Entered: 04/02/2024) |
| 04/10/2024 | 868 | NOTICE of Appearance by Anthony Stephen Ferrara on behalf of MOTOROLA MOBILITY LLC (Ferrara, Anthony) (Entered: 04/10/2024) |
| 04/10/2024 | 869 | NOTICE *of Non–Party Motorola Mobility LLC's Position Statement on The New York Times Company's Motion for Judicial Access* by MOTOROLA MOBILITY LLC re 800 Motion to Unseal Document, 850 Order (Ferrara, Anthony) (Entered: 04/10/2024) |
| 04/10/2024 | 870 | SEALED DOCUMENT filed by STATE OF COLORADO(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Certificate of Service)(Sallet, Jonathan) (Entered: 04/10/2024) |
| 04/10/2024 | 871 | NOTICE *of Non–Party Samsung Electronics Co., Ltd.'s Position Statement Regarding Intervenor The New York Times Company's Motion for Access to Judicial Records* by SAMSUNG ELECTRONICS CO., LTD. re 800 Motion to Unseal Document, (Attachments: # 1 Declaration of Kyu Sung Lee in support)(Arteaga, Juan) (Entered: 04/10/2024) |
| 04/10/2024 | 872 | NOTICE *of Position Statement* by AMAZON.COM, INC. re 850 Order (Attachments: # 1 Declaration of Mike James, # 2 Exhibit Designations)(Lipton, Joshua) (Entered: 04/10/2024) |
| 04/10/2024 | 873 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by APPLE INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order Granting Non–Party Apple Inc.'s Motion for Leave to File Under Seal, # 2 Non–Party Apple Inc.'s Position Statement regarding DOJ's Post–Trial Submissions and Responsive Post–Trial Submissions, # 3 Declaration of Dave Lacy Kusters In Support Of Non–Party Apple Inc.'s Position Statement regarding DOJ's Post–Trial Submissions and Responsive Post–Trial Submissions)(Sunshine, Steven) (Entered: 04/10/2024) |
| 04/10/2024 | 874 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration Bondar, # 2 Declaration Price, # 3 Declaration Zwibelman, # 4 Declaration Daly, # 5 Declaration Lee, # 6 Exhibit A, # 7 Exhibit B, # 8 Exhibit C, # 9 Exhibit D, # 10 Exhibit E, # 11 Exhibit F, # 12 Exhibit G, # 13 Exhibit H, # 14 Exhibit I, # 15 Exhibit J, # 16 Exhibit K, # 17 Exhibit L, # 18 Exhibit M, # 19 Exhibit N, # 20 Exhibit O, # 21 Exhibit P, # 22 Exhibit Q, # 23 Exhibit R, # 24 Certificate of Service)(Schmidtlein, John) (Entered: 04/10/2024) |
| 04/10/2024 | 875 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by APPLE INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order Granting Non–Party Apple Inc.'s Motion for Leave to File Under Seal, # 2 Non–Party Apple Inc.'s Position Statement Regarding The New York Times Company's Motion for Access to Judicial Records, # 3 Declaration of Dave Lacy Kusters In Support Of Non–Party Apple Inc.'s Position Statement Regarding The New York Times Company's Motion for Access |

| | | |
|---|---|---|
| | | to Judicial Records, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H)(Sunshine, Steven) (Entered: 04/10/2024) |
| 04/10/2024 | 876 | NOTICE of Appearance by Christian Dibblee on behalf of AT&T INC. (Dibblee, Christian) (Entered: 04/10/2024) |
| 04/10/2024 | 877 | NOTICE *of NON−PARTY AT&T INC.'S POSITION STATEMENT ON THE NEW YORK TIMES COMPANY'S MOTION FOR ACCESS TO JUDICIAL RECORDS* by AT&T INC. re 800 Motion to Unseal Document, 850 Order (Attachments: # 1 Exhibit 1)(Dibblee, Christian) (Entered: 04/10/2024) |
| 04/10/2024 | 878 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Certificate of Service)(Herrmann, Karl) (Entered: 04/10/2024) |
| 04/10/2024 | 879 | REDACTED DOCUMENT− Defendant's Submission Regarding Redactions to the Parties' Post−Trial Submissions and Certain Exhibits to 874 Sealed Document,, by GOOGLE LLC. (Attachments: # 1 Declaration Bondar, # 2 Declaration Price, # 3 Declaration Zwibelman, # 4 Declaration Daly, # 5 Declaration Lee, # 6 Exhibit A, # 7 Exhibit B, # 8 Exhibit C, # 9 Exhibit D, # 10 Exhibit E, # 11 Exhibit F, # 12 Exhibit G, # 13 Exhibit H, # 14 Exhibit I, # 15 Exhibit J, # 16 Exhibit K, # 17 Exhibit L, # 18 Exhibit M, # 19 Exhibit N, # 20 Exhibit O, # 21 Exhibit P, # 22 Exhibit Q, # 23 Exhibit R)(Schmidtlein, John) (Entered: 04/10/2024) |
| 04/10/2024 | 880 | SUPPLEMENTAL MEMORANDUM to re 800 MOTION to Unseal Document filed by NEW YORK TIMES COMPANY. (Attachments: # 1 Declaration of Maya Gandhi, # 2 Ex A to Gandhi Decl, # 3 Ex B to Gandhi Decl, # 4 Ex C to Gandhi Decl, # 5 Ex D to Gandhi Decl, # 6 Ex E to Gandhi Decl, # 7 Ex F to Gandhi Decl, # 8 Ex G to Gandhi Decl)(Sumar, Al−Amyn) (Entered: 04/10/2024) |
| 04/10/2024 | 881 | NOTICE *of Nonparty Microsoft Corporation's Position Statement Concerning the Confidentiality of Its Documents and Testimony* by MICROSOFT CORPORATION re 850 Order (Attachments: # 1 Declaration of Julia E. Chapman In Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Declaration of Allen Robert Davis In Support, # 21 Declaration of Jonathan Tinter In Support)(Chapman, Julia) (Entered: 04/10/2024) |
| 04/11/2024 | 882 | REDACTED DOCUMENT− Plaintiffs' Confidentiality Position Statement to 878 Sealed Document, by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A (Redacted), # 2 Exhibit B (Filed Under Seal), # 3 Exhibit C (Filed Under Seal), # 4 Exhibit D (Filed Under Seal), # 5 Exhibit E (Redacted), # 6 Exhibit F (Redacted), # 7 Exhibit G (Redacted), # 8 Exhibit H (Redacted), # 9 Exhibit I (Redacted), # 10 Exhibit J (Redacted), # 11 Exhibit K (Redacted), # 12 Exhibit L (Redacted), # 13 Certificate of Service)(Herrmann, Karl) (Entered: 04/11/2024) |
| 04/11/2024 | 883 | NOTICE *re: Corrected Exhibit No. 7* by MICROSOFT CORPORATION re 881 Notice (Other),, (Chapman, Julia) (Entered: 04/11/2024) |
| 04/11/2024 | 884 | MOTION to Seal Exhibit No. 7 re 881 Notice (Other),, *(ECF No. 881−8)* by MICROSOFT CORPORATION. (Chapman, Julia) (Entered: 04/11/2024) |

| 04/11/2024 | 885 | REDACTED DOCUMENT– to 870 Sealed Document by STATE OF COLORADO. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Sallet, Jonathan) (Entered: 04/11/2024) |
|---|---|---|
| 04/18/2024 | 886 | MOTION to Withdraw as Attorney by STATE OF INDIANA. (Attachments: # 1 Text of Proposed Order)(Frasher, Ryan) (Entered: 04/18/2024) |
| 04/19/2024 | | MINUTE ORDER granting 886 Motion to Withdraw as Attorney. Attorney Ryan R. Frasher is hereby terminated as counsel of record for the State of Indiana. Signed by Judge Amit P. Mehta on 4/19/24. (lcapm2) (Entered: 04/19/2024) |
| 04/19/2024 | 887 | Exhibit List – *Plaintiffs' Redacted Exhibit List* by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 04/19/2024) |
| 04/19/2024 | 888 | Exhibit List – *Joint Exhibit List* by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 04/19/2024) |
| 04/19/2024 | 889 | Exhibit List *Plaintiff States' Redacted Exhibit List* by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 04/19/2024) |
| 04/19/2024 | 890 | ORDER setting the schedule for closing arguments. Closing arguments shall occur over two days, May 2 – 3, 2024, in Courtroom 10. Arguments on each day will begin at 9:00 a.m. A public access line will be connected for the duration of the proceedings, and audience overflow and media access rooms will be designated in the courthouse. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 4/19/24. (lcapm2) (Entered: 04/19/2024) |
| 04/19/2024 | 891 | Exhibit List *Google's Redacted Exhibit List* by GOOGLE LLC. (Schmidtlein, John) (Entered: 04/19/2024) |
| 04/23/2024 | | NOTICE of Hearing: The parties shall appear for an oral ruling on April 24, 2024 at 3:00 p.m. in Courtroom 10 before Judge Amit P. Mehta. Parties unable to attend in person may participate remotely. Members of the public or media may access proceedings by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (zjd) (Entered: 04/23/2024) |
| 04/24/2024 | 892 | ORDER. For the reasons stated on the record on this date, the court grants in part and denies in part Intervenor The New York Times' 800 Motion to Unseal. The ruling the court read into the record is attached, including legal and record citations. If counsel have questions about this ruling, please contact chambers. Signed by Judge Amit P. Mehta on 04/24/2024. (lcapm2) (Entered: 04/24/2024) |
| 04/24/2024 | | Minute Entry for Oral Ruling proceedings held on 4/24/2024 before Judge Amit P. Mehta. Oral Ruling heard in respect to the records that are subject to the Times decision. Per the Oral Ruling, the parties are instructed to disclose specific portions of the requested exhibits, including those portions or records that must be re–reviewed, no later than 4/30/2024. (Court Reporter William Zaremba.) (zdrf) (Entered: 04/24/2024) |
| 04/24/2024 | 893 | ORDER updating the redactions in the parties' post–trial submissions. The rulings are informed by the legal principles set forth in the court's oral ruling on April 24, 2024, see Order, ECF No. 892, and reflect its individualized balancing of the Hubbard factors during that hearing. The DOJ Plaintiffs and Google shall amend their submissions consistent with the court's rulings and publicly docket them by April 30, 2024. See the attached Order for additional details. If counsel have questions about this Order, please contact chambers. Signed by Judge Amit P. Mehta |

| | | |
|---|---|---|
| | | on 4/24/24. (lcapm2) (Entered: 04/24/2024) |
| 04/24/2024 | 894 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF NEBRASKA. Attorney Joseph Conrad terminated. (Conrad, Joseph) (Entered: 04/24/2024) |
| 04/25/2024 | 895 | TRANSCRIPT OF ORAL RULING PROCEEDINGS before Judge Amit P. Mehta held on April 24, 2024; Page Numbers: 1–45. Date of Issuance: April 25, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/16/2024. Redacted Transcript Deadline set for 5/26/2024. Release of Transcript Restriction set for 7/24/2024.(Zaremba, William) (Entered: 04/25/2024) |
| 04/30/2024 | | Closing Arguments set for 5/2/2024 at 09:00 AM in Courtroom 10– In Person (Audio Line Available) before Judge Amit P. Mehta. (zglw) (Entered: 04/30/2024) |
| 04/30/2024 | 896 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA re 820 Sealed Document (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Herrmann, Karl) (Entered: 04/30/2024) |
| 04/30/2024 | 897 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA re 822 Sealed Document (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Herrmann, Karl) (Entered: 04/30/2024) |
| 04/30/2024 | 898 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA re 855 Sealed Document (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Herrmann, Karl) (Entered: 04/30/2024) |
| 04/30/2024 | 899 | RESPONSE re 827 Sealed Document *Plaintiffs' Response to Defendant's Proposed Conclusions of Law [Corrected April 30, 2024]* filed by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 04/30/2024) |
| 04/30/2024 | 900 | REDACTED DOCUMENT– to 823 Sealed Document by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 04/30/2024) |
| 04/30/2024 | 901 | REDACTED DOCUMENT– to 824 Sealed Document by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 04/30/2024) |
| 04/30/2024 | 902 | REDACTED DOCUMENT– to 825 Sealed Document by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 04/30/2024) |
| 04/30/2024 | 903 | |

| | | REDACTED DOCUMENT– to 852 Sealed Document by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 04/30/2024) |
|---|---|---|
| 04/30/2024 | 904 | REDACTED DOCUMENT– to 853 Sealed Document by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 04/30/2024) |
| 04/30/2024 | 905 | REDACTED DOCUMENT– Plaintiffs' Post–Trial Brief [Corrected April 30, 2024] to 896 Sealed Document, 820 Sealed Document by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 04/30/2024) |
| 04/30/2024 | 907 | REDACTED DOCUMENT– Plaintiffs' Response to Defendant's Proposed Findings of Fact [Corrected April 30, 2024] to 898 Sealed Document, 855 Sealed Document by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 04/30/2024) |
| 04/30/2024 | 908 | REDACTED DOCUMENT– Google's Post–Trial Brief to 826 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 04/30/2024) |
| 04/30/2024 | 909 | REDACTED DOCUMENT– Defendant's Proposed Conclusions of Law to 827 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 04/30/2024) |
| 04/30/2024 | 910 | REDACTED DOCUMENT– Defendant's Proposed Findings of Fact to 828 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 04/30/2024) |
| 04/30/2024 | 911 | REDACTED DOCUMENT– Defendant's Responsive Proposed Conclusions of Law to 857 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 04/30/2024) |
| 04/30/2024 | 912 | REDACTED DOCUMENT– Defendant's Responsive Proposed Findings of Fact to 856 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 04/30/2024) |
| 05/02/2024 | 913 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF UTAH. (Martin, Marie) (Entered: 05/02/2024) |
| 05/02/2024 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Closing Arguments (Day 1) held on 5/2/2024. Closing Arguments shall resume on 5/3/2024 at 9:00 AM in Courtroom 10 before Judge Amit P. Mehta. (Court Reporters: William Zaremba (a.m.) and Janice Dickman (p.m.)) (zjd) (Entered: 05/02/2024) |
| 05/03/2024 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Closing Arguments (Day 2) held on 5/3/2024. (Court Reporter William Zaremba (a.m.) and Janice Dickman (p.m.)) (zjd) (Entered: 05/03/2024) |
| 05/07/2024 | 914 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 1 MORNING SESSION before Judge Amit P. Mehta held on September 12, 2023; Page Numbers: 1–132. Date of Issuance: May 7, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal |

| | | |
|---|---|---|
| | | identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/28/2024. Redacted Transcript Deadline set for 6/7/2024. Release of Transcript Restriction set for 8/5/2024.(Zaremba, William) (Entered: 05/07/2024) |
| 05/07/2024 | 915 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on September 12, 2023; Page Numbers: 133–301. Date of Issuance:May 7, 2024. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/28/2024. Redacted Transcript Deadline set for 6/7/2024. Release of Transcript Restriction set for 8/5/2024.(Dickman, Janice) (Entered: 05/07/2024) |
| 05/07/2024 | 916 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 2 MORNING SESSION before Judge Amit P. Mehta held on September 13, 2023; Page Numbers: 302–450. Date of Issuance: May 7, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/28/2024. Redacted Transcript Deadline set for 6/7/2024. Release of Transcript Restriction set for 8/5/2024.(Zaremba, William) (Entered: |

| | | |
|---|---|---|
| | | 05/07/2024) |
| 05/07/2024 | 917 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on September 13, 2023 Afternoon; Page Numbers: 451–601. Date of Issuance:May 7, 2024. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/28/2024. Redacted Transcript Deadline set for 6/7/2024. Release of Transcript Restriction set for 8/5/2024.(Dickman, Janice) (Entered: 05/07/2024) |
| 05/07/2024 | 918 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 3 MORNING SESSION before Judge Amit P. Mehta held on September 14, 2023; Page Numbers: 602–731. Date of Issuance: May 7, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/28/2024. Redacted Transcript Deadline set for 6/7/2024. Release of Transcript Restriction set for 8/5/2024.(Zaremba, William) (Entered: 05/07/2024) |
| 05/07/2024 | 919 | TRANSCRIPT OF BENCH TRIAL – DAY 3 – AFTERNOON SESSION before Judge Amit P. Mehta held on September 14, 2023. Page Numbers: 732 – 881. Date of Issuance: May 7, 2024. Court Reporter: Jeff Hook. Telephone number: 202–354–3373. Transcripts may be ordered by submitting the Transcript Order Form |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/28/2024. Redacted Transcript Deadline set for 6/7/2024. Release of Transcript Restriction set for 8/5/2024.(Hook, Jeff) (Entered: 05/07/2024) |
| 05/08/2024 | 920 | NOTICE OF WITHDRAWAL OF APPEARANCE as to GOOGLE LLC. Attorney Wendy W.H. Waszmer terminated. (Waszmer, Wendy) (Entered: 05/08/2024) |
| 05/08/2024 | 921 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on September 15, 2023; Page Numbers: 882−1013. Date of Issuance:May 8, 2024. Court Reporter: Janice Dickman, Telephone number: 202−354−3267, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/29/2024. Redacted Transcript Deadline set for 6/8/2024. Release of Transcript Restriction set for 8/6/2024.(Dickman, Janice) (Entered: 05/08/2024) |
| 05/08/2024 | 922 | TRANSCRIPT OF Testimony of Mr. Kolotouros (as partially unsealed) before Judge Amit P. Mehta held on September 15, 2023; Page Numbers: 884−990. Date of Issuance:May 8, 2024. Court Reporter: Janice Dickman, Telephone number: 202−354−3267, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/29/2024. Redacted Transcript Deadline set for 6/8/2024. Release of Transcript Restriction set for 8/6/2024.(Dickman, Janice) (Entered: 05/08/2024) |
| 05/10/2024 | 923 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF UTAH. (Ryther, Scott) (Entered: 05/10/2024) |
| 05/13/2024 | 924 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 5 MORNING SESSION before Judge Amit P. Mehta held on September 18, 2023; Page Numbers: 1014−1152. Date of Issuance: May 13, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/3/2024. Redacted Transcript Deadline set for 6/13/2024. Release of Transcript Restriction set for 8/11/2024.(Zaremba, William) (Entered: 05/13/2024) |
| 05/13/2024 | 925 | TRANSCRIPT OF (BRIAN HIGGINS REDACTED EXCERPT) BENCH TRIAL PROCEEDINGS – DAY 5 MORNING SESSION before Judge Amit P. Mehta held on September 18, 2023; Page Numbers: 1014−1120. Date of Issuance: May 13, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, |

| | | which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
|---|---|---|
| | | Redaction Request due 6/3/2024. Redacted Transcript Deadline set for 6/13/2024. Release of Transcript Restriction set for 8/11/2024.(Zaremba, William) (Entered: 05/13/2024) |
| 05/13/2024 | 932 | AMICUS BRIEF by PET FUND. "LET THIS BE FILED." Signed by Judge Amit P. Mehta on 5/13/2024. (mg) (Entered: 05/15/2024) |
| 05/14/2024 | 926 | TRANSCRIPT OF BENCH TRIAL, AFTERNOON SESSION, before Judge Amit P. Mehta held on 09/18/2023. Page Numbers: 1165–1316. Date of Issuance: 05/14/2024. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 6/4/2024. Redacted Transcript Deadline set for 6/14/2024. Release of Transcript Restriction set for 8/12/2024.(Wick, Sara) (Entered: 05/14/2024) |
| 05/14/2024 | 927 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 6 MORNING SESSION before Judge Amit P. Mehta held on September 19, 2023; Page Numbers: 1322–1472. Date of Issuance: May 14, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 6/4/2024. Redacted Transcript Deadline set for 6/14/2024. Release of Transcript Restriction set for 8/12/2024.(Zaremba, William) (Entered: |

| | | 05/14/2024) |
|---|---|---|
| 05/15/2024 | 928 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 6 AFTERNOON SESSION before Judge Amit P. Mehta held on September 19, 2023. Page Numbers: 1473 – 1595. Date of Issuance: May 15, 2024. Court Reporter: Jeff Hook. Telephone number: 202–354–3373. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/5/2024. Redacted Transcript Deadline set for 6/15/2024. Release of Transcript Restriction set for 8/13/2024.(Hook, Jeff) (Entered: 05/15/2024) |
| 05/15/2024 | 929 | TRANSCRIPT OF (JONATHAN YOO REDACTED EXCERPT) BENCH TRIAL PROCEEDINGS – DAY 6 AFTERNOON SESSION before Judge Amit P. Mehta held on September 19, 2023. Page Numbers: 1 – 35. Date of Issuance: May 15, 2024. Court Reporter: Jeff Hook. Telephone number: 202–354–3373. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/5/2024. Redacted Transcript Deadline set for 6/15/2024. Release of Transcript Restriction set for 8/13/2024.(Hook, Jeff) (Entered: 05/15/2024) |
| 05/15/2024 | 930 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 7 MORNING SESSION before Judge Amit P. Mehta held on September 20, 2023; Page Numbers: 1596–1715. Date of Issuance: May 15, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u> |

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 6/5/2024. Redacted Transcript Deadline set for 6/15/2024. Release of Transcript Restriction set for 8/13/2024.(Zaremba, William) (Entered: 05/15/2024)

| 05/15/2024 | 931 | TRANSCRIPT OF (MIKE ROSZAK REDACTED EXCERPT) BENCH TRIAL PROCEEDINGS – DAY 7 MORNING SESSION before Judge Amit P. Mehta held on September 20, 2023; Page Numbers: 1596–1711. Date of Issuance: May 15, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form |

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 6/5/2024. Redacted Transcript Deadline set for 6/15/2024. Release of Transcript Restriction set for 8/13/2024.(Zaremba, William) (Entered: 05/15/2024)

| 05/15/2024 | 933 | TRANSCRIPT OF BENCH TRIAL, AFTERNOON SESSION, before Judge Amit P. Mehta held on 09/20/2023. Page Numbers: 1732–1874. Date of Issuance: 05/15/2024. Court Reporter: Sara Wick, telephone number 202−354−3284. Transcripts may be ordered by submitting the Transcript Order Form |

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one

| | | |
|---|---|---|
| | | days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/5/2024. Redacted Transcript Deadline set for 6/15/2024. Release of Transcript Restriction set for 8/13/2024.(Wick, Sara) (Entered: 05/15/2024) |
| 05/15/2024 | 934 | TRANSCRIPT OF TESTIMONY OF MICHAEL ROSZAK, before Judge Amit P. Mehta held on 09/20/2023. Page Numbers: 1732–1746. Date of Issuance: 05/15/2024. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**<span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS:</span>** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/5/2024. Redacted Transcript Deadline set for 6/15/2024. Release of Transcript Restriction set for 8/13/2024.(Wick, Sara) (Entered: 05/15/2024) |
| 05/15/2024 | 935 | TRANSCRIPT OF TESTIMONY OF ERIC LEHMAN before Judge Amit P. Mehta held on 09/20/2023. Page Numbers: 1732–1859. Date of Issuance: 0/15/2024. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**<span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS:</span>** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/5/2024. Redacted Transcript Deadline set for 6/15/2024. Release of Transcript Restriction set for 8/13/2024.(Wick, Sara) (Entered: |

| | | 05/15/2024) |
|---|---|---|
| 05/15/2024 | 936 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 8 MORNING SESSION before Judge Amit P. Mehta held on September 21, 2023; Page Numbers: 1885−2013. Date of Issuance: May 15, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/5/2024. Redacted Transcript Deadline set for 6/15/2024. Release of Transcript Restriction set for 8/13/2024.(Zaremba, William) (Entered: 05/15/2024) |
| 05/15/2024 | 937 | TRANSCRIPT OF (ERIC LEHMAN REDACTED EXCERPT) BENCH TRIAL PROCEEDINGS – DAY 8 MORNING SESSION before Judge Amit P. Mehta held on September 21, 2023; Page Numbers: 1885−1935. Date of Issuance: May 15, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/5/2024. Redacted Transcript Deadline set for 6/15/2024. Release of Transcript Restriction set for 8/13/2024.(Zaremba, William) (Note: Date on transcript is incorrect and could not be modified; correct date of trial is 9/21/2023.) Modified on 5/16/2024 (znmw). (Entered: 05/15/2024) |
| 05/15/2024 | 938 | TRANSCRIPT OF (GABRIEL WEINBERG REDACTED EXCERPT) BENCH TRIAL PROCEEDINGS – DAY 8 AFTERNOON SESSION before Judge Amit P. Mehta held on September 21, 2023. Page Numbers: 2019 – 2115. Date of Issuance: May 15, 2024. Court Reporter: Jeff Hook. Telephone number: 202−354−3373. |

| | | |
|---|---|---|
| | | Transcripts may be ordered by submitting the <u>Transcript Order Form</u> |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 6/5/2024. Redacted Transcript Deadline set for 6/15/2024. Release of Transcript Restriction set for 8/13/2024.(Hook, Jeff) (Entered: 05/15/2024) |
| 05/15/2024 | 939 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS − DAY 8 AFTERNOON SESSION before Judge Amit P. Mehta held on September 21, 2023. Page Numbers: 2133 − 2200. Date of Issuance: May 15, 2024. Court Reporter: Jeff Hook. Telephone number: 202−354−3373. Transcripts may be ordered by submitting the <u>Transcript Order Form</u> |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 6/5/2024. Redacted Transcript Deadline set for 6/15/2024. Release of Transcript Restriction set for 8/13/2024.(Hook, Jeff) (Entered: 05/15/2024) |
| 05/17/2024 | 940 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on September 22, 2023; Page Numbers: 2201−2375. Date of Issuance: May 17, 2024. Court Reporter: Janice Dickman, Telephone number 202−354−3267, Transcripts may be ordered by submitting the <u>Transcript Order Form</u> |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/7/2024. Redacted Transcript Deadline set for 6/17/2024. Release of Transcript Restriction set for 8/15/2024.(Dickman, Janice) (Entered: 05/17/2024) |
| 05/20/2024 | 941 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 10 MORNING SESSION before Judge Amit P. Mehta held on September 26, 2023; Page Numbers: 2413−2556. Date of Issuance: May 20, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/10/2024. Redacted Transcript Deadline set for 6/20/2024. Release of Transcript Restriction set for 8/18/2024.(Zaremba, William) (Entered: 05/20/2024) |
| 05/20/2024 | 942 | TRANSCRIPT OF (EDDY CUE REDACTED EXCERPT) BENCH TRIAL PROCEEDINGS – DAY 10 MORNING SESSION before Judge Amit P. Mehta held on September 26, 2023; Page Numbers: 2413−2545. Date of Issuance: May 20, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 6/10/2024. Redacted Transcript Deadline set for 6/20/2024. Release of Transcript Restriction set for 8/18/2024.(Zaremba, William) (Entered: 05/20/2024) |
| 05/20/2024 | 943 | TRANSCRIPT OF (EDDY CUE REDACTED EXCERPT) BENCH TRIAL PROCEEDINGS – DAY 10 AFTERNOON SESSION before Judge Amit P. Mehta held on September 26, 2023. Page Numbers: 2571 – 2607. Date of Issuance: May 20, 2024. Court Reporter: Jeff Hook. Telephone number: 202−354−3373. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/10/2024. Redacted Transcript Deadline set for 6/20/2024. Release of Transcript Restriction set for 8/18/2024.(Hook, Jeff) (Entered: 05/20/2024) |
| 05/20/2024 | 944 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 10 AFTERNOON SESSION before Judge Amit P. Mehta held on September 26, 2023. Page Numbers: 2615 – 2711. Date of Issuance: May 20, 2024. Court Reporter: Jeff Hook. Telephone number: 202−354−3373. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/10/2024. Redacted Transcript Deadline set for 6/20/2024. Release of Transcript Restriction set for 8/18/2024.(Hook, Jeff) (Entered: 05/20/2024) |
| 05/20/2024 | 945 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 11 MORNING SESSION before Judge Amit P. Mehta held on September 27, 2023; Page Numbers: 2712−2849. Date of Issuance: May 20, 2024. Court Reporter/Transcriber: William |

| | | |
|---|---|---|
| | | Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 6/10/2024. Redacted Transcript Deadline set for 6/20/2024. Release of Transcript Restriction set for 8/18/2024.(Zaremba, William) (Entered: 05/20/2024) |
| 05/20/2024 | 946 | TRANSCRIPT OF (MIKHAIL PARAKHIN REDACTED EXCERPT) BENCH TRIAL PROCEEDINGS – DAY 11 MORNING SESSION before Judge Amit P. Mehta held on September 27, 2023; Page Numbers: 2712–2778. Date of Issuance: May 20, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 6/10/2024. Redacted Transcript Deadline set for 6/20/2024. Release of Transcript Restriction set for 8/18/2024.(Zaremba, William) (Entered: 05/20/2024) |
| 05/21/2024 | 947 | NOTICE OF SUBSTITUTION OF COUNSEL by Laura E. McFarlane on behalf of STATE OF WISCONSIN Substituting for attorney Gwendolyn J. Lindsay Cooley (McFarlane, Laura) (Entered: 05/21/2024) |
| 05/22/2024 | 948 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on September 27, 2023, afternoon session; Page Numbers: 2850–3032. Date of Issuance: May 22, 2024. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/12/2024. Redacted Transcript Deadline set for 6/22/2024. Release of Transcript Restriction set for 8/20/2024.(Dickman, Janice) (Entered: 05/22/2024) |
| 05/22/2024 | 949 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta, testimony of Anna Kartasheva, held on September 27, 2023; Page Numbers: 2850−2877. Date of Issuance: May 22, 2024. Court Reporter: Janice Dickman, Telephone number: 202−354−3267, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/12/2024. Redacted Transcript Deadline set for 6/22/2024. Release of Transcript Restriction set for 8/20/2024.(Dickman, Janice) (Entered: 05/22/2024) |
| 05/22/2024 | 950 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS − DAY 12 MORNING SESSION before Judge Amit P. Mehta held on September 28, 2023; Page Numbers: 3038−3225. Date of Issuance: May 22, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/12/2024. Redacted Transcript Deadline set for 6/22/2024. Release of Transcript Restriction set for 8/20/2024.(Zaremba, William) (Entered: 05/22/2024) |
| 05/22/2024 | 951 | TRANSCRIPT OF BENCH TRIAL, AFTERNOON SESSION, before Judge Amit P. Mehta held on 09/28/2023. Page Numbers: 3226−3400. Date of Issuance: 05/22/2024. Court Reporter: Sara Wick, telephone number 202−354−3284. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/12/2024. Redacted Transcript Deadline set for 6/22/2024. Release of Transcript Restriction set for 8/20/2024.(Wick, Sara) (Entered: 05/22/2024) |
| 05/22/2024 | 952 | TRANSCRIPT OF TESTIMONY OF JON TINTER before Judge Amit P. Mehta held on 09/28/2023. Page Numbers: 3226−3379. Date of Issuance: 05/22/2024. Court Reporter: Sara Wick, telephone number 202−354−3284. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/12/2024. Redacted Transcript Deadline set for 6/22/2024. |

| | | Release of Transcript Restriction set for 8/20/2024.(Wick, Sara) (Entered: 05/22/2024) |
|---|---|---|
| 05/23/2024 | 953 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on September 29, 2023; Page Numbers: 3408–3469. Date of Issuance: May 23, 2024. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/13/2024. Redacted Transcript Deadline set for 6/23/2024. Release of Transcript Restriction set for 8/21/2024.(Dickman, Janice) (Entered: 05/23/2024) |
| 05/28/2024 | 954 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 14 MORNING SESSION before Judge Amit P. Mehta held on October 2, 2023; Page Numbers: 3470–3630. Date of Issuance: May 28, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/18/2024. Redacted Transcript Deadline set for 6/28/2024. Release of Transcript Restriction set for 8/26/2024.(Zaremba, William) (Entered: 05/28/2024) |
| 05/28/2024 | 955 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 14 AFTERNOON SESSION before Judge Amit P. Mehta held on October 2, 2023. Page Numbers: 3631 – 3768. Date of Issuance: May 28, 2024. Court Reporter: Jeff Hook. Telephone number: 202–354–3373. Transcripts may be ordered by submitting the Transcript Order Form |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/18/2024. Redacted Transcript Deadline set for 6/28/2024. Release of Transcript Restriction set for 8/26/2024.(Hook, Jeff) (Entered: 05/28/2024) |
| 05/28/2024 | 956 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney Kenneth Michael Dintzer terminated. (Herrmann, Karl) (Entered: 05/28/2024) |
| 05/29/2024 | 957 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS − DAY 15 MORNING SESSION before Judge Amit P. Mehta held on October 3, 2023; Page Numbers: 3769−3919. Date of Issuance: May 29, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/19/2024. Redacted Transcript Deadline set for 6/29/2024. Release of Transcript Restriction set for 8/27/2024.(Zaremba, William) (Entered: 05/29/2024) |
| 05/30/2024 | 958 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on October 3, 2023; Page Numbers: 3920−4082. Date of Issuance: May 30, 2024. Court Reporter: Janice Dickman, Telephone number: 202−354−3267, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court |

