# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5023**　　　　　　　　　　　　　　　　**September Term, 2025**

　　　　　　　　　　　　　　　　　　　　　　　1:20-cv-03715-APM
　　　　　　　　　　　　　　　　　　　　　　　1:20-cv-03010-APM

　　　　　　　　　　　　　　　**Filed On: January 23, 2026** [2155606]

United States of America, et al.,

　　　　Appellees

　　v.

Google LLC,

　　　　Appellant

## **O R D E R**

　　The notice of appeal was filed on January 16, 2026, and docketed in this court on January 22, 2026. It is, on the court's own motion,

　　**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Due Date |
| --- | --- |
| Certificate as to Parties, Rulings, and Related Cases | February 23, 2026 |
| Docketing Statement Form | February 23, 2026 |
| Entry of Appearance Form (Attorneys Only) | February 23, 2026 |
| Procedural Motions, if any | February 23, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | February 23, 2026 |
| Statement of Issues to be Raised | February 23, 2026 |
| Transcript Status Report | February 23, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | February 23, 2026 |
| Dispositive Motions, if any | March 9, 2026 |

It is

# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 26-5023**                                                                 **September Term, 2025**

        **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 23, 2026 |
| Entry of Appearance Form (Attorneys Only) | February 23, 2026 |
| Procedural Motions, if any | February 23, 2026 |
| Dispositive Motions, if any | March 9, 2026 |

It is

        **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

        **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:    /s/
        Laura M. Morgan
        Deputy Clerk

The following forms and notices are available on the Court's website:

    Civil Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form
    Request to Enter Appellate Mediation Program (Optional)
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases (Optional)