# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States of America, et al.

**v.**

Google LLC

**Case No:** 26-5023

### ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ⦿ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of Arizona

### Counsel Information

Lead Counsel: Jayme L. Weber

Direct Phone: ( 520 ) 628-6609   Fax: ( ___ ) ___-___   Email: Jayme.Weber@azag.gov

2nd Counsel:

Direct Phone: ( ___ ) ___-___   Fax: ( ___ ) ___-___   Email:

3rd Counsel:

Direct Phone: ( ___ ) ___-___   Fax: ( ___ ) ___-___   Email:

Firm Name: Office of the Arizona Attorney General

Firm Address: 400 W. Congress St., Ste. S-215 Tucson, AZ 85701

Firm Phone: ( 602 ) 542-5025   Fax: ( 602 ) 542-4377   Email: Consumer@azag.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States et al.

**v.**

Google LLC

**Case No:** 26-5023

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of Colorado

### Counsel Information

Lead Counsel:

Direct Phone: (____) _____ Fax: (____) _____ Email:

2nd Counsel: William F. Cavanaugh

Direct Phone: ( 212 ) 336-2793 Fax: ( 212 ) 336-2394 Email: wfcavanaugh@pbwt.com

3rd Counsel:

Direct Phone: (____) ___-___ Fax: (____) ___-___ Email:

Firm Name: Patterson Belknap Webb & Tyler LLP

Firm Address: 1133 Avenue of the Americas, New York, NY 10036-6710

Firm Phone: ( 212 ) 336-2000 Fax: ( 212 ) 336-2222 Email: wfcavanaugh@pbwt.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States et al.

**v.**

Google LLC

**Case No:** 26-5023

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ⦿ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of Delaware

### Counsel Information

Lead Counsel: Michael Undorf

Direct Phone: ( 302 ) 683-8816  Fax: ( 302 ) 577-6499  Email: michael.undorf@delaware.gov

2nd Counsel:

Direct Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email:

3rd Counsel:

Direct Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email:

Firm Name: Delaware Department of Justice

Firm Address: 820 N. French St., 5th Floor

Firm Phone: ( 302 ) 683-8800  Fax: ( 302 ) 577-6499  Email: attorney.general@delaware.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

Case Caption:  UNITED STATES OF AMERICA, et al.,

                                    **v.**                    Case No:              26-5023

                GOOGLE LLC

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of Hawaii

### Counsel Information

Lead Counsel:  Rodney I. Kimura

Direct Phone:  ( 808 )  586-1180   Fax: ( 808 )  586-1205   Email: rodney.i.kimura@hawaii.gov

2nd Counsel:

Direct Phone:  ( ___ ) _____  Fax: ( ___ ) _____   Email:

3rd Counsel:

Direct Phone:  ( ___ ) _____  Fax: ( ___ ) _____   Email:

Firm Name:    State of Hawaii, Dept. of the Attorney General

Firm Address:   425 Queen Street, Honolulu, HI 96813

Firm Phone:  ( 808 )  586-1180  Fax: ( 808 )  586-1205   Email: rodney.i.kimura@hawaii.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States, et al.,

**v.**

GOOGLE LLC

**Case No:** 26-5023

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

## Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

State of Idaho

## Counsel Information

Lead Counsel: John K. Olson

Direct Phone: ( 208 ) 332-3549  Fax: ( ___ ) ___-___  Email: john.olson@ag.idaho.gov

2nd Counsel: 

Direct Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email: 

3rd Counsel: 

Direct Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email: 

Firm Name: Office of the Idaho Attorney General

Firm Address: 954 W Jefferson St, 2nd Floor, Boise ID 83702

Firm Phone: ( 208 ) 334-2424  Fax: ( ___ ) ___-___  Email: 

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States et al.

**v.**

Google LLC

**Case No:** 26-5023

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ⦿ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of Illinois

### Counsel Information

Lead Counsel: Sarah Hunger

Direct Phone: ( 312 ) 771-3885 Fax: (____) - Email: sarah.hunger@ilag.gov

2nd Counsel:

Direct Phone: (____) - Fax: (____) - Email:

3rd Counsel:

Direct Phone: (____) - Fax: (____) - Email:

Firm Name: Office of the Illinois Attorney General

Firm Address: 115 S. LaSalle St., Chicago, IL, 60603

Firm Phone: (____) - Fax: (____) - Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States et al.

