# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 26-5023**                                 **September Term, 2025**

1:20-cv-03715-APM
1:20-cv-03010-APM

**Filed On: February 5, 2026** [2157837]

United States of America, et al.,

       Appellees

   v.

Google LLC,

       Appellant

------------------------------

Consolidated with 26-5047, 26-5049

## O R D E R

    It is **ORDERED**, on the court's own motion, that these cases be consolidated as cross-appeals. Appellant(s) in case No(s). 26-5047 and 26-5049 are directed to file the following document(s) by the indicated date(s):

    Docketing Statement Form                               March 9, 2026

    Statement of Issues to be Raised                   March 9, 2026

                                           **FOR THE COURT:**
                                           Clifton B. Cislak, Clerk

                              BY:    /s/
                                            Laura M. Morgan
                                            Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form