No. 26-5023
(Consolidated with 26-5047, 26-5049)

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA, *et al.*,
Plaintiffs-Appellees-Cross-Appellants,

v.

GOOGLE LLC,
Defendant-Appellant-Cross-Appellee.

On Appeal from the United States District Court
for the District of Columbia
Nos. 20-cv-3010 & 20-cv-3715
Hon. Amit P. Mehta

## GOOGLE LLC'S STATEMENT OF ISSUES TO BE RAISED

Benjamin J. Horwich
Justin P. Raphael
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000

John E. Schmidtlein
Graham W. Safty
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000

Donald B. Verrilli, Jr.
Helen E. White
Kyle A. Schneider
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW
  Suite 500E
Washington, DC 20001
(202) 220-1100
Donald.Verrilli@mto.com

Mark S. Popofsky
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 508-4624

*Counsel for Google LLC*

Pursuant to this Court's Order dated January 23, 2026, Google LLC respectfully submits the following statement of issues to be raised on appeal:

1. Whether the district court erred in concluding that Google had monopoly power in a relevant antitrust market for purposes of Section 2 of the Sherman Act.

2. Whether the district court erred in concluding that Google unlawfully maintained monopoly power by engaging in exclusionary conduct in violation of Section 2 of the Sherman Act.

3. Whether the remedies ordered by the district court were contrary to law or supported by insufficient evidence.

Dated: February 23, 2026

Benjamin J. Horwich
Justin P. Raphael
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000

John E. Schmidtlein
Graham W. Safty
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000

Respectfully submitted,

/s/ *Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr.
Helen E. White
Kyle A. Schneider
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW
  Suite 500E
Washington, DC 20001
(202) 220-1100
Donald.Verrilli@mto.com

Mark S. Popofsky
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 508-4624

Counsel for Google LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on February 23, 2026, I caused copies of the foregoing document to be served on counsel for all parties of record via the Electronic Case Filing (ECF) service.

Dated:  February 23, 2026                                  Respectfully submitted,

*/s/ Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr.
*Counsel for Google LLC*