# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States, et. al.

                                    v.                          **Case No:** 26-5023, 26-5047, 26-5049

Google LLC

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

⦿ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|-------------------|-------------------|
|      |                   |                   |
|      |                   |                   |
|      |                   |                   |
|      |                   |                   |
|      |                   |                   |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|-------------------|-------------------|
|      | See Attached      |                   |
|      |                   |                   |
|      |                   |                   |
|      |                   |                   |
|      |                   |                   |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

_____
_____

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

ATTACHMENT

| Date(s) of Proceedings | Type of Proceedings | Court Reporters |
|---|---|---|
| 10/08/2025 | Final Judgment Hearing | William Zaremba |
| 05/30/2025 | Remedies Hearing<br>Closing Arguments | AM: William Zaremba<br>PM: Christine Asif |
| 05/09/2025 | Remedies Hearing | William Zaremba |
| 05/08/2025 | Remedies Hearing | AM: William Zaremba<br>PM: Lorraine Herman |
| 05/07/2025 | Remedies Hearing | AM: William Zaremba<br>PM: Christine Asif |
| 05/06/2025 | Remedies Hearing | AM: William Zaremba<br>PM: Lorraine Herman |
| 05/02/2025 | Remedies Hearing | AM: William Zaremba<br>PM: Lorraine Herman |
| 05/01/2025 | Remedies Hearing | AM: William Zaremba<br>PM: Christine Asif |
| 04/30/2025 | Remedies Hearing | AM: William Zaremba<br>PM: Lorraine Herman |
| 04/29/2025 | Remedies Hearing | AM: William Zaremba<br>PM: Christine Asif |
| 04/28/2025 | Remedies Hearing | AM: William Zaremba<br>PM: Lorraine Herman |
| 04/25/2025 | Remedies Hearing | AM: William Zaremba<br>PM: Christine Asif |
| 04/24/2025 | Remedies Hearing | AM: William Zaremba<br>PM: Christine Asif |
| 04/23/2025 | Remedies Hearing | AM: William Zaremba<br>PM: Lorraine Herman |
| 04/22/2025 | Remedies Hearing | AM: William Zaremba<br>PM: Christine Asif |
| 04/21/2025 | Remedies Hearing | AM: William Zaremba<br>PM: Lorraine Herman |
| 05/03/2024 | Liability Trial<br>Closing Arguments | AM: William Zaremba<br>PM: Janice Dickman |
| 05/02/2024 | Liability Trial<br>Closing Arguments | AM: William Zaremba<br>PM: Janice Dickman |
| 11/16/2023 | Liability Trial | AM: William Zaremba<br>PM: Janice Dickman |

**ATTACHMENT**

| Date | Type | Reporter |
|---|---|---|
| 11/15/2023 | Liability Trial | AM: William Zaremba<br>PM: Jeff Hook |
| 11/14/2023 | Liability Trial | AM: William Zaremba<br>PM: Sara Wick |
| 11/13/2023 | Liability Trial | AM: William Zaremba<br>PM: Janice Dickman |
| 11/09/2023 | Liability Trial | William Zaremba |
| 11/08/2023 | Liability Trial | AM: William Zaremba<br>PM: Sara Wick |
| 11/07/2023 | Liability Trial | AM: William Zaremba<br>PM: Jeff Hook |
| 11/06/2023 | Liability Trial | AM: William Zaremba<br>PM: Janice Dickman |
| 11/03/2023 | Liability Trial | Sara Wick |
| 11/02/2023 | Liability Trial | AM: Janice Dickman<br>PM: Jeff Hook |
| 11/01/2023 | Liability Trial | AM: Janice Dickman<br>PM: Sara Wick |
| 10/31/2023 | Liability Trial | AM: Sara Wick<br>PM: Jeff Hook |
| 10/30/2023 | Liability Trial | AM: Jeff Hook<br>PM: Janice Dickman |
| 10/27/2023 | Liability Trial | Sara Wick |
| 10/26/2023 | Liability Trial | AM: Janice Dickman<br>PM: Jeff Hook |
| 10/25/2023 | Liability Trial | AM: Jeff Hook<br>PM: Sara Wick |
| 10/24/2023 | Liability Trial | AM: Sara Wick<br>PM: Janice Dickman |
| 10/19/2023 | Liability Trial | AM: Sara Wick<br>PM: Janice Dickman |
| 10/18/2023 | Liability Trial | AM: Sara Wick<br>PM: Jeff Hook |
| 10/17/2023 | Liability Trial | AM: Jeff Hook<br>PM: Sara Wick |
| 10/16/2023 | Liability Trial | AM: Jeff Hook<br>PM: Janice Dickman |
| 10/12/2023 | Liability Trial | AM: William Zaremba<br>PM: Janice Dickman |

**ATTACHMENT**

| | | |
|---|---|---|
| 10/11/2023 | Liability Trial | AM: William Zaremba<br>PM: Sara Wick |
| 10/10/2023 | Liability Trial | AM: William Zaremba<br>PM: Jeff Hook |
| 10/06/2023 | Liability Trial | William Zaremba |
| 10/05/2023 | Liability Trial | AM: William Zaremba<br>PM: Jeff Hook |
| 10/04/2023 | Liability Trial | AM: William Zaremba<br>PM: Sara Wick |
| 10/03/2023 | Liability Trial | AM: William Zaremba<br>PM: Janice Dickman |
| 10/02/2023 | Liability Trial | AM: William Zaremba<br>PM: Jeff Hook |
| 09/29/2023 | Liability Trial | Janice Dickman |
| 09/28/2023 | Liability Trial | AM: William Zaremba<br>PM: Sara Wick |
| 09/27/2023 | Liability Trial | AM: William Zaremba<br>PM: Janice Dickman |
| 09/26/2023 | Liability Trial | AM: William Zaremba<br>PM: Jeff Hook |
| 09/22/2023 | Liability Trial | Janice Dickman |
| 09/21/2023 | Liability Trial | AM: William Zaremba<br>PM: Jeff Hook |
| 09/20/2023 | Liability Trial | AM: William Zaremba<br>PM: Sara Wick |
| 09/19/2023 | Liability Trial | AM: William Zaremba<br>PM: Jeff Hook |
| 09/18/2023 | Liability Trial | AM: William Zaremba<br>PM: Sara Wick |
| 09/15/2023 | Liability Trial | Janice Dickman |
| 09/14/2023 | Liability Trial | AM: William Zaremba<br>PM: Jeff Hook |
| 09/13/2023 | Liability Trial | AM: William Zaremba<br>PM: Janice Dickman |
| 09/12/2023 | Liability Trial | AM: William Zaremba<br>PM: Janice Dickman |

## CERTIFICATE OF SERVICE

      I hereby certify that on February 23, 2026, I caused copies of the foregoing document to be served on counsel for all parties of record via the Electronic Case Filing (ECF) service.

Dated:  February 23, 2026                    Respectfully submitted,

                                                                               */s/ Donald B. Verrilli, Jr.*
                                                                               Donald B. Verrilli, Jr.
                                                                               *Counsel for Google LLC*