# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 26-5047 (consolidated with 26-5023, 26-5049)   2. DATE DOCKETED: 02-05-2026
3. CASE NAME (lead parties only) United States of America   v. Google LLC
4. TYPE OF CASE:   ☐ District Ct -   ☒ US Civil   ☐ Private Civil   ☐ Criminal   ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ☐ Yes   ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.            Bankruptcy Court Docket No.         Tax Court Docket No.
      Civil Action 1:20-cv-3010            Bankruptcy                           Tax
      Criminal                             Adversary
      Miscellaneous                        Ancillary
   b. Review is sought of:
      ☒ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Amit P. Mehta                  Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 9-2-2025, 12-5-2025   e. Date notice of appeal filed: 02-03-2026
   f. Has any other notice of appeal been filed in this case?   ☒ Yes   ☐ No   If YES, date filed: 1-16-26, 2-3-26
   g. Are any motions currently pending in trial court?   ☒ Yes   ☐ No   If YES, date filed: 01-16-2026
      If YES, identify motion Motion of Google LLC for partial stay pending appeal
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ☒ Yes   ☐ No
      If NO, why not?
   i. Has this case been before the Court under another appeal number?   ☒ Yes   Appeal # 24-5006, 24-5007, 25-5016, 26-5022   ☐ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes   ☒ No   If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute?   ☒ Yes   ☐ No
      If YES, give popular name and citation of statute Section 2 of the Sherman Act, 15 U.S.C. § 2
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?   ☐ Yes   ☒ No   If so, provide program name and participation dates

Signature s/ Matthew A. Waring   Date 03-02-2026
Name of Party United States of America
Name of Counsel for Appellant/Petitioner Matthew A. Waring
Address 950 Pennsylvania Ave NW, Room 3224, Washington, DC 20530
Phone ( 202 ) 532-4186   Fax ( 202 ) 514-0536

ATTACH A CERTIFICATE OF SERVICE

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.  Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I certify that on March 2, 2026, I caused the foregoing to be filed through this Court's CM/ECF system, which will serve a notice of electronic filing on all registered users.

s/ *Matthew A. Waring*
Matthew A. Waring
*Counsel for the United States*
