# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5023**                                        **September Term, 2025**

**1:20-cv-03010-APM**
**1:20-cv-03715-APM**

**Filed On:** April 30, 2026

United States of America, et al.,

        Appellees

    v.

Google LLC,

        Appellant

----------------------------

Consolidated with 26-5047, 26-5049

**BEFORE:**    Walker, Childs, and Garcia, Circuit Judges

### O R D E R

Upon consideration of the joint briefing proposal, it is

**ORDERED** that the following briefing format and schedule will apply in these consolidated cases:

| | |
|---|---|
| Appellant's Brief<br>(not to exceed 20,800 words) | May 22, 2026 |
| Appellees' & Cross-Appellants' Briefs<br>(not to exceed 32,000 words, to be divided<br>between no more than two briefs) | July 28, 2026 |
| Appellant's Reply & Cross-Appellee's Brief<br>(not to exceed 21,600 words) | September 29, 2026 |
| Deferred Appendix | October 13, 2026 |
| Cross-Appellants' Reply Briefs<br>(not to exceed 8,000 words, to be divided<br>between no more than two briefs) | October 29, 2026 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5023**                                    **September Term, 2025**

Final Briefs                                                    October 29, 2026

The parties will be informed later of the date of oral argument and the composition of the merits panel.

Appellants should raise all issues and arguments in the opening briefs. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 43-44 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Selena R. Gancasz
Deputy Clerk