**ORAL ARGUMENT NOT YET SCHEDULED**
Nos. 26-5023, 26-5047, 26-5049

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

UNITED STATES OF AMERICA ET AL.,

*Plaintiff-Appellees-Cross-Appellants,*

v.

GOOGLE LLC,

*Defendant-Appellant-Cross-Appellee.*

**NOTICE OF INTENT OF BRAVE SOFTWARE, INC. TO FILE
*AMICUS CURIAE* BRIEF IN SUPPORT OF NEITHER PARTY**

Gary A. Bornstein
**CRAVATH, SWAINE & MOORE
LLP**
375 Ninth Avenue
New York, NY 10001
(212) 474-1000
gbornstein@cravath.com

*Counsel for Amicus Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, counsel for the *amicus curiae* certifies the following:  Brave Software, Inc. ("Brave") states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

## <u>NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO PARTICIPATE AS *AMICUS CURIAE*</u>

Pursuant to D.C. Circuit Rule 29, Brave hereby gives notice of its intention to file an *amicus curiae* brief in support neither party.  All parties consent to Brave participating as amicus in this matter.

Dated:  May 7, 2026

Respectfully submitted,

By:   /s/ *Dean M. Nickles*

**CRAVATH, SWAINE & MOORE LLP**

Dean M. Nickles (#65799)
Gary A. Bornstein (*application for admission pending*)
Yonatan Even (*application for admission pending*)
Andrew C. Finch (*application for admission pending*)

375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
dnickles@cravath.com
gbornstein@cravath.com
yeven@cravath.com
afinch@cravath.com

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2026, I electronically filed the foregoing document using the CM/ECF system.  I further certify that all participants in this case are registered CM/ECF users and will be served through the CM/ECF system.


Dated: May 7, 2026                              */s/ Gary A. Bornstein*
                                                Gary A. Bornstein

                                                *Counsel for Amicus Curiae*