# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| United States of America, *et al.*, | No.   26-5023 |
| Plaintiffs-Appellees-Cross-Appellants, | Consolidated with Nos.  26-5047, 26-5049 |
| v. | |
| Google LLC, | |
| Defendant-Appellant-Cross-Appellee. | |

## GOOGLE LLC'S RESPONSE TO BRAVE SOFTWARE, INC'S MOTION FOR EXTENSION OF TIME

Appellant-Cross-Appellee Google LLC ("Google") takes no position on the motion ("Mot.") submitted by Brave Software, Inc. ("Brave").  Google responds, however, to note its disagreement with two assertions in Brave's motion that, if accepted, would disrupt the orderly briefing in these cross-appeals.

*First*, Brave asserts that "the default rules [regarding amicus briefs on appeal]…do not expressly address a cross-appeal situation."  Mot. 1; *see* Mot. 3.  That is incorrect.  Federal Rule of

- 1 -

Appellate Procedure 29(a)(6) keys the "time for filing" of amicus briefs to "the *principal brief* of the party being supported" or (in the case of an amicus brief supporting neither party) "the appellant's…*principal brief*." (Emphasis added.) Rule 28.1 governs cross-appeals. It defines the first and second briefs in the traditional four-step sequence as the "principal brief" for the appellant and for the appellee, respectively. Fed. R. App. P. 28.1(c)(1)-(2). And it establishes a timeline for filing those "principal" briefs. Fed. R. App. P. 28.1(f)(1)-(2). Absent leave of court, the deadlines for any amicus briefs are seven days after those principal-brief deadlines. Fed. R. App. P. 29(a)(6).

*Second*, Brave asserts that "if Brave files its amicus brief in support of neither Party on August 4, 2026, both Google and the Government Plaintiffs will have ample opportunity to respond to Brave's arguments in subsequent briefs both Parties are scheduled to file." Mot. 5. Google agrees that it will be able to respond to whatever Brave submits, which is why Google takes no position on this motion. Brave goes on to explain that "[t]he Government Plaintiffs have stated that they believe that such an extension would deny them the opportunity to respond in their opposition brief to any arguments

- 2 -

Brave may present addressing issues raised in Google's appeal." Mot. 5. Brave's solution is that "the Government Plaintiffs could address such arguments adequately in the reply brief they are entitled to file in their own appeal." Mot. 5. That is incorrect (and Google would object to the Government Plaintiffs doing so). Rule 28.1(c)(4) addresses the fourth-step reply brief to which Brave refers, and directs that "[t]hat brief…must be limited to the issues presented by the cross-appeal"—which means that the Government Plaintiffs' briefs at that stage cannot address (as Brave proposes) "issues raised in *Google's* appeal" (Mot. 5 (emphasis added)).

Respectfully submitted,

By: /s/ *Donald B. Verrilli, Jr.*

| | |
|---|---|
| Benjamin J. Horwich | Donald B. Verrilli, Jr. |
| Justin P. Raphael | Helen E. White |
| Munger, Tolles & Olson LLP | Kyle A. Schneider |
| 560 Mission Street, 27th Floor | Munger, Tolles & Olson LLP |
| San Francisco, CA 94105 | 601 Massachusetts Ave. NW |
| (415) 512-4000 |   Suite 500E |
| | Washington, DC 20001 |
| John E. Schmidtlein | (202) 220-1100 |
| Graham W. Safty | Donald.Verrilli@mto.com |
| Williams & Connolly LLP | |
| 680 Maine Avenue, SW | Mark S. Popofsky |
| Washington, DC 20024 | Ropes & Gray LLP |
| (202) 434-5000 | 2099 Pennsylvania Avenue, NW |
| | Washington, DC 20006 |
| | (202) 508-4624 |

*Counsel for Appellant-Cross-Appellee Google LLC*

May 11, 2026

- 4 -

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Rule 32(g) of the Federal Rules of Appellate Procedure, the undersigned counsel hereby certifies that this response complies with the type-volume limitation Rule 27(d)(2).  As measured by the word-processing system used to prepare this response, there are 376 words in the response excluding the parts of the brief exempted by Fed. R. App. P. 32(f) and D.C. Cir. Rule 32(e)(1).

Dated:  May 11, 2026                          /s/     *Donald B. Verrilli, Jr.*
                                                    Donald B. Verrilli, Jr.