# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA et al.,

     *Plaintiffs-Appellees-Cross-Appellants,*

   v.

GOOGLE LLC,

     *Defendant-Appellant-Cross-Appellee.*

No. 26-5023

Consolidated with
Nos. 26-5047, 26-5049

## PLAINTIFFS' OPPOSITION TO BRAVE SOFTWARE, INC.'S MOTION FOR EXTENSION OF TIME TO FILE A NEITHER-SIDE BRIEF AFTER PLAINTIFFS' RESPONSE BRIEFS

Plaintiffs oppose Brave Software, Inc.'s motion for an extension of time in which to file an amicus brief in support of neither party to seven days after Plaintiffs file their principal briefs. Mot. 1. Brave plans to "address issues in both Google's appeal and the Government Plaintiffs' cross-appeal," Mot. 2, and suggests, incorrectly, that Plaintiffs could respond to all of Brave's arguments in their cross-appeal reply briefs. Mot. 5. That misreads the rules, which provide that a cross-appeal reply brief "must be limited to the issues presented by the cross-appeal." Fed. R. App. P. 28.1(c)(4). Thus, if the requested extension were granted,

Plaintiffs would be deprived of any ability to respond to any arguments Brave makes regarding the issues in Google's appeal. Plaintiffs would not object to Brave's receiving a reasonable extension of time to file a brief in support of neither party before Plaintiffs' principal briefs are filed.

Dated: May 13, 2026

Respectfully submitted,

*s/    Matthew A. Waring*

DANIEL E. HAAR
NICKOLAI G. LEVIN
PATRICK M. KUHLMANN
MATTHEW A. WARING
  *Attorneys*
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
950 Pennsylvania Ave., N.W.
Room 3224
Washington, D.C. 20530-0001
(202) 532-4186
matthew.waring@usdoj.gov

*Counsel for the United States*

*/s/ Lee Istrail*
James Uthmeier, Attorney General
Lee Istrail, Assistant Attorney General
R. Scott Palmer, Special Counsel, Complex Enforcement Chief
Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com

*Counsel for the State of Florida*

*/s/ Carolyn D. Jeffries*
Rob Bonta, Attorney General
Paula L. Blizzard, Senior Assistant Attorney General
Michael W. Jorgenson, Supervising Deputy Attorney General
Brian D. Wang, Deputy Attorney General
Carolyn D. Jeffries, Deputy Attorney General
Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Cari.Jeffries@doj.ca.gov

*Counsel for the State of California*

/s/ Diamante Smith
Ken Paxton, Attorney General
Brent Webster, First Assistant
Attorney General
Ralph Molina, Deputy First
Assistant Attorney General
Austin Kinghorn, Deputy
Attorney General for Civil
Litigation
Thomas York, Division Chief,
Antitrust Division
Diamante Smith, Assistant
Attorney General, Antitrust
Division
Office of the Attorney General,
State of Texas
P.O. Box 12548
Austin, Texas 78711-2548
Diamante.Smith@oag.texas.gov

*Counsel for the State of Texas*

/s/ Amanda J. Wentz
Amanda J. Wentz
Senior Assistant Attorney General
Office of the Arkansas Attorney
General
101 West Capitol Avenue
Little Rock, Arkansas 72201
Amanda.Wentz@ArkansasAG.gov

*Counsel for the State of Arkansas*

/s/ Logan Winkles
Chris Carr, Attorney General
Logan Winkles, Deputy Attorney
General
40 Capitol Square SW
Atlanta, GA 30334
lwinkles@law.ga.gov

*Counsel for the State of Georgia*

/s/ Scott L. Barnhart
Theodore Edward Rokita, Attorney
General
Scott L. Barnhart, Chief Counsel
and Director, Consumer Protection
Division
Office of the Attorney General,
State of Indiana
Indiana Government Center South,
Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Scott.Barnhart@atg.in.gov
Jesse.Moore@atg.in.gov

