**ORAL ARGUMENT NOT YET SCHEDULED**
Nos. 26-5023, 26-5047, 26-5049

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

UNITED STATES OF AMERICA, et al.,

*Plaintiffs-Appellees-Cross-Appellants,*

v.

GOOGLE LLC,

*Defendant-Appellant-Cross-Appellee.*

———————————

On Consolidated Appeals from the
U.S. District Court for the District of Columbia
Case Nos. 20-cv-3010 (APM) & 20-cv-3715 (APM)

———————————

**NOTICE OF INTENT AND REPRESENTATION OF CONSENT
OF WASHINGTON LEGAL FOUNDATION
TO FILE AN AMICUS CURIAE BRIEF SUPPORTING
DEFENDANT-APPELLANT AND REVERSAL**

———————————

Cory L. Andrews
WASHINGTON LEGAL FOUNDATION
2009 Massachusetts Ave., NW
Washington, DC 20036
(202) 588-0302
candrews@wlf.org
*Counsel for Amicus Curiae*

May 18, 2026

# RULE 26.1 DISCLOSURE STATEMENT

Washington Legal Foundation has no parent company, issues no stock, and no publicly held company owns a ten percent or greater interest in it.

**NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO PARTICIPATE AS AMICUS CURIAE**

Under Circuit Rule 29(b), which "encourages . . . non-governmental entities to file a written representation of consent . . . to participate" as amicus curiae "as promptly as practicable," Washington Legal Foundation advises the Court of its intent to file an amicus brief in this consolidated appeal. All parties have consented to WLF's amicus participation.

Respectfully submitted,

/s/ Cory L. Andrews
Cory L. Andrews
WASHINGTON LEGAL FOUNDATION
2009 Massachusetts Ave., NW
Washington, DC 20036
(202) 588-0302
zmorgan@wlf.org

May 18, 2026