**ORAL ARGUMENT NOT YET SCHEDULED**

**No. 26-5023 (Consolidated with Nos. 26-5047, 26-5049)**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

UNITED STATES OF AMERICA, ET AL.,

*Plaintiffs-Appellees-Cross-Appellants*,

v.

GOOGLE LLC,

*Defendant-Appellant-Cross-Appellee.*

---

On Appeal from the United States District Court for the District of Columbia
Nos. 1:20-cv-03010-APM, 1:20-cv-03715-APM — Hon. Amit Priyavadan Mehta

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
BRIEF OF *AMICUS CURIAE* APPLE INC.**

---

Sarah M. Ray
Aaron T. Chiu
Sylvia Zhang
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Gregory G. Garre
  *Counsel of Record*
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2207
gregory.garre@lw.com

Ben Harris
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

*Counsel for Amicus Curiae
Apple Inc.*

May 26, 2026

## CERTIFICATE AS TO PARTIES

Except for the following, all parties, intervenors, and amici appearing before the district court and in this court are listed in Plaintiffs' Certificate as to Parties, Rulings, and Related Cases (App. Dkt. 2160541): Public Knowledge recently filed an amicus brief in the district court; Brave Software, Inc. was granted leave to participate as amicus curiae in the appellate proceedings.

Pursuant to Federal Rule of Appellate Procedure 26(b) and D.C. Circuit Rule 28(e), Amicus Curiae Apple Inc. ("Apple") hereby respectfully moves for an extension of time to file an amicus brief in this appeal.[1]  Although the Federal Rules of Appellate Procedure do not provide perfect clarity regarding the current due date for Apple's potential brief, one arguable reading of the rules would require Apple to file an amicus brief by May 29, 2026.  Accordingly, out of an abundance of caution, Apple now requests an extension within which to file any amicus brief, should it choose to file one, until and including August 25, 2026.  Apple has advised Defendant-Appellant and Plaintiffs-Appellees of this request, and no party opposes this motion.

1.    Pursuant to this Court's April 30, 2026, scheduling order, Appellant's Brief was filed on May 22, 2026, Appellees' & Cross-Appellants' Briefs are due July 28, 2026, Appellant's Reply & Cross-Appellee Brief is due September 29, 2026, and Cross-Appellants' Reply Briefs are due on October 29, 2026.

2.    This Court's scheduling order does not provide specific deadlines for the filing of amicus briefs.

---

[1]   Apple filed its representation of consent to participate as amicus curiae on May 22, 2026, and attempted to file the present motion that same day.  Apple, however, was not yet approved as a "filing party" in the Court's electronic filing system.  Out of an abundance of caution, Apple transmitted a PDF copy of the present motion to the Court's ECF Help email address: ECFHelp@cadc.uscourts.gov.  Apple is now re-submitting this motion promptly after being added as a filing party in the Court's electronic filing system.

3.     Apple is considering filing an amicus brief concerning the issues to be raised by Appellees' & Cross-Appellants' Briefs, due July 28, 2026.  Apple understands that Plaintiffs intend to raise in their cross-appeal whether "the district court erred in deciding not to prohibit Google from making search-related payments to distributors" like Apple.  *See* U.S. Plaintiffs' Statement Of Issue To Be Raised On Cross-Appeal, at 2 (filed Mar. 2, 2026); Colorado Plaintiffs' Statement Of Issue To Be Raised On Cross-Appeal, at 2 (filed Mar. 2, 2026).

4.     The district court "permitted Apple to participate as amicus curiae and file post-hearing submissions to ensure consideration of Apple's views when crafting the remedial decree."  Dkt. 1153 at 2.[2]  To that end, Apple was permitted to "file a post-hearing brief alongside the parties" and to proffer testimony and submit affidavits from fact witnesses.  *See id.* at 19.  Apple participated in the remedies trial by submitting an amicus brief concerning remedies, *see* Dkt. 1303, and Eddy Cue, Apple's Senior Vice President of Services, testified during the remedies phase. Furthermore, John Giannandrea, who formerly served as Apple's Senior Vice President of Machine Learning and AI Strategy, submitted an affidavit, as well.  *See* Dkts. 1239, 1240.  Apple's amicus brief and the testimony offered by Apple's witnesses concerned what remedy the district court should order based on Google's

---

 [2]  "Dkt." refers to documents filed below in the United States District Court for the District of Columbia, *United States of America, et al. v. Google LLC*, No. 1:20-cv-03010-APM.

3

violation of the antitrust laws.

5.  The Federal Rules of Appellate Procedure do not provide clarity as to when amicus briefs are due in cross-appeals.  One possible reading of the Rules would require Apple to file any brief within seven days of Appellant's "principal" brief, which was filed on May 22, 2026.  *See* Fed. R. App. P. 29(a)(6) (providing the "time for filing" amicus briefs is seven days following "the principal brief of the party being supported"); Fed. R. App. P. 28.1(c) (providing that the first and second briefs in a cross-appeal are the "principal briefs").  At the same time, however, Rule 28.1, the rule governing cross-appeals, "says nothing about amicus briefs."  Wright & Miller, Federal Practice & Procedure § 3974.10 (5th ed.).  And this Court's guidance generally explains that amicus "briefs are due approximately 7 days after the brief of the party that the intervenor or *amicus* supports."  D.C. Cir. Handbook of Practice and Internal Procedures IX.A.4.  Here, Apple's amicus brief, if ultimately filed, would concern only issues raised in the cross-appeal briefs.

6.  It would be impractical for Apple to file any amicus brief addressing issues that will be raised only in Appellees' & Cross-Appellants' Briefs nearly two months before those briefs are filed.  Because Apple would seek to address only issues pertaining to the cross-appeal, Apple's deadline for filing any such brief should be *after* Plaintiffs-Appellees file their briefs in the cross-appeal on July 28, 2026.

7.      An extension of time until August 25, 2026, would provide Apple an opportunity to meaningfully consider and address any arguments Plaintiffs-Appellees raise in their cross-appeal briefs, while ensuring that all parties have the opportunity to respond to Apple's brief.

8.      In an order issued on May 19, 2026, this Court permitted amicus Brave Software to file a brief addressing issues raised in Appellees' & Cross-Appellants' Briefs by August 4, 2026 (the date Brave requested).

9.      Apple conferred with counsel for Appellant, counsel for the United States Plaintiffs, and counsel for the Colorado Plaintiffs.  All parties represented that they do not oppose Apple's request.

For the foregoing reasons, Apple respectfully requests that the Court grant Apple's motion for an extension to and including August 25, 2026, as set forth above.

May 26, 2026

Sarah M. Ray
Aaron T. Chiu
Sylvia Zhang
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Respectfully submitted,

 /s/ *Gregory G. Garre*
Gregory G. Garre
　　*Counsel of Record*
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2207
gregory.garre@lw.com

Ben Harris
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

*Counsel for Amicus Curiae*
*Apple Inc.*

## CERTIFICATE OF COMPLIANCE

1.    I certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 883 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

2.    I further certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally-spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

Dated:  May 26, 2026                    /s/ *Gregory G. Garre*
                                        Gregory G. Garre