# United States Court of Appeals

#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5023**                                          **September Term, 2025**

**1:20-cv-03715-APM**
**1:20-cv-03010-APM**

**Filed On: May 26, 2026** [2175092]

United States of America, et al.,

> Appellees

> v.

Google LLC,

> Appellant

------------------------------

Consolidated with 26-5047, 26-5049

### O R D E R

Upon consideration of the unopposed motions of Mozilla Corporation and Apple Inc. for an extension of time to file amicus briefs, it is

**ORDERED** that the motions be granted. Mozilla Corporation may file two amicus briefs in support of neither party, not to exceed 6,500 words in the aggregate. The brief addressing issues raised in appellant's brief is due by May 29, 2026. The brief addressing issues raised in appellees' and cross-appellants' briefs is due by August 4, 2026. Apple Inc.'s brief addressing issues raised in appellees' and cross-appellants' briefs is due by August 25, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Scott H. Atchue
Deputy Clerk