# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 26-5023

(Consolidated with Nos. 26-5047 & 26-5049)

UNITED STATES OF AMERICA, *et al.*,

*Plaintiffs-Appellees/Cross-Appellants*,

v.

GOOGLE LLC,

*Defendant-Appellant/Cross-Appellee.*

On Appeals from the United States District Court for the District of Columbia,
Nos. 20-cv-3010 & 20-cv-3715 (Hon. Amit P. Mehta)

## NOTICE OF INTENT OF OPENAI TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS-APPELLEES/CROSS-APPELLANTS

AARON M. PANNER
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
apanner@kellogghansen.com

*Counsel for Amicus Curiae
OpenAI OpCo, LLC*

July 27, 2026

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, *amicus curiae* OpenAI OpCo, LLC states that it is a subsidiary of OpenAI Global, LLC and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, LLC.

**NOTICE OF INTENT AND REPRESENTATION OF
CONSENT TO PARTICIPATE AS *AMICUS CURIAE***

Pursuant to D.C. Circuit Rule 29, OpenAI OpCo, LLC hereby gives notice

of its intention to file an *amicus curiae* brief in support of Plaintiffs-Appellees/

Cross-Appellants.  All parties consent to OpenAI participating as *amicus curiae* in

this matter.

Dated:  July 27, 2026                              Respectfully submitted,

                                                              /s/ *Aaron M. Panner*
                                                              AARON M. PANNER
                                                              KELLOGG, HANSEN, TODD,
                                                                FIGEL & FREDERICK, P.L.L.C.
                                                              1615 M Street, N.W., Suite 400
                                                              Washington, D.C. 20036
                                                              (202) 326-7900
                                                              apanner@kellogghansen.com

                                                              *Counsel for Amicus Curiae*
                                                              *OpenAI OpCo, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 27, 2026, I caused the foregoing document to be filed electronically with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated:  July 27, 2026

_/s/ *Aaron M. Panner*_____

AARON M. PANNER

*Counsel for Amicus Curiae*
*OpenAI OpCo, LLC*