NOT YET SCHEDULED FOR ORAL ARGUMENT

**No. 26-5023 (Consolidated with Nos. 26-5047, 26-5049)**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

UNITED STATES OF AMERICA, ET AL.,

*Plaintiffs-Appellees/Cross-Appellants,*

v.

GOOGLE LLC,

*Defendant-Appellant/Cross-Appellee.*

On Appeal from the United States District
Court for the District of Columbia,
Nos. 20-cv-0310 & 20-cv-3715
Hon. Amit P. Mehta, U.S.D.J.

**NOTICE OF INTENT OF SERPAPI, LLC TO FILE
*AMICUS CURIAE* BRIEF IN SUPPORT OF
PLAINTIFFS-APPELLEES/CROSS-APPELLANTS**

PROSKAUER ROSE LLP

Colin R. Kass
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
T: 202-416-6800
ckass@proskauer.com

David A. Munkittrick
11 Times Square
New York, NY 10036
T: 212-969-3000
dmunkittrick@proskauer.com

*Attorneys for Amicus Curiae SerpApi, LLC*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, counsel for *amicus curiae* SerpApi certifies that SerpApi has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

# NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO PARTICIPATE AS AMICUS CURIAE

Pursuant to D.C. Circuit Rule 29, SerpApi hereby gives notice of its intention to file an *amicus curiae* brief in support of Plaintiffs-Appellees/Cross-Appellants. All parties have consented to SerpApi participating as *amicus curiae* in this matter.

Dated:  July 30, 2026

Respectfully submitted,

*/s/ Colin R. Kass*

Colin R. Kass
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
T:  202-416-6800
ckass@proskauer.com

David A. Munkittrick
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
T:  212-969-3000
dmunkittrick@proskauer.com

*Attorneys for Amicus Curiae*
*SerpApi, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 30, 2026, I caused the foregoing document to be electronically filed using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and will be served through the CM/ECF system.

Dated: July 30, 2026

<u>*/s/ Colin R. Kass*</u>
Colin R. Kass
PROSKAUER ROSE LLP

*Attorney for Amicus Curiae*
*SerpApi, LLC*