ORAL ARGUMENT NOT YET SCHEDULED
No. 26-5023
Consolidated with Nos. 25-5047 & 26-5049

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

UNITED STATES OF AMERICA, ET AL.,
*Plaintiffs-Appellees/*
*Cross-Appellants*,

v.

GOOGLE LLC,
*Defendant-Appellant-Cross-Appellee*.

---

On Appeal from the United States District Court for the District of Columbia
Nos. 20-cv-3010-APM, 20-cv-3715-APM (Honorable Amit P. Mehta)

---

## NOTICE OF INTENT OF MICROSOFT CORPORATION TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS-APPELLEES/CROSS-APPELLANTS

---

Julia Chapman
DECHERT LLP
2929 Arch Street
Philadelphia, PA
(215) 994-4000
julia.chapman@dechert.com

*Counsel for Amicus Curiae*
*Microsoft Corporation*

July 30, 2026

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, *amicus curiae* Microsoft Corporation states that it is a publicly held corporation with no parent corporation. No publicly held corporation owns 10% or more of Microsoft Corporation's stock.

Dated: July 30, 2026

*/s/ Julia Chapman*
Julia Chapman

*Counsel for Amicus Curiae Microsoft Corporation*

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO PARTICIPATE AS AMICUS CURIAE

Pursuant to D.C. Circuit Rule 29, Microsoft Corporation hereby gives notice of its intention to file an amicus curiae brief in support of Plaintiffs-Appellees/Cross-Appellants. All parties consent to Microsoft participating as amicus curiae in this matter.

Dated: July 30, 2026

*/s/ Julia Chapman*

Julia Chapman
DECHERT LLP
2929 Arch Street
Philadelphia, PA
(215) 994-4000
julia.chapman@dechert.com

*Counsel for Amicus Curiae*
*Microsoft Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 30, 2026, I caused the foregoing document to be filed electronically with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: July 30, 2026                    */s/ Julia Chapman*
                                        Julia Chapman

                                        *Counsel for Amicus Curiae Microsoft Corporation*