**No. 26-5023**
**(Consolidated with Nos. 26-5047, 26-5049)**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

United States of America, et al.,
*Plaintiffs-Appellees-Cross-Appellants*,
v.

Google LLC,
*Defendant-Appellant-Cross-Appellee.*

On appeal from the United States District Court
for the District of Columbia, Nos. 20-cv-3010 & 20-cv-3715

**NOTICE OF INTENT OF LITTLE TECH ASSOCIATION AND
TRAVEL LEMMING LLC TO FILE *AMICUS CURIAE* BRIEF IN
SUPPORT OF PLAINTIFFS-APPELLEES AND -CROSS-
APPELLANTS AND IN SUPPORT OF AFFIRMANCE WITH
RESPECT TO THE APPEAL AND REVERSAL WITH RESPECT TO
THE CROSS-APPEAL**

Nicolas A. Stebinger
**SIMONSEN SUSSMAN LLP**
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 384-3130
nicolas@simonsensussman.com

*Counsel for* Amici Curiae *Little Tech Association and Travel Lemming LLC*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, *Amicus Curiae* Little Tech Association ("LTA") certifies that it is a 501(c)(6) business organization incorporated in Washington, DC. LTA has no parent company and no publicly held corporation owns 10% or more of LTA's stock. *Amicus Curiae* Travel Lemming LLC certifies that it is a Florida limited liability company. Travel Lemming has no parent company and no publicly held corporation owns 10% or more of Travel Lemming's stock.

# NOTICE OF INTENT AND REPRESENTATION OF
## CONSENT TO PARTICIPATE AS *AMICI CURIAE*

Pursuant to D.C. Circuit Rule 29, LTA and Travel Lemming hereby give notice of their intention to file an *amicus curiae* brief in support of Plaintiffs-Appellees and -Cross-Appellants and in support of affirmance with respect to the appeal and reversal with respect to the cross-appeal. All Parties consent to LTA and Travel Lemming participating as *amici curiae* in this matter.

Dated: July 30, 2026

/s/ Nicolas A. Stebinger

Nicolas A. Stebinger
**SIMONSEN SUSSMAN LLP**
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 384-3130
nicolas@simonsensussman.com

*Counsel for* Amici Curiae *Little Tech Association and Travel Lemming LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, I caused the foregoing document to be electronically filed through this Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: July 30, 2026

/s/ Nicolas A. Stebinger
Nicolas A. Stebinger

*Counsel for* Amici Curiae
*Little Tech Association and Travel Lemming LLC*