ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 26-5023

(Consolidated with Nos. 26-5047 & 26-5049)

UNITED STATES OF AMERICA, *et al.*,

*Plaintiffs-Appellees/Cross-Appellants*,

v.

GOOGLE LLC,

*Defendant-Appellant/Cross-Appellee.*

On Appeals from the United States District Court for the District of Columbia,
Nos. 20-cv-3010 & 20-cv-3715 (Hon. Amit P. Mehta)

**NOTICE OF INTENT OF DUCK DUCK GO, INC. TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS-APPELLEES/CROSS-APPELLANTS**

MELISSA H. MAXMAN
RONALD F. WICK
COHEN & GRESSER LLP
2001 Pennsylvania Ave, NW,
  Suite 300
Washington, D.C. 20006
(202) 851-2070
mmaxman@cohengresser.com
rwick@cohengresser.com

*Counsel for Amicus Curiae*
*Duck Duck Go, Inc.*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, counsel for *amicus curiae* Duck Duck Go, Inc. ("DuckDuckGo") certifies that DuckDuckGo has no parent corporation and that no publicly held corporation holds an ownership interest in DuckDuckGo of 10 percent or greater.

/s/ *Ronald F. Wick*
Ronald F. Wick

## NOTICE OF INTENT AND REPRESENTATION OF
## CONSENT TO PARTICIPATE AS *AMICUS CURIAE*

Pursuant to D.C. Circuit Rule 29, Duck Duck Go, Inc. ("DuckDuckGo") hereby gives notice of its intention to file an *amicus curiae* brief in support of Plaintiffs-Appellees/Cross-Appellants.  All parties consent to DuckDuckGo participating as *amicus curiae* in this matter.

Dated:  July 30, 2026

Respectfully submitted,

/s/ *Ronald F. Wick*

MELISSA H. MAXMAN
RONALD F. WICK
COHEN & GRESSER LLP
2001 Pennsylvania Ave, NW,
   Suite 300
Washington, D.C. 20006
(202) 851-2070
RWick@CohenGresser.com

*Counsel for Amicus Curiae*
*Duck Duck Go, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 30, 2026, I caused the foregoing document to be filed electronically with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated:  July 30, 2026

 /s/ *Ronald F. Wick*
RONALD F. WICK

*Counsel for Amicus Curiae*
*Duck Duck Go, Inc.*