# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States of America, et al.

**v.**

Google LLC

**Case No:** 26-5023/26-5047/26-5049

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained  ◯ Pro Bono  ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s)  ◯ Appellee(s)/Respondent(s)  ◯ Intervenor(s)  ⦿ Amicus Curiae  below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

OpenAI OpCo, LLC

### Counsel Information

**Lead Counsel:** Aaron M. Panner

**Direct Phone:** ( 202 ) 326-7921  **Fax:** ( ___ ) _____  **Email:** apanner@kellogghansen.com

**2nd Counsel:** Alex A. Parkinson

**Direct Phone:** ( 202 ) 326-7961  **Fax:** ( ___ ) _____  **Email:** aparkinson@kellogghansen.com

**3rd Counsel:** Geoffrey J.H. Block

**Direct Phone:** ( 202 ) 326-7914  **Fax:** ( ___ ) _____  **Email:** gblock@kellogghansen.com

**Firm Name:** Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.

**Firm Address:** 1615 M Street NW, Suite 400, Washington, DC 20036

**Firm Phone:** ( 202 ) 326-7900  **Fax:** ( ___ ) _____  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)