UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Case Caption: United States of America, et al.
v. Google LLC

Case No: 26-5023, 26-5047, 26-5049

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as:   [X] Retained   [ ] Pro Bono   [ ] Appointed (CJA/FPD)   [ ] Gov't counsel

for the:   [ ] Appellant(s)/Petitioner(s)   [ ] Appellee(s)/Respondent(s)   [ ] Intervenor(s)   [X] Amicus Curiae below:

Party Information
(List each represented party individually - Use an additional blank sheet as necessary)
Microsoft Corporation

Counsel Information

| | |
|---|---|
| Lead Counsel: Julia Chapman | |
| Direct Phone: 215-994-2060 | Email: Julia.chapman@dechert.com |
| Firm Name: Dechert LLP | |
| | |

Firm Address: 2929 Arch Street, Philadelphia, PA 19104
Firm Phone: (215) 994-4000     Fax: (215) 994-2222
Email: N/A