## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

United States of America, et al.,

*Plaintiffs-Appellees-*
*Cross-Appellants*,

v.

Google LLC,

*Defendant-Appellant-*
*Cross-Appellees*.

On Appeal from the United States District Court
for the District of Columbia
Nos. 20-cv-3010 & 20-cv-3715

**NOTICE OF INTENT OF ECONOMICS AND BUSINESS PROFESSORS TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS-APPELLEES AND -CROSS-APPELLANTS AND REVERSAL WITH RESPECT TO THE CROSS-APPEAL**

Deborah Elman
**Garwin Gerstein & Fisher LLP**
88 Pine Street, 28th Floor
New York, NY 10005
(212) 398-0055
delman@garwingerstein.com

*Counsel for Amici Curiae Antitrust Law and*
*Economics Professors*

**NOTICE OF INTENT AND REPRESENTATION OF
CONSENT TO PARTICIPATE AS *AMICI CURIAE***

Pursuant to D.C. Circuit Rule 29, Economics and Business Professors hereby give notice of their intention to file an *amicus curiae* brief in support of Plaintiffs-Appellees and -Cross-Appellants and in support of affirmance with respect to the appeal and reversal with respect to the cross-appeal. All Parties consent to Antitrust Law and Economics Professors participating as *amici curiae* in this matter.

Dated: August 4, 2026

Respectfully submitted,

/s/ Deborah Elman
Deborah Elman
**Garwin Gerstein & Fisher LLP**
88 Pine Street, 28th Floor
New York, NY 10005
(212) 398-0055
delman@garwingerstein.com

*Counsel for* Amici Curiae *Economics and Business Professors*

# APPENDIX A

## List of *Amici Curiae* Economics and Business Professors

Nikhil Agarwal
Paul A. Samuelson Professor
MIT Department of Economics

Christopher T. Conlon
Associate Professor of Economics
NYU Stern School of Business

Mert Demirer
Ford Foundation International Career Development Associate Professor
MIT Sloan School of Management

Chiara Farronato
Glenn and Mary Jane Creamer Associate Professor of Business Administration
Harvard Business School

Kenneth Hendricks
Laurits R. Christensen Distinguished Chair
University of Wisconsin

Jean-Francois Houde
David Edwin and Lucille Hartmann Davies Chair in Economics
University of Wisconsin

Aviv Nevo
George A. Weiss and Lydia Bravo Weiss PIK Professor
University of Pennsylvania Wharton School and Department of Economics

Robert H. Porter
William R. Kenan, Jr. Professor of Economics
Northwestern University

Marc Remer
Associate Professor
Swarthmore College Department of Economics

Nancy L. Rose
Charles P. Kindleberger Professor of Applied Economics
MIT Department of Economics
Visiting Scholar
Harvard Kennedy School Mossavar-Rahmani Center for Business and
Government

Tobias Salz
Associate Professor
MIT Department of Economics

Ralph Winter
Professor Emeritus of Strategy and Business Economics
University of British Columbia

# CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2026, I caused the foregoing document to be electronically filed through this Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: August 4, 2026

/s/ Deborah Elman
Deborah Elman

*Counsel for* Amici Curiae
*Economics and Business Professors*