NOT YET SCHEDULED FOR ORAL ARGUMENT

# United States Court of Appeals for the District of Columbia Circuit

**No. 26-5023**

(Consolidated with Nos. 26-5047 and 26-5049)

UNITED STATES OF AMERICA, *et al.*,

*Plaintiffs-Appellees/Cross-Appellants,*

*v.*

GOOGLE LLC,

*Defendant-Appellant/Cross-Appellee.*

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT
2026 AUG -4 P 10:02
FILING DEPOSITORY

*On Appeals from the United States District Court for the District of Columbia, Nos. 20-cv-3010 & 20-cv-3715, Honorable Amit P. Mehta*

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO PARTICIPATE AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS-APPELLEES/CROSS-APPELLANTS

STEPHEN WESTERMANN
785 Stanford Avenue
Menlo Park, California 94025
(415) 713-1740
stephen.westermann@icloud.com

*Pro Se Amicus Curiae in support of the Plaintiffs-Appellees/ Cross-Appellants The United States of America, et al.*

August 4, 2026

COUNSEL PRESS
A Proceed Service
The Appellate Experts®
(800) 4-APPEAL • (625346)

**NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO PARTICIPATE AS AMICUS CURIAE**

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and the Circuit Rules of this Court, Stephen Westermann respectfully notifies the Court of his intent to file a brief as amicus curiae in support of Plaintiffs-Appellees, and submits the following written representation of consent. All parties have consented to Stephen Westermann participating as amicus curiae in this matter.

Dated: August 4, 2026

Respectfully submitted,

/s/ Stephen Westermann
Stephen Westermann
Amicus Curiae appearing pro se
785 Stanford Avenue
Menlo Park, CA 94025
(415) 713-1740
stephen.westermann@icloud.com

## CERTIFICATE OF COMPLIANCE

1. This notice complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 225 words, excluding the parts exempted by Fed. R. App. P. 32(f).

2. This notice complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

/s/ Stephen Westermann
Stephen Westermann

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2026, I hand filed this Notice of Intent via the Late Night Dropbox.

A copy of the Notice will be served on all ecf users once the Court dockets the brief via ECF Stystem.

/s/ W. Stephen Westermann
W. Stephen Westermann

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

AUG - 5 2026

RECEIVED