# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5023**                    **September Term, 2025**

**1:20-cv-03715-APM**
**1:20-cv-03010-APM**

**Filed On: August 10, 2026** [2187395]

United States of America, et al.,

      Appellees

   v.

Google LLC,

      Appellant

-----------------------------

Consolidated with 26-5047, 26-5049

## O R D E R

Upon consideration of the motion of W. Stephen Westermann for leave to participate as amicus curiae in support of appellees, and the lodged brief amicus curiae, it is

**ORDERED** that the motion be granted.  The Clerk is directed to file the lodged brief amicus curiae.

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

           BY:   /s/
                        Michael C. McGrail
                        Deputy Clerk