# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5023** **September Term, 2026**

**1:20-cv-03715-APM**
**1:20-cv-03010-APM**

**Filed On: September 23, 2026** **[2194682]**

United States of America, et al.,

Appellees

v.

Google LLC,

Appellant

------------------------------

Consolidated with 26-5047, 26-5049

**O R D E R**

Upon consideration of the unopposed motion of pro se amicus curiae Stephen Westermann for leave to file an amended and corrected amicus brief out of time, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amicus curiae.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk