**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

UNITED STATES OF AMERICA et al.,

*Plaintiffs-Appellees-Cross-Appellants*,

v.

GOOGLE LLC,

*Defendant-Appellant-Cross-Appellee*.

No. 26-5023

Consolidated with
Nos. 26-5047, 26-5049

**JOINT MOTION REGARDING CALENDARING OF ORAL ARGUMENT**

The parties respectfully move this Court to give this matter priority over other civil appeals and calendar the case for oral argument on the first appropriate date on or after December 9, 2026. In support of this motion, the parties state as follows:

1. These appeals arise from two consolidated cases filed in 2020, one by the United States and 14 States and the other by a group of 38 States, in which the district court held that Google "violated Section 2 of the Sherman Act by maintaining its monopoly in two product markets in the United States—general search services and

general [search] text advertising—through its exclusive distribution agreements.” Dkt. 1033 at 276.*

Following a ten-week trial on liability, the district court issued findings of fact and conclusions of law in August 2024. Dkt. 1033. After the parties presented evidence at a three-week remedies hearing, the district court issued additional findings of fact and conclusions of law in September 2025, Dkt. 1436, and entered final judgment in December 2025. Dkt. 1462.

These consolidated appeals followed. Google has appealed both the district court’s liability finding and certain of the court’s chosen remedies, while Plaintiffs in both cases have cross-appealed the court’s decision not to prohibit Google from paying to be the default search engine on devices and web browsers as part of its remedies order.

2. The parties previously proposed a joint briefing plan (Doc. #2169002) intended to balance, among other things, the complexities and significance of the case, the need to digest and synthesize for the

---

* The following background is included for the convenience of the Court. Its characterizations of authorities and the proceedings before the district court are not intended as binding representations by any party.

Court the voluminous record and lengthy opinions below, and the parties' shared desire to move the appeal and cross-appeals along promptly. In submitting their briefing plan, the parties noted that their proposed schedule "would enable the Court to hear oral argument during the 2026 calendar year and to issue a decision in the Court's 2026 – 2027 Term." *Id.* at 6. This Court adopted that schedule, under which the final fourth-step briefs will be filed on October 29, 2026, and all final-form briefing and appendices will also be complete by that same date. Doc. #2171180.

3. The parties have conferred regarding their availability for oral argument and their desire to proceed promptly to oral argument, consistent with this Court's need for due preparation in a significant and complex case. The parties jointly request that oral argument in this matter be given priority over other civil appeals and that it be calendared for argument on the first appropriate date on or after December 9, 2026. The parties are unaware of any likely conflicts in December, based on the Court's December 2025 argument calendar. If the Court's calendar would not permit argument in December, counsel are aware of the following potential argument dates in January and

February 2027 on which they have conflicts: January 21-22, 2027, and February 11, 2027. Counsel will continue to update the Clerk regarding their availability for oral argument on specific dates.

Dated: October 2, 2026

Respectfully submitted,

/s/ *Matthew A. Waring*[†]

Daniel E. Haar
Nickolai G. Levin
Patrick M. Kuhlmann
Matthew A. Waring
*Attorneys*
U.S. Department of Justice
Antitrust Division
950 Pennsylvania Ave., N.W.
Room 3224
Washington, D.C. 20530-0001
(202) 532-4186
matthew.waring@usdoj.gov

*Counsel for the United States*

*/s/ Lee Istrail*
James Uthmeier, Attorney General
Lee Istrail, Assistant Attorney General
R. Scott Palmer, Special Counsel, Complex Enforcement Chief
Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com

*Counsel for the State of Florida*

*/s/ Carolyn D. Jeffries*
Rob Bonta, Attorney General
Paula L. Blizzard, Senior Assistant Attorney General
Brian D. Wang, Deputy Attorney General
Carolyn D. Jeffries, Deputy Attorney General
Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Cari.Jeffries@doj.ca.gov

*Counsel for the State of California*

[†] Pursuant to D.C. Cir. R. 32(a)(2)(ii), I represent the consent of the other parties indicated as joining in this motion.