| | | reporter. |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 6/20/2024. Redacted Transcript Deadline set for 6/30/2024. Release of Transcript Restriction set for 8/28/2024.(Dickman, Janice) (Entered: 05/30/2024) |
| 05/30/2024 | 959 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 16 MORNING SESSION before Judge Amit P. Mehta held on October 4, 2023; Page Numbers: 4083−4230. Date of Issuance: May 30, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 6/20/2024. Redacted Transcript Deadline set for 6/30/2024. Release of Transcript Restriction set for 8/28/2024.(Zaremba, William) (Entered: 05/30/2024) |
| 05/30/2024 | 960 | TRANSCRIPT OF BENCH TRIAL, AFTERNOON SESSION, before Judge Amit P. Mehta held on 10/04/2023. Page Numbers: 4231−4398. Date of Issuance: 05/30/2024. Court Reporter: Sara Wick, telephone number 202−354−3284. Transcripts may be ordered by submitting the Transcript Order Form |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our |

| | | website at www.dcd.uscourts.gov. |
| | | |
| | | Redaction Request due 6/20/2024. Redacted Transcript Deadline set for 6/30/2024. Release of Transcript Restriction set for 8/28/2024.(Wick, Sara) (Entered: 05/30/2024) |
| 05/30/2024 | 961 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 17 MORNING SESSION before Judge Amit P. Mehta held on October 5, 2023; Page Numbers: 4399–4544. Date of Issuance: May 30, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 6/20/2024. Redacted Transcript Deadline set for 6/30/2024. Release of Transcript Restriction set for 8/28/2024.(Zaremba, William) (Entered: 05/30/2024) |
| 05/30/2024 | 962 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 17 AFTERNOON SESSION before Judge Amit P. Mehta held on October 5, 2023. Page Numbers: 4545 – 4678. Date of Issuance: May 30, 2024. Court Reporter: Jeff Hook. Telephone number: 202–354–3373. Transcripts may be ordered by submitting the Transcript Order Form |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 6/18/2024. Redacted Transcript Deadline set for 6/28/2024. Release of Transcript Restriction set for 8/26/2024. (Hook, Jeff) Modified on 5/30/2024 (zjd). (Main Document 962 replaced on 5/30/2024) (zjd). (Entered: 05/30/2024) |

| 05/30/2024 | 963 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 18 before Judge Amit P. Mehta held on October 6, 2023; Page Numbers: 4678–4830. Date of Issuance: May 30, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/20/2024. Redacted Transcript Deadline set for 6/30/2024. Release of Transcript Restriction set for 8/28/2024.(Zaremba, William) (Entered: 05/30/2024) |
| 05/31/2024 | 964 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 19 MORNING SESSION before Judge Amit P. Mehta held on October 10, 2023; Page Numbers: 4831–4970. Date of Issuance: May 31, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/21/2024. Redacted Transcript Deadline set for 7/1/2024. Release of Transcript Restriction set for 8/29/2024.(Zaremba, William) (Entered: 05/31/2024) |
| 06/03/2024 | 965 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 19 AFTERNOON SESSION before Judge Amit P. Mehta held on October 10, 2023. Page Numbers: 4971 – 5106. Date of Issuance: June 3, 2024. Court Reporter: Jeff Hook. Telephone number: 202–354–3373. Transcripts may be ordered by submitting the Transcript Order Form |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/24/2024. Redacted Transcript Deadline set for 7/4/2024. Release of Transcript Restriction set for 9/1/2024.(Hook, Jeff) (Entered: 06/03/2024) |
| 06/03/2024 | 966 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 20 MORNING SESSION before Judge Amit P. Mehta held on October 11, 2023; Page Numbers: 5107−5271. Date of Issuance: June 3, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/24/2024. Redacted Transcript Deadline set for 7/4/2024. Release of Transcript Restriction set for 9/1/2024.(Zaremba, William) (Entered: 06/03/2024) |
| 06/04/2024 | 967 | TRANSCRIPT OF BENCH TRIAL, AFTERNOON SESSION, before Judge Amit P. Mehta held on 10/11/2023. Page Numbers: 5272−5422. Date of Issuance: 06/05/2024. Court Reporter: Sara Wick, telephone number 202−354−3284. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal |

| | | |
|---|---|---|
| | | identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/25/2024. Redacted Transcript Deadline set for 7/5/2024. Release of Transcript Restriction set for 9/2/2024.(Wick, Sara) (Entered: 06/04/2024) |
| 06/04/2024 | 968 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 21 MORNING SESSION before Judge Amit P. Mehta held on October 12, 2023; Page Numbers: 5423–5578. Date of Issuance: June 4, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/25/2024. Redacted Transcript Deadline set for 7/5/2024. Release of Transcript Restriction set for 9/2/2024.(Zaremba, William) (Entered: 06/04/2024) |
| 06/10/2024 | 969 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on October 12, 2023, Afternoon Session; Page Numbers: 5579–5704. Date of Issuance: June 10, 2024. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/1/2024. Redacted Transcript Deadline set for 7/11/2024. Release of Transcript Restriction set for 9/8/2024.(Dickman, Janice) (Entered: |

| | | 06/10/2024) |
|---|---|---|
| 06/11/2024 | 970 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 22 MORNING SESSION before Judge Amit P. Mehta held on October 16, 2023; Page Numbers: 5705 – 5823. Date of Issuance:June 11, 2024. Court Reporter: Jeff Hook, Telephone number 202–354–3373, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/2/2024. Redacted Transcript Deadline set for 7/12/2024. Release of Transcript Restriction set for 9/9/2024.(Hook, Jeff) (Entered: 06/11/2024) |
| 06/12/2024 | 971 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on October 16, 2023; Page Numbers: 5824–6012. Date of Issuance: June 12, 2024. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/3/2024. Redacted Transcript Deadline set for 7/13/2024. Release of Transcript Restriction set for 9/10/2024.(Dickman, Janice) (Entered: 06/12/2024) |
| 06/12/2024 | 972 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 23 MORNING SESSION before Judge Amit P. Mehta held on October 17, 2023. Page Numbers: 6013 – 6128. Date of Issuance: June 12, 2024. Court Reporter: Jeff Hook. Telephone number: 202–354–3373. Transcripts may be ordered by submitting the Transcript Order Form |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/3/2024. Redacted Transcript Deadline set for 7/13/2024. Release of Transcript Restriction set for 9/10/2024.(Hook, Jeff) (Entered: 06/12/2024) |
| 06/13/2024 | 973 | TRANSCRIPT OF BENCH TRIAL, AFTERNOON SESSION, before Judge Amit P. Mehta held on 10/17/2023. Page Numbers: 6129−6275. Date of Issuance: 06/13/2024. Court Reporter: Sara Wick, telephone number 202−354−3284. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/4/2024. Redacted Transcript Deadline set for 7/14/2024. Release of Transcript Restriction set for 9/11/2024.(Wick, Sara) (Entered: 06/13/2024) |
| 06/13/2024 | 974 | TRANSCRIPT OF BENCH TRIAL, MORNING SESSION, before Judge Amit P. Mehta held on 10/18/2023. Page Numbers: 6279−6391. Date of Issuance: 06/13/2024. Court Reporter: Sara Wick, telephone number 202−354−3284. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal |

| | | |
|---|---|---|
| | | identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/4/2024. Redacted Transcript Deadline set for 7/14/2024. Release of Transcript Restriction set for 9/11/2024.(Wick, Sara) (Entered: 06/13/2024) |
| 06/13/2024 | <u>975</u> | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 24 AFTERNOON SESSION before Judge Amit P. Mehta held on October 18, 2023. Page Numbers: 6392 – 6495. Date of Issuance: June 13, 2024. Court Reporter: Jeff Hook. Telephone number: 202–354–3373. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/4/2024. Redacted Transcript Deadline set for 7/14/2024. Release of Transcript Restriction set for 9/11/2024.(Hook, Jeff) (Entered: 06/13/2024) |
| 06/13/2024 | <u>976</u> | TRANSCRIPT OF BENCH TRIAL, MORNING SESSION, before Judge Amit P. Mehta held on 10/19/2023. Page Numbers: 6496–6627. Date of Issuance: 06/13/2024. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/4/2024. Redacted Transcript Deadline set for 7/14/2024. Release of Transcript Restriction set for 9/11/2024.(Wick, Sara) (Entered: |

| | | 06/13/2024) |
|---|---|---|
| 06/13/2024 | 977 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on October 19, 2023; Page Numbers: 6628–6741. Date of Issuance: June 13, 2024. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 7/4/2024. Redacted Transcript Deadline set for 7/14/2024. Release of Transcript Restriction set for 9/11/2024.(Dickman, Janice) (Main Document 977 replaced on 6/14/2024) (mg). (Entered: 06/13/2024) |
| 06/14/2024 | 978 | TRANSCRIPT OF BENCH TRIAL, MORNING SESSION, before Judge Amit P. Mehta held on 10/24/2023. Page Numbers: 6742–6841. Date of Issuance: 06/14/2024. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 7/5/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/12/2024.(Wick, Sara) (Entered: 06/14/2024) |
| 06/14/2024 | 979 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on October 24, 2023; Page Numbers: 6842–6997. Date of Issuance:June 14, 2024. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced |

| | | |
|---|---|---|
| | | above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/5/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/12/2024.(Dickman, Janice) (Entered: 06/14/2024) |
| 06/14/2024 | 980 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS − DAY 27 MORNING SESSION before Judge Amit P. Mehta held on October 25, 2023. Page Numbers: 6998 − 7083. Date of Issuance: June 14, 2024. Court Reporter: Jeff Hook. Telephone number: 202−354−3373. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/5/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/12/2024.(Hook, Jeff) (Entered: 06/14/2024) |
| 06/14/2024 | 981 | TRANSCRIPT OF BENCH TRIAL, AFTERNOON SESSION, before Judge Amit P. Mehta held on 10/25/2023. Page Numbers: 7084−7219. Date of Issuance: 06/14/2024. Court Reporter: Sara Wick, telephone number 202−354−3284. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be |

| | | |
|---|---|---|
| | | made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/5/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/12/2024.(Wick, Sara) (Entered: 06/14/2024) |
| 06/14/2024 | 982 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on October 26, 2024; Page Numbers: 7220–7341. Date of Issuance: June 14, 2024. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/5/2024. Redacted Transcript Deadline set for 7/15/2024. Release of Transcript Restriction set for 9/12/2024.(Dickman, Janice) (Entered: 06/14/2024) |
| 06/17/2024 | 983 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 28 AFTERNOON SESSION before Judge Amit P. Mehta held on October 26, 2023. Page Numbers: 7342 – 7506. Date of Issuance: June 17, 2024. Court Reporter: Jeff Hook. Telephone number: 202–354–3373. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/8/2024. Redacted Transcript Deadline set for 7/18/2024. Release of Transcript Restriction set for 9/15/2024.(Hook, Jeff) (Entered: 06/17/2024) |

| 06/17/2024 | 984 | TRANSCRIPT OF BENCH TRIAL before Judge Amit P. Mehta held on 10/27/2023. Page Numbers: 7507–7633. Date of Issuance: 06/17/2024. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 7/8/2024. Redacted Transcript Deadline set for 7/18/2024. Release of Transcript Restriction set for 9/15/2024.(Wick, Sara) (Entered: 06/17/2024) |
| 06/17/2024 | 985 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 30 MORNING SESSION before Judge Amit P. Mehta held on October 30, 2023. Page Numbers: 7634 – 7764. Date of Issuance: June 17, 2024. Court Reporter: Jeff Hook. Telephone number: 202–354–3373. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 7/8/2024. Redacted Transcript Deadline set for 7/18/2024. Release of Transcript Restriction set for 9/15/2024.(Hook, Jeff) (Entered: 06/17/2024) |
| 06/21/2024 | 986 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on October 30, 2023; Page Numbers: 7765–7929. Date of Issuance:June 21, 2024. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced |

| | | |
|---|---|---|
| | | above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 7/12/2024. Redacted Transcript Deadline set for 7/22/2024. Release of Transcript Restriction set for 9/19/2024.(Dickman, Janice) (Entered: 06/21/2024) |
| 06/21/2024 | 987 | TRANSCRIPT OF BENCH TRIAL, MORNING SESSION, before Judge Amit P. Mehta held on 10/31/2023. Page Numbers: 7930−8062. Date of Issuance: 06/21/2024. Court Reporter: Sara Wick, telephone number 202−354−3284. Transcripts may be ordered by submitting the Transcript Order Form |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 7/12/2024. Redacted Transcript Deadline set for 7/22/2024. Release of Transcript Restriction set for 9/19/2024.(Wick, Sara) (Entered: 06/21/2024) |
| 06/21/2024 | 988 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS − DAY 31 AFTERNOON SESSION before Judge Amit P. Mehta held on October 31, 2023. Page Numbers: 8063 − 8185. Date of Issuance: June 21, 2024. Court Reporter: Jeff Hook. Telephone number: 202−354−3373. Transcripts may be ordered by submitting the Transcript Order Form |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be |

| | | |
|---|---|---|
| | | made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/12/2024. Redacted Transcript Deadline set for 7/22/2024. Release of Transcript Restriction set for 9/19/2024.(Hook, Jeff) (Entered: 06/21/2024) |
| 06/24/2024 | 989 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on November 1, 2023; Page Numbers: 8186–8322. Date of Issuance:June 24, 2024. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/15/2024. Redacted Transcript Deadline set for 7/25/2024. Release of Transcript Restriction set for 9/22/2024.(Dickman, Janice) (Entered: 06/24/2024) |
| 06/25/2024 | 990 | NOTICE of Change of Address by John D. Friel (Friel, John) (Entered: 06/25/2024) |
| 06/25/2024 | 991 | TRANSCRIPT OF BENCH TRIAL, AFTERNOON SESSION, before Judge Amit P. Mehta held on 11/01/2023. Page Numbers: 8323–8366. Date of Issuance: 06/25/2024. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/16/2024. Redacted Transcript Deadline set for 7/26/2024. Release of Transcript Restriction set for 9/23/2024.(Wick, Sara) (Entered: 06/25/2024) |

| 06/26/2024 | 992 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on November 2, 2023; Page Numbers: 8367–8502. Date of Issuance:June 26, 2024. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/17/2024. Redacted Transcript Deadline set for 7/27/2024. Release of Transcript Restriction set for 9/24/2024.(Dickman, Janice) (Entered: 06/26/2024) |
| 06/26/2024 | 993 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 33 AFTERNOON SESSION before Judge Amit P. Mehta held on November 2, 2023. Page Numbers: 8503 – 8655. Date of Issuance: June 26, 2024. Court Reporter: Jeff Hook. Telephone number: 202–354–3373. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/17/2024. Redacted Transcript Deadline set for 7/27/2024. Release of Transcript Restriction set for 9/24/2024.(Hook, Jeff) (Entered: 06/26/2024) |
| 06/27/2024 | 994 | TRANSCRIPT OF BENCH TRIAL before Judge Amit P. Mehta held on 11/03/2023. Page Numbers: 8656–8806. Date of Issuance: 06/27/2024. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced |

| | | |
|---|---|---|
| | | above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/18/2024. Redacted Transcript Deadline set for 7/28/2024. Release of Transcript Restriction set for 9/25/2024.(Wick, Sara) (Entered: 06/27/2024) |
| 06/27/2024 | 995 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS − DAY 35 MORNING SESSION before Judge Amit P. Mehta held on November 6, 2023; Page Numbers: 8807−8957. Date of Issuance: June 27, 2024. Court Reporter/Transcriber: William Zaremba: Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/18/2024. Redacted Transcript Deadline set for 7/28/2024. Release of Transcript Restriction set for 9/25/2024.(Zaremba, William) (Entered: 06/27/2024) |
| 06/27/2024 | 996 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF NORTH CAROLINA. Attorney Jonathan R. Marx terminated. (Marx, Jonathan) (Entered: 06/27/2024) |
| 06/27/2024 | 997 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on November 6, 2023; Page Numbers: 8958−9123. Date of Issuance: June 27, 2024. Court Reporter: Janice Dickman, Telephone number: 202−354−3267, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/18/2024. Redacted Transcript Deadline set for 7/28/2024. Release of Transcript Restriction set for 9/25/2024.(Dickman, Janice) (Entered: 06/27/2024) |
| 06/28/2024 | 998 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 36 MORNING SESSION before Judge Amit P. Mehta held on November 7, 2023; Page Numbers: 9124–9277. Date of Issuance: June 28, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/19/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/26/2024.(Zaremba, William) (Entered: 06/28/2024) |
| 06/28/2024 | 999 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 36 AFTERNOON SESSION before Judge Amit P. Mehta held on November 7, 2023. Page Numbers: 9278 – 9402. Date of Issuance: June 28, 2024. Court Reporter: Jeff Hook. Telephone number: 202–354–3373. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 7/19/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/26/2024.(Hook, Jeff) (Entered: 06/28/2024) |
| 06/28/2024 | 1000 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 36 AFTERNOON SESSION (REDACTED) before Judge Amit P. Mehta held on November 7, 2023; Page Numbers: 9320 – 9350. Date of Issuance: June 28, 2024. Court Reporter: Jeff Hook. Telephone number: 202–354–3373. Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 7/19/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/26/2024.(Hook, Jeff) (Entered: 06/28/2024) |
| 06/28/2024 | 1001 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 37 MORNING SESSION before Judge Amit P. Mehta held on November 8, 2023; Page Numbers: 9403–9540. Date of Issuance: June 28, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 7/19/2024. Redacted Transcript Deadline set for 7/29/2024. Release of Transcript Restriction set for 9/26/2024.(Zaremba, William) (Entered: 06/28/2024) |
| 07/01/2024 | 1002 | TRANSCRIPT OF BENCH TRIAL, AFTERNOON SESSION, before Judge Amit P. Mehta held on 11/08/2023. Page Numbers: 9541–9612. Date of Issuance: 07/01/2024. Court Reporter: Sara Wick, telephone number 202–354–3284. |

| | | |
|---|---|---|
| | | Transcripts may be ordered by submitting the <u>Transcript Order Form</u>

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 7/22/2024. Redacted Transcript Deadline set for 8/1/2024. Release of Transcript Restriction set for 9/29/2024.(Wick, Sara) (Entered: 07/01/2024) |
| 07/01/2024 | <u>1003</u> | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS − DAY 38 before Judge Amit P. Mehta held on November 9, 2023; Page Numbers: 9613−9674. Date of Issuance: July 1, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u>

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 7/22/2024. Redacted Transcript Deadline set for 8/1/2024. Release of Transcript Restriction set for 9/29/2024.(Zaremba, William) (Entered: 07/01/2024) |
| 07/01/2024 | <u>1004</u> | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS − DAY 39 MORNING SESSION before Judge Amit P. Mehta held on November 13, 2023; Page Numbers: 9675−9829. Date of Issuance: July 1, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u>

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court |

| | | |
|---|---|---|
| | | reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/22/2024. Redacted Transcript Deadline set for 8/1/2024. Release of Transcript Restriction set for 9/29/2024.(Zaremba, William) (Entered: 07/01/2024) |
| 07/01/2024 | 1005 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on November 13, 2023; Page Numbers: 9830−9981. Date of Issuance:July 1, 2024. Court Reporter: Janice Dickman, Telephone number: 202−354−3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/22/2024. Redacted Transcript Deadline set for 8/1/2024. Release of Transcript Restriction set for 9/29/2024.(Dickman, Janice) (Entered: 07/01/2024) |
| 07/02/2024 | 1006 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS − DAY 40 MORNING SESSION before Judge Amit P. Mehta held on November 14, 2023; Page Numbers: 9982−10147. Date of Issuance: July 2, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our |

| | | |
|---|---|---|
| | | website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/23/2024. Redacted Transcript Deadline set for 8/2/2024. Release of Transcript Restriction set for 9/30/2024.(Zaremba, William) (Entered: 07/02/2024) |
| 07/02/2024 | 1007 | TRANSCRIPT OF BENCH TRIAL, AFTERNOON SESSION, before Judge Amit P. Mehta held on 11/14/2023. Page Numbers: 10148–10252. Date of Issuance: 07/02/2024. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/23/2024. Redacted Transcript Deadline set for 8/2/2024. Release of Transcript Restriction set for 9/30/2024.(Wick, Sara) (Entered: 07/02/2024) |
| 07/03/2024 | 1008 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 41 MORNING SESSION before Judge Amit P. Mehta held on November 15, 2023; Page Numbers: 10253–10375. Date of Issuance: July 3, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/24/2024. Redacted Transcript Deadline set for 8/3/2024. Release of Transcript Restriction set for 10/1/2024.(Zaremba, William) (Entered: 07/03/2024) |
| 07/03/2024 | 1009 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 41 AFTERNOON SESSION before Judge Amit P. Mehta held on November 15, 2023. Page Numbers: |

| | | |
|---|---|---|
| | | 10376 – 10445. Date of Issuance: July 3, 2024. Court Reporter: Jeff Hook. Telephone number: 202–354–3373. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/24/2024. Redacted Transcript Deadline set for 8/3/2024. Release of Transcript Restriction set for 10/1/2024.(Hook, Jeff) (Entered: 07/03/2024) |
| 07/03/2024 | <u>1010</u> | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 42 MORNING SESSION before Judge Amit P. Mehta held on November 16, 2023; Page Numbers: 10446–10579. Date of Issuance: July 3, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/24/2024. Redacted Transcript Deadline set for 8/3/2024. Release of Transcript Restriction set for 10/1/2024.(Zaremba, William) (Entered: 07/03/2024) |
| 07/05/2024 | <u>1011</u> | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on November 16, 2023; Page Numbers: 10580–10698. Date of Issuance: July 5, 2024. Court Reporter: Janice Dickman, Telephone number 202–354–3267, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript |

| | | formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 7/26/2024. Redacted Transcript Deadline set for 8/5/2024. Release of Transcript Restriction set for 10/3/2024.(Dickman, Janice) (Entered: 07/05/2024) |
| 07/11/2024 | 1012 | TRANSCRIPT OF BENCH TRIAL CLOSING ARGUMENT PROCEEDINGS − DAY 1 MORNING SESSION before Judge Amit P. Mehta held on May 2, 2024; Page Numbers: 1−199. Date of Issuance: July 11, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u> |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 8/1/2024. Redacted Transcript Deadline set for 8/11/2024. Release of Transcript Restriction set for 10/9/2024.(Zaremba, William) (Entered: 07/11/2024) |
| 07/11/2024 | 1013 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on May 2, 2024; Page Numbers: 200−336. Date of Issuance: July 11, 2024. Court Reporter: Janice Dickman, Telephone number: 202−354−3267, Transcripts may be ordered by submitting the <u>Transcript Order Form</u> |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, |

| | | which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/1/2024. Redacted Transcript Deadline set for 8/11/2024. Release of Transcript Restriction set for 10/9/2024.(Dickman, Janice) (Entered: 07/11/2024) |
|---|---|---|
| 07/11/2024 | 1014 | TRANSCRIPT OF BENCH TRIAL CLOSING ARGUMENT PROCEEDINGS – DAY 2 MORNING SESSION before Judge Amit P. Mehta held on May 3, 2024; Page Numbers: 337–508. Date of Issuance: July 11, 2024. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/1/2024. Redacted Transcript Deadline set for 8/11/2024. Release of Transcript Restriction set for 10/9/2024.(Zaremba, William) (Entered: 07/11/2024) |
| 07/11/2024 | 1015 | TRANSCRIPT OF PROCEEDINGS before Judge Amit P. Mehta held on May 3, 2024; Page Numbers: 509–658. Date of Issuance: July 11, 2024. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/1/2024. Redacted Transcript Deadline set for 8/11/2024. Release of Transcript Restriction set for 10/9/2024.(Dickman, Janice) (Entered: 07/11/2024) |
| 08/05/2024 | 1032 | |

| | | SEALED MEMORANDUM OPINION. See the attached Memorandum Opinion for additional details. Signed by Judge Amit P. Mehta on 8/5/24. (zjd) (Entered: 08/05/2024) |
|---|---|---|
| 08/05/2024 | 1033 | REDACTED MEMORANDUM OPINION. See the attached Memorandum Opinion for additional details. Signed by Judge Amit P. Mehta on 8/5/24. (lcapm2) (Entered: 08/05/2024) |
| 08/05/2024 | 1034 | ORDER re: the redactions to the Memorandum Opinion, ECF No. 1033. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 8/5/24. (lcapm2) (Entered: 08/05/2024) |
| 08/05/2024 | 1035 | ORDER. Pursuant to the court's Memorandum Opinion, the court hereby orders the following with respect to further proceedings in this matter. The parties shall meet and confer and submit a Joint Status Report no later than September 4, 2024, which proposes a schedule for proceedings regarding remedies. The parties shall appear for a Status Conference on September 6, 2024, at 2:00 p.m. in Courtroom 10. Signed by Judge Amit P. Mehta on 8/5/24. (lcapm2) (Entered: 08/05/2024) |
| 08/14/2024 | 1036 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF NEBRASKA. Attorney Matthew Keith McKinley terminated. (Sallet, Jonathan) (Entered: 08/14/2024) |
| 08/26/2024 | 1037 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney Meagan Kara Bellshaw terminated. (Bellshaw, Meagan) (Entered: 08/26/2024) |
| 09/04/2024 | 1038 | Joint STATUS REPORT by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 09/04/2024) |
| 09/05/2024 | | Set/Reset Hearings: Status Conference set for 9/6/2024 at 2:00 PM in Courtroom 10– In Person before Judge Amit P. Mehta. Interested members of the public and/or media may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (zakb) (Entered: 09/05/2024) |
| 09/05/2024 | 1039 | NOTICE OF WITHDRAWAL OF APPEARANCE as to NEW YORK TIMES COMPANY. Attorney Maya Gandhi terminated. (Gandhi, Maya) (Entered: 09/05/2024) |
| 09/06/2024 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 9/6/2024. Parties to submit Joint Remedy Schedule by 9/13/2024. (Court Reporter William Zaremba.) (zakb) (Entered: 09/09/2024) |
| 09/09/2024 | 1040 | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on September 6, 2024; Page Numbers: 1–39. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/30/2024. Redacted Transcript Deadline set for 10/10/2024. Release of Transcript Restriction set for 12/8/2024.(Zaremba, William) (Entered: 09/09/2024) |
| 09/13/2024 | 1041 | NOTICE OF WITHDRAWAL OF APPEARANCE as to COMMONWEALTH OF MASSACHUSETTS. Attorney Michael Bruce MacKenzie terminated. (MacKenzie, Michael) (Entered: 09/13/2024) |
| 09/13/2024 | 1042 | Joint STATUS REPORT by GOOGLE LLC. (Schmidtlein, John) (Entered: 09/13/2024) |
| 09/18/2024 | 1043 | ORDER setting the schedule for further proceedings in this matter. See the attached Order for details. Signed by Judge Amit P. Mehta on 9/18/2024. (lcapm2) (Entered: 09/18/2024) |
| 09/24/2024 | 1044 | ENTERED IN ERROR.....Joint STATUS REPORT *regarding Joint Discovery Plan* by UNITED STATES OF AMERICA. (Herrmann, Karl) Modified on 9/24/2024 (mg). (Entered: 09/24/2024) |
| 09/24/2024 | | NOTICE OF ERROR regarding 1044 Status Report. The following error(s) need correction: Other− Missing attorney's signature. Please refile. (mg) (Entered: 09/24/2024) |
| 09/24/2024 | 1045 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF INDIANA. Attorney Matthew Alan Michaloski terminated. (Michaloski, Matthew) (Entered: 09/24/2024) |
| 09/24/2024 | 1046 | Joint STATUS REPORT *regarding Joint Discovery Plan* by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 09/24/2024) |
| 09/25/2024 | 1047 | ORDER setting limitations on discovery in this matter. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 9/25/2024. (lcapm2) (Entered: 09/25/2024) |
| 09/25/2024 | | Set/Reset Deadlines/Hearings: Pretrial Conference set for 4/11/2025 at 10:00 AM in Courtroom 10− In Person before Judge Amit P. Mehta. Evidentiary Hearing set for 4/22/2025 at 09:30 AM in Courtroom 10− In Person before Judge Amit P. Mehta. Status Conferences set for 10/24/2024 at 11:00 AM, 11/25/2024 at 11:00 AM, 1/9/2025 at 11:00 AM, 2/10/2025 at 11:00 AM and 3/10/2025 at 11:00 AM via Zoom before Judge Amit P. Mehta. Interested members of the public and/or media may access the pretrial and status conferences by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. (zakb) (Entered: 09/25/2024) |
| 09/25/2024 | 1048 | NOTICE of Appearance by Travis Richard Chapman on behalf of UNITED STATES OF AMERICA (Chapman, Travis) (Entered: 09/25/2024) |
| 09/26/2024 | 1049 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF SOUTH CAROLINA. Attorney Rebecca McCormack Hartner terminated. (Hartner, Rebecca) (Entered: 09/26/2024) |

| 09/26/2024 | 1050 | NOTICE of Appearance by Crystal Utley Secoy on behalf of STATE OF MISSISSIPPI (Secoy, Crystal) (Entered: 09/26/2024) |
|---|---|---|
| 10/07/2024 | 1051 | NOTICE of Appearance by Matthew Alan Michaloski on behalf of STATE OF UTAH (Michaloski, Matthew) (Entered: 10/07/2024) |
| 10/08/2024 | 1052 | NOTICE of *Plaintiffs' Proposed Remedy Framework* by UNITED STATES OF AMERICA (Herrmann, Karl) (Entered: 10/08/2024) |
| 10/14/2024 | 1053 | NOTICE of Appearance by Robert J. Carlson on behalf of STATE OF OKLAHOMA (Carlson, Robert) (Entered: 10/14/2024) |
| 10/14/2024 | 1054 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF OKLAHOMA. Attorney Caleb J. Smith terminated. (Carlson, Robert) (Entered: 10/14/2024) |
| 10/16/2024 | 1055 | NOTICE of Appearance by Ryan Thomas Karr on behalf of UNITED STATES OF AMERICA (Karr, Ryan) (Entered: 10/16/2024) |
| 10/18/2024 | 1056 | NOTICE of Appearance by Ryan Scott Struve on behalf of UNITED STATES OF AMERICA (Struve, Ryan) (Entered: 10/18/2024) |
| 10/21/2024 | 1057 | Joint STATUS REPORT by GOOGLE LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Schmidtlein, John) (Entered: 10/21/2024) |
| 10/23/2024 | 1058 | NOTICE of Appearance by Patrick Voelker on behalf of STATE OF LOUISIANA (Voelker, Patrick) (Entered: 10/23/2024) |
| 10/23/2024 | | NOTICE of Hearing: The Status Conference set for October 24, 2024 at 11:00 AM will now be held in person in Courtroom 10 before Judge Amit P. Mehta. Counsel located outside Washington, D.C. may join via Zoom. Interested members of the public and/or media may join by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (lcapm2) (Entered: 10/23/2024) |
| 10/23/2024 | 1059 | NOTICE of Appearance by Gina Ko on behalf of STATE OF OREGON (Ko, Gina) (Entered: 10/23/2024) |
| 10/24/2024 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 10/24/2024. Court held discussions with the parties regarding the 1057 Joint Status Report. (Court Reporter William Zaremba.) (zakb) (Entered: 10/24/2024) |
| 10/25/2024 | 1060 | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on October 24, 2024; Page Numbers: 1–56. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, |