**v.**

Google LLC

**Case No:** 26-5023

### ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

State of Iowa

### Counsel Information

Lead Counsel: Noah Goerlitz

Direct Phone: ( 515 )  725-1018  Fax: (____) _____-_____  Email: noah.goerlitz@ag.iowa.gov

2nd Counsel:

Direct Phone: (____) _____-_____  Fax: (____) _____-_____  Email:

3rd Counsel:

Direct Phone: (____) _____-_____  Fax: (____) _____-_____  Email:

Firm Name: Iowa Attorney General

Firm Address: 1305 E. Walnut St., Des Moines, IA 50319

Firm Phone: ( 515 )  281 -5164  Fax: (____) _____-_____  Email: webteam@ag.iowa.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States, et al.,

**v.**

Google LLC

**Case No:** 26-5023

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

State of Maine

### Counsel Information

**Lead Counsel:** Christina M. Moylan

**Direct Phone:** ( 207 ) 626-8838 **Fax:** ( ___ ) ___-___ **Email:** christina.moylan@maine.gov

**2nd Counsel:**

**Direct Phone:** ( ___ ) ___-___ **Fax:** ( ___ ) ___-___ **Email:**

**3rd Counsel:**

**Direct Phone:** ( ___ ) ___-___ **Fax:** ( ___ ) ___-___ **Email:**

**Firm Name:** Maine Attorney General

**Firm Address:** 6 State House Station, Augusta, ME  04333

**Firm Phone:** ( 207 ) 626-8800 **Fax:** ( ___ ) ___-___ **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** State of Colorado et al.

**v.**

Google LLC

**Case No:** 26-5023

### ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ⦿ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of Maryland

### Counsel Information

Lead Counsel: Schonette J. Waker

Direct Phone: ( 410 )  567-6473  Fax: (____) _____-_____  Email: swalker@oag.maryland.gov

2nd Counsel:

Direct Phone: (____) _____-_____  Fax: (____) _____-_____  Email:

3rd Counsel:

Direct Phone: (____) _____-_____  Fax: (____) _____-_____  Email:

Firm Name:  Maryland Office of the Attorney General

Firm Address:  200 St. Paul Place Baltimore MD 21202

Firm Phone: ( 410 )  576-6470  Fax: (____) _____-_____  Email: swalker@oag.maryland.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States, et al.

**v.**

Google LLC

**Case No:** 26-5023

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Commonwealth of Massachusetts

### Counsel Information

Lead Counsel: Jennifer E. Greaney

Direct Phone: ( 617 ) 963-2981  Fax: ( ___ ) ___-___  Email: jennifer.greaney@mass.gov

2nd Counsel:

Direct Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email:

3rd Counsel:

Direct Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email:

Firm Name: Office of the Massachusetts Attorney General

Firm Address: One Ashburton Place, Boston MA 02108

Firm Phone: ( 617 ) 963-2981  Fax: ( ___ ) ___-___  Email: jennifer.greaney@mass.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States  et al.

**v.**

Google LLC

**Case No:** 26-5023

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ⦿ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of Minnesota

### Counsel Information

Lead Counsel: Zach Biesanz

Direct Phone: ( 651 ) 757-1257  Fax: ( 651 ) 296-7438  Email: zach.biesanz@ag.state.mn.us

2nd Counsel:

Direct Phone: ( ___ ) _____ Fax: ( ___ ) _____ Email:

3rd Counsel:

Direct Phone: ( ___ ) ____-____ Fax: ( ___ ) ____-____ Email:

Firm Name: Office of the Minnesota Attorney General

Firm Address: 445 Minnesota Street, Suite 600, Saint Paul, MN 55101

Firm Phone: ( 800 ) 657-3787  Fax: ( 651 ) 296-7438  Email: attorney.general@ag.state.mn.us

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** USA, et al

**v.**

Google LLC

**Case No:** 26-5023

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of Nebraska

### Counsel Information

Lead Counsel: Justin C. McCully

Direct Phone: (402) 471-9305  Fax: (402) 471-4725  Email: justin.mccully@nebraska.gov

2nd Counsel: William F. Cavanaugh, Jr.

Direct Phone: (212) 336-2793  Fax: (212) 336-2222  Email: wfcavanaught@pbwt.com

3rd Counsel:

Direct Phone: (___) _____  Fax: (___) _____  Email:

Firm Name: Nebraska Department of Justice; Patterson Belknap Webb & Tyler LLP

Firm Address: 1445 K St. Room 2115, Lincoln, NE 68508; 1133 Avenue of the Americas New York N

Firm Phone: (402) 4712683  Fax: (___) _____  Email: justin.mccully@nebraska.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States of America et al.