*Counsel for the State of Indiana*

4

/s/ Jonathan E. Farmer
Jonathan E. Farmer
Deputy Executive Director of
Consumer Protection
Office of the Attorney General of
Kentucky
1024 Capital Center Drive, Suite
200
Frankfort, KY 40601
Jonathan.Farmer@ky.gov

*Counsel for the Commonwealth of Kentucky*

/s/ Scott Mertens
Dana Nessel, Attorney General
Scott Mertens, Assistant
Attorney General
Michigan Department of
Attorney General
P.O. Box 30736
Lansing, Michigan 48909
MertensS@michigan.gov

*Counsel for the State of Michigan*

/s/ Alison Esbeck
Alison Esbeck
Assistant Attorney General
Missouri Attorney General's
Office
815 Olive Street | Suite 200
Saint Louis, Missouri 63101
Alison.Esbeck@ago.mo.gov

*Counsel for the State of Missouri*

/s/ Asyl Nachabe
Liz Murrill, Attorney General
Asyl Nachabe, Assistant Attorney
General
Office of the Attorney General
State of Louisiana
Public Protection Division
909 Poydras St. Suite 1850
New Orleans, LA 70112
NachabeA@ag.louisiana.gov

*Counsel for the State of Louisiana*

/s/ Lee Morris
Lynn Fitch, Attorney General
Lee Morris, Special Assistant
Attorney General
Office of the Attorney General,
State of Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Lee.Morris@ago.ms.gov

*Counsel for the State of Mississippi*

5

*/s/ Christian B. Corrigan*
Christian B. Corrigan
Solicitor General, State of
Montana
Anna K. Schneider
Bureau Chief, Montana Office of
Consumer Protection
P.O. Box 200151
Helena, MT. 59602-0150
Christian.Corrigan@mt.gov

*Counsel for the State of Montana*

*/s/ Gabe Johnson-Karp*
Joshua L. Kaul, Attorney General
Gabe Johnson-Karp, Assistant
Attorney General
Wisconsin Department of Justice
17 W. Main St.
Post Office Box 7857
Madison, Wisconsin 53707-7857
gabe.johnson-karp@wisconsin.gov

*Counsel for the State of Wisconsin*

*/s/ Mary Frances G. Jowers*
Alan Wilson, Attorney General
Mary Frances G. Jowers, Assistant
Deputy Attorney General
Office of the Attorney General,
State of South Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549
mfjowers@scag.gov

*Counsel for the State of South Carolina*

PHILIP WEISER
Attorney General of Colorado

/s/ Jonathan B. Sallet
Jonathan B. Sallet, DC Bar No.
336198
Russell D. Johnson
Conor J. May
Bryn A. Williams
Radhika Kattula
Colorado Office of the Attorney
General
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
E-Mail: jon.sallet@coag.gov
russell.johnson@coag.gov
bryn.williams@coag.gov
conor.may@coag.gov
radhika.kattula@coag.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of
Colorado*

MIKE HILGERS
Attorney General of Nebraska

Justin C. McCully, Assistant
Attorney General
Nebraska Department of Justice
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-9305
E-Mail:
justin.mccully@nebraska.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of
Nebraska*

KRISTIN K. MAYES
Attorney General of Arizona

Jayme Weber, Senior Litigation Counsel
Arizona Office of the Attorney General
400 West Congress, Ste. S-215
Tucson, Arizona 85701
Telephone: (520) 628-6609
E-Mail: jayme.weber@azag.gov

*Counsel for Plaintiff State of Arizona*

BRENNA BIRD
Attorney General of Iowa

Noah Goerlitz, Assistant Attorney General
Office of the Attorney General of Iowa
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
Telephone: (515) 725-1018
E-Mail: noah.goerlitz@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

LETITIA JAMES
Attorney General of New York

Barbara D. Underwood
Judith N. Vale
Philip J. Levitz
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6325
E-Mail: philip.levitz@ag.ny.gov