*/s/ Diamante Smith*
Ken Paxton, Attorney General
Brent Webster, First Assistant Attorney General
Ralph Molina, Deputy First Assistant Attorney General
William D. Wassdorf, Deputy Attorney General for Civil Litigation
Thomas York, Division Chief, Antitrust Division
Diamante Smith, Assistant Attorney General, Antitrust Division
Office of the Attorney General, State of Texas
P.O. Box 12548
Austin, Texas 78711-2548
Diamante.Smith@oag.texas.gov

*Counsel for the State of Texas*

*/s/ Amanda J. Wentz*
Amanda J. Wentz
Senior Assistant Attorney General
Office of the Arkansas Attorney General
101 West Capitol Avenue
Little Rock, Arkansas 72201
Amanda.Wentz@ArkansasAG.gov

*Counsel for the State of Arkansas*

*/s/ Logan Winkles*
Chris Carr, Attorney General
Logan Winkles, Deputy Attorney General
40 Capitol Square SW
Atlanta, GA 30334
lwinkles@law.ga.gov

*Counsel for the State of Georgia*

*/s/ Scott L. Barnhart*
Theodore Edward Rokita, Attorney General
Scott L. Barnhart, Chief Counsel and Director, Consumer Protection Division
Office of the Attorney General, State of Indiana
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Scott.Barnhart@atg.in.gov
Jesse.Moore@atg.in.gov

*Counsel for the State of Indiana*

/s/ Jonathan E. Farmer
Jonathan E. Farmer
Deputy Executive Director of Consumer Protection
Office of the Attorney General of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
Jonathan.Farmer@ky.gov

*Counsel for the Commonwealth of Kentucky*

/s/ Asyl Nachabe
Liz Murrill, Attorney General
Asyl Nachabe, Assistant Attorney General
Office of the Attorney General
State of Louisiana
Public Protection Division
909 Poydras St. Suite 1850
New Orleans, LA 70112
NachabeA@ag.louisiana.gov

*Counsel for the State of Louisiana*

/s/ Scott Mertens
Dana Nessel, Attorney General
Scott Mertens, Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lansing, Michigan 48909
MertensS@michigan.gov

*Counsel for the State of Michigan*

/s/ Lee Morris
Lynn Fitch, Attorney General
Lee Morris, Special Assistant Attorney General
Office of the Attorney General, State of Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Lee.Morris@ago.ms.gov

*Counsel for the State of Mississippi*

/s/ Alison Esbeck
Alison Esbeck
Assistant Attorney General
Missouri Attorney General's Office
815 Olive Street | Suite 200
Saint Louis, Missouri 63101
Alison.Esbeck@ago.mo.gov

*Counsel for the State of Missouri*

*/s/ Christian B. Corrigan*
Christian B. Corrigan
Solicitor General, State of Montana
Anna K. Schneider
Bureau Chief, Montana Office of Consumer Protection
P.O. Box 200151
Helena, MT. 59602-0150
Christian.Corrigan@mt.gov

*Counsel for the State of Montana*

*/s/ Mary Frances G. Jowers*
Alan Wilson, Attorney General
Mary Frances G. Jowers, Assistant Deputy Attorney General
Office of the Attorney General, State of South Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549
mfjowers@scag.gov

*Counsel for the State of South Carolina*

*/s/ Gabe Johnson-Karp*
Joshua L. Kaul, Attorney General
Gabe Johnson-Karp, Assistant Attorney General
Wisconsin Department of Justice
17 W. Main St.
Post Office Box 7857
Madison, Wisconsin 53707-7857
gabe.johnson-karp@wisconsin.gov

*Counsel for the State of Wisconsin*

PHILIP WEISER
Attorney General of Colorado

*/s/ Jonathan B. Sallet*
Jonathan B. Sallet, DC Bar No. 336198
Russell D. Johnson
Conor J. May
Bryn A. Williams
Radhika Kattula
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
E-Mail: jon.sallet@coag.gov
russell.johnson@coag.gov
bryn.williams@coag.gov
conor.may@coag.gov
radhika.kattula@coag.gov

*Counsel for Plaintiff State of Colorado*

MIKE HILGERS
Attorney General of Nebraska

Justin C. McCully, Assistant Attorney General
Nebraska Department of Justice
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
Telephone: (402) 471-9305
E-Mail: justin.mccully@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