| | | |
|---|---|---|
| | | which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/15/2024. Redacted Transcript Deadline set for 11/25/2024. Release of Transcript Restriction set for 1/23/2025.(Zaremba, William) (Entered: 10/25/2024) |
| 11/01/2024 | | NOTICE of Hearing: The Status Conference currently set for 11/25/2024 is vacated and reset for 11/26/2024 at 11:00 AM via Zoom before Judge Amit P. Mehta. Interested members of the public and/or media may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (zakb) (Entered: 11/01/2024) |
| 11/13/2024 | 1061 | NOTICE of Appearance by Grant Fergusson on behalf of UNITED STATES OF AMERICA (Fergusson, Grant) (Entered: 11/13/2024) |
| 11/20/2024 | 1062 | NOTICE *of Plaintiffs' Initial Proposed Final Judgment* by UNITED STATES OF AMERICA (Attachments: # 1 Text of Proposed Order)(Herrmann, Karl) (Entered: 11/20/2024) |
| 11/22/2024 | 1063 | NOTICE of Appearance by Natalie Peelish on behalf of GOOGLE LLC (Peelish, Natalie) (Entered: 11/22/2024) |
| 11/22/2024 | 1064 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Schmidtlein, John) (Entered: 11/22/2024) |
| 11/22/2024 | 1065 | Joint STATUS REPORT by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A)(Herrmann, Karl) (Entered: 11/22/2024) |
| 11/22/2024 | 1066 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Schmidtlein, John) (Entered: 11/22/2024) |
| 11/22/2024 | 1067 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Certificate of Service)(Schmidtlein, John) (Entered: 11/22/2024) |
| 11/25/2024 | | NOTICE of Hearing: The Status Conference set for November 26, 2024 at 11:00 AM will now be held in person in Courtroom 10 before Judge Amit P. Mehta. Counsel located outside Washington, D.C. may join via Zoom. If counsel is not available to appear in person, counsel shall promptly notify chambers (mehta_chambers@dcd.uscourts.gov) and the Courtroom Deputy, Mr. Alexander Burton (alexander_burton@dcd.uscourts.gov), via email. Interested members of the public and/or media may join by dialing the court's toll–free public access line: Toll Free Number: 833–990–9400; Meeting ID: 707542903. (lcapm2) Modified on 11/26/2024 (zakb). (Entered: 11/25/2024) |
| 11/25/2024 | 1068 | ORDER. See attached order for additional details. Signed by Judge Amit P. Mehta on 11/25/2024. (zakb). (Entered: 11/25/2024) |
| 11/25/2024 | 1069 | RESPONSE *Non–Party Microsoft Corporation's Submission Regarding Google's Statement Regarding Discovery Dispute with Microsoft [ECF No. 1064]* filed by MICROSOFT CORPORATION. (Attachments: # 1 Exhibit A., # 2 Exhibit B., # 3 Exhibit C., # 4 Exhibit D.)(Jurata, John) (Entered: 11/25/2024) |

| 11/25/2024 | 1070 | REDACTED DOCUMENT– Google's Statement Regarding Discovery Dispute with Microsoft to 1064 Sealed Document by GOOGLE LLC. (Attachments: # 1 Exhibit A)(Schmidtlein, John) (Entered: 11/25/2024) |
|---|---|---|
| 11/25/2024 | 1071 | REDACTED DOCUMENT– Google's Statement Regarding Perplexity's Compliance with Subpoena to 1066 Sealed Document by GOOGLE LLC. (Attachments: # 1 Exhibit A)(Schmidtlein, John) (Entered: 11/25/2024) |
| 11/25/2024 | 1072 | REDACTED DOCUMENT– Joint Status Report of Google and OpenAI to 1067 Sealed Document by GOOGLE LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Schmidtlein, John) (Entered: 11/25/2024) |
| 11/25/2024 | 1073 | ENTERED IN ERROR.....NOTICE of Appearance by Marc Robert Lewis on behalf of Perplexity AI, Inc. (Lewis, Marc) Modified on 11/26/2024 (mg). (Entered: 11/25/2024) |
| 11/25/2024 | 1074 | ENTERED IN ERROR.....MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Grace A. Ramirez, Filing fee $ 100, receipt number ADCDC–11322087. Fee Status: Fee Paid. by Perplexity AI, Inc.. (Attachments: # 1 Declaration of Grace A. Ramirez, # 2 Text of Proposed Order)(Lewis, Marc) Modified on 11/26/2024 (mg). (Entered: 11/25/2024) |
| 11/25/2024 | 1075 | ENTERED IN ERROR.....Civil Statement *REGARDING GOOGLE LLCS SUBPOENA* from Non–Party Perplexity AI, Inc.. (Lewis, Marc) Modified on 11/26/2024 (mg). (Entered: 11/25/2024) |
| 11/26/2024 | | NOTICE OF ERROR regarding 1073 Notice of Appearance. The following error(s) need correction: Other– A Motion to Appear Pro Hac Vice must be granted before a Notice of Appearance can be filed. Please refile. (mg) (Entered: 11/26/2024) |
| 11/26/2024 | | NOTICE OF ERROR regarding 1074 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Grace A. Ramirez, Filing fee $ 100, receipt number ADCDC–11322087. Fee Status: Fee Paid.. The following error(s) need correction: Invalid attorney signature– signature on document must match PACER login of Sponsoring Attorney. Sponsoring Attorney must be an Active Member of the Court's Bar. Please refile. (mg) (Entered: 11/26/2024) |
| 11/26/2024 | | NOTICE OF ERROR regarding 1075 Civil Statement. The following error(s) need correction: Other– Filing cannot be docketed until PHV Status is granted or filed by an Active Member of the Court's Bar. Please refile. (mg) (Entered: 11/26/2024) |
| 11/26/2024 | 1076 | NOTICE of Appearance by Caitlin Marie Madden on behalf of STATE OF WISCONSIN (Madden, Caitlin) (Main Document 1076 replaced on 11/27/2024) (mg). NOTICE of Appearance by Caitlin Marie Madden on behalf of STATE OF WISCONSIN (Madden, Caitlin) (Main Document 1076 replaced on 11/27/2024) (mg). (Entered: 11/26/2024) |
| 11/26/2024 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 11/26/2024. Discussions held regarding the parties' 1065 Joint Status Report. Minute Order forthcoming via chambers regarding further proceedings. (Court Reporter William Zaremba.) (zakb) (Entered: 11/26/2024) |
| 11/26/2024 | 1077 | ORDER setting the schedule for further proceedings in this matter. See the attached Order for details. Signed by Judge Amit P. Mehta on 11/26/2024. (lcapm2) (Entered: 11/26/2024) |

| 12/02/2024 | 1078 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF MARYLAND. Attorney Gary Honick terminated. (Honick, Gary) (Entered: 12/02/2024) |
|---|---|---|
| 12/04/2024 | 1079 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Grace Arias Ramirez, *receipt number ADCDC–11322087* Fee Status: No Fee Paid. by Perplexity AI, Inc.. (Attachments: # 1 Declaration of Grace Arias Ramirez, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Foster, Dana) (Entered: 12/04/2024) |
| 12/05/2024 | 1080 | NOTICE of Appearance by Justin Clifford McCully on behalf of STATE OF NEBRASKA (McCully, Justin) (Entered: 12/05/2024) |
| 12/05/2024 | 1081 | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on November 26, 2024; Page Numbers: 1–90. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 12/26/2024. Redacted Transcript Deadline set for 1/5/2025. Release of Transcript Restriction set for 3/5/2025.(Zaremba, William) (Entered: 12/05/2024) |
| 12/05/2024 | | NOTICE OF ERROR regarding 1079 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Grace Arias Ramirez, *receipt number ADCDC–11322087* Fee Status: No Fee Paid.. The following error(s) need correction: Other– Pro Hac Vice motion must be accompanied by a payment of $100 (LCvR 83.2(c)(2)). Please submit payment using event: Payment of Fee– Pro Hac Vice Motion. Please refile. (mg) (Entered: 12/05/2024) |
| 12/05/2024 | | Payment for 1079 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Grace Arias Ramirez, *receipt number ADCDC–11322087* Fee Status: No Fee Paid.. ($100; Receipt number ADCDC–11340290). (Foster, Dana) (Entered: 12/05/2024) |
| 12/05/2024 | 1082 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF NEBRASKA. Attorney Colin P. Snider terminated. (Snider, Colin) (Entered: 12/05/2024) |
| 12/06/2024 | | MINUTE ORDER granting 1079 Motion for Leave to Appear Pro Hac Vice. Attorney Grace Arias Ramirez is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 12/6/2024. (lcapm2) (Entered: 12/06/2024) |
| 12/06/2024 | 1083 | |

| | | NOTICE of Appearance by Grace Ramirez on behalf of Perplexity AI, Inc. (Ramirez, Grace) (Entered: 12/06/2024) |
|---|---|---|
| 12/06/2024 | 1084 | Joint STATUS REPORT *of the Parties* by GOOGLE LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Schmidtlein, John) (Entered: 12/06/2024) |
| 12/06/2024 | 1085 | Joint STATUS REPORT *of Google and Microsoft* by GOOGLE LLC. (Attachments: # 1 Exhibit A)(Schmidtlein, John) (Entered: 12/06/2024) |
| 12/06/2024 | 1086 | Joint STATUS REPORT *of Google and OpenAI* by GOOGLE LLC. (Attachments: # 1 Exhibit A)(Schmidtlein, John) (Entered: 12/06/2024) |
| 12/06/2024 | 1087 | Joint STATUS REPORT *of Google and Perplexity* by GOOGLE LLC. (Schmidtlein, John) (Entered: 12/06/2024) |
| 12/10/2024 | | MINUTE ORDER as to Google–Perplexity Subpoena. Google and Perplexity shall file an additional Joint Status Report by December 11, 2024, which updates the court on the production of records responsive to Google's subpoena. Signed by Judge Amit P. Mehta on 12/10/2024. (lcapm2) (Entered: 12/10/2024) |
| 12/10/2024 | | MINUTE ORDER as to Google–Microsoft Subpoena. Microsoft shall produce the agreements sought by Google, with proposed redactions, no later than December 16, 2024. To allow Google to challenge any proposed redactions, Microsoft shall not withhold any agreement's table of contents, if available, or the header of any provision that is substantially redacted or redacted in full. Thereafter, Google and Microsoft shall meet and confer to resolve any disputes. Google and Microsoft shall notify the court by 5:00 PM on December 18, 2024 whether any unresolved redactions remain. If so, by 12:00 PM on December 19, 2024, Microsoft shall deliver to the court on a thumb drive or external storage device the relevant agreements with only the challenged redactions highlighted for the court's in camera, ex parte review. The parties and Microsoft shall appear for a Status Conference on December 20, 2024 at 9:30 AM via Zoom. Signed by Judge Amit P. Mehta on 12/10/2024. (lcapm2) (Entered: 12/10/2024) |
| 12/10/2024 | | NOTICE of Hearing on Google–OpenAI Subpoena: The parties and OpenAI shall appear for a Status Conference on December 12, 2024 at 9:30 AM via Zoom. (lcapm2) Modified on 12/10/2024 (zakb). (Entered: 12/10/2024) |
| 12/10/2024 | | MINUTE ORDER as to Parties' Requests. For Request Nos. 20, 23, 24, 25, 26, and 27, Google shall produce responsive documents through November 5, 2024 from the previously agreed–upon custodians using Plaintiffs' proposed search terms, subject to the following modification: The disputed proximity connector in Request Nos. 24 and 25 shall be modified from W/10 to W/5. While the court recognizes the relatively compressed timeline to complete discovery in this matter, it finds that an end date of November 5, 2024, coupled with a narrower proximity connector, will not impose an undue burden on Google. Signed by Judge Amit P. Mehta on 12/10/2024. (lcapm2) (Entered: 12/10/2024) |
| 12/10/2024 | | NOTICE of Hearing on Google–OpenAI Subpoena: The Status Conference scheduled for December 12, 2024 is reset to December 13, 2024 at 11:45 AM via Zoom. (lcapm2) (Entered: 12/10/2024) |
| 12/11/2024 | 1088 | ENTERED IN ERROR.....MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Ashok Ramani, Filing fee $ 100, receipt number ADCDC–11349679. Fee Status: Fee Paid. by OpenAI, Inc.. (Attachments: # 1 Affidavit of A. Ramani, # 2 |

| | | |
|---|---|---|
| | | Certificate of Good Standing, # 3 Proposed Order)(Shelanski, Howard) Modified on 12/11/2024 (mg). (Entered: 12/11/2024) |
| 12/11/2024 | 1089 | ENTERED IN ERROR.....MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Serge A. Voronov, Filing fee $ 100, receipt number ADCDC–11349687. Fee Status: Fee Paid. by OpenAI, Inc.. (Attachments: # 1 Affidavit of S. Voronov, # 2 Certificate of Good Standing, # 3 Proposed Order)(Shelanski, Howard) Modified on 12/11/2024 (mg). (Entered: 12/11/2024) |
| 12/11/2024 | | NOTICE OF ERROR regarding 1088 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Ashok Ramani, Filing fee $ 100, receipt number ADCDC–11349679. Fee Status: Fee Paid., 1089 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Serge A. Voronov, Filing fee $ 100, receipt number ADCDC–11349687. Fee Status: Fee Paid.. The following error(s) need correction: Other– Motions for Leave to Appear Pro Hac Vice must be signed and docketed by an Active Member of the Court's Bar. Please refile. (mg) (Entered: 12/11/2024) |
| 12/11/2024 | 1090 | NOTICE OF WITHDRAWAL OF APPEARANCE as to GOOGLE LLC. Attorney Susan A. Creighton terminated. (Creighton, Susan) (Entered: 12/11/2024) |
| 12/11/2024 | 1091 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Ashok Ramani, *(Filing fee $ 100, receipt number ADCDC–11349679)* Fee Status: No Fee Paid. by OpenAI, Inc.. (Attachments: # 1 Proposed Order, # 2 Affidavit of A. Ramani, # 3 Certificate of Good Standing)(Nathanson, Paul) (Entered: 12/11/2024) |
| 12/11/2024 | | Payment for 1091 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Ashok Ramani, *(Filing fee $ 100, receipt number ADCDC–11349679)* Fee Status: No Fee Paid.. ($100; Receipt number ADCDC–11352826). (Nathanson, Paul) (Entered: 12/11/2024) |
| 12/11/2024 | 1092 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Serge A. Voronov, Filing fee $ 100, receipt number ADCDC–11352828. Fee Status: Fee Paid. by OpenAI, Inc.. (Attachments: # 1 Proposed Order, # 2 Affidavit of S. Voronov, # 3 Certificate of Good Standing)(Nathanson, Paul) (Entered: 12/11/2024) |
| 12/11/2024 | 1093 | Joint STATUS REPORT *of Google and Perplexity* by GOOGLE LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Schmidtlein, John) (Entered: 12/11/2024) |
| 12/13/2024 | 1094 | NOTICE of Appearance by Keane McKennan Nowlan on behalf of UNITED STATES OF AMERICA (Nowlan, Keane) (Entered: 12/13/2024) |
| 12/13/2024 | 1095 | NOTICE of Appearance by Norman Lee Morris, III on behalf of STATE OF MISSISSIPPI (Morris, Norman) Modified event on 12/13/2024 (mg). (Entered: 12/13/2024) |
| 12/13/2024 | | NOTICE of Hearing on Google–OpenAI Subpoena: The Status Conference scheduled for December 13, 2024 will now be held at 12:00 PM via Zoom. (lcapm2) (Entered: 12/13/2024) |
| 12/13/2024 | | MINUTE ORDER granting 1091 Motion for Leave to Appear Pro Hac Vice. Attorney Ashok Ramani is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 12/13/2024. (lcapm2) (Entered: 12/13/2024) |

| 12/13/2024 | | MINUTE ORDER granting 1092 Motion for Leave to Appear Pro Hac Vice. Attorney Serge A. Voronov is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 12/13/2024. (lcapm2) (Entered: 12/13/2024) |
| 12/13/2024 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Remote Status Conference held on 12/13/2024. Order forthcoming via chambers for deadlines on further proceedings. (Court Reporter William Zaremba.) (zakb) (Entered: 12/13/2024) |
| 12/13/2024 | | MINUTE ORDER as to Google–OpenAI Subpoena. OpenAI shall substantially complete production of the agreements sought by Google, with proposed redactions, no later than December 18, 2024. Also, by that same date, OpenAI shall disclose the names of five custodians who are and/or were most involved in negotiating the agreements sought by Google. Finally, OpenAI shall substantially complete production of the noncustodial documents sought by Google no later than December 20, 2024. Signed by Judge Amit P. Mehta on 12/13/2024. (lcapm2) (Entered: 12/13/2024) |
| 12/17/2024 | 1096 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on December 13, 2024; Page Numbers: 1–25. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 1/7/2025. Redacted Transcript Deadline set for 1/17/2025. Release of Transcript Restriction set for 3/17/2025.(Zaremba, William) (Entered: 12/17/2024) |
| 12/17/2024 | | NOTICE of Hearing on Google–Perplexity Subpoena: The parties and Perplexity shall appear for a Status Conference on December 18, 2024 at 3:00 PM via Zoom. (lcapm2) (Entered: 12/17/2024) |
| 12/18/2024 | 1097 | MANDATE of USCA as to 858 Notice of Interlocutory Appeal filed by BRAD GREENSPAN, 798 Notice of Interlocutory Appeal filed by BRAD GREENSPAN, 847 Notice of Interlocutory Appeal filed by BRAD GREENSPAN ; USCA Case Number 24–5006. (Attachments: # 1 USCA Order 9/16/2024)(mg) (Entered: 12/18/2024) |
| 12/18/2024 | 1098 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Ashok Ramani on behalf of OpenAI, Inc. (Ramani, Ashok) (Entered: 12/18/2024) |
| 12/18/2024 | 1099 | NOTICE of Appearance by Serge A. Voronov on behalf of OpenAI, Inc. (Voronov, Serge) (Entered: 12/18/2024) |
| 12/18/2024 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 12/18/2024. Scheduling order forthcoming via chambers for deadlines of further proceedings as to Google–Perplexity subpoena. (Court Reporter William Zaremba.) (zakb) (Entered: 12/18/2024) |
| 12/18/2024 | | MINUTE ORDER as to Google–Perplexity Subpoena. By December 20, 2024, Perplexity shall disclose the names of three custodians who are and/or were most involved in negotiating the distribution agreements sought by Google. By December 27, 2024, Perplexity shall substantially complete production of the distribution agreements sought by Google, with proposed redactions. Finally, Perplexity shall substantially complete production of the content–licensing agreements and noncustodial documents sought by Google no later than January 8, 2025. While the court recognizes that some of the distribution agreements sought may contain notice provisions, it finds that a production deadline of December 27, 2024 is reasonable in light of the relatively compressed timeline to complete discovery in this matter. Signed by Judge Amit P. Mehta on 12/18/2024. (lcapm2) (Entered: 12/18/2024) |
| 12/18/2024 | 1100 | Joint STATUS REPORT *of Google and Microsoft Pursuant to the Court's Minute Order of December 10, 2024* by GOOGLE LLC. (Schmidtlein, John) (Entered: 12/18/2024) |
| 12/18/2024 | 1101 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Marc Robert Lewis, Filing fee $ 100, receipt number ADCDC–11367503. Fee Status: Fee Paid. by Perplexity AI, Inc.. (Attachments: # 1 Declaration of Marc Robert Lewis, # 2 Certificate of Service, # 3 Text of Proposed Order)(Foster, Dana) (Entered: 12/18/2024) |
| 12/18/2024 | 1102 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Zachary C. Flood, Filing fee $ 100, receipt number ADCDC–11367526. Fee Status: Fee Paid. by Perplexity AI, Inc.. (Attachments: # 1 Declaration of Zachary C. Flood, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Foster, Dana) (Entered: 12/18/2024) |
| 12/19/2024 | 1103 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on December 18, 2024; Page Numbers: 1–25. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be |

| | | made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 1/9/2025. Redacted Transcript Deadline set for 1/19/2025. Release of Transcript Restriction set for 3/19/2025.(Zaremba, William) (Entered: 12/19/2024) |
|---|---|---|
| 12/20/2024 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 12/20/2024. Status Conference set 1/9/2025 vacated and reset for 1/17/2025 at 3:30 PM via videoconference (Audio Line Available) before Judge Amit P. Mehta. Joint Status Report from the parties due by 1/14/2025. (Court Reporter William Zaremba.) (zakb) (Entered: 12/20/2024) |
| 12/20/2024 | 1104 | NOTICE of Appearance by Gregory G. Garre on behalf of APPLE INC. (Garre, Gregory) (Entered: 12/20/2024) |
| 12/20/2024 | 1105 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Sarah M. Ray, Filing fee $ 100, receipt number ADCDC–11372358. Fee Status: Fee Paid. by APPLE INC.. (Attachments: # 1 Declaration of Sarah M. Ray, # 2 Text of Proposed Order)(Garre, Gregory) (Entered: 12/20/2024) |
| 12/20/2024 | 1106 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Alfred C. Pfeiffer, Jr., Filing fee $ 100, receipt number ADCDC–11372373. Fee Status: Fee Paid. by APPLE INC.. (Attachments: # 1 Declaration of Alfred C. Pfeiffer, Jr., # 2 Text of Proposed Order)(Garre, Gregory) (Entered: 12/20/2024) |
| 12/20/2024 | 1107 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Aaron T. Chiu, Filing fee $ 100, receipt number ADCDC–11372390. Fee Status: Fee Paid. by APPLE INC.. (Attachments: # 1 Declaration of Aaron T. Chiu, # 2 Text of Proposed Order)(Garre, Gregory) (Entered: 12/20/2024) |
| 12/20/2024 | 1108 | NOTICE *of Defendant's Proposed Final Judgment* by GOOGLE LLC (Attachments: # 1 Text of Proposed Order)(Schmidtlein, John) (Entered: 12/20/2024) |
| 12/23/2024 | | MINUTE ORDER granting 1101 Motion for Leave to Appear Pro Hac Vice. Attorney Marc Robert Lewis is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 12/23/2024. (lcapm2) (Entered: 12/23/2024) |
| 12/23/2024 | | MINUTE ORDER granting 1102 Motion for Leave to Appear Pro Hac Vice. Attorney Zachary C. Flood is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 12/23/2024. (lcapm2) (Entered: 12/23/2024) |
| 12/23/2024 | | MINUTE ORDER granting 1105 Motion for Leave to Appear Pro Hac Vice. Attorney Sarah M. Ray is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 12/23/2024. (lcapm2) (Entered: 12/23/2024) |
| 12/23/2024 | | MINUTE ORDER granting 1106 Motion for Leave to Appear Pro Hac Vice. Attorney Alfred C. Pfeiffer, Jr. is hereby admitted pro hac vice to appear in this |

| | | |
|---|---|---|
| | | matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 12/23/2024. (lcapm2) (Entered: 12/23/2024) |
| 12/23/2024 | | MINUTE ORDER granting 1107 Motion for Leave to Appear Pro Hac Vice. Attorney Aaron T. Chiu is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 12/23/2024. (lcapm2) (Entered: 12/23/2024) |
| 12/23/2024 | 1109 | NOTICE of Appearance by Alfred C Pfeiffer, Jr on behalf of APPLE INC. (Pfeiffer, Alfred) (Entered: 12/23/2024) |
| 12/23/2024 | 1110 | NOTICE of Appearance by Peter E. Davis on behalf of APPLE INC. (Davis, Peter) (Entered: 12/23/2024) |
| 12/23/2024 | 1111 | MOTION to Intervene by APPLE INC.. (Attachments: # 1 Declaration of Eddy Cue, # 2 Text of Proposed Order)(Pfeiffer, Alfred) (Entered: 12/23/2024) |
| 12/27/2024 | 1112 | NOTICE of Appearance by Sarah M. Ray on behalf of APPLE INC. (Ray, Sarah) (Entered: 12/27/2024) |
| 12/27/2024 | 1113 | NOTICE of Appearance by Aaron Chiu on behalf of APPLE INC. (Chiu, Aaron) (Entered: 12/27/2024) |
| 12/27/2024 | 1114 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by APPLE INC. (Ray, Sarah) (Entered: 12/27/2024) |
| 12/30/2024 | 1115 | NOTICE of Appearance by Jennifer Ellen Greaney on behalf of COMMONWEALTH OF MASSACHUSETTS (Greaney, Jennifer) (Entered: 12/30/2024) |
| 12/30/2024 | 1116 | NOTICE of Appearance by Marc Robert Lewis on behalf of Perplexity AI, Inc. (Lewis, Marc) (Entered: 12/30/2024) |
| 12/30/2024 | 1117 | NOTICE of Appearance by Zachary Christian Flood on behalf of Perplexity AI, Inc. (Flood, Zachary) (Entered: 12/30/2024) |
| 12/30/2024 | 1118 | NOTICE OF WITHDRAWAL OF APPEARANCE as to GOOGLE LLC. Attorney Youlin Yuan terminated. (Yuan, Youlin) (Entered: 12/30/2024) |
| 01/02/2025 | 1119 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on December 20, 2024; Page Numbers: 1–40. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be |

| | | made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 1/23/2025. Redacted Transcript Deadline set for 2/2/2025. Release of Transcript Restriction set for 4/2/2025.(Zaremba, William) (Entered: 01/02/2025) |
| 01/03/2025 | 1120 | Consent MOTION for Extension of Time to File Response/Reply as to 1111 MOTION to Intervene by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit Proposed Order)(Struve, Ryan) (Entered: 01/03/2025) |
| 01/06/2025 | | MINUTE ORDER granting 1120 Agreed Motion to Extend Time to Submit Response to Apple's Motion to Intervene. Plaintiffs shall file their response by January 8, 2025. Apple shall file its reply by January 15, 2025. Signed by Judge Amit P. Mehta on 1/6/2025. (lcapm2) (Entered: 01/06/2025) |
| 01/08/2025 | 1122 | Memorandum in opposition to re 1111 Motion to Intervene filed by STATE OF COLORADO. (Sallet, Jonathan) (Entered: 01/08/2025) |
| 01/09/2025 | 1123 | Memorandum in opposition to re 1111 Motion to Intervene filed by UNITED STATES OF AMERICA. (Struve, Ryan) (Entered: 01/09/2025) |
| 01/10/2025 | 1124 | REDACTED DOCUMENT– Plaintiffs' Proposed Findings of Fact [Corrected April 30, 2024] to 897 Sealed Document, 822 Sealed Document by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 01/10/2025) |
| 01/14/2025 | 1125 | Joint STATUS REPORT by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit 1, # 7 Exhibit 2)(Herrmann, Karl) (Entered: 01/14/2025) |
| 01/14/2025 | 1126 | STATUS REPORT *Regarding News Corp Subpoena Compliance* by GOOGLE LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(McGinnis, Matthew) (Entered: 01/14/2025) |
| 01/14/2025 | 1127 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Certificate of Service)(Schmidtlein, John) (Entered: 01/14/2025) |
| 01/14/2025 | 1128 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Certificate of Service)(Schmidtlein, John) (Entered: 01/14/2025) |
| 01/14/2025 | 1129 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Certificate of Service)(Schmidtlein, John) (Entered: 01/14/2025) |
| 01/15/2025 | | NOTICE of Hearing: The Status Conference scheduled for January 17, 2025 will now be held at 3:00 PM in Courtroom 10. Counsel for the parties and non–parties News Corp, Perplexity, OpenAI, and Microsoft shall appear. Counsel located outside Washington, D.C. may join via Zoom. (lcapm2) (Entered: 01/15/2025) |
| 01/15/2025 | 1130 | NOTICE of Appearance by Tiffany Grossman on behalf of STATE OF NORTH DAKOTA (Grossman, Tiffany) (Entered: 01/15/2025) |

| 01/15/2025 | 1131 | NOTICE of Appearance by John Thorne on behalf of News Corp (Thorne, John) (Entered: 01/15/2025) |
| 01/15/2025 | 1132 | NOTICE of Appearance by Daniel G. Bird on behalf of News Corp (Bird, Daniel) (Entered: 01/15/2025) |
| 01/15/2025 | 1133 | NOTICE of Appearance by Eric Joseph Maier on behalf of News Corp (Maier, Eric) (Entered: 01/15/2025) |
| 01/15/2025 | 1134 | STATUS REPORT *in response to Google's January 14 Status Report* by News Corp. (Thorne, John) (Entered: 01/15/2025) |
| 01/15/2025 | 1135 | REPLY to opposition to motion re 1111 Motion to Intervene filed by APPLE INC.. (Pfeiffer, Alfred) (Entered: 01/15/2025) |
| 01/16/2025 | 1136 | RESPONSE *Non−Party Microsoft Corporations Submission Responding to Additional Disputes Raised by Google in the Joint Status Report of Google and Microsoft [ECF No. 1129].* filed by MICROSOFT CORPORATION. (Attachments: # 1 Exhibit A)(Chapman, Julia) (Entered: 01/16/2025) |
| 01/16/2025 | 1137 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by MICROSOFT CORPORATION (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A)(Chapman, Julia) (Entered: 01/16/2025) |
| 01/16/2025 | 1138 | NOTICE of Appearance by Christopher Teters on behalf of STATE OF KANSAS (Teters, Christopher) (Main Document 1138 replaced on 1/17/2025) (mg). (Entered: 01/16/2025) |
| 01/16/2025 | | MINUTE ORDER. At the Status Conference scheduled for January 17, 2025, the court will address the issues raised by the parties, non−parties, and proposed intervenor in the following order: (1) Google−News Corp subpoena; (2) Google−Perplexity subpoena; (3) Google−OpenAI subpoena; (4) Google−Microsoft subpoena; (5) Apple's Motion for Limited Intervention; and (6) parties' disputes. Signed by Judge Amit P. Mehta on 1/16/2025. (lcapm2) (Entered: 01/16/2025) |
| 01/16/2025 | 1139 | REDACTED DOCUMENT− Joint Status Report of Google and Perplexity to 1127 Sealed Document by GOOGLE LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Schmidtlein, John) (Entered: 01/16/2025) |
| 01/16/2025 | 1140 | REDACTED DOCUMENT− Joint Status Report of Google and OpenAI to 1128 Sealed Document by GOOGLE LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Schmidtlein, John) (Entered: 01/16/2025) |
| 01/16/2025 | 1141 | REDACTED DOCUMENT− Joint Status Report of Google and Microsoft to 1129 Sealed Document, by GOOGLE LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Schmidtlein, John) (Entered: 01/16/2025) |
| 01/16/2025 | | NOTICE of Hearing: The Status Conference scheduled for January 17, 2025 will now be held at 2:00 PM. (lcapm2) (Entered: 01/16/2025) |
| 01/17/2025 | 1142 | NOTICE of Appearance by Amanda J. Wentz on behalf of STATE OF ARKANSAS (Wentz, Amanda) (Entered: 01/17/2025) |
| 01/17/2025 | 1143 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF KANSAS. Attorney Lynette R. Bakker terminated. . (Bakker, Lynette) Modified event on |