**v.**

Google LLC                                **Case No:** 26-5023

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained  ◯ Pro Bono  ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s)  ⦿ Appellee(s)/Respondent(s)  ◯ Intervenor(s)  ◯ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

State of Nevada

### Counsel Information

Lead Counsel: Michelle C. Badorine, Senior Deputy Attorney General

Direct Phone:  ( 775 )  684-1164  Fax: ( 775 )  684-1299   Email: mbadorine@ag.nv.gov

2nd Counsel:

Direct Phone:  ( ____ )  -_____  Fax: ( ____ )  -_____   Email:

3rd Counsel:

Direct Phone:  ( ____ )  -_____  Fax: ( ____ )  -_____   Email:

Firm Name:  State of Nevada, Office of the Attorney General, Bureau of Consumer Protection

Firm Address: 100 North Carson Street, Carson City, Nevada 89701

Firm Phone:  ( 775 )  684-1100  Fax: ( ____ )  -_____   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States of America, et al.,

**v.**                          **Case No:** 25-5016

Google, LLC

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of New Jersey

### Counsel Information

Lead Counsel: Yale A. Leber, Deputy Attorney General

Direct Phone: ( 862 ) 381-4159   Fax: (____) _____   Email: Yale.Leber@law.njoag.gov

2nd Counsel: Abiola G. Miles, Deputy Attorney General

Direct Phone: ( 609 ) 262-3638   Fax: (____) _____   Email: Abiola.Miles@law.njoag.gov

3rd Counsel:

Direct Phone: (____) _____   Fax: (____) _____   Email:

Firm Name: New Jersey Office of the Attorney General

Firm Address: 124 Halsey Street, P.O. Box 45029 Newark, New Jersey, 07101

Firm Phone: ( 862 ) 381-4159   Fax: (____) _____   Email: Yale.Leber@law.njoag.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States, et al.,

**v.**

Google LLC

**Case No:** 26-5023

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ⦿ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of North Carolina

### Counsel Information

Lead Counsel: James W. Doggett

Direct Phone: ( 919 ) 716-6400  Fax: (____) _____-  Email: jdoggett@ncdoj.gov

2nd Counsel:

Direct Phone: (____) _____-  Fax: (____) _____-  Email:

3rd Counsel:

Direct Phone: (____) _____-  Fax: (____) _____-  Email:

Firm Name: North Carolina Department of Justice

Firm Address: 114 W. Edenton St., Raleigh NC 27603

Firm Phone: ( 919 ) 716-6400  Fax: (____) _____-  Email: jdoggett@ncdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** USA, et al.

**v.**

Google LLC

**Case No:** 26-5023

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ⊙ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ⊙ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
**(List each represented party individually - Use an additional blank sheet as necessary)**

State of North Dakota

### Counsel Information

Lead Counsel: Elin S. Alm

Direct Phone: ( 701 ) 328-5576  Fax: (____) ____-____  Email: ealm@nd.gov

2nd Counsel:

Direct Phone: (____) ____-____  Fax: (____) ____-____  Email:

3rd Counsel:

Direct Phone: (____) ____-____  Fax: (____) ____-____  Email:

Firm Name: Office of the Attorney General, Consumer Protection and Antitrust Division

Firm Address: 1720 Burlington Drive, Suite C, Bismarck, ND 58504-7736

Firm Phone: ( 701 ) 328-5570  Fax: ( 701 ) 328-5568  Email: cpat@nd.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States, et al.

**v.**

Google LLC

**Case No:** 26-5023

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

Appellee Commonwealth of Pennsylvania

### Counsel Information

**Lead Counsel:** Tracy W. Wertz

**Direct Phone:** ( 717 ) 705-2560   **Fax:** ( ___ ) _____   **Email:** twertz@attorneygeneral.gov

**2nd Counsel:**

**Direct Phone:** ( ___ ) _____   **Fax:** ( ___ ) _____   **Email:**

**3rd Counsel:**

**Direct Phone:** ( ___ ) _____   **Fax:** ( ___ ) _____   **Email:**

**Firm Name:** Pennsylvania Office of Attorney General

**Firm Address:** 14th Floor Strawberry Square, Harrisburg, PA 17120

**Firm Phone:** ( 717 ) 787-4530   **Fax:** ( ___ ) _____   **Email:** twertz@attorneygeneral.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States of America

**v.**

Google LLC

**Case No:** 26-5023

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of Rhode Island

### Counsel Information

Lead Counsel: Nicholas Vaz

Direct Phone: ( 401 ) 274-4400 ext 2297 Fax: ( 401 ) 222-3016 Email: nvaz@riag.ri.gov

2nd Counsel:

Direct Phone: (___) _____ Fax: (___) _____ Email:

3rd Counsel:

Direct Phone: (___) _____ Fax: (___) _____ Email:

Firm Name: Rhode Island Office of the Attorney General

Firm Address: 150 South Main Street, Providence, RI 02903

Firm Phone: ( 401 ) 274-4400 Fax: ( 401 ) 222-3016 Email: mspooner@riag.ri.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States et al.