*Counsel for Plaintiff State of New York*

JEFF JACKSON
Attorney General of North Carolina

James Wellner Doggett
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Telephone: (919) 716-6400
E-Mail: jdoggett@ncdoj.gov

*Counsel for Plaintiff State of North Carolina*

8

JONATHAN SKRMETTI
Attorney General of Tennessee

J. David McDowell
Austin C. Ostiguy
Tyler T. Corcoran
Office of the Attorney General
and Reporter
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 741-1671
E-Mail:
david.mcdowell@ag.tn.gov
austin.ostiguy@ag.tn.gov
tyler.corcoran@ag.tn.gov

*Counsel for Plaintiff State of
Tennessee*

STEPHEN J. COX
Attorney General of Alaska

Jeff Pickett
Senior Assistant Attorney
General
State of Alaska, Department of
Law
Office of the Attorney General
1031 W. Fourth Avenue, Suite
200
Anchorage, Alaska 99501
Telephone: (907) 269-5275
E-Mail: jeff.pickett@alaska.gov

*Counsel for Plaintiff State of
Alaska*

DEREK E. BROWN
Attorney General of Utah

Marie W.L. Martin
Matthew Michaloski
Utah Office of Attorney General
160 E 300 S, 5th Floor
P.O. Box 140811
Salt Lake City, Utah 84114
Telephone: (801) 440-9825
E-Mail: mwmartin@agutah.gov
mmichaloski@agutah.gov

*Counsel for Plaintiff State of Utah*

WILLIAM TONG
Attorney General of Connecticut

Nicole Demers
Office of the Attorney General of
Connecticut
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Telephone: (860) 808-5202
E-Mail: nicole.demers@ct.gov

*Counsel for Plaintiff State of
Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware

Michael A. Undorf
Delaware Department of Justice
Fraud and Consumer Protection
Division
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
E-Mail:
michael.undorf@delaware.gov

*Counsel for Plaintiff State of
Delaware*

BRIAN SCHWALB
Attorney General of the District of
Columbia

Caroline S. Van Zile
Tessa Gellerson
Ashwin P. Phatak
Office of the Attorney General for
the District of Columbia
400 6th Street NW
Washington, DC 20001
Telephone: (202) 727-3400
E-Mail: caroline.vanzile@dc.gov
tessa.gellerson@dc.gov
ashwin.phatak@dc.gov

*Counsel for Plaintiff District of
Columbia*

DOUGLAS MOYLAN
Attorney General of Guam

Fred Nishihira
Office of the Attorney General of
Guam
590 S. Marine Corps Drive, Suite
901
Tamuning, Guam 96913
Telephone: (671) 475-3324
E-Mail: fnishihira@oagguam.org

*Counsel for Plaintiff Territory of
Guam*

ANNE E. LOPEZ
Attorney General of Hawai'i

Rodney I. Kimura
Department of the Attorney
General, State of Hawai'i
425 Queen Street
Honolulu, HI 96813
Telephone (808) 586-1180
E-Mail:
rodney.i.kimura@hawaii.gov

*Counsel for Plaintiff State of
Hawai'i*

RAÚL LABRADOR
Attorney General of Idaho

John K. Olson
Office of the Idaho Attorney
General
Consumer Protection Division
954 W. Jefferson St., 2nd Floor
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 332-3549
E-Mail: john.olson@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

KRIS W. KOBACH
Attorney General of Kansas

Christopher Teters
Kansas Office of the Attorney
General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612
Telephone: (785) 368-8429
E-Mail: chris.teters@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

KWAME RAOUL
Attorney General of Illinois

Sarah A. Hunger
Office of the Attorney General of
Illinois
115 S. LaSalle St.
Chicago, IL 60603
Telephone: (312) 771-3885
E-Mail: sarah.hunger@ilag.gov

*Counsel for Plaintiff State of Illinois*

AARON M. FREY
Attorney General of Maine

Christina M. Moylan
Office of the Attorney General of
Maine
6 State House Station
August, ME 04333
Telephone: (207) 626-8838
E-Mail:
christina.moylan@maine.gov