KRISTIN K. MAYES
Attorney General of Arizona

Jayme Weber, Senior Litigation Counsel
Arizona Office of the Attorney General
400 West Congress, Ste. S-215
Tucson, Arizona 85701
Telephone: (520) 628-6609
E-Mail: jayme.weber@azag.gov

*Counsel for Plaintiff State of Arizona*

BRENNA BIRD
Attorney General of Iowa

Noah Goerlitz, Assistant Attorney General
Office of the Attorney General of Iowa
1305 E. Walnut St., 2nd Floor
Des Moines, IA 50319
Telephone: (515) 725-1018
E-Mail: noah.goerlitz@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

LETITIA JAMES
Attorney General of New York

Barbara D. Underwood
Judith N. Vale
Philip J. Levitz
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-6325
E-Mail: philip.levitz@ag.ny.gov

*Counsel for Plaintiff State of New York*

JEFF JACKSON
Attorney General of North Carolina

James Wellner Doggett
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Telephone: (919) 716-6400
E-Mail: jdoggett@ncdoj.gov

*Counsel for Plaintiff State of North Carolina*

JONATHAN SKRMETTI
Attorney General of Tennessee

J. David McDowell
Austin C. Ostiguy
Tyler T. Corcoran
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
Telephone: (615) 741-1671
E-Mail:
david.mcdowell@ag.tn.gov
austin.ostiguy@ag.tn.gov
tyler.corcoran@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

DEREK E. BROWN
Attorney General of Utah

Marie W.L. Martin
Utah Office of Attorney General
160 E 300 S, 5th Floor
P.O. Box 140811
Salt Lake City, Utah 84114
Telephone: (801) 440-9825
E-Mail: mwmartin@agutah.gov

*Counsel for Plaintiff State of Utah*

STEPHEN J. COX
Attorney General of Alaska

Jeff Pickett
Senior Assistant Attorney General
State of Alaska, Department of Law
Office of the Attorney General
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5275
E-Mail: jeff.pickett@alaska.gov

*Counsel for Plaintiff State of Alaska*

WILLIAM TONG
Attorney General of Connecticut

Nicole Demers
Office of the Attorney General of Connecticut
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Telephone: (860) 808-5202
E-Mail: nicole.demers@ct.gov

*Counsel for Plaintiff State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware

Michael A. Undorf
Delaware Department of Justice
Fraud and Consumer Protection Division
820 N. French St., 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8816
E-Mail:
michael.undorf@delaware.gov

*Counsel for Plaintiff State of Delaware*

BRIAN SCHWALB
Attorney General of the District of Columbia

Caroline S. Van Zile
Ashwin P. Phatak
Tessa Gellerson
Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, DC 20001
Telephone: (202) 724-6609
E-Mail: caroline.vanzile@dc.gov
ashwin.phatak@dc.gov
tessa.gellerson@dc.gov

*Counsel for Plaintiff District of Columbia*

DOUGLAS MOYLAN
Attorney General of Guam

Fred Nishihira
Office of the Attorney General of Guam
590 S. Marine Corps Drive, Suite 901
Tamuning, Guam 96913
Telephone: (671) 475-3324
E-Mail: fnishihira@oagguam.org

*Counsel for Plaintiff Territory of Guam*

ANNE E. LOPEZ
Attorney General of Hawai‘i

Rodney I. Kimura
Department of the Attorney General, State of Hawai‘i
425 Queen Street
Honolulu, HI 96813
Telephone (808) 586-1180
E-Mail:
rodney.i.kimura@hawaii.gov

*Counsel for Plaintiff State of Hawai‘i*

RAÚL LABRADOR
Attorney General of Idaho

John K. Olson
Office of the Idaho Attorney General
Consumer Protection Division
954 W. Jefferson St., 2nd Floor
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 332-3549
E-Mail: john.olson@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

KWAME RAOUL
Attorney General of Illinois

Sarah A. Hunger
Office of the Attorney General of Illinois
115 S. LaSalle St.
Chicago, IL 60603
Telephone: (312) 771-3885
E-Mail: sarah.hunger@ilag.gov