| | | |
|---|---|---|
| | | 1/28/2025 (mg). (Entered: 01/17/2025) |
| 01/17/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 1/17/2025. See the Court's 1145 Scheduling order and 1145 Amended Scheduling Order for schedule of additional proceedings. (Court Reporter William Zaremba.) (zakb) (Entered: 01/21/2025) |
| 01/20/2025 | 1144 | ORDER setting the schedule for further proceedings in this matter and ruling on the parties' discovery disputes. See the attached Order for details. Signed by Judge Amit P. Mehta on 1/20/2025. (lcapm2) (Entered: 01/20/2025) |
| 01/20/2025 | 1145 | AMENDED SCHEDULING ORDER. The Evidentiary Hearing shall be held April 21, 2025 to May 2, 2025, and May 12, 2025 to May 15, 2025; the parties' post–hearing submissions shall be due by May 20, 2025; and closing arguments shall be held on May 30, 2025. The court asks that the parties reserve May 29, 2025 as well, in the event additional time is needed. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 1/20/2025. (lcapm2) (Entered: 01/20/2025) |
| 01/21/2025 | 1146 | Joint STATUS REPORT *of Google and Perplexity* by GOOGLE LLC. (Attachments: # 1 Exhibit A)(Schmidtlein, John) (Entered: 01/21/2025) |
| 01/21/2025 | | MINUTE ORDER as to Google–Perplexity Subpoena. Google and Perplexity shall report to the court by 8:00 PM (EST) whether Google's revised search strings result in a decreased volume of potentially responsive documents that resolves their dispute. Signed by Judge Amit P. Mehta on 1/21/2025. (lcapm2) (Entered: 01/21/2025) |
| 01/21/2025 | 1147 | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on January 17, 2025; Page Numbers: 1–130. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/11/2025. Redacted Transcript Deadline set for 2/21/2025. Release of Transcript Restriction set for 4/21/2025.(Zaremba, William) (Entered: 01/21/2025) |
| 01/21/2025 | 1148 | Joint STATUS REPORT *of Google and Perplexity* by GOOGLE LLC. (Schmidtlein, John) (Entered: 01/21/2025) |
| 01/22/2025 | 1149 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Meagan Glynn on behalf of UNITED STATES OF AMERICA (Glynn, Meagan) (Entered: 01/22/2025) |
| 01/23/2025 | 1150 | NOTICE OF WITHDRAWAL OF APPEARANCE as to APPLE INC.. Attorney Andrew J. Shanahan terminated. (Shanahan, Andrew) (Entered: 01/23/2025) |
| 01/24/2025 | 1151 | REDACTED DOCUMENT– Plaintiffs' Proposed Findings of Fact [Corrected April 30, 2024] to 897 Sealed Document, 822 Sealed Document, 1124 Redacted Document by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 01/24/2025) |
| 01/24/2025 | 1152 | Joint STATUS REPORT *(Joint Status Report Regarding Plaintiff's Witness List and News Corp)* by GOOGLE LLC. (McGinnis, Matthew) (Entered: 01/24/2025) |
| 01/27/2025 | 1153 | MEMORANDUM OPINION AND ORDER denying 1111 Apple's Motion for Limited Intervention. See the attached Memorandum Opinion and Order for additional details. Signed by Judge Amit P. Mehta on 1/27/2025. (lcapm2) (Entered: 01/27/2025) |
| 01/27/2025 | | MINUTE ORDER granting 1137 Microsoft's Motion for Leave to File Materials Under Seal. Signed by Judge Amit P. Mehta on 1/27/2025. (lcapm2) (Entered: 01/27/2025) |
| 01/27/2025 | 1155 | SEALED Exhibit filed by MICROSOFT CORPORATION. re 1136 Response to Document. (This document is SEALED and only available to authorized persons.)(mg) (Entered: 01/29/2025) |
| 01/28/2025 | | MINUTE ORDER as to Plaintiffs' Witness List. Plaintiffs may substitute a witness from the Los Angeles Times for the previously designated witness from News Corp, so long as the Los Angeles Times substantially completes any custodial discovery by February 19, 2025. Signed by Judge Amit P. Mehta on 1/28/2025. (lcapm2) (Entered: 01/28/2025) |
| 01/28/2025 | 1154 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATES OF ILLINOIS, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, HAWAII, MARYLAND, MASSACHUSETTS, MINNESOTA, NEW JERSEY, NEW YORK, NORTH CAROLINA, OREGON, RHODE ISLAND, AND WASHINGTON. Attorney William Thorn Matlack terminated. (Matlack, William) (Entered: 01/28/2025) |
| 01/29/2025 | 1156 | NOTICE OF INTERLOCUTORY APPEAL TO DC CIRCUIT COURT as to 1153 Order on Motion to Intervene by APPLE INC.. Filing fee $ 605, receipt number ADCDC–11441088. Fee Status: Fee Paid. Parties have been notified. (Ray, Sarah) Modified event on 1/29/2025 (mg). (Entered: 01/29/2025) |
| 01/29/2025 | 1157 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 1156 Notice of Appeal to DC Circuit Court,. (mg) (Entered: 01/29/2025) |
| 01/30/2025 | 1158 | Emergency MOTION to Stay , *or in the Alternative, for Miscellaneous Relief* by APPLE INC.. (Attachments: # 1 Declaration of Sarah M. Ray, # 2 Text of Proposed Order)(Ray, Sarah). Added MOTION for Relief on 1/31/2025 (mg). (Entered: 01/30/2025) |
| 01/31/2025 | | USCA Case Number 25–5016 for 1156 Notice of Appeal to DC Circuit Court, filed by APPLE INC.. (mg) (Entered: 01/31/2025) |

| 01/31/2025 | 1159 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF NORTH CAROLINA. Attorney Jessica Vance Sutton terminated. (Sutton, Jessica) (Entered: 01/31/2025) |
|---|---|---|
| 02/02/2025 | 1160 | ORDER denying 1158 Apple's Emergency Motion for Stay, or in the Alternative, for Miscellaneous Relief. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 2/2/2025. (lcapm2) (Entered: 02/02/2025) |
| 02/07/2025 | 1161 | Joint STATUS REPORT by GOOGLE LLC. (Schmidtlein, John) (Entered: 02/07/2025) |
| 02/07/2025 | 1162 | Joint STATUS REPORT *of Google and Microsoft* by GOOGLE LLC. (Attachments: # 1 Exhibit A)(Schmidtlein, John) (Entered: 02/07/2025) |
| 02/07/2025 | | NOTICE of Hearing: The Status Conference scheduled for February 10, 2025 will be held at 11:00 AM via Zoom. Counsel for the parties and non–party Microsoft shall appear. Interested members of the public and/or media may join by dialing the court's toll–free public access line: Toll Free Number: 833–990–9400; Meeting ID: 707542903. (lcapm2) (Entered: 02/07/2025) |
| 02/10/2025 | | Minute Entry for remote proceedings held before Judge Amit P. Mehta: Status Conference held on 2/10/2025. Order directing further proceedings forthcoming via chambers. (Court Reporter William Zaremba.) (zakb) (Entered: 02/10/2025) |
| 02/11/2025 | 1163 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on February 10, 2025; Page Numbers: 1–22. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/4/2025. Redacted Transcript Deadline set for 3/14/2025. Release of Transcript Restriction set for 5/12/2025.(Zaremba, William) (Entered: 02/11/2025) |
| 02/11/2025 | 1164 | SECOND AMENDED SCHEDULING ORDER. The Evidentiary Hearing shall be held April 21, 2025 to May 2, 2025, and May 6, 2025 to May 9, 2025. The parties' post–hearing submissions shall be due by May 16, 2025. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 2/11/2025. (lcapm2) (Entered: 02/11/2025) |
| 02/14/2025 | 1165 | MOTION for Leave to Participate as Amicus Curiae by ANTHROPIC PBC. (Attachments: # 1 Memorandum in Support [Redacted], # 2 Declaration of Tom |

| | | |
|---|---|---|
| | | Brown [Redacted], # <u>3</u> Text of Proposed Order)(Mezzina, Paul) (Entered: 02/14/2025) |
| 02/14/2025 | <u>1166</u> | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ANTHROPIC PBC (Mezzina, Paul) (Entered: 02/14/2025) |
| 02/14/2025 | <u>1167</u> | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by ANTHROPIC PBC (This document is SEALED and only available to authorized persons.) (Attachments: # <u>1</u> Declaration of Tom Brown in Support of Motion to Seal, # <u>2</u> Memorandum in Support of Motion for Leave to Participate as Amicus Curiae [Sealed], # <u>3</u> Declaration of Tom Brown in Support of Motion for Leave to Participate as Amicus Curiae [Sealed], # <u>4</u> Text of Proposed Order)(Mezzina, Paul) (Entered: 02/14/2025) |
| 02/14/2025 | <u>1168</u> | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Benjamin Lee, Filing fee $ 100, receipt number ADCDC–11483358. Fee Status: Fee Paid. by ANTHROPIC PBC. (Attachments: # <u>1</u> Declaration, # <u>2</u> Certificate of Good Standing, # <u>3</u> Text of Proposed Order)(Mezzina, Paul) (Entered: 02/14/2025) |
| 02/17/2025 | <u>1169</u> | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Nema Milaninia, Filing fee $ 100, receipt number ADCDC–11483831. Fee Status: Fee Paid. by ANTHROPIC PBC. (Attachments: # <u>1</u> Declaration, # <u>2</u> Certificate of Good Standing, # <u>3</u> Text of Proposed Order)(Mezzina, Paul) (Entered: 02/17/2025) |
| 02/17/2025 | <u>1170</u> | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Veronica Moye, Filing fee $ 100, receipt number ADCDC–11483835. Fee Status: Fee Paid. by ANTHROPIC PBC. (Attachments: # <u>1</u> Declaration, # <u>2</u> Certificate of Good Standing, # <u>3</u> Text of Proposed Order)(Mezzina, Paul) (Entered: 02/17/2025) |
| 02/18/2025 | <u>1171</u> | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Sumon Dantiki, Filing fee $ 100, receipt number ADCDC–11485903. Fee Status: Fee Paid. by ANTHROPIC PBC. (Attachments: # <u>1</u> Declaration, # <u>2</u> Certificate of Good Standing, # <u>3</u> Text of Proposed Order)(Mezzina, Paul) (Entered: 02/18/2025) |
| 02/18/2025 | <u>1172</u> | Joint STATUS REPORT by GOOGLE LLC. (Schmidtlein, John) (Entered: 02/18/2025) |
| 02/19/2025 | <u>1173</u> | THIRD AMENDED SCHEDULING ORDER setting pre–hearing deadlines. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 2/19/2025. (lcapm2) (Entered: 02/19/2025) |
| 02/20/2025 | | MINUTE ORDER granting <u>1168</u> Motion for Leave to Appear Pro Hac Vice. Attorney Benjamin Lee is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** <u>Click for instructions.</u> Signed by Judge Amit P. Mehta on 2/20/2025. (lcapm2) (Entered: 02/20/2025) |
| 02/20/2025 | | MINUTE ORDER granting <u>1169</u> Motion for Leave to Appear Pro Hac Vice. Attorney Nema Milaninia is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** <u>Click for instructions.</u> Signed by Judge Amit P. Mehta on 2/20/2025. (lcapm2) (Entered: 02/20/2025) |
| 02/20/2025 | | MINUTE ORDER granting <u>1170</u> Motion for Leave to Appear Pro Hac Vice. Attorney Veronica Moye is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance** |

| | | **pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 2/20/2025. (lcapm2) (Entered: 02/20/2025) |
|---|---|---|
| 02/20/2025 | | MINUTE ORDER granting 1171 Motion for Leave to Appear Pro Hac Vice. Attorney Sumon Dantiki is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 2/20/2025. (lcapm2) (Entered: 02/20/2025) |
| 02/21/2025 | 1174 | NOTICE of Appearance by Veronica Smith Moye on behalf of ANTHROPIC PBC (Moye, Veronica) (Main Document 1174 replaced on 2/21/2025) (mg). (Entered: 02/21/2025) |
| 02/21/2025 | 1175 | NOTICE of Appearance by Benjamin Thomas Lee on behalf of ANTHROPIC PBC (Lee, Benjamin) (Entered: 02/21/2025) |
| 02/21/2025 | 1176 | NOTICE of Appearance by Nema Milaninia on behalf of ANTHROPIC PBC (Milaninia, Nema) (Entered: 02/21/2025) |
| 02/21/2025 | 1177 | NOTICE of Appearance by Sumon Dantiki on behalf of ANTHROPIC PBC (Dantiki, Sumon) (Entered: 02/21/2025) |
| 02/25/2025 | 1178 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney Erin Murdock–Park terminated. (Murdock–Park, Erin) (Entered: 02/25/2025) |
| 02/28/2025 | 1179 | Memorandum in opposition to re 1165 Motion for Miscellaneous Relief filed by UNITED STATES OF AMERICA. (Karr, Ryan) (Entered: 02/28/2025) |
| 03/06/2025 | 1180 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney Aaron D. Hoag terminated. (Herrmann, Karl) (Entered: 03/06/2025) |
| 03/06/2025 | 1181 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney Ryan Scott Struve terminated. (Struve, Ryan) (Entered: 03/06/2025) |
| 03/07/2025 | 1182 | REPLY to opposition to motion re 1165 Motion for Miscellaneous Relief *to Participate as Amicus Curiae* filed by ANTHROPIC PBC. (Mezzina, Paul) (Entered: 03/07/2025) |
| 03/07/2025 | 1183 | Joint STATUS REPORT by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Herrmann, Karl) (Entered: 03/07/2025) |
| 03/07/2025 | 1184 | NOTICE *of Plaintiffs' Revised Proposed Final Judgment* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A – Plaintiffs' Revised Proposed Final Judgment, # 2 Exhibit B, # 3 Exhibit C)(Herrmann, Karl) (Entered: 03/07/2025) |
| 03/07/2025 | 1185 | NOTICE *of Defendant's Proposed Final Judgment* by GOOGLE LLC (Schmidtlein, John) (Entered: 03/07/2025) |
| 03/09/2025 | | MINUTE ORDER. The Status Conference scheduled for March 10, 2025 will be held at 11:00 AM in Courtroom 10. Counsel for the parties shall appear in person if they are able to do so. The court recognizes that this Minute Order comes at the eleventh hour, so remote participation by counsel is acceptable. Additionally, counsel for Anthropic shall appear in person or remotely to address its pending |

| | | |
|---|---|---|
| | | Motion for Leave to Participate as Amicus Curiae, ECF No. 1165. Signed by Judge Amit P. Mehta on 3/9/2025. (lcapm2) (Entered: 03/09/2025) |
| 03/10/2025 | | Minute Entry for hybrid proceedings held before Judge Amit P. Mehta: Status Conference held on 3/10/2025. Order forthcoming via chambers directing further proceedings. (Court Reporter William Zaremba.) (zakb) (Entered: 03/10/2025) |
| 03/11/2025 | 1186 | ORDER setting the schedule for further proceedings in this matter. See the attached Order for details. Signed by Judge Amit P. Mehta on 3/11/2025. (lcapm2) (Entered: 03/11/2025) |
| 03/12/2025 | 1187 | NOTICE of Appearance by John J. Hogan on behalf of UNITED STATES OF AMERICA (Hogan, John) (Entered: 03/12/2025) |
| 03/14/2025 | 1188 | STATUS REPORT *Regarding Anthropic PBC's Motion for Leave to Participate as Amicus Curiae* by ANTHROPIC PBC. (Mezzina, Paul) (Entered: 03/14/2025) |
| 03/14/2025 | | MINUTE ORDER. If either side wishes to respond to Anthropic's Status Report, ECF No. 1188, they shall do so by March 19, 2025. Signed by Judge Amit P. Mehta on 3/14/2025. (lcapm2) (Entered: 03/14/2025) |
| 03/17/2025 | 1189 | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on March 10, 2025; Page Numbers: 1–57. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/7/2025. Redacted Transcript Deadline set for 4/17/2025. Release of Transcript Restriction set for 6/15/2025.(Zaremba, William) (Entered: 03/17/2025) |
| 03/19/2025 | 1190 | RESPONSE re 1188 Status Report filed by UNITED STATES OF AMERICA. (Karr, Ryan) (Entered: 03/19/2025) |
| 03/20/2025 | | MINUTE ORDER. The parties shall file a Joint Status Report by March 20, 2025, which addresses the parties' discovery dispute. The parties shall appear for a Discovery Hearing on March 24, 2025 at 10:00 AM via Zoom. Signed by Judge Amit P. Mehta on 3/20/2025. (lcapm2) (Entered: 03/20/2025) |
| 03/20/2025 | 1191 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Certificate of |

| | | |
|---|---|---|
| | | Service)(Herrmann, Karl) (Entered: 03/20/2025) |
| 03/21/2025 | 1192 | MOTION to Unseal Document *and for Access to Judicial Records and Proceedings* by NEW YORK TIMES COMPANY. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Sumar, Al–Amyn) (Entered: 03/21/2025) |
| 03/21/2025 | 1193 | NOTICE of Appearance by Timothy Tai on behalf of NEW YORK TIMES COMPANY (Tai, Timothy) (Main Document 1193 replaced on 3/24/2025) (mg). (Entered: 03/21/2025) |
| 03/23/2025 | 1194 | REDACTED DOCUMENT– Joint Status Report Regarding Discovery Dispute to 1191 Sealed Document, *Joint Status Report Regarding Discovery Dispute* by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B – Redacted, # 3 Exhibit C, # 4 Exhibit D – Filed Under Seal, # 5 Exhibit E – Filed Under Seal, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Certificate of Service)(Herrmann, Karl) (Entered: 03/23/2025) |
| 03/24/2025 | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 1192 MOTION to Unseal Document *and for Access to Judicial Records and Proceedings* by NEW YORK TIMES COMPANY. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Sumar, Al–Amyn). <br><br> Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney–renewal. <br><br> Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 3/31/2025. (zapb) Modified on 3/24/2025 (zhcn). (Entered: 03/24/2025) |
| 03/24/2025 | | Minute Entry for remote proceedings held before Judge Amit P. Mehta: Discovery Hearing held on 3/24/2025. Discussions held regarding parties' discovery dispute. Oral Motion by the USA to authorize the Court Reporter to disclose the sealed portion of the transcript of proceedings held on 3/10/2025 to the DOJ and Anthropic granted by the Court. (Court Reporter William Zaremba.) (zakb) (Entered: 03/24/2025) |
| 03/24/2025 | 1195 | NOTICE of Appearance by Melissa L. English on behalf of STATE OF MARYLAND (English, Melissa) (Entered: 03/24/2025) |
| 03/24/2025 | 1196 | Joint STATUS REPORT by GOOGLE LLC. (Schmidtlein, John) (Entered: 03/24/2025) |
| 03/26/2025 | 1197 | RESPONSE re 1196 Status Report filed by APPLE INC.. (Pfeiffer, Alfred) (Entered: 03/26/2025) |
| 03/27/2025 | 1199 | TRANSCRIPT OF DISCOVERY HEARING VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on March 24, 2025; Page Numbers: 1–28. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form |

| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter. |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 4/17/2025. Redacted Transcript Deadline set for 4/27/2025. Release of Transcript Restriction set for 6/25/2025.(Zaremba, William) (Entered: 03/27/2025) |
| 03/27/2025 | 1200 | ORDER setting the schedule for further proceedings in this matter. See the attached Order for details. Signed by Judge Amit P. Mehta on 3/27/2025. (lcapm2) (Entered: 03/27/2025) |
| 03/28/2025 | 1201 | AMENDED ORDER setting the schedule for further proceedings in this matter. In addition to the submissions listed in the court's 1200 Order of March 27, 2025, the parties shall submit to chambers by April 14, 2025, summaries of the reports of experts who are expected to testify, each of which shall be no more than 15 pages, double−spaced. Signed by Judge Amit P. Mehta on 3/28/2025. (lcapm2) (Entered: 03/28/2025) |
| 03/28/2025 | 1202 | NOTICE of Proposed Order *Joint Proposed Order on Posting of Hearing Materials* by UNITED STATES OF AMERICA re 1192 MOTION to Unseal Document *and for Access to Judicial Records and Proceedings* (Hogan, John) (Entered: 03/28/2025) |
| 03/28/2025 | 1203 | RESPONSE re 1192 MOTION to Unseal Document *and for Access to Judicial Records and Proceedings* filed by UNITED STATES OF AMERICA. (Hogan, John) (Entered: 03/28/2025) |
| 03/28/2025 | 1204 | RESPONSE re 1192 MOTION to Unseal Document *and for Access to Judicial Records and Proceedings* filed by GOOGLE LLC. (Schmidtlein, John) (Entered: 03/28/2025) |
| 03/31/2025 | 1205 | NOTICE of Appearance by Abiola Miles on behalf of STATE OF NEW JERSEY (Miles, Abiola) (Entered: 03/31/2025) |
| 03/31/2025 | | Set/Reset Hearings: Pretrial Conference set for 4/10/2025 at 10:00 AM in Courtroom 10− In Person before Judge Amit P. Mehta. (zakb) (Entered: 03/31/2025) |
| 03/31/2025 | 1206 | REQUEST FOR LEAVE TO FILE REVIEW. The attached document requires leave to file: Non−party Marlon J. Green's Petition for Damages. Reason(s): Filer is not a party to the case. (znmw) (Entered: 04/02/2025) |
| 04/03/2025 | 1207 | ORDER denying 1165 Anthropic's Motion for Leave to Participate as Amicus Curiae and granting 1167 Anthropic's Motion for Leave to File Under Seal. See the attached Order for details. Signed by Judge Amit P. Mehta on 4/3/2025. (lcapm2) (Entered: 04/03/2025) |

| 04/03/2025 | | MINUTE ORDER re 1206 Request for Leave to File Review. Leave to file is denied because the filer is not a party to this case. Signed by Judge Amit P. Mehta on 4/3/2025. (lcapm2) (Entered: 04/03/2025) |
| --- | --- | --- |
| 04/04/2025 | 1208 | REPLY to opposition to motion re 1192 Motion to Unseal Document *and for Access to Judicial Records and Proceedings* filed by NEW YORK TIMES COMPANY. (Tai, Timothy) (Entered: 04/04/2025) |
| 04/08/2025 | | MINUTE ORDER. Counsel for The New York Times Company shall appear at the Pre−Hearing Conference on April 10, 2025, to address 1192 The Times's Motion for Access to Judicial Records and Proceedings. Signed by Judge Amit P. Mehta on 4/8/2025. (lcapm2) (Entered: 04/08/2025) |
| 04/09/2025 | 1209 | NOTICE of Appearance by Andrew Tisinger on behalf of UNITED STATES OF AMERICA (Tisinger, Andrew) (Entered: 04/09/2025) |
| 04/09/2025 | 1210 | PRETRIAL STATEMENT by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A – List of Anticipated Live Witnesses, # 2 Exhibit B – List of Anticipated Witnesses by Deposition Designation)(Chapman, Travis) (Entered: 04/09/2025) |
| 04/09/2025 | 1211 | NOTICE of Appearance by Lauren Marguerite Weinstein on behalf of adMarketplace, Inc. (Weinstein, Lauren) (Entered: 04/09/2025) |
| 04/09/2025 | 1212 | NOTICE *of Defendant's Submission Regarding Redactions to Potential Exhibits* by GOOGLE LLC (Attachments: # 1 Affidavit, # 2 Affidavit, # 3 Affidavit, # 4 Affidavit, # 5 Affidavit, # 6 Affidavit, # 7 Affidavit)(Schmidtlein, John) (Entered: 04/09/2025) |
| 04/10/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Pretrial Conference held on 4/10/2025. Order forthcoming via chambers regarding The New York Times' 1192 Motion for Access to Judicial Records and Proceedings. (Court Reporter William Zaremba.) (zakb) (Entered: 04/10/2025) |
| 04/10/2025 | 1213 | TRANSCRIPT OF PRETRIAL CONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on April 10, 2025; Page Numbers: 1–66. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/1/2025. Redacted Transcript Deadline set for 5/11/2025. Release of Transcript Restriction set for 7/9/2025.(Zaremba, William) (Entered: |

| | | 04/10/2025) |
|---|---|---|
| 04/10/2025 | 1214 | ORDER regarding the presentation and release of evidence during the remedies–phase trial proceedings. See the attached Order for details. Signed by Judge Amit P. Mehta on 4/10/2025. (lcapm2) (Entered: 04/10/2025) |
| 04/14/2025 | 1215 | PRE–HEARING BRIEF *Defendant's Pre–Hearing Brief* by GOOGLE LLC. (Schmidtlein, John) Modified event title on 4/21/2025 (znmw). (Entered: 04/14/2025) |
| 04/14/2025 | 1216 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Herrmann, Karl) (Entered: 04/14/2025) |
| 04/16/2025 | 1217 | NOTICE of Appearance by Lyndsey M. Antos on behalf of COMMONWEALTH OF KENTUCKY (Antos, Lyndsey) (Entered: 04/16/2025) |
| 04/16/2025 | 1218 | REDACTED DOCUMENT– PLAINTIFFS' REMEDIES PRE–TRIAL BRIEF by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 04/16/2025) |
| 04/16/2025 | 1219 | SEALED MOTION filed by GOOGLE LLC (Attachments: # 1 Exhibit)(Schmidtlein, John) (Entered: 04/16/2025) |
| 04/18/2025 | 1220 | NOTICE *Of Plaintiffs' Exhibits Offered For Admission* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A)(McLellan, Michael) (Entered: 04/18/2025) |
| 04/18/2025 | 1221 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Joseph M. Alioto, Filing fee $ 100, receipt number ADCDC–11628872. Fee Status: Fee Paid. by CALIFORNIA CRANE SCHOOL, INC., on behalf of itself and all others similarly situated. (Attachments: # 1 Affidavit Decl. of J. Alioto iso Motion to Appear PHV, # 2 Exhibit A – Certificate of Good Standing, # 3 Exhibit B – Prop. Amici Brief, # 4 Proposed Order Granting PHV)(Larson, Stephen) (Entered: 04/18/2025) |
| 04/20/2025 | | MINUTE ORDER granting 1219 Sealed Motion. The court hereby accepts the filing of Exhibit E, ECF No. 1219–1, as a replacement for the document previously filed under seal at ECF No. 1191–5 and strikes and deletes the document filed at ECF No. 1191–5. Signed by Judge Amit P. Mehta on 4/20/2025. (lcapm2) Modified on 4/25/2025 to amend language (zakb). (Entered: 04/20/2025) |
| 04/20/2025 | | MINUTE ORDER granting 1221 Motion for Leave to Appear Pro Hac Vice. Attorney Joseph M. Alioto is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 4/20/2025. (lcapm2) (Entered: 04/20/2025) |
| 04/20/2025 | 1231 | SEALED DOCUMENT(EXHIBIT E) filed by GOOGLE LLC. re 1191 Sealed Document. (This document is SEALED and only available to authorized persons.)(mg) (Entered: 04/25/2025) |
| 04/21/2025 | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 1221 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Joseph M. Alioto, Filing fee $ 100, receipt number ADCDC–11628872. Fee Status: Fee Paid. by CALIFORNIA CRANE SCHOOL, INC., on behalf of itself and all others similarly situated. (Attachments: # 1 Affidavit Decl. of J. Alioto iso Motion to Appear PHV, # 2 Exhibit A – Certificate of Good Standing, # 3 Exhibit B – Prop. Amici Brief, # 4 Proposed Order Granting PHV)(Larson, Stephen). |

| | | |
|---|---|---|
| | | Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney–renewal. <br><br> Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 4/28/2025. (zapb) Modified on 4/22/2025 (zhcn). (Entered: 04/21/2025) |
| 04/21/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Evidentiary Hearing commenced on 4/21/2025. Evidentiary Hearing continued for 4/22/2025 at 9:30 AM in Courtroom 10 (In Person) before Judge Amit P. Mehta. Plaintiff's witnesses: Gregory Durrett and Peter Fitzgerald. (Court Reporter AM: William Zaremba, PM: Lorraine Herman.) (zakb) (Entered: 04/21/2025) |
| 04/21/2025 | 1222 | NOTICE of Appearance by Anna M Rathbun on behalf of YAHOO! INC. (Rathbun, Anna) (Entered: 04/21/2025) |
| 04/21/2025 | 1223 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Caitlin N. Fitzpatrick, Filing fee $ 100, receipt number ADCDC–11633049. Fee Status: Fee Paid. by YAHOO! INC.. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Rathbun, Anna) (Entered: 04/21/2025) |
| 04/21/2025 | 1224 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by APPLE INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Affidavit of John Giannandrea)(Ray, Sarah) (Entered: 04/21/2025) |
| 04/22/2025 | 1225 | MOTION for Leave to File Amicus Brief by CALIFORNIA CRANE SCHOOL, INC., on behalf of itself and all others similarly situated. (Attachments: # 1 Memorandum in Support Amicus Brief, # 2 Text of Proposed Order)(Alioto, Joseph) (Entered: 04/22/2025) |
| 04/22/2025 | 1226 | NOTICE of Appearance by Joseph M. Alioto, Sr on behalf of CALIFORNIA CRANE SCHOOL, INC., on behalf of itself and all others similarly situated (Alioto, Joseph) (Entered: 04/22/2025) |
| 04/22/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Evidentiary Hearing held on 4/22/2025. Evidentiary Hearing continued for 4/23/2025 at 9:30 AM in Courtroom 10 (In Person) before Judge Amit P. Mehta. Plaintiff's witnesses: Peter Fitzgerald (continued from 4/22/2025), Nicholas Turley, and Antonio Rangel. (Court Reporter AM – William Zaremba, PM – Christine Asif.) (zakb) (Entered: 04/22/2025) |
| 04/22/2025 | | MINUTE ORDER granting 1223 Motion for Leave to Appear Pro Hac Vice. Attorney Caitlin N. Fitzpatrick is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 4/22/2025. (lcapm2) (Entered: 04/22/2025) |
| 04/23/2025 | 1227 | NOTICE of Appearance by Caitlin Fitzpatrick on behalf of YAHOO! INC. (Fitzpatrick, Caitlin) (Entered: 04/23/2025) |

| 04/23/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Evidentiary Hearing held on 4/23/2025. Evidentiary Hearing continued for 4/24/2025 at 9:00 AM in Courtroom 10 (In Person) before Judge Amit P. Mehta. Plaintiff's witnesses: Sissie Hsiao, Dmitry Shevelenko, and Gabriel Weinberg. (Court Reporter AM: William Zaremba, PM: Lorraine Herman.) (zakb) (Entered: 04/23/2025) |
|---|---|---|
| 04/23/2025 | | MINUTE ORDER. The parties have advised the court of possible closed–session testimony from witness Gabriel Weinberg on April 24, 2025. The court will consider any argument and objections regarding the proposed closed session at 9:00 AM on April 24, 2025 in Courtroom 10. Signed by Judge Amit P. Mehta on 4/23/2025. (lcapm2) (Entered: 04/23/2025) |
| 04/24/2025 | 1228 | NOTICE *of Exhibits Offered for Admission* by UNITED STATES OF AMERICA (McLellan, Michael) (Entered: 04/24/2025) |
| 04/24/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Evidentiary Hearing held on 4/24/2025. Evidentiary Hearing continued for 4/25/2025 at 9:15 AM in Courtroom 10– In Person before Judge Amit P. Mehta. (Court Reporter AM – William Zaremba, PM – Christine Asif.) (zakb) (Entered: 04/24/2025) |
| 04/24/2025 | 1229 | MOTION for Leave to File Amicus Brief by ALPHABET WORKERS UNION–CWA. (Attachments: # 1 Text of Proposed Order)(Grunes, Allen) (Entered: 04/24/2025) |
| 04/24/2025 | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 1229 MOTION for Leave to File Amicus Brief by ALPHABET WORKERS UNION–CWA. (Attachments: # 1 Text of Proposed Order)(Grunes, Allen).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney–renewal.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 5/1/2025. (zhcn) 4/28/2025 (zapb). (Entered: 04/25/2025) |
| 04/25/2025 | 1230 | MOTION for Leave to File Amicus Brief by ALPHABET WORKERS UNION–CWA. (Attachments: # 1 Text of Proposed Order)(Meschke, David) (Entered: 04/25/2025) |
| 04/25/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Evidentiary Hearing held on 4/25/2025. Evidentiary Hearing continued for 4/28/2025 at 9:30 AM in Courtroom 10 (In Person) before Judge Amit P. Mehta. Plaintiff's witnesses: Paul Vallez, James Mickens, and Parisa Tabriz. (Court Reporters: AM – William Zaremba and PM – Christine Asif.) (zakb) (Entered: 04/25/2025) |
| 04/28/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Evidentiary Hearing held on 4/28/2025. Evidentiary Hearing continued for 4/29/2025 at 9:15 AM in Courtroom 10 before Judge Amit P. Mehta. Plaintiff's witnesses: Adam Epstein, Michael Luca, and David Locala. (Court Reporter AM: William Zaremba, PM: Lorraine Herman.) (zakb) (Entered: 04/28/2025) |