**v.**

Google, LLC

**Case No:** 26-5023

### ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of Tennessee

### Counsel Information

Lead Counsel: Tyler T. Corcoran

Direct Phone: ( 615 ) 770-1714  Fax: ( 615 ) 741-2009  Email: tyler.corcoran@ag.tn.gov

2nd Counsel: Austin C. Ostiguy

Direct Phone: ( 615 ) 523-7271  Fax: ( 615 ) 741-2009  Email: Austin.Ostiguy@ag.tn.gov

3rd Counsel: J. David McDowell

Direct Phone: ( 615 ) 741-7663  Fax: ( 615 ) 741-2009  Email: david.mcdowell@ag.tn.gov

Firm Name: Office of Tennessee Attorney General

Firm Address: P.O. Box 20207, Nashville, Tennessee 37202

Firm Phone: ( 615 ) 741-1671  Fax: ( 615 ) 741-2009  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States, et al.

**v.**

Google LLC

**Case No:** 26-5023

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ⊙ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ⊙ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of Utah

### Counsel Information

Lead Counsel: Matthew Michaloski

Direct Phone: ( 801 ) 440-9825 Fax: ( 801 ) 366-0315 Email: mmichaloski@agutah.gov

2nd Counsel: Marie W. L. Martin

Direct Phone: ( 385 ) 270-2164 Fax: ( 801 ) 366-0315 Email: mwmartin@agutah.gov

3rd Counsel:

Direct Phone: ( ___ ) ___-___ Fax: ( ___ ) ___-___ Email:

Firm Name: Utah Office of the Attorney General

Firm Address: 160 E 300 S, 5th Floor, P.O. Box 140830, Salt Lake City, UT 84114-0830

Firm Phone: ( 801 ) 366-0260 Fax: ( 801 ) 366-0315 Email: uag@agutah.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:**    United States, et al.

**v.**
Google, LLC

**Case No:**    26-5023

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ◉ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

State of Vermont

### Counsel Information

Lead Counsel:    Christopher J. Curtis

Direct Phone:  ( 802 ) 828-3171   Fax: (____) _____   Email:  christopher.curtis@vermont.gov

2nd Counsel:

Direct Phone:  (____) _____   Fax: (____) _____   Email:

3rd Counsel:

Direct Phone:  (____) _____   Fax: (____) _____   Email:

Firm Name:    Office of the Attorney General

Firm Address:   109 State Street, Montpelier, VT 05609

Firm Phone:  ( 802 ) 828-3171   Fax: (____) _____   Email:  christopher.curtis@vermont.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States of America, et al.,

**v.**

Google LLC                                              **Case No:** 26-5023

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ⦿ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ⦿ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

Commonwealth of Virginia

### Counsel Information

Lead Counsel: Tyler T. Henry

Direct Phone: ( 804 )  692-0485  Fax: ( 804 )  786-0122     Email: THenry@oag.state.va.us

2nd Counsel:

Direct Phone: (____)  -  Fax: (____)  -     Email:

3rd Counsel:

Direct Phone: (____)  -  Fax: (____)  -     Email:

Firm Name:  Office of the Attorney General of Virginia

Firm Address: 202 North 9th Street, Richmond, Virginia 23219

Firm Phone: ( 804 )  786-2071  Fax: ( 804 )  786-0122     Email: mailoag@oag.state.va.us

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** USA, et al.

**v.**

Google LLC

**Case No:** 26-5023

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ◉ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

State of Washington

### Counsel Information

Lead Counsel: Amy N. L. Hanson

Direct Phone: ( 206 ) 464-5419  Fax: ( 206 ) 464-6338  Email: Amy.Hanson@atg.wa.gov

2nd Counsel:

Direct Phone: ( ____ ) _____ Fax: ( ____ ) _____  Email:

3rd Counsel:

Direct Phone: ( ____ ) _____ Fax: ( ____ ) _____  Email:

Firm Name: Washington State Office of the Attorney General

Firm Address: 800 Fifth Avenue, Suite 2000

Firm Phone: ( 206 ) 464-7740  Fax: ( 206 ) 464-6338  Email: ATSeaEF@ATG.WA.GOV

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States of America

v.

Google LLC                                      **Case No:** 26-5023

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of West Virginia

### Counsel Information

Lead Counsel: Douglas L. Davis

Direct Phone: ( 681 ) 313-4491  Fax: ( 304 ) 558-0184  Email: douglas.l.davis@wvago.gov

2nd Counsel:

Direct Phone: (___) _____ Fax: (___) _____  Email:

3rd Counsel:

Direct Phone: (___) _____ Fax: (___) _____  Email:

Firm Name: West Virginia Attorney General's Office

Firm Address: P.O. box 1789, Charleston, WV 25326

Firm Phone: ( 304 ) 558-8986  Fax: ( 304 ) 558-0184  Email: consumer@wvago.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)