*Counsel for Plaintiff State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland

Schonette J. Walker
Office of the Attorney General of
Maryland
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: (410) 576-6473
E-Mail:
swalker@oag.maryland.gov

*Counsel for Plaintiff State of
Maryland*

KEITH ELLISON
Attorney General of Minnesota

Zach Biesanz
Senior Enforcement Counsel
Office of the Minnesota Attorney
General
Antitrust Division
445 Minnesota Street, Suite 600
St. Paul, MN 55101
Telephone: (651) 757-1257
E-Mail:
zach.biesanz@ag.state.mn.us

*Counsel for Plaintiff State of
Minnesota*

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

Jennifer E. Greaney
Office of the Attorney General of
Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2981
E-Mail: jennifer.greaney@mass.gov

*Counsel for Plaintiff
Commonwealth of Massachusetts*

AARON D. FORD
Attorney General of Nevada

Michelle C. Badorine
Nevada Office of the Attorney
General
100 N. Carson Street
Carson City, NV 89701
Telephone: (775) 684-1164
E-Mail: mbadorine@ag.nv.gov

*Counsel for Plaintiff State of
Nevada*

JOHN FORMELLA
Attorney General of New
Hampshire

Brandon Garod
Office of Attorney General of New
Hampshire
1 Granite Place South
Concord, NH 03301
Telephone: (603) 271-1217
E-Mail:
brandon.h.garod@doj.nh.gov

*Counsel for Plaintiff State of New
Hampshire*

JENNIFER DAVENPORT
Attorney General of New Jersey

Yale A. Leber
Abiola G. Miles
Deputy Attorneys General
New Jersey Attorney General's
Office
25 Market Street, P.O. Box 106
Trenton, NJ 08625
Telephone: (862) 381-4159
E-Mail: yale.leber@law.njoag.gov
abiola.miles@law.njoag.gov

*Counsel for Plaintiff State of New
Jersey*

RAÚL TORREZ
Attorney General of New Mexico

Anthony R. Juzaitis
Assistant Attorney General
New Mexico Department of
Justice
408 Galisteo St.
Santa Fe, NM 87504
Telephone: (505) 651-7565
E-Mail: ajuziatis@nmdoj.gov

*Counsel for Plaintiff State of New
Mexico*

DREW WRIGLEY
Attorney General of North Dakota

Elin S. Alm
Assistant Attorney General
Consumer Protection and Antitrust
Division
Office of the Attorney General of
North Dakota
1720 Burlington Drive, Suite C
Bismarck, ND 58504
Telephone: (701) 328-5570
E-Mail: ealm@nd.gov

*Counsel for Plaintiff State of North
Dakota*

13

DAVE YOST
Attorney General of Ohio

Sarah Mader, Assistant Attorney
General, Antitrust
Jennifer L. Pratt
Office of the Ohio Attorney
General
30 E Broad Street, 26th Floor
Columbus, OH 43215
Telephone: (614) 466-4328
E-Mail:
sarah.mader@ohioago.gov
jennifer.pratt@ohioago.gov

*Counsel for Plaintiff State of Ohio*

GENTNER DRUMMOND
Attorney General of Oklahoma

Sylvia Lanfair
Assistant Attorney General
Office of the Oklahoma Attorney
General
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 522-8159
E-Mail: sylvia.lanfair@oag.ok.gov

*Counsel for Plaintiff State of
Oklahoma*

DAN RAYFIELD
Attorney General of Oregon

Robert A. Koch, Attorney-in-
Charge of Civil & Administrative
Appeals
Oregon Department of Justice
1162 Court St NE
Salem, OR 97301
Telephone: (503) 378-4402
E-Mail: robert.a.koch@oregon.gov