*Counsel for Plaintiff State of Illinois*

KRIS W. KOBACH
Attorney General of Kansas

Christopher Teters
Kansas Office of the Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612
Telephone: (785) 368-8429
E-Mail: chris.teters@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

AARON M. FREY
Attorney General of Maine

Christina M. Moylan
Office of the Attorney General of Maine
6 State House Station
August, ME 04333
Telephone: (207) 626-8838
E-Mail: christina.moylan@maine.gov

*Counsel for Plaintiff State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland

Schonette J. Walker
Office of the Attorney General of Maryland
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: (410) 576-6473
E-Mail: swalker@oag.maryland.gov

*Counsel for Plaintiff State of Maryland*

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

Jennifer E. Greaney
Office of the Attorney General of Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2981
E-Mail: jennifer.greaney@mass.gov

*Counsel for Plaintiff Commonwealth of Massachusetts*

KEITH ELLISON
Attorney General of Minnesota

Zach Biesanz
Senior Enforcement Counsel
Office of the Minnesota Attorney General
Antitrust Division
445 Minnesota Street, Suite 600
St. Paul, MN 55101
Telephone: (651) 757-1257
E-Mail: zach.biesanz@ag.state.mn.us

*Counsel for Plaintiff State of Minnesota*

AARON D. FORD
Attorney General of Nevada

Michelle C. Badorine
Nevada Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
Telephone: (775) 684-1164
E-Mail: mbadorine@ag.nv.gov

*Counsel for Plaintiff State of Nevada*

JOHN FORMELLA
Attorney General of New Hampshire

Brandon Garod
Office of Attorney General of New Hampshire
1 Granite Place South
Concord, NH 03301
Telephone: (603) 271-1217
E-Mail: brandon.h.garod@doj.nh.gov

*Counsel for Plaintiff State of New Hampshire*

JENNIFER DAVENPORT
Attorney General of New Jersey

Abiola G. Miles
Deputy Attorneys General
New Jersey Attorney General's Office
25 Market Street, P.O. Box 106
Trenton, NJ 08625
Telephone: (862) 381-4159
E-Mail: abiola.miles@law.njoag.gov

*Counsel for Plaintiff State of New Jersey*

RAÚL TORREZ
Attorney General of New Mexico

Anthony R. Juzaitis
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87504
Telephone: (505) 651-7565
E-Mail: ajuziatis@nmdoj.gov

*Counsel for Plaintiff State of New Mexico*

DREW WRIGLEY
Attorney General of North Dakota

Elin S. Alm
Assistant Attorney General
Consumer Protection and Antitrust Division
Office of the Attorney General of North Dakota
1720 Burlington Drive, Suite C
Bismarck, ND 58504
Telephone: (701) 328-5570
E-Mail: ealm@nd.gov

*Counsel for Plaintiff State of North Dakota*

DAVE YOST
Attorney General of Ohio

Sarah Mader, Assistant Attorney General, Antitrust
Jennifer L. Pratt
Office of the Ohio Attorney General
30 E Broad Street, 26th Floor
Columbus, OH 43215
Telephone: (614) 466-4328
E-Mail:
sarah.mader@ohioago.gov
jennifer.pratt@ohioago.gov

*Counsel for Plaintiff State of Ohio*

GENTNER DRUMMOND
Attorney General of Oklahoma

Sylvia Lanfair
Assistant Attorney General
Office of the Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 522-8159
E-Mail: sylvia.lanfair@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

DAN RAYFIELD
Attorney General of Oregon

Robert A. Koch, Attorney-in-Charge of Civil & Administrative Appeals
Oregon Department of Justice
1162 Court St NE
Salem, OR 97301
Telephone: (503) 378-4402
E-Mail: robert.a.koch@oregon.gov

*Counsel for Plaintiff State of Oregon*

DAVID W. SUNDAY, JR.
Attorney General of Pennsylvania

Tracy W. Wertz
Daniel B. Mullen
Pennsylvania Office of Attorney General Strawberry Square
Harrisburg, PA 17120
Telephone: (717) 787-4530
E-Mail: twertz@attorneygeneral.gov
dmullen@attorneygeneral.gov