| 04/28/2025 | | MINUTE ORDER. The parties have advised the court of possible closed–session testimony from witness Heather Adkins on April 29, 2025. The court will consider any argument and objections regarding the proposed closed session at 9:15 AM on April 29, 2025 in Courtroom 10. Signed by Judge Amit P. Mehta on 4/28/2025. (lcapm2) (Entered: 04/28/2025) |
|---|---|---|
| 04/29/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Evidentiary Hearing held on 4/29/2025. Plaintiffs rested their case in chief. Evidentiary Hearing continued for 4/30/2025 at 9:30 AM in Courtroom 10 (In Person) before Judge Amit P. Mehta. Plaintiff's witness: Tasneem Chipty. Defendant's witness: Heather Adkins. (Court Reporters: AM – William Zaremba and PM – Christine Asif.) (zakb) (Entered: 04/29/2025) |
| 04/30/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Evidentiary Hearing held on 4/30/2025. Evidentiary Hearing continued for 5/1/2025 at 9:15 AM in Courtroom 10 before Judge Amit P. Mehta. Defendant's witnesses: Sundar Pichai, Jason Nieh, and Marc Zenner. (Court Reporter AM: William Zaremba and PM: Lorraine Herman.) (zakb) (Entered: 04/30/2025) |
| 04/30/2025 | 1232 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Katharine M. O'Connor, Filing fee $ 100, receipt number ADCDC11657166. Fee Status: Fee Paid. by MOTOROLA MOBILITY LLC. (Attachments: # 1 Declaration Declaration for Pro Hac Vice Admission as to Katharine O'Connor, # 2 Supplement Attachment to Declaration of Katharine O'Connor, # 3 Text of Proposed Order)(Ferrara, Anthony) (Entered: 04/30/2025) |
| 04/30/2025 | 1233 | NOTICE *of Exhibits Offered for Admission* by GOOGLE LLC (Schmidtlein, John) (Entered: 04/30/2025) |
| 04/30/2025 | 1234 | NOTICE *of Exhibits Offered for Admission Subject to Standing Objection* by GOOGLE LLC (Schmidtlein, John) (Entered: 04/30/2025) |
| 05/01/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Evidentiary Hearing held on 5/1/2025. Evidentiary Hearing continued for 5/2/2025 at 9:15 AM in Courtroom 10 (In Person) before Judge Amit P. Mehta. Defendant's witnesses: James Allan and Jesse Adkins. (Court Reporter AM – William Zaremba and PM – Christine Asif.) (zakb) Modified on 5/2/2025 to include witnesses (zakb). (Entered: 05/01/2025) |
| 05/01/2025 | 1235 | ORDER granting 1224 Apple's Motion for Leave to File Under Seal. Apple shall file a redacted version of the Giannandrea Declaration by May 2, 2025. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 4/29/2025. (lcapm2) (Entered: 05/01/2025) |
| 05/01/2025 | 1236 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Lee A. Hepner, Filing fee $ 100, receipt number ADCDC–11660095. Fee Status: Fee Paid. by AMERICAN ECONOMIC LIBERTIES PROJECT. (Attachments: # 1 Declaration of Lee A. Hepner, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Van Dyck, Katherine) (Entered: 05/01/2025) |
| 05/01/2025 | 1237 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Catherine S. Simonsen, Filing fee $ 100, receipt number ADCDC–11660145. Fee Status: Fee Paid. by AMERICAN ECONOMIC LIBERTIES PROJECT. (Attachments: # 1 Declaration of Catherine S. Simonsen, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Van Dyck, Katherine) (Entered: 05/01/2025) |

| 05/01/2025 | 1240 | SEALED DOCUMENT (Affidavit of John Giannandrea) filed by APPLE INC.. (This document is SEALED and only available to authorized persons.)(mg) (Entered: 05/05/2025) |
|---|---|---|
| 05/02/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Evidentiary Hearing held on 5/2/2025 Evidentiary Hearing continued for 5/6/2025 at 9:30 AM in Courtroom 10 (In Person) before Judge Amit P. Mehta. Defendant's witnesses: Jesse Adkins (continued from 5/1/2025), Eric Muhlheim, Mark Israel, and Eli Collins. (Court Reporters AM: William Zaremba and PM: Lorraine Herman.) (zakb) (Entered: 05/02/2025) |
| 05/02/2025 | | MINUTE ORDER granting 1232 Motion for Leave to Appear Pro Hac Vice. Attorney Katharine M. O'Connor is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 5/2/2025. (lcapm2) (Entered: 05/02/2025) |
| 05/02/2025 | | MINUTE ORDER granting 1236 Motion for Leave to Appear Pro Hac Vice. Attorney Lee A. Hepner is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 5/2/2025. (lcapm2) (Entered: 05/02/2025) |
| 05/02/2025 | | MINUTE ORDER granting 1237 Motion for Leave to Appear Pro Hac Vice. Attorney Catherine S. Simonsen is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 5/2/2025. (lcapm2) (Entered: 05/02/2025) |
| 05/02/2025 | 1238 | NOTICE *Of Plaintiffs' Exhibits Offered For Admission* by UNITED STATES OF AMERICA (McLellan, Michael) (Entered: 05/02/2025) |
| 05/02/2025 | 1239 | DECLARATION re 1235 Order on Sealed Motion for Leave to File Document Under Seal, *(Redacted Affidavit of John Giannandrea)* by APPLE INC.. (Ray, Sarah) Modified event on 5/5/2025 (mg). (Entered: 05/02/2025) |
| 05/05/2025 | | NOTICE of Hearing: On May 6, 2025, the Evidentiary Hearing will begin at 9:15 AM in Courtroom 10. (lcapm2) (Entered: 05/05/2025) |
| 05/06/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Evidentiary Hearing held on 5/6/2025. Evidentiary Hearing continued for 5/7/2025 at 9:30 AM in Courtroom 10 (In Person) before Judge Amit P. Mehta. Defendant's witnesses: Elizabeth Reid and Christopher Culnane. (Court Reporter AM: William Zaremba and PM: Lorraine Herman.) (zakb) (Entered: 05/06/2025) |
| 05/06/2025 | 1241 | NOTICE of Appearance by Brandon Kressin on behalf of NEWS/MEDIA ALLIANCE (Kressin, Brandon) (Entered: 05/06/2025) |
| 05/06/2025 | 1242 | NOTICE of Appearance by Ian Simmons on behalf of BIPARTISAN FORMER ANTITRUST ENFORCERS (Simmons, Ian) (Entered: 05/06/2025) |
| 05/06/2025 | 1243 | MOTION for Leave to File Amicus Brief by BIPARTISAN FORMER ANTITRUST ENFORCERS. (Attachments: # 1 Exhibit A – Brief of Bipartisan Former Antitrust Enforcers As Amicus Curiae in Support of Neither Party, # 2 Text of Proposed Order)(Simmons, Ian) (Entered: 05/06/2025) |

| 05/06/2025 | 1244 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Peter Herrick, Filing fee $ 100. Fee Status: Fee Paid. by BIPARTISAN FORMER ANTITRUST ENFORCERS. (Attachments: # 1 Declaration of Peter Herrick, # 2 Text of Proposed Order)(Simmons, Ian) (Entered: 05/06/2025) |
| 05/06/2025 | 1245 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Michael F. Rosenblatt, Filing fee $ 100. Fee Status: Fee Paid. by BIPARTISAN FORMER ANTITRUST ENFORCERS. (Attachments: # 1 Declaration of Mike Rosenblatt, # 2 Text of Proposed Order)(Simmons, Ian) (Entered: 05/06/2025) |
| 05/06/2025 | 1246 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Andrew Ezekoye, Filing fee $ 100. Fee Status: Fee Paid. by BIPARTISAN FORMER ANTITRUST ENFORCERS. (Attachments: # 1 Declaration of Andrew Ezekoye, # 2 Text of Proposed Order)(Simmons, Ian) (Entered: 05/06/2025) |
| 05/06/2025 | 1247 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Joshua P. Cayetano, Filing fee $ 100. Fee Status: Fee Paid. by BIPARTISAN FORMER ANTITRUST ENFORCERS. (Attachments: # 1 Declaration of Joshua P. Cayetano, # 2 Text of Proposed Order)(Simmons, Ian) (Entered: 05/06/2025) |
| 05/07/2025 | | Payment for 1244 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Peter Herrick, Filing fee $ 100. Fee Status: Fee Paid.. ($100; Receipt number ADCDC–11674119). (Simmons, Ian) (Entered: 05/07/2025) |
| 05/07/2025 | | Payment for 1245 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Michael F. Rosenblatt, Filing fee $ 100. Fee Status: Fee Paid.. ($100; Receipt number ADCDC–11674129). (Simmons, Ian) (Entered: 05/07/2025) |
| 05/07/2025 | | Payment for 1246 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Andrew Ezekoye, Filing fee $ 100. Fee Status: Fee Paid.. ($100; Receipt number ADCDC–11674140). (Simmons, Ian) (Entered: 05/07/2025) |
| 05/07/2025 | | Payment for 1247 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Joshua P. Cayetano, Filing fee $ 100. Fee Status: Fee Paid.. ($100; Receipt number ADCDC–11674143). (Simmons, Ian) (Entered: 05/07/2025) |
| 05/07/2025 | 1248 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Stephen Wu, Filing fee $ 100, receipt number ADCDC–11674390. Fee Status: Fee Paid. by MOTOROLA MOBILITY LLC. (Attachments: # 1 Declaration Declaration for Pro Hac Vice Admission as to Stephen Wu, Certificate of Good Standing, # 2 Supplement Attachment to Declaration of Stephen Wu, # 3 Text of Proposed Order)(Ferrara, Anthony) (Entered: 05/07/2025) |
| 05/07/2025 | 1249 | NOTICE of Appearance by Katharine M. O'Connor on behalf of MOTOROLA MOBILITY LLC (O'Connor, Katharine) (Entered: 05/07/2025) |
| 05/07/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Evidentiary Hearing held on 5/7/2025. Evidentiary Hearing continued for 5/8/2025 at 9:30 AM in Courtroom 10 (In Person) before Judge Amit P. Mehta. Defendant's witnesses: Eduardo Cue, Sameer Samat, and Lorin Hitt. (Court Reporters AM: William Zaremba and PM: Christine Asif) (zakb) (Entered: 05/07/2025) |
| 05/07/2025 | 1250 | NOTICE of Appearance by Catherine S. Simonsen on behalf of AMERICAN ECONOMIC LIBERTIES PROJECT (Simonsen, Catherine) (Entered: 05/07/2025) |
| 05/07/2025 | 1251 | |

| | | NOTICE of Appearance by Benjamin G. Bradshaw on behalf of CHAMBER OF PROGRESS, COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION (Bradshaw, Benjamin) (Entered: 05/07/2025) |
|---|---|---|
| 05/07/2025 | 1252 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Anna T. Pletcher, Filing fee $ 100, receipt number ADCDC–11674793. Fee Status: Fee Paid. by CHAMBER OF PROGRESS, COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION. (Attachments: # 1 Declaration of Anna Pletcher, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Bradshaw, Benjamin) (Entered: 05/07/2025) |
| 05/07/2025 | 1253 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Sergei Zaslavsky, Filing fee $ 100, receipt number ADCDC–11674795. Fee Status: Fee Paid. by CHAMBER OF PROGRESS, COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION. (Attachments: # 1 Declaration of Serge Zaslavsky, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Bradshaw, Benjamin) (Entered: 05/07/2025) |
| 05/07/2025 | 1254 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Melissa C. Cassel–Walker, Filing fee $ 100, receipt number ADCDC–11674796. Fee Status: Fee Paid. by CHAMBER OF PROGRESS, COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION. (Attachments: # 1 Declaration of Melissa C. Cassel–Walker, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Bradshaw, Benjamin) (Entered: 05/07/2025) |
| 05/07/2025 | 1255 | MOTION for Extension of Time to *File Amicus Brief* by APPLE INC.. (Attachments: # 1 Text of Proposed Order)(Ray, Sarah) (Entered: 05/07/2025) |
| 05/07/2025 | 1256 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Monsura A. Sirajee, Filing fee $ 100, receipt number ADCDC–11674799. Fee Status: Fee Paid. by CHAMBER OF PROGRESS, COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION. (Attachments: # 1 Declaration of Monsura A. Sirajee, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Bradshaw, Benjamin) (Entered: 05/07/2025) |
| 05/07/2025 | 1257 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Enoch O. Ajayi, Filing fee $ 100, receipt number ADCDC–11674805. Fee Status: Fee Paid. by CHAMBER OF PROGRESS, COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION. (Attachments: # 1 Declaration of Enoch O. Ajayi, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Bradshaw, Benjamin) (Entered: 05/07/2025) |
| 05/07/2025 | 1258 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Andrew C. Finch, Filing fee $ 100, receipt number ADCDC–11674813. Fee Status: Fee Paid. by Brave Software, Inc.. (Attachments: # 1 Declaration of Andrew C. Finch in Support of Motion to Admit Pro Hac Vice, # 2 Exhibit A – Certificate of Good Standing, # 3 Exhibit B – Court Admissions, # 4 Text of Proposed Order)(Buretta, John) (Entered: 05/07/2025) |
| 05/07/2025 | 1259 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Gary A. Bornstein, Filing fee $ 100, receipt number ADCDC–11674830. Fee Status: Fee Paid. by Brave Software, Inc.. (Attachments: # 1 Declaration of Gary A. Bornstein in Support of Motion to Admit Pro Hac Vice, # 2 Exhibit A – Certificate of Good Standing, # 3 Exhibit B – Court Admissions, # 4 Text of Proposed Order)(Buretta, John) (Entered: 05/07/2025) |

| 05/07/2025 | 1260 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Yonatan Even, Filing fee $ 100, receipt number ADCDC–11674842. Fee Status: Fee Paid. by Brave Software, Inc.. (Attachments: # 1 Declaration of Yonatan Even in Support of Motion to Admit Pro Hac Vice, # 2 Exhibit A – Certificate of Good Standing, # 3 Exhibit B – Court Admissions, # 4 Text of Proposed Order)(Buretta, John) (Entered: 05/07/2025) |
| --- | --- | --- |
| 05/07/2025 | 1263 | MOTION for Leave to File Amicus Brief by GREGORY J. WERDEN. (Attachments: # 1 Amicus Brief, # 2 Proposed Order)(zdp) (Entered: 05/08/2025) |
| 05/08/2025 | 1261 | MEMORANDUM by GOOGLE LLC. (Schmidtlein, John) (Entered: 05/08/2025) |
| 05/08/2025 | 1262 | MEMORANDUM by UNITED STATES OF AMERICA. (Chapman, Travis) (Entered: 05/08/2025) |
| 05/08/2025 | 1264 | NOTICE of Appearance by Brandon Kressin on behalf of Y Combinator (Kressin, Brandon) (Entered: 05/08/2025) |
| 05/08/2025 | 1265 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Ben Harris, Filing fee $ 100, receipt number ADCDC–11677524. Fee Status: Fee Paid. by APPLE INC.. (Attachments: # 1 Declaration of Ben Harris, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Garre, Gregory) (Entered: 05/08/2025) |
| 05/08/2025 | 1266 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Whitney A. Lee, Filing fee $ 100, receipt number ADCDC–11677638. Fee Status: Fee Paid. by Andrew Stivers. (Attachments: # 1 Declaration Declaration in Support of Pro Hac Vice Motion, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Gerking, Megan) (Entered: 05/08/2025) |
| 05/08/2025 | 1267 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jasmine Arooni, Filing fee $ 100, receipt number ADCDC–11677747. Fee Status: Fee Paid. by JAMES COOPER, ANDREW STIVERS. (Attachments: # 1 Declaration in Support of Pro Hac Vice Motion, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Gerking, Megan) (Entered: 05/08/2025) |
| 05/08/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Evidentiary Hearing held on 5/8/2025. Defendant rested their case. Evidentiary Hearing continued for 5/9/2025 at 9:30 AM in Courtroom 10 (In Person) before Judge Amit P. Mehta. Defendant's witnesses: Lorin Hitt, Kevin Murphy, and Omkar Muralidharan. (Court Reporter AM: William Zaremba, PM: Lorraine Herman.) (zakb) (Entered: 05/08/2025) |
| 05/08/2025 | | MINUTE ORDER denying 1255 Apple's Motion for Extension of Time. Apple shall file its amicus brief by May 9, 2025. Signed by Judge Amit P. Mehta on 5/8/2025. (lcapm2) (Entered: 05/08/2025) |
| 05/08/2025 | 1268 | NOTICE *of Exhibits Offered for Admission* by GOOGLE LLC (Schmidtlein, John) (Entered: 05/08/2025) |
| 05/08/2025 | 1269 | NOTICE of Appearance by Graham Robert Cronogue on behalf of ACT | The App Association (Cronogue, Graham) (Entered: 05/08/2025) |
| 05/08/2025 | 1270 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Creighton James Macy, Filing fee $ 100, receipt number ADCDC–11678147. Fee Status: Fee Paid. by ACT | The App Association. (Attachments: # 1 Declaration of Creighton J. Macy, # 2 Exhibit A – Certificate of Good Standing, # 3 Text of Proposed Order)(Cronogue, |

| | | Graham) (Entered: 05/08/2025) |
|---|---|---|
| 05/08/2025 | 1271 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Mark Geoffrey Weiss, Filing fee $ 100, receipt number ADCDC–11678189. Fee Status: Fee Paid. by ACT | The App Association. (Attachments: # 1 Declaration of Mark G. Weiss, # 2 Exhibit A – Certificate of Good Standing, # 3 Text of Proposed Order)(Cronogue, Graham) (Entered: 05/08/2025) |
| 05/08/2025 | 1272 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Kaitlyn Elizabeth Barry, Filing fee $ 100, receipt number ADCDC–11678190. Fee Status: Fee Paid. by ACT | The App Association. (Attachments: # 1 Declaration of Kaitlyn E. Barry, # 2 Exhibit A – Certificate of Good Standing, # 3 Text of Proposed Order)(Cronogue, Graham) (Entered: 05/08/2025) |
| 05/09/2025 | 1273 | NOTICE of Appearance by Lee Hepner on behalf of AMERICAN ECONOMIC LIBERTIES PROJECT (Hepner, Lee) (Entered: 05/09/2025) |
| 05/09/2025 | 1274 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Miriam H. Wugmeister, Filing fee $ 100, receipt number ADCDC–11678806. Fee Status: Fee Paid. by JAMES COOPER, ANDREW STIVERS. (Attachments: # 1 Declaration in Support of Pro Hac Vice Motion, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Gerking, Megan) (Entered: 05/09/2025) |
| 05/09/2025 | 1275 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jonathan Louis Newmark, Filing fee $ 100, receipt number ADCDC–11678859. Fee Status: Fee Paid. by JAMES COOPER, ANDREW STIVERS. (Attachments: # 1 Declaration in Support of Pro Hac Vice Motion, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Gerking, Megan) (Entered: 05/09/2025) |
| 05/09/2025 | 1276 | NOTICE of Appearance by Megan Gerking on behalf of JAMES COOPER, ANDREW STIVERS (Gerking, Megan) (Entered: 05/09/2025) |
| 05/09/2025 | 1277 | NOTICE of Appearance by Joseph Charles Folio, III on behalf of JAMES COOPER, ANDREW STIVERS (Folio, Joseph) (Entered: 05/09/2025) |
| 05/09/2025 | 1278 | NOTICE of Appearance by Lisa M. Phelan on behalf of JAMES COOPER, ANDREW STIVERS (Phelan, Lisa) (Entered: 05/09/2025) |
| 05/09/2025 | 1279 | MOTION for Leave to File Amicus Brief by ANTHROPIC PBC, ENGINE ADVOCACY, TECHNET. (Attachments: # 1 Proposed Amicus Brief, # 2 Text of Proposed Order)(Mezzina, Paul) (Entered: 05/09/2025) |
| 05/09/2025 | 1280 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests *[Amended]* by ANTHROPIC PBC (Mezzina, Paul) (Entered: 05/09/2025) |
| 05/09/2025 | 1281 | MOTION for Leave to File Amicus Brief by AMERICAN ECONOMIC LIBERTIES PROJECT. (Attachments: # 1 Exhibit – Brief of Amicus Curiae American Economic Liberties Project, # 2 Text of Proposed Order)(Hepner, Lee) (Entered: 05/09/2025) |
| 05/09/2025 | 1282 | NOTICE of Appearance by Marisa Poncia on behalf of MOTOROLA MOBILITY LLC (Poncia, Marisa) (Entered: 05/09/2025) |
| 05/09/2025 | 1283 | NOTICE *Of Plaintiffs' Exhibits Offered For Admission* by UNITED STATES OF AMERICA (McLellan, Michael) (Entered: 05/09/2025) |

| 05/09/2025 | 1284 | MOTION for Leave to File Amicus Brief by NEWS/MEDIA ALLIANCE. (Attachments: # 1 Proposed Amicus Brief, # 2 Text of Proposed Order)(Kressin, Brandon) (Entered: 05/09/2025) |
| --- | --- | --- |
| 05/09/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Evidentiary Hearing held on 5/9/2025. Plaintiffs presented and concluded their rebuttal case. Order addressing closing arguments forthcoming via chambers. Plaintiff's rebuttal witnesses: Kinshuk Jerath and Tasneem Chipty. (Court Reporter: William Zaremba.) (zakb) (Entered: 05/09/2025) |
| 05/09/2025 | 1285 | NOTICE *OF EXHIBIT OFFERED FOR ADMISSION* by STATE OF COLORADO (Sallet, Jonathan) (Entered: 05/09/2025) |
| 05/09/2025 | 1286 | MOTION for Leave to File Amicus Brief by Federal Trade Commission. (Attachments: # 1 Amicus Brief, # 2 Proposed Order)(Sawkar, Anupama) (Entered: 05/09/2025) |
| 05/09/2025 | 1287 | ENTERED IN ERROR.....NOTICE of Appearance by Elizabeth Rinehart on behalf of The Center for Cybersecurity Policy and Law (Rinehart, Elizabeth) Modified on 5/13/2025 (mg). (Entered: 05/09/2025) |
| 05/09/2025 | 1288 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jennifer C. Daskal, Filing fee $ 100, receipt number ADCDC−11681005. Fee Status: Fee Paid. by The Center for Cybersecurity Policy and Law. (Attachments: # 1 Declaration for Pro Hac Vice Admission of Jennifer C. Daskal, # 2 Certificate of Good Standing of Jennifer C. Daskal, # 3 Text of Proposed Order)(Rinehart, Elizabeth) (Entered: 05/09/2025) |
| 05/09/2025 | 1289 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Matthew D. Field, Filing fee $ 100, receipt number ADCDC−11681044. Fee Status: Fee Paid. by The Center for Cybersecurity Policy and Law. (Attachments: # 1 Declaration for Pro Hac Vice Admission of Matthew D. Field, # 2 Certificate of Good Standing of Matthew D. Field, # 3 Text of Proposed Order)(Rinehart, Elizabeth) (Entered: 05/09/2025) |
| 05/09/2025 | | MINUTE ORDER granting 1244 , 1245 , 1246 , 1247 , 1248 , 1252 , 1253 , 1254 , 1256 , 1257 , 1258 , 1259 , 1260 , 1265 , 1266 , 1267 , 1270 , 1271 , 1272 , 1274 , 1275 , 1288 , 1289 Motions for Leave to Appear Pro Hac Vice. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 5/9/2025. (lcapm2) (Entered: 05/09/2025) |
| 05/09/2025 | 1290 | MOTION for Leave to File Amicus Brief by CHAMBER OF PROGRESS. (Attachments: # 1 Exhibit A – Brief of Chamber of Progress and Computer & Communications Industry Association as Amicus Curiae Supporting Google LLC, # 2 Text of Proposed Order)(Bradshaw, Benjamin) (Entered: 05/09/2025) |
| 05/09/2025 | 1291 | Unopposed MOTION for Leave to File Amicus Brief by JAMES COOPER, ANDREW STIVERS. (Attachments: # 1 Exhibit Brief of Amicus Curiae Drs. James Cooper and Andrew Stivers, # 2 Text of Proposed Order)(Phelan, Lisa) (Entered: 05/09/2025) |
| 05/09/2025 | 1292 | Unopposed MOTION for Leave to File Amicus Brief by THE CENTER FOR CYBERSECURITY POLICY AND LAW. (Attachments: # 1 Exhibit – Brief of Amicus Curiae The Center for Cybersecurity Policy and Law, # 2 Text of Proposed Order)(Rinehart, Elizabeth) (Entered: 05/09/2025) |
| 05/09/2025 | 1293 | |

| | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by SAMSUNG ELECTRONICS CO., LTD. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1 – Unopposed Motion for Leave to File Amicus Brief in Support of Defendant's Opposition to Certain Remedies, # 2 Exhibit 2 – Exhibit 1 to Motion to File Amicus Brief, # 3 Exhibit 3 – Exhibit 2 to Motion to File Amicus Brief, # 4 Exhibit 4 – Declaration in Support of Motion to File Amicus Brief, # 5 Text of Proposed Order)(Arteaga, Juan) (Entered: 05/09/2025) |
|---|---|---|
| 05/09/2025 | 1294 | AMICUS BRIEF by ALPHABET WORKERS UNION–CWA. (Grunes, Allen) (Entered: 05/09/2025) |
| 05/09/2025 | 1295 | NOTICE of Appearance by Juan Arteaga on behalf of Mozilla Corporation (Arteaga, Juan) (Entered: 05/09/2025) |
| 05/09/2025 | 1296 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by Mozilla Corporation (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1 – Unopposed Motion for Leave to File Amicus Brief in Support of Neither Party, # 2 Exhibit 2 – Ex 1 in Support of Motion to File Amicus Brief, # 3 Exhibit 3 – Ex 2 in Support of Motion to File Amicus Brief, # 4 Exhibit 4 – Declaration in Support of Motion to File Amicus Brief, # 5 Text of Proposed Order)(Arteaga, Juan) (Entered: 05/09/2025) |
| 05/09/2025 | 1297 | Unopposed MOTION for Leave to File Amicus Brief by SCHOLARS OF LAW & ECONOMICS. (Attachments: # 1 Exhibit 1 (proposed amicus brief), # 2 Text of Proposed Order)(LeGrand, Rebecca) (Entered: 05/09/2025) |
| 05/09/2025 | 1298 | NOTICE of Appearance by Rebecca S. LeGrand on behalf of SCHOLARS OF LAW & ECONOMICS (LeGrand, Rebecca) (Entered: 05/09/2025) |
| 05/09/2025 | 1299 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by MOTOROLA MOBILITY LLC (O'Connor, Katharine) (Entered: 05/09/2025) |
| 05/09/2025 | 1300 | MOTION for Leave to File Amicus Brief by Y Combinator. (Attachments: # 1 Proposed Amicus Brief, # 2 Text of Proposed Order)(Kressin, Brandon) (Entered: 05/09/2025) |
| 05/09/2025 | 1301 | NOTICE of Appearance by Yonatan Even on behalf of Brave Software, Inc. (Even, Yonatan) (Entered: 05/09/2025) |
| 05/09/2025 | 1302 | NOTICE *Regarding Designated Deposition Testimony* by GOOGLE LLC (Schmidtlein, John) (Entered: 05/09/2025) |
| 05/09/2025 | 1303 | AMICUS BRIEF by APPLE INC.. (Ray, Sarah) (Entered: 05/09/2025) |
| 05/09/2025 | 1304 | MOTION for Leave to File Amicus Brief by Brave Software, Inc.. (Attachments: # 1 Exhibit A – Brief of Amicus Curiae Brave Software, Inc. in Support of Neither Party, # 2 Text of Proposed Order)(Even, Yonatan) (Entered: 05/09/2025) |
| 05/09/2025 | 1305 | MOTION for Leave to File Amicus Brief by ACT | The App Association. (Attachments: # 1 Amicus Brief, # 2 Text of Proposed Order)(Cronogue, Graham) (Entered: 05/09/2025) |
| 05/09/2025 | 1306 | MOTION for Leave to File Amicus Brief by MOTOROLA MOBILITY LLC. (Attachments: # 1 Exhibit Proposed Brief of Amicus Curiae, # 2 Exhibit A to |

| | | |
|---|---|---|
| | | Proposed Amicus Brief – F. Laflamme Transcript Excerpts (REDACTED), # 3 Exhibit B to Proposed Amicus Brief – E. Christenson Transcript Excerpts, # 4 Exhibit C to Proposed Amicus Brief – Bates No. MOTO–DDC–00162956 (REDACTED), # 5 Text of Proposed Order)(O'Connor, Katharine) (Entered: 05/09/2025) |
| 05/09/2025 | 1307 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by MOTOROLA MOBILITY LLC (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A to Proposed Amicus Brief – F. Laflamme Transcript Excerpts (SEALED), # 2 Exhibit C to Proposed Amicus Brief – Bates No. MOTO–DDC–00162956 (SEALED), # 3 Text of Proposed Order)(O'Connor, Katharine) (Entered: 05/09/2025) |
| 05/12/2025 | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 1278 NOTICE of Appearance by Lisa M. Phelan on behalf of JAMES COOPER, ANDREW STIVERS (Phelan, Lisa). <br><br> Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney–renewal. <br><br> Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 5/19/2025. (zapb) Modified on 5/12/2025 (zapb). (Entered: 05/12/2025) |
| 05/12/2025 | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 1304 MOTION for Leave to File Amicus Brief by Brave Software, Inc.. (Attachments: # 1 Exhibit A – Brief of Amicus Curiae Brave Software, Inc. in Support of Neither Party, # 2 Text of Proposed Order)(Even, Yonatan). <br><br> Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney–renewal. <br><br> Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 5/19/2025. (zapb) 5/13/2025 (zapb). (Entered: 05/12/2025) |
| 05/12/2025 | | MINUTE ORDER granting 1225 , 1229 , 1230 , 1243 , 1263 , 1279 , 1281 , 1284 , 1286 , 1290 , 1291 , 1292 , 1297 , 1300 , 1304 , 1305 , 1306 Motions for Leave to File Amicus Brief. Signed by Judge Amit P. Mehta on 5/12/2025. (lcapm2) (Entered: 05/12/2025) |
| 05/12/2025 | | MINUTE ORDER granting 1293 Samsung's Sealed Motion for Leave to File Documents Under Seal. On or before May 16, 2025, Samsung shall file public versions of its amicus brief and supporting materials, as well as a motion for leave to file under seal the redacted portions. *See United States v. Hubbard*, 650 F.2d 293 |

| | | |
|---|---|---|
| | | (D.C. Cir. 1980). Signed by Judge Amit P. Mehta on 5/12/2025. (lcapm2) (Entered: 05/12/2025) |
| 05/12/2025 | | MINUTE ORDER granting 1296 Mozilla's Sealed Motion for Leave to File Documents Under Seal. On or before May 16, 2025, Mozilla shall file public versions of its amicus brief and supporting materials, as well as a motion for leave to file under seal the redacted portions. *See United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980). Signed by Judge Amit P. Mehta on 5/12/2025. (lcapm2) (Entered: 05/12/2025) |
| 05/12/2025 | 1308 | NOTICE of Appearance by Ben Harris on behalf of APPLE INC. (Harris, Ben) (Entered: 05/12/2025) |
| 05/12/2025 | 1322 | AMICUS BRIEF by CALIFORNIA CRANE SCHOOL. (mg) (Entered: 05/15/2025) |
| 05/12/2025 | 1323 | AMICUS BRIEF by BIPARTISAN FORMER ANTITRUST ENFORCERS. (mg) (Entered: 05/15/2025) |
| 05/12/2025 | 1324 | AMICUS BRIEF by GREGORY J. WERDEN. (mg) (Entered: 05/15/2025) |
| 05/12/2025 | 1325 | AMICUS BRIEF by ANTHROPIC PBC, ENGINE ADVOCACY, TECHNET. (mg) (Entered: 05/15/2025) |
| 05/12/2025 | 1326 | AMICUS BRIEF by AMERICAN ECONOMIC LIBERTIES PROJECT. (mg) (Entered: 05/15/2025) |
| 05/12/2025 | 1327 | AMICUS BRIEF by NEWS/MEDIA ALLIANCE. (mg) (Entered: 05/15/2025) |
| 05/12/2025 | 1328 | AMICUS BRIEF by Federal Trade Commission. (mg) (Entered: 05/15/2025) |
| 05/12/2025 | 1329 | AMICUS BRIEF by CHAMBER OF PROGRESS, COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION. (mg) (Entered: 05/15/2025) |
| 05/12/2025 | 1330 | AMICUS BRIEF by JAMES COOPER, ANDREW STIVERS. (mg) (Entered: 05/15/2025) |
| 05/12/2025 | 1331 | AMICUS BRIEF by THE CENTER FOR CYBERSECURITY POLICY AND LAW. (mg) (Entered: 05/15/2025) |
| 05/12/2025 | 1332 | AMICUS BRIEF by SCHOLARS OF LAW & ECONOMICS. (mg) (Entered: 05/15/2025) |
| 05/12/2025 | 1333 | AMICUS BRIEF by Brave Software, Inc.. (mg) (Entered: 05/15/2025) |
| 05/12/2025 | 1334 | AMICUS BRIEF by ACT | The App Association. (mg) (Entered: 05/15/2025) |
| 05/12/2025 | 1335 | AMICUS BRIEF by MOTOROLA MOBILITY LLC. (mg) (Entered: 05/15/2025) |
| 05/12/2025 | 1336 | SEALED DOCUMENT (SAMSUNG ELECTRONICS CO., LTD.S AMICUS CURIAE BRIEF) filed by SAMSUNG ELECTRONICS CO., LTD.. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 2 – Exhibit 1 to Motion to File Amicus Brief, # 2 Exhibit 3 – Exhibit 2 to Motion to File Amicus Brief, # 3 Exhibit 4 – Declaration in Support of Motion to File Amicus Brief)(mg) (Entered: 05/15/2025) |
| 05/12/2025 | 1337 | SEALED DOCUMENT (MOZILLA CORPORATIONS AMICUS CURIAE BRIEF) filed by Mozilla Corporation. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 2 – Ex 1 in Support of |