*Counsel for Plaintiff State of
Oregon*

DAVID W. SUNDAY, JR.
Attorney General of Pennsylvania

Tracy W. Wertz
Daniel B. Mullen
Pennsylvania Office of Attorney
General Strawberry Square
Harrisburg, PA 17120
Telephone: (717) 787-4530
E-Mail: twertz@attorneygeneral.gov
dmullen@attorneygeneral.gov

*Counsel for Plaintiff
Commonwealth of Pennsylvania*

14

LOURDES L. GÓMEZ TORRES
Secretary of Justice

TANIA L. FERNÁNDEZ-
MEDERO
Assistant Secretary of Justice

SAMUEL WISCOVITCH-
CORALI
Deputy Undersecretary

Pablo Tufiño-Soto
Senior Attorney
Diana Jordán-González
Office of Monopolistic Affairs
Puerto Rico Department of
Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-
0192
Telephone: (787) 721-2900, Ext.
1205
E-Mail: ptufino@justicia.pr.gov
diana.jordan@justicia.pr.gov

*Counsel for Plaintiff Territory of
Puerto Rico*

PETER NERONHA
Attorney General of Rhode Island

Nicholas M. Vaz
Rhode Island Office of the Attorney
General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
E-Mail: nvaz@riag.ri.gov

*Counsel for Plaintiff State of Rhode
Island*

15

MARTY J. JACKLEY
Attorney General of South
Dakota

Amanda Miiller
Office of the Attorney General of
South Dakota
1302 E. South Dakota Hwy 1889,
Suite 1
Pierre, SD 57501
Telephone: (605) 773-3215
E-Mail:
amanda.miiller@state.sd.us

*Counsel for Plaintiff State of
South Dakota*

JAY JONES
Attorney General of Virginia

Tyler T. Henry
Senior Assistant Attorney
General
Antitrust Unit
Office of the Attorney General of
Virginia
202 N. 9th Street
Richmond, VA 23219
Telephone: (804) 692-0485
E-Mail: thenry@oag.state.va.us

*Counsel for Plaintiff State of
Virginia*

CHARITY R. CLARK
Attorney General of Vermont

Christopher J. Curtis, Assistant
Attorney General
Office of the Attorney General of
Vermont
109 State St.
Montpelier, VT 05609
Telephone: (802) 828-3171
E-Mail:
christopher.curtis@vermont.gov

*Counsel for Plaintiff State of
Vermont*

NICHOLAS W. BROWN
Attorney General of Washington

Amy N.L. Hanson
Senior Managing Assistant
Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-5419
E-Mail: amy.hanson@atg.wa.gov

*Counsel for Plaintiff State of
Washington*

JOHN B. McCUSKEY
Attorney General of West Virginia

Douglas Lee Davis
Office of the Attorney General, State of West Virginia
1900 Kanawha Boulevard East
Building 6, Suite 401
P.O. Box 1789
Charleston, WV 25326
Telephone: (304) 558-8986
E-Mail: douglas.l.davis@wvago.gov

*Counsel for Plaintiff State of West Virginia*

KEITH KAUTZ
Attorney General of Wyoming

Amy Pauli
Wyoming Attorney General's Office
2320 Capitol Avenue
Kendrick Building
Cheyenne, WY 82002
Telephone: (307) 777-8240
E-Mail: amy.pauli@wyo.gov

*Counsel for Plaintiff State of Wyoming*

# CERTIFICATE OF COMPLIANCE

1.      This response complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because the response contains 149 words, excluding the portions exempted by Fed. R. App. P. 32(f).

2.      This response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the response has been prepared in Microsoft Word for Microsoft 365 using 14-point Century Schoolbook font, a proportionally-spaced typeface.


/s/ *Matthew A. Waring*

Matthew A. Waring
*Counsel for the United States*

## CERTIFICATE OF SERVICE

I certify that on May 13, 2026, I caused the foregoing to be filed through this Court's CM/ECF system, which will serve a notice of electronic filing on all registered users.

/s/ *Matthew A. Waring*

Matthew A. Waring
*Counsel for the United States*