*Counsel for Plaintiff Commonwealth of Pennsylvania*

LOURDES L. GÓMEZ TORRES
Secretary of Justice

TANIA L. FERNÁNDEZ-MEDERO
Assistant Secretary of Justice

SAMUEL WISCOVITCH-CORALI
Deputy Undersecretary

Pablo Tufiño-Soto
Senior Attorney
Diana Jordán-González
Office of Monopolistic Affairs
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1205
E-Mail: ptufino@justicia.pr.gov
diana.jordan@justicia.pr.gov

*Counsel for Plaintiff Territory of Puerto Rico*

PETER NERONHA
Attorney General of Rhode Island

Nicholas M. Vaz
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
E-Mail: nvaz@riag.ri.gov

*Counsel for Plaintiff State of Rhode Island*

MARTY J. JACKLEY
Attorney General of South Dakota

Amanda Miiller
Office of the Attorney General of South Dakota
1302 E. South Dakota Hwy 1889, Suite 1
Pierre, SD 57501
Telephone: (605) 773-3215
E-Mail: amanda.miiller@state.sd.us

*Counsel for Plaintiff State of South Dakota*

JAY JONES
Attorney General of Virginia

Tyler T. Henry
Senior Assistant Attorney General
Antitrust Unit
Office of the Attorney General of Virginia
202 N. 9th Street
Richmond, VA 23219
Telephone: (804) 692-0485
E-Mail: thenry@oag.state.va.us

*Counsel for Plaintiff State of Virginia*

CHARITY R. CLARK
Attorney General of Vermont

Christopher J. Curtis, Assistant Attorney General
Office of the Attorney General of Vermont
109 State St.
Montpelier, VT 05609
Telephone: (802) 828-3171
E-Mail: christopher.curtis@vermont.gov

*Counsel for Plaintiff State of Vermont*

NICHOLAS W. BROWN
Attorney General of Washington

Amy N.L. Hanson
Senior Managing Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 464-5419
E-Mail: amy.hanson@atg.wa.gov

*Counsel for Plaintiff State of Washington*

JOHN B. McCUSKEY
Attorney General of West Virginia

Douglas Lee Davis
Office of the Attorney General, State of West Virginia
1900 Kanawha Boulevard East
Building 6, Suite 401
P.O. Box 1789
Charleston, WV 25326
Telephone: (304) 558-8986
E-Mail: douglas.l.davis@wvago.gov

*Counsel for Plaintiff State of West Virginia*

KEITH KAUTZ
Attorney General of Wyoming

Michael Kahler
Wyoming Attorney General's Office
2320 Capitol Avenue
Kendrick Building
Cheyenne, WY 82002
Telephone: (307) 777-7196
E-Mail: mike.kahler@wyo.gov

*Counsel for Plaintiff State of Wyoming*

*/s/ Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr.
Ginger Anders
Daniel J. Kane
Helen E. White
Munger, Tolles & Olson LLP
601 Massachusetts Avenue NW
Suite 500E
Room 3224
Washington, D.C. 20001
(202) 220-1100
Donald.Verrilli@mto.com

Benjamin J. Horwich
Justin P. Raphael
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
(415) 512-4000

John E. Schmidtlein
Graham W. Safty
Williams & Connolly LLP
680 Maine Ave SW
Washington, DC 20024
(202) 434-5000

Mark S. Popofsky
Ropes & Gray LLP
2099 Pennsylvania Ave NW
Washington, DC 20006
(202) 508-4624

*Counsel for Appellant-Cross-Appellee Google LLC*

**CERTIFICATE OF COMPLIANCE**

1. This motion complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because the motion contains 522 words, excluding the portions exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the motion has been prepared in Microsoft Word for Microsoft 365 using 14-point Century Schoolbook font, a proportionally-spaced typeface.

/s/ *Matthew A. Waring*

Matthew A. Waring
*Counsel for the United States*

## CERTIFICATE OF SERVICE

I certify that on October 2, 2026, I caused the foregoing to be filed through this Court's CM/ECF system, which will serve a notice of electronic filing on all registered users.

/s/ *Matthew A. Waring*

Matthew A. Waring
*Counsel for the United States*