| | | |
|---|---|---|
| | | Motion to File Amicus Brief, # 2 Exhibit 3 – Ex 2 in Support of Motion to File Amicus Brief, # 3 Exhibit 4 – Declaration in Support of Motion to File Amicus Brief)(mg) (Entered: 05/15/2025) |
| 05/13/2025 | 1309 | NOTICE of Appearance by Creighton J. Macy on behalf of ACT | The App Association (Macy, Creighton) (Entered: 05/13/2025) |
| 05/13/2025 | | NOTICE OF ERROR regarding 1287 Notice of Appearance. The following error(s) need correction: Document incomplete, missing attorney's signature. Please refile. (mg) (Entered: 05/13/2025) |
| 05/13/2025 | 1310 | NOTICE of Appearance by Mark Geoffrey Weiss on behalf of ACT | The App Association (Weiss, Mark) (Entered: 05/13/2025) |
| 05/13/2025 | 1311 | NOTICE of Appearance by Kaitlyn Barry on behalf of ACT | The App Association (Barry, Kaitlyn) (Entered: 05/13/2025) |
| 05/13/2025 | 1312 | Joint STATUS REPORT *TO ADDRESS CONFIDENTIAL INFORMATION IN POST–HEARING SUBMISSIONS* by UNITED STATES OF AMERICA. (Chapman, Travis) (Entered: 05/13/2025) |
| 05/13/2025 | 1313 | MOTION to Amend/Correct *ECF No. 1306–2, 1307–1*, MOTION to Strike 1307 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by MOTOROLA MOBILITY LLC (This document is SEALED and only available to authorized persons.), 1306 MOTION for Leave to File Amicus Brief – *Motion to Strike and Amend Docket No. 1306–2 and 1307–1* by MOTOROLA MOBILITY LLC. (Attachments: # 1 Exhibit Revised ECF No. 1306–2 – REDACTED, # 2 Text of Proposed Order)(O'Connor, Katharine) (Entered: 05/13/2025) |
| 05/13/2025 | 1314 | SEALED DOCUMENT filed by MOTOROLA MOBILITY LLC re 1313 MOTION to Amend/Correct *ECF No. 1306–2, 1307–1* MOTION to Strike 1307 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by MOTOROLA MOBILITY LLC (This document is SEALED and only available to authorized persons.), 1306 MOTION for Leave to File Amicus Brief – *Motion to (This document is SEALED and only available to authorized persons.)(O'Connor, Katharine) (Entered: 05/13/2025)* |
| 05/13/2025 | | MINUTE ORDER granting 1313 Motorola's Motion to Strike and Amend Docket Nos. 1306–2 and 1307–1. The court hereby accepts the filing of ECF No. 1313–1 as a replacement for the document previously filed at ECF No. 1306–2 and strikes and deletes the document filed at ECF No. 1306–2. The court also accepts the filing of ECF No. 1314 as a replacement for the document previously filed under seal at ECF No. 1307–1 and strikes and deletes the document filed at ECF No. 1307–1. Signed by Judge Amit P. Mehta on 5/13/2025. (lcapm2) (Entered: 05/13/2025) |
| 05/13/2025 | | MINUTE ORDER granting 1307 Motorola's Motion for Leave to File Documents Under Seal. Balancing the *Hubbard* factors weighs in favor of sealing the portions requested by Motorola, as their disclosure would reveal the business strategies and confidential information of a third party. These considerations outweigh the public's interest in access. Signed by Judge Amit P. Mehta on 5/13/2025. (lcapm2) (Entered: 05/13/2025) |
| 05/13/2025 | 1315 | ERRATA by BIPARTISAN FORMER ANTITRUST ENFORCERS re 1243 Motion for Leave to File Amicus Brief,. (Attachments: # 1 Motion for Leave to File Amicus Brief, # 2 Exhibit A – Brief of Bipartisan Former Antitrust Enforcers As Amicus |

| | | |
|---|---|---|
| | | Curiae in Support of Neither Party)(Simmons, Ian) (Entered: 05/13/2025) |
| 05/13/2025 | 1318 | MANDATE of USCA as to 1156 Notice of Appeal to DC Circuit Court, filed by APPLE INC. ; USCA Case Number 25–5016. (Attachments: # 1 USCA Judgment 3/21/2025)(mg) (Entered: 05/14/2025) |
| 05/13/2025 | 1350 | NOTICE of Exhibit 1313–1 by MOTOROLA MOBILITY LLC re 5/13/2025 MINUTE Order on Motion to Amend/Correct, Order on Motion to Strike,, (mg) Modified docket text on 5/20/2025 (mg). (Entered: 05/20/2025) |
| 05/13/2025 | 1351 | SEALED DOCUMENT (Exhibit 1314) filed by MOTOROLA MOBILITY LLC. re 5/13/2025 MINUTE Order on Motion to Amend/Correct, Order on Motion to Strike. (This document is SEALED and only available to authorized persons.)(mg) (Entered: 05/20/2025) |
| 05/14/2025 | 1316 | NOTICE of Appearance by Gary Bornstein on behalf of Brave Software, Inc. (Bornstein, Gary) (Entered: 05/14/2025) |
| 05/14/2025 | 1317 | NOTICE of Appearance by Andrew C. Finch on behalf of Brave Software, Inc. (Finch, Andrew) (Entered: 05/14/2025) |
| 05/14/2025 | 1319 | ORDER regarding post–hearing submissions. See the attached Order for details. Signed by Judge Amit P. Mehta on 5/14/2025. (lcapm2) (Entered: 05/14/2025) |
| 05/14/2025 | 1320 | SEALED MOTION filed by Mozilla Corporation (Attachments: # 1 Exhibit 1 – Amended Amicus Brief (amending Document No. 1296–2), # 2 Exhibit 2 – Amended Exhibit A to Arteaga Declaration (amending Document No. 1296–4), # 3 Text of Proposed Order)(Arteaga, Juan) (Entered: 05/14/2025) |
| 05/14/2025 | 1321 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by Mozilla Corporation (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1 – Amicus Brief Proposed Redactions, # 2 Exhibit 2 – Exhibit A to Arteaga Declaration Proposed Redactions, # 3 Text of Proposed Order)(Arteaga, Juan) (Entered: 05/14/2025) |
| 05/14/2025 | | MINUTE ORDER denying 1321 Motion for Leave to File Under Seal Redacted Material in Mozilla Corporation's Amicus Papers. The court requires a more fulsome discussion of the *Hubbard* factors to determine whether sealing the portions requested by Mozilla is justified. Signed by Judge Amit P. Mehta on 5/14/2025. (lcapm2) (Entered: 05/14/2025) |
| 05/15/2025 | 1338 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by MOZILLA CORPORATION (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1 – Amicus Brief Proposed Redactions, # 2 Exhibit 2 – Exhibit A to Arteaga Declaration Proposed Redactions, # 3 Text of Proposed Order)(Arteaga, Juan) (Entered: 05/15/2025) |
| 05/15/2025 | 1339 | NOTICE *of Admitted Exhibits and Demonstratives* by GOOGLE LLC (Attachments: # 1 Exhibit A)(Schmidtlein, John) (Entered: 05/15/2025) |
| 05/15/2025 | 1340 | NOTICE *of Admitted Exhibits and Demonstratives* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A)(McLellan, Michael) (Entered: 05/15/2025) |
| 05/16/2025 | | MINUTE ORDER granting 1320 Motion to Amend Mozilla Corporation's Amicus Papers. The court hereby accepts the filing of ECF No. 1320–1 as a replacement for the document previously filed under seal at ECF No. 1296–2 and strikes and deletes |

| | | |
|---|---|---|
| | | the document filed at ECF No. 1296–2. The court also accepts the filing of ECF No. 1320–2 as a replacement for the document previously filed under seal at ECF No. 1296–4 and strikes and deletes the document filed at ECF No. 1296–4. Signed by Judge Amit P. Mehta on 5/16/2025. (lcapm2) (Entered: 05/16/2025) |
| 05/16/2025 | | MINUTE ORDER granting 1338 Renewed Motion for Leave to File Under Seal Redacted Material in Mozilla Corporation's Amicus Papers. Balancing the *Hubbard* factors weighs in favor of sealing the portions of the amicus brief requested by Mozilla, as their disclosure would reveal the business strategies and confidential information of a third party. These considerations outweigh the public's interest in access. With respect to the portions of the excerpted deposition testimony that Mozilla seeks to redact, the public has minimal interest in accessing this testimony because it was neither cited nor relied upon in Mozilla's amicus brief and is of marginal relevance to the issues in this case. Signed by Judge Amit P. Mehta on 5/16/2025. (lcapm2) (Entered: 05/16/2025) |
| 05/16/2025 | 1341 | AMICUS BRIEF *Amicus Curiae Mozilla Corporation in Support of Neither Party* by MOZILLA CORPORATION. (Attachments: # 1 Declaration of Juan Arteaga with Exhibit A)(Arteaga, Juan) (Entered: 05/16/2025) |
| 05/16/2025 | 1342 | SEALED MOTION filed by SAMSUNG ELECTRONICS CO., LTD. (Attachments: # 1 Exhibit 1 – Amended Amicus Brief (amending Document No. 1293–2), # 2 Text of Proposed Order)(Arteaga, Juan) (Entered: 05/16/2025) |
| 05/16/2025 | 1343 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by SAMSUNG ELECTRONICS CO., LTD. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1 – Amicus Brief Proposed Redactions, # 2 Exhibit 2 – Exhibit A to Arteaga Declaration Proposed Redactions, # 3 Text of Proposed Order)(Arteaga, Juan) (Entered: 05/16/2025) |
| 05/16/2025 | 1344 | AMICUS BRIEF *of Amicus Curiae Samsung Electronics Co., Ltd., in Support of Defendant's Opposition to Certain Proposed Remedies* by SAMSUNG ELECTRONICS CO., LTD.. (Attachments: # 1 Declaration of Juan Arteaga with Exhibit A)(Arteaga, Juan) (Entered: 05/16/2025) |
| 05/16/2025 | | MINUTE ORDER granting 1342 Motion to Amend Samsung's Amicus Brief. The court hereby accepts the filing of ECF No. 1342–1 as a replacement for the document previously filed under seal at ECF No. 1293–2 and strikes and deletes the document filed at ECF No. 1293–2. Signed by Judge Amit P. Mehta on 5/16/2025. (lcapm2) (Entered: 05/16/2025) |
| 05/16/2025 | 1345 | NOTICE of Appearance by Malisa Dawn McPherson on behalf of STATE OF OKLAHOMA (McPherson, Malisa) (Entered: 05/16/2025) |
| 05/16/2025 | 1346 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 05/16/2025) |
| 05/16/2025 | 1347 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 05/16/2025) |
| 05/16/2025 | 1348 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.)(Herrmann, Karl) (Entered: 05/16/2025) |

| 05/16/2025 | 1349 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Attachment A, # 2 Certificate of Service)(Herrmann, Karl) (Entered: 05/16/2025) |
| 05/16/2025 | 1352 | SEALED DOCUMENT (Exhibit A to Proposed Amicus Brief – F. Laflamme Transcript Excerpts (SEALED)) filed by MOTOROLA MOBILITY LLC. re 1335 Amicus Brief. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit C to Proposed Amicus Brief – Bates No. MOTO–DDC–00162956 (SEALED))(mg) Modified date on 5/20/2025 (mg). (Entered: 05/20/2025) |
| 05/16/2025 | 1353 | SEALED DOCUMENT (Exhibit 1 – Amended Amicus Brief (amending Document No. 1296–2) filed by MOZILLA CORPORATION. re 1341 Amicus Brief. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 2 – Amended Exhibit A to Arteaga Declaration (amending Document No. 1296–4))(mg) Modified date on 5/20/2025 (mg). (Entered: 05/20/2025) |
| 05/16/2025 | 1354 | SEALED DOCUMENT (Exhibit 1 – Amicus Brief Proposed Redactions) filed by MOZILLA CORPORATION. re 1341 Amicus Brief. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A to Arteaga Declaration Proposed Redactions)(mg) Modified date on 5/20/2025 (mg). (Entered: 05/20/2025) |
| 05/16/2025 | 1355 | SEALED DOCUMENT (Exhibit 1 – Amended Amicus Brief (amending Document No. 1293–2)) filed by SAMSUNG ELECTRONICS CO., LTD.. re 1344 Amicus Brief,. (This document is SEALED and only available to authorized persons.)(mg) (Entered: 05/20/2025) |
| 05/16/2025 | 1356 | SEALED DOCUMENT (Exhibit 1 – Amicus Brief Proposed Redactions) filed by SAMSUNG ELECTRONICS CO., LTD.. re 1344 Amicus Brief,. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 2 – Exhibit A to Arteaga Declaration Proposed Redactions)(mg) (Entered: 05/20/2025) |
| 05/19/2025 |  | MINUTE ORDER granting 1343 Motion for Leave to File Under Seal Redacted Material in Samsung's Amicus Papers. Balancing the *Hubbard* factors weighs in favor of sealing the portions of the amicus brief requested by Samsung, as their disclosure would reveal the business strategies and confidential information of a third party. These considerations outweigh the public's interest in access. With respect to the portions of the excerpted deposition testimony that Samsung seeks to redact, the public has minimal interest in accessing this testimony because it was neither cited nor relied upon in Samsung's amicus brief and is of marginal relevance to the issues in this case. Signed by Judge Amit P. Mehta on 5/19/2025. (lcapm2) (Entered: 05/19/2025) |
| 05/19/2025 | 1357 | SEALED DOCUMENT (Exhibit 2 – Exhibit A to Arteaga Declaration Proposed Redactions) filed by SAMSUNG ELECTRONICS CO., LTD.. re 1344 Amicus Brief,. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 2 – Exhibit A to Arteaga Declaration Proposed Redactions)(mg) (Entered: 05/21/2025) |
| 05/21/2025 | 1358 | REDACTED DOCUMENT– Plaintiffs' Remedies Post Trial Brief to 1348 Sealed Document by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 05/21/2025) |
| 05/21/2025 | 1359 |  |

| | | |
|---|---|---|
| | | REDACTED DOCUMENT– Defendant's Proposed Conclusions of Law to 1347 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 05/21/2025) |
| 05/21/2025 | 1360 | NOTICE OF WITHDRAWAL OF APPEARANCE as to MOTOROLA MOBILITY LLC. Attorney Marisa Poncia terminated. (Poncia, Marisa) (Entered: 05/21/2025) |
| 05/23/2025 | 1361 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF OKLAHOMA. Attorney Robert J. Carlson terminated. (Carlson, Robert) (Entered: 05/23/2025) |
| 05/23/2025 | 1362 | ORDER setting the schedule for closing arguments in the remedies–phase proceedings. Closing arguments shall be held on May 30, 2025, at 9:00 AM in Courtroom 10. A public access line will be connected for the duration of the hearing, and audience overflow and media access rooms will be designated in the courthouse. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 5/23/2025. (lcapm2) (Entered: 05/23/2025) |
| 05/23/2025 | 1363 | NOTICE of Appearance by Stephen Y. Wu on behalf of MOTOROLA MOBILITY LLC (Wu, Stephen) (Entered: 05/23/2025) |
| 05/23/2025 | 1364 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A to Plaintiffs' Responsive Proposed Findings Of Fact, # 2 Certificate of Service)(Chapman, Travis) (Entered: 05/23/2025) |
| 05/23/2025 | 1365 | SEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Chapman, Travis) (Entered: 05/23/2025) |
| 05/23/2025 | 1366 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 05/23/2025) |
| 05/23/2025 | 1367 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 05/23/2025) |
| 05/27/2025 | | Set/Reset Deadlines/Hearings: Evidentiary Hearing (Closing arguments) set for 5/30/2025 at 9:00 AM in Courtroom 10 (In Person) before Judge Amit P. Mehta. (Audio Line Available.) (zakb) (Entered: 05/27/2025) |
| 05/28/2025 | 1368 | Joint STATUS REPORT *on the Digital Markets Act* by GOOGLE LLC. (Schmidtlein, John) (Entered: 05/28/2025) |
| 05/29/2025 | 1369 | REDACTED DOCUMENT– Plaintiffs' Remedies Post–Trial Brief to 1348 Sealed Document by UNITED STATES OF AMERICA. (Herrmann, Karl) (Entered: 05/29/2025) |
| 05/29/2025 | 1370 | REDACTED DOCUMENT– Plaintiffs' Remedies Proposed Findings of Fact to 1349 Sealed Document by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit Attachment A, # 2 Certificate of Service)(Herrmann, Karl) (Entered: 05/29/2025) |
| 05/29/2025 | 1371 | REDACTED DOCUMENT– Plaintiffs' Responsive Proposed Findings of Fact to 1364 Sealed Document, by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A to Plaintiffs' Responsive Proposed Findings of Fact)(Chapman, Travis) (Entered: 05/29/2025) |

| 05/29/2025 | 1372 | REDACTED DOCUMENT– Plaintiffs' Responsive Post–Trial Brief to 1365 Sealed Document by UNITED STATES OF AMERICA. (Chapman, Travis) (Entered: 05/29/2025) |
| 05/29/2025 | 1373 | REDACTED DOCUMENT– Defendant's Proposed Findings of Fact to 1346 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 05/29/2025) |
| 05/29/2025 | 1374 | REDACTED DOCUMENT– Defendant's Responsive Proposed Findings of Fact to 1366 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 05/29/2025) |
| 05/29/2025 | 1375 | REDACTED DOCUMENT– Defendant's Responsive Proposed Conclusions of Law to 1367 Sealed Document by GOOGLE LLC. (Schmidtlein, John) (Entered: 05/29/2025) |
| 05/29/2025 | 1376 | NOTICE *of Errata to Defendant's Proposed Findings of Fact and Responsive Proposed Findings of Fact re 1346 and 1366 by GOOGLE LLC (Schmidtlein, John) Modified on 6/3/2025 to add links (mg). (Entered: 05/29/2025)* |
| 05/30/2025 | 1377 | NOTICE of Appearance by Asyl Nachabe on behalf of STATE OF LOUISIANA (Nachabe, Asyl) (Main Document 1377 replaced on 6/2/2025) (mg). (Entered: 05/30/2025) |
| 05/30/2025 | 1378 | NOTICE OF WITHDRAWAL OF APPEARANCE as to MOTOROLA MOBILITY LLC. Attorney Katharine M. O'Connor terminated. (O'Connor, Katharine) (Entered: 05/30/2025) |
| 05/30/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Evidentiary Hearing held on 5/30/2025. Closing arguments commenced and concluded. Court took the matter under advisement. (Court Reporter William Zaremba.) (zakb) (Entered: 06/02/2025) |
| 06/03/2025 | 1379 | NOTICE of Appearance by Donald Beaton Verrilli, Jr on behalf of GOOGLE LLC (Verrilli, Donald) (Entered: 06/03/2025) |
| 06/03/2025 | 1380 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Benjamin J. Horwich, Filing fee $ 100, receipt number ADCDC–11731401. Fee Status: Fee Paid. by GOOGLE LLC. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Verrilli, Donald) (Entered: 06/03/2025) |
| 06/03/2025 | 1381 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Justin P. Raphael, Filing fee $ 100, receipt number ADCDC–11731415. Fee Status: Fee Paid. by GOOGLE LLC. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Verrilli, Donald) (Entered: 06/03/2025) |
| 06/05/2025 | 1382 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney Sarah Bartels terminated. (Bartels, Sarah) (Entered: 06/05/2025) |
| 06/06/2025 | 1383 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney Diana Arlen Aguilar Aldape terminated. (Herrmann, Karl) (Entered: 06/06/2025) |
| 06/06/2025 | 1384 | NOTICE *of Errata for Post–Trial Briefing* by UNITED STATES OF AMERICA (Chapman, Travis) (Entered: 06/06/2025) |
| 06/09/2025 | 1386 | |

| | | |
|---|---|---|
| | | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Benjamin Barber's MOTION for Leave to File Amicus Brief. Reason(s): Filer is not a party to the case. (Attachments: # 1 Exhibit) (mg) (Entered: 06/12/2025) |
| 06/11/2025 | 1385 | Joint MOTION to Amend/Correct *the Record* by GOOGLE LLC. (Attachments: # 1 Text of Proposed Order)(Schmidtlein, John) (Entered: 06/11/2025) |
| 06/12/2025 | 1387 | ORDER granting 1385 Joint Motion to Correct the Record. See the attached Order for details. Signed by Judge Amit P. Mehta on 6/12/2025. (lcapm2) (Entered: 06/12/2025) |
| 06/12/2025 | | MINUTE ORDER granting 1380 & 1381 Motions for Leave to Appear Pro Hac Vice. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amit P. Mehta on 6/12/2025. (lcapm2) (Entered: 06/12/2025) |
| 06/13/2025 | 1388 | NOTICE of Appearance by Benjamin Joseph Horwich on behalf of GOOGLE LLC (Horwich, Benjamin) (Entered: 06/13/2025) |
| 06/13/2025 | 1389 | NOTICE of Appearance by Justin Paul Raphael on behalf of GOOGLE LLC (Raphael, Justin) (Entered: 06/13/2025) |
| 06/16/2025 | | MINUTE ORDER re 1386 Request for Leave to File Review. Leave to file is denied. Signed by Judge Amit P. Mehta on 6/16/2025. (lcapm2) (Entered: 06/16/2025) |
| 06/18/2025 | 1390 | NOTICE of Appearance by Cameron Ross Capps on behalf of STATE OF OKLAHOMA (Capps, Cameron) (Entered: 06/18/2025) |
| 06/20/2025 | 1391 | NOTICE OF WITHDRAWAL OF APPEARANCE as to AT&T INC.. Attorney Christian Dibblee terminated. (Dibblee, Christian) (Entered: 06/20/2025) |
| 06/30/2025 | 1392 | NOTICE OF WITHDRAWAL OF APPEARANCE as to APPLE INC.. Attorney Peter E. Davis terminated. (Davis, Peter) (Entered: 06/30/2025) |
| 07/09/2025 | 1393 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 1 MORNING SESSION before Judge Amit P. Mehta held on April 21, 2025; Page Numbers: 1–130. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Zaremba, William) (Entered: 07/09/2025) |
| 07/09/2025 | 1394 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 1 AFTERNOON SESSION, before Judge Amit P. Mehta held on April 21, 2025. Page Numbers: 131–309. Court Reporter: Lorraine Herman. Email: Lorraine_Herman@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Herman, Lorraine) Modified page numbers on 7/9/2025 (mg). (Entered: 07/09/2025) |
| 07/09/2025 | 1395 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 2 MORNING SESSION before Judge Amit P. Mehta held on April 22, 2025; Page Numbers: 310–456. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Zaremba, William) (Entered: 07/09/2025) |
| 07/09/2025 | 1396 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 2 AFTERNOON SESSION before Judge Amit P. Mehta held on April 22, 2025; Page Numbers: 457–617. Court Reporter/Transcriber Christine Asif; Email: |

| | | |
|---|---|---|
| | | Christine_Asif@dcd.uscourts.gov. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Asif, Christine) (Entered: 07/09/2025) |
| 07/09/2025 | <u>1397</u> | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS − DAY 3 MORNING SESSION before Judge Amit P. Mehta held on April 23, 2025; Page Numbers: 618−783. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Zaremba, William) (Entered: 07/09/2025) |
| 07/09/2025 | <u>1398</u> | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS − DAY 3 AFTERNOON SESSION, before Judge Amit P. Mehta, held on April 23, 2025. Page Numbers: 784 − 939. Court Reporter: Lorraine Herman. Email: Lorraine_Herman@dcd.uscourts.gov. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript |

formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Herman, Lorraine) (Entered: 07/09/2025)

| 07/09/2025 | 1399 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 4 MORNING SESSION before Judge Amit P. Mehta held on April 24, 2025; Page Numbers: 940–1123. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the <u>Transcript Order Form</u> |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Zaremba, William) (Entered: 07/09/2025) |
| 07/09/2025 | 1400 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 4 AFTERNOON SESSION before Judge Amit P. Mehta held on April 24, 2025; Page Numbers: 1124–1338. Court Reporter/Transcriber: Christine Asif; Email: Christine_Asif@dcd.uscourts.gov. Transcripts may be ordered by submitting the <u>Transcript Order Form</u> |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be |

| | | |
|---|---|---|
| | | made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Asif, Christine) (Entered: 07/09/2025) |
| 07/09/2025 | 1401 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 5 MORNING SESSION before Judge Amit P. Mehta held on April 25, 2025; Page Numbers: 1339–1518. Court Reporter/Transcriber William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Zaremba, William) (Entered: 07/09/2025) |
| 07/09/2025 | 1402 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 5 AFTERNOON SESSION before Judge Amit P. Mehta held on April 25, 2025; Page Numbers: 1519–1772. Court Reporter/Transcriber: Christine_Asif; Email: Christine_Asif@dcd.uscourts.gov. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Asif, Christine) (Entered: |

| | | 07/09/2025) |
|---|---|---|
| 07/09/2025 | 1403 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 6 MORNING SESSION before Judge Amit P. Mehta held on April 28, 2025; Page Numbers: 1773–1956. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Zaremba, William) (Entered: 07/09/2025) |
| 07/09/2025 | 1404 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 6 AFTERNOON SESSION before Judge Amit P. Mehta held on April 28, 2025. Page Numbers: 1957–2117. Court Reporter: Lorraine Herman. Email: Lorraine_Herman@dcd.uscourts.gov. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Herman, Lorraine) (Entered: 07/09/2025) |
| 07/09/2025 | 1405 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 7 MORNING SESSION before Judge Amit P. Mehta held on April 29, 2025; Page Numbers: 2118–2280. Court Reporter/Transcriber William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the <u>Transcript Order Form</u> |

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Zaremba, William) (Entered: 07/09/2025)

| 07/09/2025 | 1406 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS − DAY 7 AFTERNOON SESSION before Judge Amit P. Mehta held on April 29, 2025; Page Numbers: 2281−2439. Court Reporter/Transcriber: Christine Asif; Email: Christine_Asif@dcd.uscourts.gov. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Asif, Christine) (Entered: 07/09/2025) |
| 07/09/2025 | 1407 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS − DAY 8 MORNING SESSION before Judge Amit P. Mehta held on April 30, 2025; Page Numbers: 2441−2593. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Zaremba, William) (Entered: 07/09/2025) |
| 07/09/2025 | 1408 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 8 AFTERNOON SESSION before Judge Amit P. Mehta, held on April 30, 2025. Page Numbers: 2594–2761. Court Reporter: Lorraine Herman. Email: Lorraine_Herman@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Herman, Lorraine) (Entered: 07/09/2025) |
| 07/09/2025 | 1409 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 9 MORNING SESSION before Judge Amit P. Mehta held on May 1, 2025; Page Numbers: 2762–2927. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Zaremba, William) (Entered: 07/09/2025) |
|---|---|---|
| 07/09/2025 | 1410 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 9 AFTERNOON SESSION before Judge Amit P. Mehta held on May 1, 2025; Page Numbers: 2928–3071. Court Reporter/Transcriber: Christine Asif; Email: Christine_Asif@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Asif, Christine) (Entered: 07/09/2025) |
| 07/09/2025 | 1411 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 10 MORNING SESSION before Judge Amit P. Mehta held on May 2, 2025; Page Numbers: 3072–3252. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Zaremba, William) (Entered: 07/09/2025) |
| 07/09/2025 | 1412 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 11 MORNING SESSION before Judge Amit P. Mehta held on May 6, 2025; Page Numbers: 3424–3596. Court Reporter/Transcriber: William Zaremba; Email: |

William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Zaremba, William) (Entered: 07/09/2025)

| 07/09/2025 | 1413 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS − DAY 11 AFTERNOON SESSION before Judge Amit P. Mehta held on May 6, 2025. Page Numbers: 3597–3783. Court Reporter: Lorraine Herman. Email: Lorraine_Herman@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Herman, Lorraine) (Main Document 1413 replaced on 7/9/2025) (mg). Modified docket text on 7/9/2025 (mg). (Entered: 07/09/2025) |
| 07/09/2025 | 1414 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS − DAY 12 MORNING SESSION before Judge Amit P. Mehta held on May 7, 2025; Page Numbers: 3784–3948. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced |

| | | |
|---|---|---|
| | | above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Zaremba, William) (Entered: 07/09/2025) |
| 07/09/2025 | 1415 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 12 AFTERNOON SESSION before Judge Amit P. Mehta held on May 7, 2025; Page Numbers: 3949–4148. Court Reporter/Transcriber: Christine Asif: Email: Christine_Asif@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Asif, Christine) (Entered: 07/09/2025) |
| 07/09/2025 | 1416 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 13 MORNING SESSION before Judge Amit P. Mehta held on May 8, 2025; Page Numbers: 4149–4313. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal |

| | | identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Zaremba, William) (Entered: 07/09/2025) |
|---|---|---|
| 07/09/2025 | 1417 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 13 AFTERNOON SESSION before Judge Amit P. Mehta held on May 8, 2025. Page Numbers: 4314–4525. Court Reporter: Lorraine Herman. Email: Lorraine_Herman@dcd.uscourts.gov. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Herman, Lorraine) (Entered: 07/09/2025) |
| 07/09/2025 | 1418 | TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 14 before Judge Amit P. Mehta held on May 9, 2025; Page Numbers: 4526–4686. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. |

| | | Release of Transcript Restriction set for 10/7/2025.(Zaremba, William) (Entered: 07/09/2025) |
|---|---|---|
| 07/09/2025 | 1419 | TRANSCRIPT OF REMEDIES HEARING CLOSING ARGUMENTS PROCEEDINGS – DAY 15 MORNING SESSION before Judge Amit P. Mehta held on May 30, 2025; Page Numbers: 4687–4890. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Zaremba, William) (Entered: 07/09/2025) |
| 07/09/2025 | 1420 | TRANSCRIPT OF REMEDIES HEARING CLOSING ARGUMENTS PROCEEDINGS – DAY 15 AFTERNOON SESSION before Judge Amit P. Mehta held on May 30, 2025; Page Numbers: 4891−5104. Court Reporter/Transcriber: Christine Asif; Email: Christine_Asif@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 7/30/2025. Redacted Transcript Deadline set for 8/9/2025. Release of Transcript Restriction set for 10/7/2025.(Asif, Christine) (Entered: 07/09/2025) |
| 07/11/2025 | 1421 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney Veronica N. Onyema terminated. (Onyema, Veronica) (Entered: 07/11/2025) |

| 07/11/2025 | 1422 | NOTICE of Appearance by Harry Larson on behalf of ADMARKETPLACE, INC. (Larson, Harry) (Entered: 07/11/2025) |
| 07/11/2025 | 1423 | MOTION for Leave to File Amicus Brief by ADMARKETPLACE, INC.. (Attachments: # 1 Brief of Amicus Curiae adMarketplace, Inc., # 2 Proposed Order)(Weinstein, Lauren) (Entered: 07/11/2025) |
| 07/25/2025 | 1424 | Memorandum in opposition to re 1423 MOTION for Leave to File Amicus Brief filed by GOOGLE LLC. (Schmidtlein, John) (Entered: 07/25/2025) |
| 07/29/2025 | | MINUTE ORDER. By August 1, 2025, Google shall file a brief of no more than five pages explaining why it did not include a one–year term limitation for OEM and carrier agreements when such term is included for browser agreements, *see* Google's RPFJ § III.K. Signed by Judge Amit P. Mehta on 7/29/2025. (lcapm2) (Entered: 07/29/2025) |
| 07/30/2025 | 1427 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: KENESHA LATTIMORE'S Emergency MOTION for Protective Order and MOTION for Leave to File Under Seal. Reason(s): Filer is not a party to the case. (mg) (Entered: 08/04/2025) |
| 07/30/2025 | | MINUTE ORDER re 1427 Request for Leave to File Review. Leave to file is denied. The filer does not have standing to seek the relief requested. Signed by Judge Amit P. Mehta on 8/12/2025. (lcapm2) (Entered: 08/12/2025) |
| 08/01/2025 | 1425 | MEMORANDUM re Order, by GOOGLE LLC. (Schmidtlein, John) (Entered: 08/01/2025) |
| 08/04/2025 | 1426 | NOTICE OF SUPPLEMENTAL AUTHORITY by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A)(Herrmann, Karl) (Entered: 08/04/2025) |
| 08/08/2025 | 1428 | NOTICE OF WITHDRAWAL OF APPEARANCE as to NEW YORK TIMES COMPANY. Attorney Timothy Tai terminated. (Tai, Timothy) (Entered: 08/08/2025) |
| 08/12/2025 | 1429 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney Adam T. Severt terminated. (Severt, Adam) (Entered: 08/12/2025) |
| 08/18/2025 | 1430 | NOTICE OF WITHDRAWAL OF APPEARANCE as to GOOGLE LLC. Attorney Natalie Peelish terminated. (Peelish, Natalie) (Entered: 08/18/2025) |
| 08/18/2025 | 1431 | REDACTED TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS – DAY 7 AFTERNOON SESSION before Judge Amit P. Mehta held on April 29, 2025; Page Numbers: 2281–2440. Court Reporter/Transcriber: Christine Asif: Email: Christine_Asif@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal |

| | | identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 9/8/2025. Redacted Transcript Deadline set for 9/18/2025. Release of Transcript Restriction set for 11/16/2025.(Asif, Christine) Modified docket text on 8/18/2025 (mg). (Entered: 08/18/2025) |
| 08/21/2025 | 1433 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney Catharine Sydnie Wright terminated. (Wright, Catharine) (Entered: 08/21/2025) |
| 08/29/2025 | 1434 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney George Charles Nierlich terminated. (Nierlich, George) (Entered: 08/29/2025) |
| 09/02/2025 | 1435 | SEALED MEMORANDUM OPINION. The parties shall meet and confer and, by September 10, 2025, submit a revised final judgment that is consistent with this Memorandum Opinion. See the attached Memorandum Opinion for additional details. (This document is SEALED and only available to authorized persons.) Signed by Judge Amit P. Mehta on 9/2/2025.(zakb) (Entered: 09/02/2025) |
| 09/02/2025 | 1436 | REDACTED MEMORANDUM OPINION. The parties shall meet and confer and, by September 10, 2025, submit a revised final judgment that is consistent with this Memorandum Opinion. See the attached Memorandum Opinion for additional details. Signed by Judge Amit P. Mehta on 9/2/2025. (lcapm2) (Entered: 09/02/2025) |
| 09/02/2025 | 1437 | ORDER re: the redactions of the Memorandum Opinion, ECF No. 1436. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 9/2/2025. (lcapm2) (Entered: 09/02/2025) |
| 09/02/2025 | | MINUTE ORDER denying adMarketplace, Inc.'s 1423 Motion for Leave to File Brief as Amicus Curiae in Support of Plaintiffs. The court ordered on March 11, 2025, that amicus briefs were due by May 9, 2025. *See* Order, ECF No. 1186. adMarketplace filed its motion nine weeks after this date. adMarketplace has not shown sufficient reason for not complying with the deadline or asking for leave to file its brief soon after the conclusion of the remedies hearing. Google also would be prejudiced by the court's acceptance of the belatedly filed brief, as it did not have the opportunity to examine adMarketplace's witness or present its own evidence at the remedies hearing to respond to adMarketplace's legal and factual contentions. Signed by Judge Amit P. Mehta on 9/2/2025. (lcapm2) (Entered: 09/02/2025) |
| 09/03/2025 | 1438 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF ARKANSAS. Attorney Matthew Michael Ford terminated. (Ford, Matthew) (Entered: 09/03/2025) |
| 09/05/2025 | 1439 | MOTION to Withdraw as Attorney by UNITED STATES OF AMERICA. (Schleef, Eric) (Entered: 09/05/2025) |
| 09/08/2025 | | MINUTE ORDER granting 1439 Motion to Withdraw as Attorney. Attorney Eric Schleef is hereby terminated as counsel for Plaintiff United States of America. Signed by Judge Amit P. Mehta on 9/8/2025. (lcapm2) (Entered: 09/08/2025) |
| 09/09/2025 | 1440 | |

| | | |
|---|---|---|
| | | Joint MOTION for Extension of Time to *Submit Revised Proposed Final Judgment* by GOOGLE LLC. (Attachments: # 1 Text of Proposed Order)(Schmidtlein, John) (Entered: 09/09/2025) |
| 09/09/2025 | | MINUTE ORDER granting 1440 Joint Motion for Extension of Time to Submit Revised Proposed Final Judgment. The parties shall now file either a joint revised proposed final judgment or separate revised proposed final judgments with accompanying briefs by September 17, 2025. Signed by Judge Amit P. Mehta on 9/9/2025. (lcapm2) (Entered: 09/09/2025) |
| 09/17/2025 | 1441 | SEALED DOCUMENT filed by GOOGLE LLC(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Appendix, # 2 Text of Proposed Order, # 3 Certificate of Service)(Schmidtlein, John) (Entered: 09/17/2025) |
| 09/17/2025 | 1442 | MEMORANDUM re Order on Motion for Extension of Time to,, Set/Reset Deadlines, 1436 Memorandum & Opinion,, Set Deadlines, by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Herrmann, Karl) (Entered: 09/17/2025) |
| 09/17/2025 | 1443 | REDACTED DOCUMENT– Google's Brief in Support of Entry of Its Proposed Final Judgment to 1441 Sealed Document by GOOGLE LLC. (Attachments: # 1 Appendix Appendix to Google's Brief in Support of Entry of Its Proposed Final Judgment, # 2 Text of Proposed Order Google's Proposed Final Judgment)(Schmidtlein, John) (Entered: 09/17/2025) |
| 09/24/2025 | | MINUTE ORDER. The parties shall appear on October 8, 2025, at 10:30 a.m. in Courtroom 10 for a hearing on the parties' proposed final judgments. Signed by Judge Amit P. Mehta on 9/24/2025. (lcapm2) (Entered: 09/24/2025) |
| 09/29/2025 | 1444 | NOTICE of Appearance by Pablo Tufino on behalf of COMMONWEALTH OF PUERTO RICO (Tufino, Pablo) (Main Document 1444 replaced on 9/30/2025) (mg). (Entered: 09/29/2025) |
| 10/01/2025 | 1445 | MOTION to Stay by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Chapman, Travis) (Entered: 10/01/2025) |
| 10/01/2025 | 1446 | MOTION for Leave to File Amicus Brief by DUCK DUCK GO, INC.. (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Text of Proposed Order Text of Proposed Order)(Wick, Ronald) (Entered: 10/01/2025) |
| 10/02/2025 | | MINUTE ORDER denying 1445 Motion for a Temporary Stay of Further Proceedings in Light of Lapse of Appropriations. The United States' request to stay this matter is denied. *See Kornitzky Grp. v. Elwell*, 912 F.3d 637, 638 (D.C. Cir. 2019) (Srinivasan, J., Edwards, J., concurring) (explaining reasons for denying government request to stay oral argument because of government shut down); *United States v. US Airways Grp.*, 979 F. Supp. 2d 33, 34–35 (D.D.C. 2013) (denying government request to stay merger action because of government shut down); *see also* U.S. Department of Justice FY 2026 Contingency Plan 3 (Sept. 29, 2025), https://www.justice.gov/jmd/media/1377216/dl ("If a court denies such a [stay] request and orders a case to continue, the Government will comply with the court's order, which would constitute express legal authorization for the activity to continue."). Signed by Judge Amit P. Mehta on 10/2/2025. (lcapm2) (Entered: 10/02/2025) |

| 10/07/2025 | | MINUTE ORDER. The hearing scheduled for October 8, 2025, will start at 10:00 a.m. (instead of 10:30 a.m.) in Courtroom 10. Signed by Judge Amit P. Mehta on 10/7/2025. (lcapm2) (Entered: 10/07/2025) |
| --- | --- | --- |
| 10/08/2025 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Hearing on Final Judgment held on 10/8/2025. Court heard from the parties on their proposed final judgments and took the matter under advisement. (Court Reporter: William Zaremba) (zakb) (Entered: 10/08/2025) |
| 10/09/2025 | | MINUTE ORDER granting Duck Duck Go Inc.'s 1446 Motion for Leave to File a Brief of Amicus Curiae. Signed by Judge Amit P. Mehta on 10/9/2025. (lcapm2) (Entered: 10/09/2025) |
| 10/09/2025 | 1448 | AMICUS BRIEF by DUCK DUCK GO, INC.. (mg) (Entered: 10/10/2025) |
| 10/10/2025 | 1447 | TRANSCRIPT OF HEARING ON FINAL JUDGMENT PROCEEDINGS before Judge Amit P. Mehta held on October 8, 2025; Page Numbers: 1–157. Court Reporter/Transcriber: William Zaremba; Email: William_Zaremba@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/31/2025. Redacted Transcript Deadline set for 11/10/2025. Release of Transcript Restriction set for 1/8/2026.(Zaremba, William) (Entered: 10/10/2025) |
| 10/15/2025 | 1449 | NOTICE *of Substitute Provisions* by UNITED STATES OF AMERICA (Herrmann, Karl) (Entered: 10/15/2025) |
| 10/15/2025 | 1450 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney Sara Trent terminated. (Herrmann, Karl) (Entered: 10/15/2025) |
| 10/16/2025 | 1451 | RESPONSE re 1449 Notice (Other) by GOOGLE LLC. (Schmidtlein, John) Modified event on 10/17/2025 (mg). (Entered: 10/16/2025) |
| 10/31/2025 | 1452 | MOTION for Leave to File Amicus Brief by OPENAI OPCO, LLC. (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Text of Proposed Order)(Ramani, Ashok) (Entered: 10/31/2025) |
| 11/03/2025 | 1453 | Memorandum in opposition to re 1452 MOTION for Leave to File Amicus Brief filed by GOOGLE LLC. (Schmidtlein, John) (Entered: 11/03/2025) |

| 11/04/2025 | 1454 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OF AMERICA. Attorney Lara E.V. Trager terminated. (Trager, Lara) (Entered: 11/04/2025) |
|---|---|---|
| 11/04/2025 | 1455 | MOTION for Leave to File Amicus Brief by MICROSOFT CORPORATION. (Attachments: # 1 Exhibit –Proposed Amicus Brief, # 2 Exhibit A–Beard Deposition Excerpts (Redacted), # 3 Text of Proposed Order)(Jurata, John) (Entered: 11/04/2025) |
| 11/04/2025 | 1456 | MOTION for Leave to File *Materials Under Seal* by MICROSOFT CORPORATION. (Attachments: # 1 Declaration of Kayleigh Klinzman In Support)(Jurata, John) (Entered: 11/04/2025) |
| 11/04/2025 | 1457 | SEALED DOCUMENT filed by MICROSOFT CORPORATION re 1456 MOTION for Leave to File *Materials Under Seal* (This document is SEALED and only available to authorized persons.)(Jurata, John) (Entered: 11/04/2025) |
| 11/06/2025 | 1458 | MOTION for Leave to File Amicus Brief *(Supplemental)* by MOZILLA CORPORATION. (Attachments: # 1 Exhibit A – Mozilla Supplemental Amicus Brief, # 2 Text of Proposed Order B – Proposed Order)(Arteaga, Juan) (Entered: 11/06/2025) |
| 11/06/2025 | 1459 | SEALED OPPOSITION filed by GOOGLE LLC. re 1455 Motion for Leave to File Amicus Brief (Attachments: # 1 Certificate of Service)(Schmidtlein, John) (Entered: 11/06/2025) |
| 11/06/2025 | 1460 | REDACTED DOCUMENT– Defendant's Opposition to Microsoft Corporation's Motion for Leave to File a Brief of Amicus Curiae to 1459 Sealed Opposition by GOOGLE LLC. (Schmidtlein, John) (Entered: 11/06/2025) |
| 12/05/2025 | 1461 | MEMORANDUM OPINION. See the attached Memorandum Opinion for additional details. Signed by Judge Amit P. Mehta on 12/5/2025. (lcapm2) (Entered: 12/05/2025) |
| 12/05/2025 | 1462 | FINAL JUDGMENT. See the attached Final Judgment for additional details. Signed by Judge Amit P. Mehta on 12/5/2025. (lcapm2) (Entered: 12/05/2025) |
| 12/05/2025 | | MINUTE ORDER. The Memorandum Opinion, ECF No. 1461, contains no redactions. The court has considered the *Hubbard* factors and has determined that the relevant redacted sentences in Google's Brief in Support of Entry of Its Proposed Final Judgment, ECF No. 1443, did not merit redaction in the Memorandum Opinion. Signed by Judge Amit P. Mehta on 12/5/2025. (lcapm2) (Entered: 12/05/2025) |
| 12/05/2025 | | MINUTE ORDER denying OpenAI's 1452 , Microsoft's 1455 , and Mozilla's 1458 Motions for Leave to File a Brief as Amicus Curiae and denying Microsoft's 1456 Motion for Leave to File Materials Under Seal. The court denies the motions for leave to file amicus briefs as untimely. The motions were filed weeks after the hearing on October 8, 2025, and over a month after the parties submitted their briefs on September 17, 2025. Courts have denied such motions after the deadline for briefing and a hearing have passed. *See, e.g., Karuk Tribe of Cal. v. U.S. Forest Serv.*, No. C 04–4275, 2005 WL 8177401, at *2 (N.D. Cal. July 1, 2005); *In re Domestic Airline Travel Antitrust Litig.*, No. 15–mc–1404, 2025 WL 2760374, at *7 (D.D.C. Sept. 19, 2025). The court recognizes that no party objects to the motion by Mozilla. But in the court's view, it would be inequitable to accept one untimely |

| | | |
|---|---|---|
| | | amicus brief but not the other two. Signed by Judge Amit P. Mehta on 12/5/2025. (lcapm2) (Entered: 12/05/2025) |
| 12/10/2025 | 1463 | Unopposed MOTION to Hold in Abeyance *Deadlines re Attorney's Fees Motions* by STATE OF COLORADO. (Attachments: # 1 Text of Proposed Order Proposed Order)(Sallet, Jonathan) (Entered: 12/10/2025) |
| 12/10/2025 | 1464 | ORDER granting Plaintiff States' 1463 Unopposed Motion to Hold in Abeyance Deadlines to Move for Attorney's Fees and Costs. The court hereby holds in abeyance all deadlines relating to all Plaintiff States' anticipated motions for attorney's fees and costs. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 12/10/2025. (lcapm2) (Entered: 12/11/2025) |
| 12/17/2025 | 1465 | MOTION for Extension of Time to File *Notice of Appeal* by STATE OF COLORADO. (Attachments: # 1 Text of Proposed Order)(Sallet, Jonathan) (Entered: 12/17/2025) |
| 12/18/2025 | 1466 | ORDER granting 1465 Motion for Extension of Time to File Notice of Appeal. The deadline for any party to file notices of appeal in *Colorado v. Google* shall be February 3, 2026. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 12/18/2025. (lcapm2) Modified on 12/19/2025 to replace document and correct language (zakb). (Entered: 12/18/2025) |
| 12/29/2025 | 1467 | Unopposed MOTION for Extension of Time to *Submit Technical Committee Nominees to Court* by GOOGLE LLC. (Attachments: # 1 Text of Proposed Order)(Schmidtlein, John) (Entered: 12/29/2025) |
| 12/30/2025 | | MINUTE ORDER granting Defendant Google's 1467 Unopposed Motion for Additional Time to Submit Technical Committee Nominees to Court. Plaintiffs' deadline to apply to the court for the appointment of the first three proposed designees to the Technical Committee is hereby extended to January 15, 2026. Signed by Judge Amit P. Mehta on 12/30/2025. (lcapm2) (Entered: 12/30/2025) |
| 01/09/2026 | 1468 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Brad Greenspan's NOTICE OF APPEAL. Reason(s): Case is closed.Filer is not a party to the case. (mg) (Entered: 01/12/2026) |
| 01/10/2026 | | MINUTE ORDER. The parties shall appear for a remote status conference on January 12, 2026, at 11:00 a.m. via Zoom. Signed by Judge Amit P. Mehta on 1/10/2026. (lcapm2) (Entered: 01/10/2026) |
| 01/10/2026 | | MINUTE ORDER. The status conference set for January 12, 2026, is hereby vacated. Signed by Judge Amit P. Mehta on 1/10/2026. (lcapm2) (Entered: 01/10/2026) |
| 01/13/2026 | | MINUTE ORDER re **1468** **Request for Leave to File Review.** Leave to file is denied. Mr. Greenspan is not a party to this action. Signed by Judge Amit P. Mehta on 1/13/2026. (lcapm2) (Entered: 01/13/2026) |
| 01/15/2026 | 1469 | SEALED MOTION filed by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Herrmann, Karl) (Entered: 01/15/2026) |
| 01/15/2026 | 1470 | REDACTED DOCUMENT– Plaintiffs' Unopposed Joint Motion for Appointment of Technical Committee Members to 1469 SEALED MOTION filed by UNITED STATES OF AMERICA by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A (Filed Under Seal), # 2 Certificate of Service)(Herrmann, Karl) (Entered: |

| | | |
|---|---|---|
| | | 01/15/2026) |
| 01/16/2026 | 1471 | MOTION to Stay *Defendant's Motion for a Partial Stay Pending Appeal* by GOOGLE LLC. (Attachments: # 1 Memorandum in Support of Defendant's Motion for a Partial Stay Pending Appeal, # 2 Affidavit of Elizabeth Reid, # 3 Affidavit of Jesse Adkins, # 4 Text of Proposed Order)(Schmidtlein, John) (Entered: 01/16/2026) |
| 01/16/2026 | 1472 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 1462 Order by GOOGLE LLC. Filing fee $ 605, receipt number ADCDC–12191676. Fee Status: Fee Paid. Parties have been notified. (Verrilli, Donald) (Entered: 01/16/2026) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 1:20-cv-03010 |
| *Plaintiffs*, | Hon. Amit P. Mehta |
| v. | |
| GOOGLE LLC, | |
| *Defendant*. | |

| | |
|---|---|
| STATE OF COLORADO, et al., | Case No. 1:20-cv-03715 |
| *Plaintiffs*, | Hon. Amit P. Mehta |
| v. | |
| GOOGLE LLC, | |
| *Defendant*. | |

## NOTICE OF APPEAL

Google LLC hereby provides notice of its appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's final judgment, entered in these actions on December 5, 2025 (Case No. 1:20-cv-03010, ECF No. 1462), and all orders in these actions merged into that final judgment. By order dated December 18, 2025, the district court extended the deadline for any party to file notices of appeal in *State of Colorado v. Google LLC* until February 3, 2026. Case No. 1:20-cv-03715, ECF No. 1466.

Dated:  January 16, 2026          Respectfully submitted,

                                  */s/ Donald B. Verrilli, Jr.*          
                                  Donald B. Verrilli, Jr.
                                  MUNGER, TOLLES & OLSON LLP
                                  601 Massachusetts Avenue, NW, Suite 500E
                                  Washington, DC 20001
                                  (202) 220-1100
                                  donald.verrilli@mto.com

                                  John E. Schmidtlein
                                  WILLIAMS & CONNOLLY LLP
                                  680 Maine Avenue, SW
                                  Washington, DC 20024
                                  (202) 434-5000
                                  jschmidtlein@wc.com

                                  *Counsel for Google LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

———————————————————————— )
                                        )
UNITED STATES OF AMERICA et al.,        )
                                        )
    Plaintiffs,                         )
                                        )
    v.                                  )    Case No. 20-cv-3010 (APM)
                                        )
GOOGLE LLC,                             )
                                        )
    Defendant.                          )
———————————————————————— )
———————————————————————— )
                                        )
STATE OF COLORADO et al.,               )
                                        )
    Plaintiffs,                         )
                                        )
    v.                                  )    Case No. 20-cv-3715 (APM)
                                        )
GOOGLE LLC,                             )
                                        )
    Defendant.                          )
———————————————————————— )

## FINAL JUDGMENT

WHEREAS, Plaintiffs United States of America, and the States and Commonwealths of Arkansas, California, Georgia, Florida, Indiana, Kentucky, Louisiana, Michigan, Missouri, Mississippi, Montana, South Carolina, Texas, and Wisconsin, by and through their respective Attorneys General ("Co-Plaintiff States"), filed their Complaint on October 20, 2020, and their Amended Complaint on January 15, 2021;

AND WHEREAS, Plaintiffs Colorado, Nebraska, Arizona, Iowa, New York, North Carolina, Tennessee, Utah, Alaska, Connecticut, Delaware, District of Columbia, Guam, Hawaii, Idaho, Illinois, Kansas, Maine, Maryland, Massachusetts, Minnesota, Nevada, New Hampshire,

New Jersey, New Mexico, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Dakota, Vermont, Virginia, Washington, West Virginia, and Wyoming ("Colorado Plaintiff States") filed their Complaint on December 17, 2020;

AND WHEREAS, the Court conducted a trial and entered Findings of Fact and Conclusions of Law in both actions on August 5, 2024;

AND WHEREAS, the Court entered judgment finding Google liable for violating Section 2 of the Sherman Act by unlawfully maintaining its monopolies in the general search services and general search text advertising markets;

AND WHEREAS, the Court conducted a further remedies trial and entered additional Findings of Fact and Conclusions of Law on September 2, 2025;

NOW THEREFORE, upon the record at trial and all prior and subsequent proceedings, it is hereby ORDERED, ADJUDGED, AND DECREED:

## I.    JURISDICTION

The Court has jurisdiction over the subject matter of this action and over Google LLC.

## II.    APPLICABILITY

The Final Judgment applies to Google and to each of its officers, directors, agents, employees, subsidiaries, successors, and assigns; and to all other persons in active concert or participation with Google who have received actual notice of this Final Judgment by personal service or otherwise.

## III.    PROHIBITORY INJUNCTIONS

A.    Google shall not condition the licensing of Google Play or any other Google application on the distribution, preload, placement, display, use, or license of the Google Search Application on any device sold in the United States.

B.      Google shall not condition the licensing of Google Play or any other Google application on the distribution, preload, placement, display, use, or license of the Chrome Browser Application on any device sold in the United States.

C.      Google shall not condition the licensing of Google Play or any other Google application on the distribution, preload, placement, display, use, or license of the Google Assistant Application on any device sold in the United States.

D.      Google shall not condition the licensing of Google Play or any other Google application on the distribution, preload, placement, display, use, or license of any Google GenAI Product on any device sold in the United States.

E.      Google shall not condition (i) Consideration or (ii) the license of Google Play or any Google software application on a device manufacturer or wireless carrier refraining from developing, distributing, preloading, placing, displaying, using, selling, or licensing any Third-Party General Search Service on any device sold in the United States.

F.      Google shall not condition (i) Consideration or (ii) the license of Google Play or any Google software application on a device manufacturer or wireless carrier refraining from developing, distributing, preloading, placing, displaying, using, selling, or licensing any Third-Party Browser on any device sold in the United States.

G.      Google shall not condition (i) Consideration or (ii) the license of Google Play or any Google software application on a device manufacturer or wireless carrier refraining from developing, distributing, preloading, placing, displaying, using, selling, or licensing any Third-Party GenAI Product on any device sold in the United States.

H.      Google shall not condition the payment for preload, placement, or assignment of an access point for the Google Search Application for one device on any other preload, placement,

or assignment of an access point for the Google Search Application, the Chrome Browser Application, the Google Assistant Application, or any Google GenAI Product for that device or any other device sold in the United States.

I.    Google shall not condition the payment for preload, placement, or assignment of an access point for the Chrome Browser Application for one device on any other preload, placement, or assignment of an access point for the Google Search Application, the Chrome Browser Application, the Google Assistant Application, or any Google GenAI Product for that device or any other device sold in the United States.

J.    Google shall not condition the payment for preload, placement, or assignment of an access point for the Google Assistant Application or any Google GenAI Product for one device on any other preload, placement, or assignment of an access point for the Google Search Application, the Chrome Browser Application, the Google Assistant Application, or any Google GenAI Product for that device or any other device sold in the United States.

K.    Google shall not enter or maintain any agreement requiring or conditioning Consideration on the distribution, preload, placement, display, use, license, or assignment of an access point for the Google Search Application, the Chrome Browser Application, the Google Assistant Application, or any Google GenAI Product in the United States unless the agreement terminates no more than one year after the date it is entered.

L.    Google shall not condition (1) Consideration for a Browser Developer setting Google Search or any Google GenAI Product as the Default Search Engine or default GenAI Product on any browser access point (including alternative modes such as Privacy Mode) on any Device on (2) the Browser Developer setting Google Search or any Google GenAI Product as the Default Search Engine or default GenAI Product on any other browser access point on that same

4

Device or any other Device in the United States. Any agreement containing a default condition permitted by this provision must expire after one year and must expressly permit the Browser Developer to promote any Third-Party General Search Service and Third-Party GenAI Product.

M.    Google shall not condition (1) Consideration for Apple setting Google Search or any Google GenAI Product as the Default Search Engine or default GenAI Product with respect to any proprietary Apple feature or functionality, including Safari, Siri, Spotlight, and any Privacy Mode within those products, on one Device on (2) Apple setting Google Search or any Google GenAI Product as the Default Search Engine or default GenAI Product with respect to any proprietary Apple feature or functionality on that same Device or any other Device in the United States. Any agreement containing a default condition permitted by this provision must expire after one year and must expressly permit Apple to promote any Third-Party General Search Service and Third-Party GenAI Product.

N.    Nothing in this Final Judgment shall prohibit Google from distributing the Google Search Application, the Google Assistant Application, and any Google GenAI Product through a single Application Programming Kit (APK) as long as the licensee has the option to disable end-user access to any of those applications and services that the licensee declines to license.

## IV.    REQUIRED DISCLOSURES OF DATA

A.    <u>Google's Web Search Index</u>: Within thirty (30) days of a Qualified Competitor's certification pursuant to Section IX.V, unless granted additional time, Google shall make available, at marginal cost, to Qualified Competitors the following data related to Google's Web Search Index:

    1.     for each document in the Google Web Search Index, a unique identifier (DocID) and another notation sufficient to denote all the documents Google considers duplicates of each other;

    2.     a DocID to URL map; and

    3.     for each DocID, the (A) time that the URL was first seen, (B) time that the URL was last crawled, (C) spam score, and (D) device-type flag.

This information shall be provided for all websites in the full Web Search Index Google uses for searches on Google.com, the Google Search Application, or any future Google general search products.  Nothing in Section IV is intended to transfer intellectual property rights of third parties to index users.

    B.    <u>User-Side Data</u>: For the term of this Final Judgment, Google shall make available, at marginal cost, to Qualified Competitors the following User-side Data on a non-discriminatory basis while safeguarding personal privacy and security:

    1.     User-side Data used to build, create, or operate the GLUE statistical model(s); and

    2.     User-side Data used to train, build, or operate the RankEmbed model(s).

Google shall make this data available to Qualified Competitors at least twice, with the exact number and frequency of such disclosures to be determined by the Court after consultation with Plaintiffs and the Technical Committee (TC).  Any cap on the number of such disclosures shall be informed, in part, by the utility of the datasets disclosed after appropriate privacy-enhancing techniques have been applied.  For clarity, this Section IV.B shall not require disclosure of intellectual property or trade secrets, such as algorithms, ranking signals, or post-trained LLMs.

C.    <u>User-Side Data Sharing Administration</u>:

1.    Plaintiffs, in consultation with the TC, shall promptly determine the appropriate User-side Data privacy and security safeguards to be applied before Google shares the data specified in Section IV.B with Qualified Competitors.  Google shall have up to six (6) months from the date that the Plaintiffs, in consultation with the TC, determine such privacy and security safeguards to implement the technology and provide any notice necessary to comply with this Section IV, and Google shall be deemed to have implemented the technology once Plaintiffs, in consultation with the TC, determine that the technology, including privacy and security safeguards, is fully functional.

2.    Google shall provide sufficient information about each dataset such that Qualified Competitors can reasonably understand what it contains, including but not limited to a description of what the dataset contains, any sampling methodology used to create the dataset, and any anonymization or privacy-enhancing technique that was applied. Plaintiffs, in consultation with the TC, may impose restrictions on what information Google shares under this Section IV.C.2 for the purposes of (i) promoting data privacy and security and (ii) ensuring privacy and security safeguards are effectively applied.

3.    The data specified in Sections IV.A and B will be shared pursuant to a license governing use.  The terms of the license shall include a requirement that the Qualified Competitor commit not to share or sell the datasets unless authorized by the Technical Committee or the Court and shall use the datasets for the exclusive purpose of serving users through a General Search Engine, Search Text Ads, and/or a Third-Party GenAI Product.  Within six (6) months of the Effective Date of this Final Judgment,

Plaintiffs and the Technical Committee, with input from Google, shall create and submit to the Court a template for such license.

## V.    REQUIRED SYNDICATION OF SEARCH RESULTS

A.    <u>Search Syndication License</u>: Google shall take steps sufficient to make available to any Qualified Competitor, on financial terms no worse than those offered to any other user of Google's search syndication products, a syndication license whose term will be five (5) years from the date the license is signed, and which shall require Google, via real-time API(s), to make the following information and data available in response to each query issued or submitted by a Qualified Competitor:

1.    both desktop and mobile versions of the ranked organic web search results obtained from crawling the web;

2.    the user-facing query-rewriting features that Google provides under any of its current search syndication agreements as of the date of entry of this Final Judgment, including user-facing Search Features that enable query correction, modification, or expansion; and

3.    the Local, Maps, Video, Images, and Knowledge Panel Search Feature content that Google provides under any of its current search syndication agreements as of the date of entry of this Final Judgment.

B.    <u>Search Syndication License Terms</u>: The search syndication license in Section V.A shall have the following additional features:

1.    Google shall make syndicated content available via an API.

2.    Google shall provide Qualified Competitors with latency and reliability functionally equivalent to what any other user of Google's search syndication products

would receive as of the date of entry of this Final Judgment.  For the avoidance of doubt, Google's obligations do not extend to latency and reliability differences that result from differences in product implementation, users, or are otherwise outside of Google's syndication products.

3.     Google shall provide the license on a non-discriminatory basis to any Qualified Competitor on terms no less favorable than the most favorable terms Google provides under any current search syndication agreements as of the date of entry of this Final Judgment.

4.     Qualified Competitors' use of Google's syndication services in the first year will be capped at 40% of Qualified Competitors' annual U.S. queries and decline over the course of a 5-year period with an expectation that Qualified Competitors will become independent of Google over time through investment in their own search capabilities.  The pace of this tapering, the methods for measuring and determining the percentage, and the application of the percentage will be determined by the Court upon consultation with Plaintiffs and the Technical Committee in a manner that facilitates competition while incentivizing Qualified Competitors to move promptly to become independent of Google.

5.     Google may not consent to Qualified Competitors exceeding syndication limits, and Qualified Competitors shall submit to the TC audits of syndication frequency and scope.  The frequency and content of these audits shall be determined by the Plaintiffs in consultation with the TC.

6.     Google may impose no restrictions or conditions on how a Qualified Competitor uses, displays, or integrates information or services obtained under this

Section V beyond the least restrictive terms Google provides under any current search syndication agreements as of the date of entry of this Final Judgment.

7.      Qualified Competitors may elect, in their sole discretion, which queries (some or all) for which they will request syndicated results and which syndication components to display or use and may do so in any manner they choose, except that Google may impose restrictions on the display or use of syndication components no less favorable than what it provides under any current search syndication agreements as of the date of entry of this Final Judgment.  Google is also permitted to place its ordinary commercial restrictions on scraping, indexing, or crawling the syndicated results and content.

8.      It shall be the Qualified Competitor's sole discretion to determine how much information to share with Google regarding the end user except that Google may require a Qualified Competitor to share information with Google regarding the end user, on terms no less favorable than what any other user of Google's search syndication products would receive as of the date of entry of this Final Judgment, as is necessary for the purposes of (1) basic search syndication functionality; (2) spam and abuse detection; and (3) legal or regulatory compliance.

9.      Google may not retain or use (in any way) syndicated queries or other information it obtains under Section V.A for its own products and services beyond the most limited retention and use permitted under any of Google's current search syndication agreements as of the date of entry of this Final Judgment.

10.      For the avoidance of doubt, this Final Judgment only requires Google to provide syndication for queries that originate in the United States, from human end users

of the Qualified Competitor.  Queries from a syndicator of the Qualified Competitor and synthetic queries are not eligible for syndication under the Final Judgment.

      11.    If Google in good faith believes a Qualified Competitor is in breach of the terms of its agreement, it may exercise its rights under the agreement.  Google must also provide simultaneous notice to the Technical Committee of the breach and the actions Google is taking in light of the breach.

Within sixty (60) days of the Effective Date of this Final Judgment, Plaintiffs and the Technical Committee, with input from Google, shall create and submit to the Court a template for such license.

      C.    <u>Existing Syndication Agreements</u>: The provisions of this Section V shall have no effect on any existing Google search syndication agreements with third parties or on Google's ability to enter into search syndication agreements with third parties other than Qualified Competitors, except that Google shall permit any entity with an existing search syndication agreement who becomes a Qualified Competitor, at the Qualified Competitor's sole discretion, to terminate its existing agreement in favor of the remedies in this Section V.

## VI.    SEARCH TEXT AD AUCTION CHANGES AND SEARCH TEXT ADS SYNDICATION

      A.    <u>Search Text Ads Auction Changes</u>: Within a reasonable period of time after the Technical Committee's appointment, Plaintiffs shall submit a proposal to the Court, informed by the Technical Committee's views, by which Google shall periodically provide the Technical Committee and Plaintiffs a report outlining all changes to its Search Text Ads auction meeting certain parameters and, for each change, (1) Google's public disclosure of that change or (2) a statement why no public disclosure is necessary.  Plaintiffs' proposal shall detail the types of changes that must be disclosed, the frequency of disclosure, the steps to mitigate undue burden on

11

Google, and the steps to ensure any public disclosure of an ad auction change (if not already made by Google) avoids revealing Google's trade secrets, in accord with the Court's instructions in its September 2, 2025, Memorandum Opinion. Plaintiffs have the right to challenge any disclosure they deem inadequate. For the avoidance of doubt, Google need not report on auction experiments, which are generally tested on some fraction of Google's Search Text Ads traffic, but Google shall disclose changes to the Search Text Ads auction that result from any such auction experiments.

B.    <u>Search Text Ads Syndication</u>: Google shall take steps sufficient to make available to any Qualified Competitor a Search Text Ads Syndication License whose term will be five (5) years from the date the license is signed. The Search Text Ads syndication agreement shall have the following additional features:

1.    Google shall provide Qualified Competitors latency, reliability, and performance functionally equivalent to what Google ordinarily provides to other users of Google's Search Text Ads syndication products, e.g., AdSense for Search, or any other current or future products offering syndicated Search Text Ads. Search Text Ads syndication licenses to Qualified Competitors shall include all types of Search Text Ads (including any assets, extensions, or similar Search Text Ad variations) available through its syndication products. For the avoidance of doubt, Google's obligations do not extend to latency, reliability, and performance differences that result from differences in product implementation, users, or are otherwise outside of Google's syndication products.

2.    Google shall provide the Search Text Ads Syndication License to Qualified Competitors on financial terms no worse than those offered to any other user of Google's Search Text Ads syndication products.

3.     Google shall not require Qualified Competitors to share more information with Google regarding the end user than it requires from any other user of Google's Search Text Ads syndication products.

4.     The only permitted use of the information and data that Qualified Competitors obtain from Google pursuant to this Section VI is to display the ad results to the end user who submitted the associated query, as further detailed in this section, except as permitted by Section VI.B.9.

5.     Google shall (i) make the purchase of ads syndicated under this Section VI.B available to advertisers on a non-discriminatory basis comparable to, and no more burdensome than, the availability of Google's other Search Text Ads and (ii) include Qualified Competitors in its Search Partner Network.

6.     Qualified Competitors shall have the same formatting flexibility available to any other user of Google's Search Text Ads syndication products, shall be free to use other providers of syndicated search ads or display their own ads, and shall not be required to provide Google ads with preferential placement over equivalent ads requested from other sources.  Google may place only ordinary-course restrictions on the use or display of syndicated ad content, but such restrictions shall be no more restrictive than those applied to any other user of Google's Search Text Ads syndication products.  Google is also permitted to place its ordinary commercial restrictions on scraping, indexing, or crawling the syndicated ads.

7.     Google is permitted to retain or use data collected from Qualified Competitors in provisioning of the service under Section VI for Google's own products and services for the purpose of building, improving, and maintaining its ads infrastructure

13

and shared ads systems.  Google's use of Qualified Competitors' data for these purposes will be the same as Google's use of data from other users of its Search Text Ads syndication products.

8.    Google need not grant Qualified Competitors the right to set a minimum cost per click for syndicated ads unless failing to do so would violate Section VI.B.1.

9.    For the avoidance of doubt, this Final Judgment only requires Google to provide syndication for queries that originate in the United States, from human end users. Synthetic queries are not eligible for syndication under the Final Judgment.  Queries from a syndicator of the Qualified Competitor are not eligible for syndication under the Final Judgment, unless such Qualified Competitor has been certified as a Competitor to a Google ads platform (e.g., Google Ads).

10.    If Google in good faith believes a Qualified Competitor is in breach of the terms of its agreement under this Section VI, Google may exercise its rights under the agreement.  Before exercising such rights, Google shall first provide simultaneous notice to the Technical Committee and the Plaintiffs of the breach and the actions Google is taking in light of the breach.  Google shall provide this notice in time such that Plaintiffs have a reasonable period of time to raise objections.  If Plaintiffs object and seek a resolution by the Court, Google may not take any action until the later of (i) two weeks after Plaintiffs seek Court intervention, if the Court does not act, or (ii) until further order of the Court, if the Court intervenes.  Google may seek expedited consideration from the Court if the circumstances warrant such treatment.

11.    Google shall be entitled to propose additional terms to the Search Text Ad syndication agreements with Qualified Competitors as necessary to guarantee ad quality,

protect advertisers, and prevent ad misuse. Qualified Competitors are free to reject these proposed additional terms. Google shall provide simultaneous notice to the Technical Committee and the Plaintiffs of any such term and allow Plaintiffs a reasonable period of time to raise objections. If Plaintiffs object and seek a resolution by the Court, Google may not modify its Search Text Ad syndication agreements under this Section VI until the later of (i) two weeks after Plaintiffs seek Court intervention, if the Court does not act, or (ii) until further order of the Court, if the Court intervenes. Google may seek expedited consideration from the Court if the circumstances warrant such treatment.

12.    Qualified Competitors may elect, in their sole discretion, the queries for which they will request syndicated ad results.

Within sixty (60) days of the Effective Date of this Final Judgment, Plaintiffs and the Technical Committee, with input from Google, shall create and submit to the Court a template for such license.

C.    <u>Existing Syndication Agreements</u>: The provisions of this Section VI shall have no effect on any existing Google Search Text Ad syndication agreements with third parties or on Google's ability to enter in Search Text Ad syndication agreements with third parties other than Qualified Competitors, except that Google shall permit any entity with an existing Search Text Ad syndication agreement who becomes a Qualified Competitor, at the Qualified Competitor's sole discretion, to terminate its existing agreement in favor of the remedies in this Section VI.

## VII.    COMPLIANCE, ADMINISTRATION, AND ENFORCEMENT PROCEDURES

A.    <u>Technical Committee</u>:

1.    Within sixty (60) days of entry of this Final Judgment, the Court will appoint, pursuant to the procedures below, a five-person Technical Committee to assist in enforcement of and compliance with this Final Judgment.

2.    The TC members shall be experts in some combination of software engineering, information retrieval, artificial intelligence, economics, behavioral science, and data privacy and data security.  No TC member may have a conflict of interest that could prevent them from performing their duties in a fair and unbiased manner.  In addition, unless the Court so approves, no TC member:

a.    may have been employed in any capacity by Google or any Competitor to Google within the six-month period directly predating their appointment to the TC;

b.    may have been retained by any party as a consulting or testifying expert in this action; or

c.    may perform any work for Google or any Competitor of Google during the time that they serve on the TC and for one (1) year after ceasing to serve on the TC.

3.    Within thirty (30) days of entry of this Final Judgment, Plaintiff United States (after consultation with the Co-Plaintiff States), the Colorado Plaintiff States, and Google shall each select one member of the TC, and a majority of those three members will then select the remaining two members.  Plaintiff United States' appointee shall serve as chair.  The selection and approval process shall be as follows:

16

a.  As soon as practicable after submission of this Final Judgment to the Court, the Plaintiffs as a group shall identify to Google the individuals they propose to select as their designees to the TC, and Google shall identify to Plaintiffs the individual it proposes to select as its designee.  No party may object to a selection on any ground other than failure to satisfy the requirements of Section VII.A.2 above.  Any such objection shall be made within ten (10) business days of receipt of notification of selection.

b.  The Plaintiffs shall apply to the Court for appointment of the persons selected pursuant to Section VII.A.3.a above.  Any objections to the eligibility of a selected person that the parties have failed to resolve between themselves will be decided by the Court based solely on the requirements stated in Section VII.A.2 above.

c.  As soon as practicable after their appointment by the Court, the three members of the TC selected by the Plaintiffs and Google (the "Standing Committee Members") shall identify to the Plaintiffs and Google the persons that they in turn propose to select as the remaining members of the TC.  The Plaintiffs and Google shall not object to these selections on any grounds other than failure to satisfy the requirements of Section VII.A.2 above.  Any such objection shall be made within ten (10) business days of receipt of notification of selection and shall be served on the other party as well as on the Standing Committee Members.

d.  The Plaintiffs shall apply to the Court for appointment of the persons selected by the Standing Committee Members.  If the Standing Committee Members cannot agree on the fourth or fifth members of the TC, that member or

17

members shall be appointed by the Court. Any objection by Plaintiffs or Google to the eligibility of the person selected by the Standing Committee Members which the parties have failed to resolve among themselves shall also be decided by the Court based solely on the requirements stated in Section VII.A.2 above.

4.    The Standing Committee Members shall serve for an initial term of thirty-six (36) months; the remaining members shall serve for an initial term of thirty (30) months. At the end of a TC member's term, the party that originally selected them may, in its sole discretion, either request re-appointment by the Court to additional terms of the same length, or replace the TC member in the same manner as provided for in Section VII.A.3 above. In the case of the fourth and fifth members of the TC, those members shall be re-appointed or replaced in the manner provided in Section VII.A.3 above.

5.    If any party determines that a member of the TC has failed to act diligently and consistently with the purposes of this Final Judgment, they may petition the Court for removal of that member. If a member of the TC is removed by the Court, resigns, or for any other reason ceases to serve in their capacity as a member of the TC, the person or persons that originally selected the TC member shall select a replacement member in the same manner as provided for in Section VII.A.3 above.

6.    Promptly after appointment of the TC by the Court, the Plaintiffs shall enter into a Technical Committee Services Agreement ("TC Services Agreement") with each TC member that grants the rights, powers, and authorities necessary to permit the TC to perform its duties under this Final Judgment. Google shall indemnify each TC member and hold them harmless against any losses, claims, damages, liabilities, or expenses arising out of, or in connection with, the performance of the TC's duties, except to the extent that

18

such liabilities, losses, damages, claims, or expenses result from misfeasance, gross negligence, willful or wanton acts, or bad faith by the TC member.  The TC Services Agreements shall include the following:

a.      The TC members shall serve, without bond or other security, at the cost and expense of Google on such terms and conditions as the parties agree, including payment of reasonable fees and expenses.  To the extent that the parties cannot agree on the terms of a TC Services Agreement, the parties will submit such disagreement to the Court for resolution.

b.      The TC Services Agreement shall provide that each member of the TC must comply with the limitations provided for in Section VII.A.2 above.

7.      The TC shall have the following powers and duties:

a.      The TC shall have the power and authority to monitor Google's implementation of and compliance with its obligations under this Final Judgment, in the manner described further herein.

b.      The TC shall have the power to recommend reasonable data security standards applicable to Qualified Competitors, which shall be approved by the Plaintiffs.

c.      The TC may, on reasonable notice to Google:

i.      interview, either informally or on the record, any Google personnel, who may have their individual counsel present; any such interview will be subject to the reasonable convenience of such personnel and without restraint or interference by Google;

19

ii.    inspect and copy any document in the possession, custody, or control of Google personnel;

iii.    obtain reasonable access to any system or equipment to which Google personnel have access;

iv.    obtain reasonable access to, and inspect, any physical facility, building, or other premises to which Google personnel have access; and

v.    require Google personnel to provide documents, data, and other information, and to submit reports to the TC containing such material, in such form as the TC may reasonably direct.

d.    The TC shall have access to Google's source code and algorithms, subject to a confidentiality agreement, as approved by the Plaintiffs and to be agreed to by the TC members pursuant to Section VII.A.8 below, and by any staff or consultants who may have access to the source code and algorithms. The TC may study, interrogate, and interact with the source code and algorithms in order to perform its functions and duties, including the handling of complaints and other inquiries from third parties.

e.    The TC shall receive complaints from Google's Compliance Officer (as described in Section VII.B below), third parties, or the Plaintiffs and handle them in the manner specified in Section VII.C below.

f.    The TC shall report in writing to the Plaintiffs, initially every three (3) months for three (3) years and thereafter every six (6) months until expiration of this Final Judgment, the actions it has undertaken in performing its

20

duties pursuant to this Final Judgment, including the identification of each business practice reviewed and any recommendations made by the TC.

      g.     Regardless of when reports are due, when the TC has reason to believe that there may have been a failure by Google to comply with any term of this Final Judgment, or that Google is attempting to circumvent any provision of this Final Judgment or the intended purposes of this Final Judgment, the TC shall immediately notify the Plaintiffs in writing setting forth the relevant details.

      h.     TC members may communicate with third parties about how their complaints or inquiries might be resolved with Google, so long as the confidentiality of information obtained from Google is maintained.

      i.     The TC may hire at the cost and expense of Google, with prior notice to Google and subject to approval by the Plaintiffs, such staff or consultants (all of whom must meet the qualifications of Sections VII.A.2.a–c) as are reasonably necessary for the TC to carry out its duties and responsibilities under this Final Judgment.  The compensation of any person retained by the TC shall be based on reasonable and customary terms commensurate with the individual's experience and responsibilities.

      j.     The TC shall account for all reasonable expenses incurred, including agreed upon fees for the TC members' services, subject to the approval of the Plaintiffs.  Google's failure to promptly pay the TC's accounted-for costs and expenses, including for agents and consultants, shall constitute a violation of this Final Judgment and may result in sanctions imposed by the Court.  Google may, on application to the Court, object to the reasonableness of any such fees or other

expenses only if Google has conveyed such objections to the Plaintiffs and the TC within ten (10) calendar days of receiving the invoice for such fees or other expenses.  On any such application, (a) Google shall bear the burden to demonstrate unreasonableness; (b) Google shall establish an escrow account into which it deposits the disputed costs and expenses until the dispute is resolved; and (c) the TC members shall be entitled to recover all costs incurred on such application (including reasonable attorneys' fees and costs), regardless of the Court's disposition of such application, unless the Court expressly finds that the TC's opposition to the application was without substantial justification.

k.      Google may object to and be heard by the Court on any recommendation from the TC or Plaintiffs as to the interpretations or substantive requirements of this Final Judgment.

8.      Each TC member, and any consultants or staff hired by the TC, shall sign a confidentiality agreement prohibiting disclosure of any information obtained in the course of performing his or her duties as a member of the TC or as a person assisting the TC, to anyone other than another TC member or a consultant or staff hired by the TC, Google, the Plaintiffs, or the Court.  All information gathered by the TC in connection with this Final Judgment and any report and recommendations prepared by the TC shall be treated as Highly Confidential under the Protective Order in this case, and shall not be disclosed to any person other than another TC member or a consultant or staff hired by the TC, Google, the Plaintiffs, and the Court except as allowed by the Protective Order entered in the Action or by further order of this Court.  No member of the TC may make any public statements relating to the TC's activities.

22

B.     <u>Internal Compliance Officer</u>:

1.     Google shall designate, within thirty (30) days of entry of this Final Judgment, an employee of Google as the internal Compliance Officer with responsibility for administering Google's antitrust compliance program and helping to ensure compliance with this Final Judgment.

2.     Within seven (7) days of the Compliance Officer's appointment, Google shall identify to the Plaintiffs the Compliance Officer's name, business address, telephone number, and email address.  Within fifteen (15) days of a vacancy in the Compliance Officer position, Google shall appoint a replacement and identify to the Plaintiffs the replacement Compliance Officer's name, business address, telephone number, and email address.  Google's initial or replacement appointment of the Compliance Officer is subject to the approval of the Plaintiffs.

3.     The Compliance Officer shall supervise the review of Google activities to ensure that they comply with this Final Judgment.  The Compliance Officer may be assisted by other employees of Google.

4.     The Compliance Officer shall be responsible for performing the following activities:

a.     within forty-five (45) days after entry of this Final Judgment, distributing a copy of the Final Judgment to all officers and directors of Google;

b.     promptly distributing a copy of this Final Judgment to any person who succeeds to a position described in Section VII.B.4.a above;

c.     ensuring that those persons designated in Section VII.B.4.a above are annually briefed on the meaning and requirements of this Final Judgment and

23

the U.S. antitrust laws and advising them that Google's legal advisors are available to confer with them regarding any question concerning compliance with this Final Judgment or the U.S. antitrust laws;

  d. obtaining from each person designated in Section VII.B.4.a above an annual written certification that he or she: (i) has read and agrees to abide by the terms of this Final Judgment and (ii) has been advised and understands that his or her failure to comply with this Final Judgment may result in a finding of contempt of court;

  e. maintaining a record of all persons to whom a copy of this Final Judgment has been distributed and from whom the certification described in Section VII.B.4.d above has been obtained;

  f. establishing and maintaining the website provided for in Section VII.C.2.a below;

  g. receiving complaints from third parties, the TC, and the Plaintiffs concerning Google's compliance with this Final Judgment and following the appropriate procedures set forth in Section VII.C below;

  h. maintaining a record of all complaints received and action taken by Google with respect to each such complaint; and

  i. ensuring Google retains all relevant documents and electronically stored information, regardless of medium or form, related to this Final Judgment and all complaints received and/or action taken by Google with respect to any complaint.

5.      Google shall within thirty (30) days further appoint a senior business executive, who has visibility into any Google entity with obligations under this Final Judgment, whom Google shall make available to update the Court on Google's compliance at regular status conferences or as otherwise ordered.

C.      <u>Voluntary Dispute Resolution</u>:

1.      Third parties may submit complaints concerning Google's compliance with this Final Judgment to the Plaintiffs, the TC, or the Compliance Officer.

2.      Third parties, the TC, or Plaintiffs in their discretion may submit to the Compliance Officer any complaints concerning Google's compliance with this Final Judgment.  Without in any way limiting their authority to take any other action to enforce this Final Judgment, the Plaintiffs may submit complaints to the Compliance Officer whenever doing so would be consistent with the public interest.

a.      To facilitate the communication of complaints and inquiries by parties, the Compliance Officer shall place on Google's website, in a manner acceptable to the Plaintiffs, the procedures for submitting complaints.  To encourage whenever possible the informal resolution of complaints and inquiries, the website shall provide a mechanism for communicating complaints and inquiries to the Compliance Officer.

b.      Google has thirty (30) days after receiving a complaint to attempt to resolve or to reject it.

c.      Within thirty (30) days of receiving a complaint, the Compliance Officer shall advise the TC and the Plaintiffs of the nature of the complaint and its disposition.  The TC may then propose to the Plaintiffs further actions consistent

with this Final Judgment, including consulting with Plaintiffs regarding the complaint.

3.      The Compliance Officer, third parties, or the Plaintiffs in their discretion may submit to the TC any complaints concerning Google's compliance with this Final Judgment.

a.      The TC shall investigate the complaints it receives and shall consult with the Plaintiffs regarding its investigation.  At least once during its investigation, and more often when it may help resolve the complaints informally, the TC shall meet with the Compliance Officer to allow Google to respond to the substance of the complaints and to determine whether the complaints can be resolved without further proceedings.

b.      Following its investigation, the TC shall advise Google and the Plaintiffs of its conclusion and its proposal for cure.

c.      Reports and recommendations from the TC may be received into evidence by the Court in connection with any effort by any Plaintiff to enforce this Final Judgment but shall not be otherwise made available in any other court or tribunal related to any other matter.  No member of the TC shall be required to testify by deposition, in court, or before any other tribunal regarding any matter related to this Final Judgment.

d.      The TC may preserve the anonymity of any third-party complainant where it deems it appropriate to do so upon the request of the Plaintiffs or the third party, or in its discretion.

D.    <u>Compliance Inspection</u>:

1.    Without in any way limiting the sovereign enforcement authority of each of the Colorado Plaintiff States, the Colorado Plaintiff States shall form a committee to coordinate their enforcement of this Final Judgment.  Neither a Co-Plaintiff State nor a Colorado Plaintiff State may take any action to enforce this Final Judgment without first consulting with the United States and with the Colorado Plaintiff States' enforcement committee.

2.    For the purposes of determining or securing compliance with this Final Judgment or of determining whether this Final Judgment should be modified or vacated, upon written request of an authorized representative of the Assistant Attorney General for the Antitrust Division (after consultation with the Co-Plaintiff States and the Colorado Plaintiff States' enforcement committee) or of the Attorney General of a Co-Plaintiff State or the Attorney General of a Colorado Plaintiff State (after consultation with the United States and the Colorado Plaintiff States' enforcement committee), as the case may be, and reasonable notice to Google, Google shall permit, from time to time and subject to legally recognized privileges, authorized representatives, including agents retained by any Plaintiff:

a.    to have access during Google's office hours to inspect and copy, or at the option of the Plaintiff, to require Google to provide electronic copies of all books, ledgers, accounts, records, data, and documents in the possession, custody, or control of Google relating to any matters contained in this Final Judgment; and

b.    to interview, either informally or on the record, Google's officers, employees, or agents, who may have their individual counsel present, relating to

27

any matters contained in this Final Judgment. The interviews shall be subject to the reasonable convenience of the interviewee and without restraint or interference by Google.

3.     Upon the written request of an authorized representative of the Assistant Attorney General for the Antitrust Division (after consultation with the Co-Plaintiff States and the Colorado Plaintiff States' enforcement committee) or of the Attorney General of a Co-Plaintiff State or the Attorney General of a Colorado Plaintiff State (after consultation with the United States and the Colorado Plaintiff States' enforcement committee), Google shall submit written reports or respond to written interrogatories, under oath if requested, relating to any matters contained in this Final Judgment.

4.     If, at the time information or documents are furnished by Google to the Plaintiffs, Google identifies in writing the material in any such information or documents to which a claim of protection may be asserted under Rule 26(c)(1)(G) of the Federal Rules of Civil Procedure, and Google marks each pertinent page of such material, "Confidential and Sensitive Commercial Information Subject to Rule 26(c)(1)(G)," then the Plaintiffs shall give five (5) business days' notice prior to divulging such material in any legal proceeding, unless good cause is shown for a shorter notice period.

5.     Google shall have the right to claim protection from public disclosure, under the Freedom of Information Act, 5 U.S.C. § 552, or any other applicable law or regulation, for any material it submits to the Plaintiffs under this Final Judgment. After appropriate consideration of such claim of protection, Plaintiffs, as the case may be, will either assert that the material is protected from disclosure under law or give Google ten (10) business days' notice of its intent to disclose the material.

      E.    <u>Status Reports to the Court</u>:

      1.    Plaintiffs, with input from the Technical Committee, shall file a status report within ninety (90) days of the Effective Date of this Final Judgment, and then on future dates as set by the Court, updating the Court as to the enforcement of and Google's compliance with this Final Judgment.

## VIII. EFFECTIVE DATE AND EXPIRATION

This Final Judgment will take effect sixty (60) days after the date on which it is entered (the "Effective Date"), and Plaintiffs shall report the date on which Google has substantially implemented all provisions of this Final Judgment, except for Section VII.A, which shall take effect immediately upon entry. Unless the Court grants an extension or early termination is granted, this Final Judgment will expire six (6) years from the Effective Date. This Final Judgment may be terminated upon notice by the United States (after consultation with the Co-Plaintiff States), the Colorado Plaintiff States' enforcement committee, and Google that continuation of this Final Judgment is no longer necessary to restore competition in the monopolized markets.

## IX. DEFINITIONS

      A.    "API" or "application programming interface" means a mechanism that allows different software components to communicate with each other.

      B.    "Apple" means Apple Inc., a corporation organized and existing under the laws of the State of California, headquartered in Cupertino, California, its successors and assigns, and its subsidiaries, divisions, groups, affiliates, partnerships, and joint ventures, and their directors, officers, managers, agents, and employees.

C.      "Browser Developer" means a developer, owner, or operator of a Third-Party Browser and includes, by way of example, Apple, Mozilla Corp., and Samsung Electronics Co., Ltd.

D.      "Chrome Browser Application" means the browser software application currently marketed by Google as "Google Chrome" and its successors.

E.      "Competitor" means any provider of or potential entrant in the provision of (i) a General Search Engine (GSE) in the United States, (ii) Search Text Ads in the United States, or (iii) a GenAI Product in the United States.

F.      "Consideration" means anything of value, including any monetary payment; provision of preferential licensing terms; technical, marketing, and sales support; developer support; or hardware or software certification or approval.

G.      "Default Search Engine" means a search engine that is set by a Browser Developer to respond to user queries if a user takes no action to select a particular search engine.

H.      "Device" or "device" means any single smartphone, tablet, laptop, or desktop, excluding any device on which the ChromeOS operating system or a successor to the ChromeOS operating system is installed.  For clarity, any two devices are different devices, even if they are the same make and model (e.g., two Samsung Galaxy S25s are two devices; two Apple iPhone 16 Pros are two devices).

I.      "GenAI" or "Generative AI" is a type of artificial intelligence that creates new content including but not limited to text, images, code, classifications, and other media using machine learning models.

J.      "GenAI Product" means any application, software, service, feature, tool, functionality, or product that involves or makes use of Generative AI capabilities or models and

has among its principal functions answering information-seeking prompts across a wide variety of topics using a broad range of publicly available information.

K.    "General Search Engine" or "GSE" means software or a service that produces links to websites and other relevant information in response to a user query or prompt and that seeks to fulfill a broad array of informational needs.

L.    "Google" means (1) Defendant Google LLC, a limited liability company organized and existing under the laws of the State of Delaware, headquartered in Mountain View, California; (2) its successors and assigns, subsidiaries, divisions, groups, affiliates, partnerships, and joint ventures controlling or overseeing Google Search (including syndicated products), Search Text Ads (including syndicated products), the Chrome Browser Application, the Google Search Application, the Google Assistant Application, and any related Google GenAI Product; and (3) the directors, officers, managers, agents, and employees of such entities specified in this Section IX.L who oversee Google Search (including syndicated products), Search Text Ads (including syndicated products), the Chrome Browser Application, the Google Search Application, the Google Assistant Application, and any related Google GenAI Product.  For clarity, the term "affiliates" includes any Alphabet Inc.–related entity that controls or oversees the aforementioned products.

M.    "Google Assistant Application" means the user-facing mobile assistive service software application marketed by Google as "Google Assistant" and its successors.

N.    "Google GenAI Product" means any GenAI Product offered by Google, including by way of example, the stand-alone user-facing mobile software application currently marketed by Google as the "Google Gemini" application (and that application's functionally equivalent successors).

31

O.    "Google Play" means the user-facing mobile software application distribution service currently marketed by Google as the "Play Store" and its successors.

P.    "Google Search" means the web search and search advertising services offered by Google at Google.com.

Q.    "Google Search Application" means the user-facing mobile online search software application currently marketed by Google as the "Google app" or the "Google Search app" (and its successors).

R.    The terms "include" and "including" should be read as "including but not limited to," and any use of either word is not limited in any way to any examples provided.

S.    "Marginal Cost" or "marginal cost" means the direct total production cost of producing an additional unit of a good or service, which is determined by calculating the change in direct total production cost resulting from Google providing the additional unit(s) of data or services required under this Final Judgment.

T.    "Operating System Version" means a web browser version or a version of any proprietary Apple feature or functionality, including Siri and Spotlight, designed to be installed and used on a particular desktop or mobile operating system including, by way of example, Microsoft Windows, Apple iOS, Apple Mac OS, Apple iPad OS, or Android.

U.    "Privacy Mode" means a mode within a web browser or an Apple product or service such as Siri or Spotlight that is designed to offer a preconfigured privacy setting and includes, by way of example, Private Browsing in Apple Safari, Private mode in Mozilla Firefox, and Secret mode in Samsung Internet.

V.    "Qualified Competitor" means a Competitor who meets the Plaintiffs' approved data security standards as recommended by the Technical Committee and agrees to regular data

security and privacy audits by the Technical Committee; who makes a sufficient showing to the Plaintiffs, in consultation with the Technical Committee, of a plan to invest and compete in or with the GSE and/or Search Text Ads markets; and who does not pose a risk to the national security of the United States. To remain eligible as a Qualified Competitor, the Competitor must apply for re-certification on an annual basis starting from the date of original certification as a Qualified Competitor and establish that it continues to meet the definition of a Qualified Competitor. The Technical Committee shall establish appropriate procedures for the re-certification process.

W.    "Search Access Point" means any software, application, interface, digital product, or service where a user can enter a query or prompt and, in response to at least some user queries or prompts, receive (or be directed to a place to receive) a response that includes information from a GSE, including links to websites. Search Access Points include OS-level Search Access Points, browsers (including Search Access Points within browsers such as browser address bars), search apps, and GenAI Products that can retrieve and display information from a GSE, including links to websites.

X.    "Search Feature" in Google Search means any user-facing content on a SERP that is not an organic link. Search Features include images, featured snippets, hotel units, query expansion features like auto-complete, "did you mean" prompts, spelling corrections, and related searches.

Y.    "Search Text Ad" means a general search text advertisement, which is an ad that resembles an organic link on a SERP. Search Text Ads can include images and often appear at the top of the SERP with a designation indicating that they are paid advertisements. "Search Text Ad" also includes Search Text Ads appearing in or in connection with Google AI Overviews.

Z.     "SERP" or "Search Engine Results Page" means the results provided by a search engine, in response to a user query, including links and other features and content, drawn from a broad index of the web.

AA.     "Technical Committee" or "TC" means the five-person committee of experts appointed by the Court pursuant to Section VII.A.

BB.     "Third-Party Browser" means any web browser that is not Google Chrome or another proprietary Google web browser and includes, by way of example, Apple Safari, Mozilla Firefox, and Samsung Internet.

CC.     "Third-Party GenAI Product" means any GenAI Product that is not owned by Google.

DD.     "Third-Party General Search Service" means a web search service that can respond to a broad range of search query categories and offers functionality that is substantially similar to Google Search and is not owned by Google or its affiliates.

EE.     "User-side Data" means all data that can be obtained from users in the United States, directly through a search engine's interaction with the user's Device, including software running on that Device, by automated means. User-side Data includes information Google collects when answering commercial, tail, and local queries.

FF.     "Web Search Index" means databases that store and organize information about websites and their content that is crawled from the web. For the avoidance of doubt, it does not include Google's vertical indexes or its video, images, or other specialized indexes that contain information not crawled from the web.

## X.      THIRD-PARTY RIGHTS

Nothing in this Final Judgment is intended to confer upon any other persons any rights or remedies of any nature whatsoever or by reason of this Final Judgment other than the right to submit complaints to the Compliance Officer and the TC.

## XI.     RETENTION OF JURISDICTION AND ENFORCEMENT OF FINAL JUDGMENT

A.      Jurisdiction is retained by this Court for the purpose of enabling any of the parties to this Final Judgment to apply to this Court at any time for such further orders or directions as may be necessary or appropriate for the construction or carrying out of this Final Judgment, for the modification of any of its provisions, for the enforcement of compliance with this Final Judgment, and for the punishment of any violation of this Final Judgment.

B.      For a period of four (4) years following the expiration of this Final Judgment, if any Plaintiff has evidence that Google violated this Final Judgment before it expired, that Plaintiff may file an action against Google in this Court requesting that the Court order (1) Google to comply with the terms of this Final Judgment for an additional term of at least four (4) years following the filing of the enforcement action; (2) all appropriate contempt remedies; and (3) additional relief needed to ensure Google complies with the terms of this Final Judgment.


Dated:  December 5, 2025

                                        _____
                                        Amit P. Mehta
                                        United States District Judge